POMERANTZ LLP
Matthew L. Tuccillo
(admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
mltuccillo@pomlaw.com

*Counsel for Lead Plaintiff the Nova Scotia Health Employees' Pension Plan and Lead Counsel for the Class*

*- additional counsel on signature page -*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MINISO GROUP HOLDING LIMITED SECURITIES LITIGATOIN | Case No. 2:22-cv-05815-PA-MRW<br><br>STIPULATION TRANSFERRING CASE TO UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK AND EXTENDING TIME TO RESPOND TO COMPLAINT |

Lead Plaintiff the Nova Scotia Health Employees' Pension Plan ("NSHEPP" or "Lead Plaintiff") and Defendants MINISO Group Holding Limited ("MINISO"), Donald J. Puglisi, Puglisi & Associates, Goldman Sachs (Asia) L.L.C. ("GS Asia"), and BofA Securities, Inc. ("BofA Securities" and, collectively with Miniso, Mr. Puglisi, Puglisi &

Associates, GS Asia, and BofA Securities, "Defendants"), hereby stipulate and agree as follows:

WHEREAS, on August 17, 2022, a plaintiff filed the Complaint in the above-captioned action (the "Action"), a putative class action arising under the Securities Act of 1933 ("Securities Act") against Defendants and certain officers and directors of MINISO, arising out of MINISO's initial public offering;

WHEREAS, on November 8, 2022, the Court appointed NSHEPP as Lead Plaintiff in this Action and approved its selection of Pomerantz LLP as Lead Counsel pursuant to the Private Securities Litigation Reform Act of 1995;

WHEREAS, undersigned counsel for Defendants are authorized to accept, and hereby do accept, service of the Summons and Complaint in this Action on behalf of the Defendants, without prejudice and without waiver of any defenses, objections or arguments in this Action or any other matter, including without limitation any arguments regarding personal jurisdiction or venue, except as to sufficiency of service of process of the Summons and Complaint;

WHEREAS, a forum selection clause in the Depositary Agreement governing the securities at issue in this Action provides, in relevant part:

> Holders and Owners understand, and by holding an American Depositary Share or an interest therein such Holders and Owners each irrevocably agrees, that any legal suit, action or proceeding against or involving the Company or the Depositary, regardless of whether such legal suit, action or proceeding also involves parties other than the Company or the Depositary, arising out of

or related in any way to the Deposit Agreement, American Depositary Shares, Receipts or the transactions contemplated hereby or thereby or by virtue of ownership thereof, including without limitation claims under the Securities Act of 1933, may only be instituted in the United States District Court for the Southern District of New York (or, if the Southern District of New York lacks subject matter jurisdiction over a particular dispute, in the state courts of New York County, New York), and by holding an American Depositary Share or an interest therein each irrevocably waives any objection which it may now or hereafter have to the laying of venue of any such proceeding, and irrevocably submits to the exclusive jurisdiction of such courts in any such suit, action or proceeding.

WHEREAS, Lead Plaintiff and Defendants have met and conferred and agree that this forum selection clause applies to this Action and thus requires this Action to proceed in the United States District Court for the Southern District of New York, such that, consequently, transfer pursuant to 28 U.S.C. § 1404(a) is appropriate;

WHEREAS, Lead Plaintiff anticipates filing an Amended Complaint;

WHEREAS, the parties agree that in the interests of judicial economy, conservation of time and resources, and orderly management of this Action, no response to any pleading in this Action, including any motion brought pursuant to Federal Rule of Civil Procedure 12, should occur until after this Action has been transferred to the United States District Court for the Southern District of New York, that court has the opportunity to consider and order a schedule, and Lead Plaintiff thereafter files its forthcoming Amended Complaint on whatever deadline is set;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the undersigned parties, subject to Court approval, as follows:

1.      Pursuant to 28 U.S.C. §1404(a), this Action shall be transferred to the United States District Court for the Southern District of New York.

2.      Defendants are not required to respond to the initial Complaint filed in this Action.

3.      Following the transfer of this Action to the Southern District of New York, Lead Plaintiff and Defendants shall promptly meet and confer regarding a schedule for the filing of an Amended Complaint and briefing of Defendants' anticipated motion(s) to dismiss. The parties shall meet and confer and submit a joint stipulation with a proposed schedule no later than fourteen (14) business days following the transfer of this Action.

4.      Nothing herein shall be deemed to constitute a waiver of any rights, defenses, objections or any other application to any court that any party may have with respect to the claims set forth in the complaint filed in this Action, except as expressly noted herein concerning service of process.

DATED:  November 15, 2022

**POMERANTZ LLP**

_/s/ Matthew L. Tuccillo_

Matthew L. Tuccillo
Attorneys for Lead Plaintiff the Nova Scotia Health
Employees' Pension Plan


**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

_/s/ Virginia F. Milstead_

Virginia F. Milstead
Attorneys for Defendants MINISO Group Holding
Limited, Donald J. Puglisi, and Puglisi & Associates


**LATHAM & WATKINS LLP**

_/s/ Kristin N. Murphy_

Kristin N. Murphy
Attorneys for Defendants Goldman Sachs (Asia) L.L.C.
and BofA Securities, Inc.

_All signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing._