JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

IN RE MINISO GROUP HOLDING LIMITED SECURITIES LITIGATOIN

Case No. 2:22-cv-05815-PA-MRW

ORDER TRANSFERRING CASE TO UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK AND EXTENDING TIME TO RESPOND TO COMPLAINT

The Court, having considered the parties' Stipulation Transferring Case to United States District Court for the Southern District of New York and Extending Time to Respond to Complaint, and good cause appearing, hereby ORDERS as follows:

1.      Defendants MINISO Group Holding Limited, Donald J. Puglisi, Puglisi & Associates, Goldman Sachs (Asia) L.L.C., and BofA Securities, Inc. are deemed to have accepted service of the Summons and Complaint in this Action and thereby waive all defenses, objections or arguments regarding the sufficiency of service of process.

2.      Defendants are not required to respond to the initial Complaint filed in this Action.  The schedule previously ordered by this court is hereby vacated.

3.      Pursuant to 28 U.S.C. §1404(a), this action shall be transferred to the United States District Court for the Southern District of New York.

4.      Following the transfer of this Action to the Southern District of New York, Lead Plaintiff and Defendants shall promptly meet and confer regarding a schedule for

the filing of an amended complaint and briefing of Defendants' anticipated motion(s) to dismiss. The parties shall meet and confer and submit a joint stipulation with a proposed schedule no later than fourteen (14) business days following the transfer of this Action.

5.    Nothing herein shall be deemed to constitute a waiver of any rights, defenses, objections or any other application to any court that any party may have with respect to the claims set forth in the complaint filed in this Action, except as noted herein concerning service of process.

DATED: November 15, 2022    _____

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE