ACCO,(MRWx),CLOSED,DISCOVERY,MANADR,TRANSFERRED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:22–cv–05815–PA–MRW

| | |
|---|---|
| Adeel Ashraf v. MINISO Group Holding Limited et al | Date Filed: 08/17/2022 |
| Assigned to: Judge Percy Anderson | Date Terminated: 11/15/2022 |
| Referred to: Magistrate Judge Michael R. Wilner | Jury Demand: Plaintiff |
| Cause: 15:77 Securities Fraud | Nature of Suit: 850 Securities/Commodities |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Adeel Ashraf**                                                  represented by   **Laurence M Rosen**
*Individually and on behalf of all others*                                          Rosen Law Firm PA
*similarly situated*                                                                355 South Grand Avenue Suite 2450
                                                                                    Los Angeles, CA 90071
                                                                                    213–785–2610
                                                                                    Fax: 213–226–4684
                                                                                    Email: lrosen@rosenlegal.com
                                                                                    *LEAD ATTORNEY*
                                                                                    *ATTORNEY TO BE NOTICED*

V.

**Movant**

**Nova Scotia Health Employees Pension Plan**                     represented by   **Jennifer Pafiti**
                                                                                    Pomerantz LLP
                                                                                    1100 Glendon Avenue, 15th Floor
                                                                                    Los Angeles, CA 90024
                                                                                    310–405–7190
                                                                                    Fax: 917–463–1044
                                                                                    Email: jpafiti@pomlaw.com
                                                                                    *LEAD ATTORNEY*
                                                                                    *ATTORNEY TO BE NOTICED*

                                                                                    **J. Alexander Hood , II**
                                                                                    Pomerantz LLP
                                                                                    600 Third Avenue, 20th Floor
                                                                                    New York, NY 10016
                                                                                    212–661–1100
                                                                                    Fax: 917–463–1044
                                                                                    Email: ahood@pomlaw.com
                                                                                    *TERMINATED: 11/08/2022*
                                                                                    *PRO HAC VICE*
                                                                                    *ATTORNEY TO BE NOTICED*

                                                                                    **Matthew L. Tuccillo**
                                                                                    Pomerantz LLP
                                                                                    600 Third Avenue, 20th Floor
                                                                                    New York, NY 10016
                                                                                    212–661–1100
                                                                                    Fax: 917–463–1044

Email: mltuccillo@pomlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**MINISO Group Holding Limited**

**Defendant**

**Guofe Ye**

**Defendant**

**Saiyin Zhang**

**Defendant**

**Minxin Li**

**Defendant**

**Donald J. Puglisi**

**Defendant**

**Goldman Sachs Asia L.L.C.**

**Defendant**

**BofA Securities, Inc.**

**Defendant**

**Puglisi & Associates**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/17/2022 | Ï 1 | COMPLAINT Receipt No: ACACDC–33823564 – Fee: $402, filed by Plaintiff Adeel Ashraf. (Attachments: # 1 PSLRA Certification) (Attorney Laurence M Rosen added to party Adeel Ashraf(pty:pla))(Rosen, Laurence) (Entered: 08/17/2022) |
| 08/17/2022 | Ï 2 | CIVIL COVER SHEET filed by Plaintiff Adeel Ashraf. (Rosen, Laurence) (Entered: 08/17/2022) |
| 08/17/2022 | Ï 3 | *Certification and* NOTICE of Interested Parties filed by Plaintiff Adeel Ashraf, (Rosen, Laurence) (Entered: 08/17/2022) |
| 08/17/2022 | Ï 4 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff Adeel Ashraf. (Rosen, Laurence) (Entered: 08/17/2022) |
| 08/18/2022 | Ï 5 | NOTICE OF ASSIGNMENT to District Judge Christina A. Snyder and Magistrate Judge Michael R. Wilner. (car) (Entered: 08/18/2022) |
| 08/18/2022 | Ï 6 | NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM filed. (car) (Entered: 08/18/2022) |

| 08/18/2022 | Ï 7 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (car) (Entered: 08/18/2022) |
|---|---|---|
| 08/18/2022 | Ï 8 | NOTICE OF DEFICIENCIES in Request to Issue Summons RE: Complaint (Attorney Civil Case Opening) 1 . The following error(s) was found: The caption of the summons must match the caption of the complaint verbatim. If the caption is too large to fit in the space provided, enter the name of the first party and then write see attached.Next, attach a face page of the complaint or a second page addendum to the Summons. The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your request. (car) (Entered: 08/18/2022) |
| 08/31/2022 | Ï 9 | ORDER RETURNING CASE FOR REASSIGNMENT by Judge Christina A. Snyder. ORDER case returned to the Clerk for random reassignment pursuant to General Order 21−01. Case randomly reassigned from Judge Christina A. Snyder to Judge Percy Anderson for all further proceedings. The case number will now reflect the initials of the transferee Judge 2:22−cv−05815 PA(MRWx). (rn) (Entered: 08/31/2022) |
| 08/31/2022 | Ï 10 | STANDING ORDER by Judge Percy Anderson. READ THIS ORDER CAREFULLY. IT CONTROLS THE CASE AND DIFFERS IN SOME RESPECTS FROM THE LOCAL RULES. This action has been assigned to the calendar of Judge Percy Anderson. (SEE DOCUMENT FOR FURTHER DETAILS). (aco) (Entered: 09/01/2022) |
| 10/17/2022 | Ï 11 | [WITHDRAWN] NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* filed by Plaintiff Adeel Ashraf. Motion set for hearing on 11/14/2022 at 01:30 PM before Judge Percy Anderson. (Attachments: # 1 Proposed Order) (Rosen, Laurence) Modified on 10/24/2022 (aco). (Entered: 10/17/2022) |
| 10/17/2022 | Ï 12 | MEMORANDUM in Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* 11 filed by Plaintiff Adeel Ashraf. (Rosen, Laurence) (Entered: 10/17/2022) |
| 10/17/2022 | Ï 13 | DECLARATION of Laurence M. Rosen in Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* 11 filed by Plaintiff Adeel Ashraf. (Attachments: # 1 Exhibit 1 – PSLRA Early Notice, # 2 Exhibit 2 – PSLRA Certification, # 3 Exhibit 3 – Loss Chart, # 4 Exhibit 4 – Rosen Law Firm Resume)(Rosen, Laurence) (Entered: 10/17/2022) |
| 10/17/2022 | Ï 14 | NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Lead Plaintiff* filed by Lead Plaintiff Movant Nova Scotia Health Employees Pension Plan. Motion set for hearing on 11/14/2022 at 01:30 PM before Judge Percy Anderson. (Attachments: # 1 Proposed Order) (Attorney Jennifer Pafiti added to party Nova Scotia Health Employees Pension Plan (pty:mov)) (Pafiti, Jennifer) (Entered: 10/17/2022) |
| 10/17/2022 | Ï 15 | MEMORANDUM in Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Lead Plaintiff* 14 filed by Movant Nova Scotia Health Employees Pension Plan. (Pafiti, Jennifer) (Entered: 10/17/2022) |
| 10/17/2022 | Ï 16 | DECLARATION of Jennifer Pafiti in Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Lead Plaintiff* 14 filed by Movant Nova Scotia Health Employees Pension Plan. (Attachments: # 1 Exhibit A – Damages Analysis, # 2 Exhibit B – Press Release, # 3 Exhibit C – Certification, # 4 Exhibit D – Firm Resume)(Pafiti, Jennifer) (Entered: 10/17/2022) |
| 10/17/2022 | Ï 17 | CERTIFICATE of Interested Parties filed by Lead Plaintiff Movant Nova Scotia Health Employees Pension Plan, (Pafiti, Jennifer) (Entered: 10/17/2022) |
| 10/24/2022 | Ï 18 | Notice of Withdrawal of Motion for Appointment of Counsel, 11 filed by Plaintiff Adeel Ashraf. (Rosen, Laurence) (Entered: 10/24/2022) |

| | | | |
|---|---|---|---|
| 10/26/2022 | ï | 19 | APPLICATION of Non–Resident Attorney Matthew L. Tuccillo to Appear Pro Hac Vice on behalf of Movant Nova Scotia Health Employees Pension Plan (Pro Hac Vice Fee – $500 Fee Paid, Receipt No. ACACDC–34216534) filed by Lead Plaintiff Movant Nova Scotia Health Employees Pension Plan. (Attachments: # 1 Proposed Order, # 2 Certificates of Good Standing) (Pafiti, Jennifer) (Entered: 10/26/2022) |
| 10/26/2022 | ï | 20 | ORDER ON APPLICATION OF NON–RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE by Judge Percy Anderson. APPLICATION of Attorney Matthew L. Tuccillo to Appear Pro Hac Vice on behalf of Movant Nova Scotia Health Employees Pension Plan, designating Jennifer Pafiti as local counsel.; granting 19 Non–Resident Attorney Matthew L. Tuccillo. (aco) (Entered: 10/27/2022) |
| 11/08/2022 | ï | 21 | APPLICATION of Non–Resident Attorney J. Alexander Hood II to Appear Pro Hac Vice on behalf of Movant Nova Scotia Health Employees Pension Plan (Pro Hac Vice Fee – $500 Fee Paid, Receipt No. ACACDC–34289714) filed by Lead Plaintiff Movant Nova Scotia Health Employees Pension Plan. (Attachments: # 1 Proposed Order, # 2 Certificates of Good Standing) (Pafiti, Jennifer) (Entered: 11/08/2022) |
| 11/08/2022 | ï | 22 | ORDER ON APPLICATION OF NON–RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE by Judge Percy Anderson. APPLICATION of J. Alexander Hood II to Appear Pro Hac Vice on behalf of Movant Nova Scotia Health Employees Pension Plan DENIED pursuant to L.R. 83–2.1.3.2 previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.; denying 21 Non–Resident Attorney J. Alexander Hood II. (aco) (Entered: 11/08/2022) |
| 11/08/2022 | ï | 23 | MINUTES IN CHAMBERS – COURT ORDER by Judge Percy Anderson. The hearing calendared for November 14, 2022, is vacated, and the matter taken off calendar. For the foregoing reasons, the Court grants NSHEPP's Motion. The Court appoints NSHEPP as Lead Plaintiff. The Court approves Pomerantz LLP as Lead Counsel. All future pleadings filed in this action shall bear the following caption: IN RE MINISO GROUP HOLDING L.IMITED SECURITIES LITIGATION Case No. CV 22–5815 PA (MRWx) CLASS ACTION. NSHEPP shall, no later than November 21, 2022, file a Notice with the Court stating if it intends to file an amended or consolidated complaint or to instead rely on the current Complaint by filing a Notice with the Court. If NSHEPP elects to file an amended or consolidated complaint, it must do so by no later than December 12, 2022.; granting 14 MOTION for Appointment of Counsel and Lead Plaintiff. (SEE DOCUMENT FOR FURTHER DETAILS). (aco) (Entered: 11/08/2022) |
| 11/09/2022 | ï | 24 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Lead Plaintif Nova Scotia Health Employees Pension Plan. (Pafiti, Jennifer) (Entered: 11/09/2022) |
| 11/09/2022 | ï | 25 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Lead Plaintiff Nova Scotia Health Employees Pension Plan. (Pafiti, Jennifer) (Entered: 11/09/2022) |
| 11/09/2022 | ï | 26 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Lead Plaintiff Nova Scotia Health Employees Pension Plan. (Pafiti, Jennifer) (Entered: 11/09/2022) |
| 11/09/2022 | ï | 27 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Lead Plaintiff Nova Scotia Health Employees Pension Plan. (Pafiti, Jennifer) (Entered: 11/09/2022) |
| 11/10/2022 | ï | 28 | 21 DAY Summons Issued re Complaint 1 as to defendants Minxin Li, MINISO Group Holding Limited, Guofe Ye, Saiyin Zhang. (lom) (Entered: 11/10/2022) |
| 11/10/2022 | ï | 29 | 21 DAY Summons Issued re Complaint 1 as to defendants Donald J. Puglisi, Puglisi & Associates. (lom) (Entered: 11/10/2022) |
| 11/10/2022 | ï | 30 | 21 DAY Summons Issued re Complaint 1 as to defendant Goldman Sachs Asia L.L.C. (lom) (Entered: 11/10/2022) |

| 11/10/2022 | ï 31 | 21 DAY Summons Issued re Complaint 1 as to defendant BofA Securities, Inc. (lom) (Entered: 11/10/2022) |
|---|---|---|
| 11/15/2022 | ï 32 | STIPULATION to Transfer Case to Southern District of New York filed by Lead Plaintiff Nova Scotia Health Employees Pension Plan. (Attachments: # 1 Proposed Order)(Tuccillo, Matthew) (Entered: 11/15/2022) |
| 11/15/2022 | ï 33 | ORDER TRANSFERRING CASE TO UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK AND EXTENDING TIME TO RESPOND TO COMPLAINT by Judge Percy Anderson. The Court, having considered the parties' Stipulation Transferring Case to United States District Court for the Southern District of New York and Extending Time to Respond to Complaint, and good cause appearing, hereby ORDERS as follows: re: 32 STIPULATION to Transfer Case to Southern District of New York. [See Order for details.] Original transferred electronically. (MD JS−6. Case Terminated.) (es) (Entered: 11/16/2022) |