UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MINISO GROUP HOLDING LIMITED SECURITIES LITIGATION | Case No. 1:22-cv-09864-ER<br><br>CLASS ACTION<br><br>**SECOND AMENDED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS** |

# TABLE OF CONTENTS


I. INTRODUCTION ........ 1

II. VIOLATIONS OF THE EXCHANGE ACT ........ 1

A. Jurisdiction And Venue ........ 1

B. Summary Of The Exchange Act Claims ........ 2

C. The Exchange Act Parties ........ 3

D. Non-Party Confidential Witnesses (CWs) ........ 5

E. Exchange Act Allegations ........ 8

1. MINISO's Listing And Operations In The United States ........ 8

2. MINISO's Business And Operations ........ 9

3. Undisclosed Material Negative Facts And Risks ........ 14

a. Undisclosed Facts And Risks Described By The CWs ........ 14

b. Undisclosed Facts And Risks Described By Blue Orca Capital ........ 22

c. Lead Plaintiff's Investigation Confirmed And Corroborated Blue Orca Capital's Findings ........ 26

4. The Exchange Act Defendants Committed A Multi-Prong Fraud ........ 38

a. Business Operations Fraud ........ 38

b. Reported Results Fraud ........ 71

c. Internal Controls Fraud ........ 102

d. Partial Corrective Disclosures Incrementally Revealed The Frauds ........ 106

5. Additional Facts Probative Of Scienter ........ 136

a. The Exchange Act Defendants' Knowledge Or Reckless Disregard Of Red Flags ........ 136

b. Exchange Act Defendant Ye Was Financially Motivated To Commit Fraud ........ 141

c. The Exchange Act Individual Defendants Reaped Suspicious Compensation ........ 146

d. MINISO Raised Funds During The Class Period ........ 148

e. The Frauds Implicated Core Operations ........ 149

f. The Exchange Act Individual Defendants Signed, Were Quoted In, Or SOX-Certified The Alleged Misstatements ........ 150

g. The Frauds Violated MINISO's Corporate Code Of Conduct ........ 150

6. No Safe Harbor ........ 153

7. The Exchange Act Claims Are Timely ........ 154

8. Loss Causation/Economic Loss ........ 155

9. Presumption Of Reliance ........ 157

10. Plaintiffs' Exchange Act Class Action Allegations ........ 159

11. Exchange Act Claims For Relief ........ 161

COUNT I ........ 161

COUNT II ........ 165

III. SECURITIES ACT ALLEGATIONS ........ 167

A. Jurisdiction And Venue ........ 167

B. The Securities Act Parties ........ 168

C. Non-Party Confidential Witnesses (CWs) ........ 172

D. Securities Act Allegations ........ 175

1. MINISO's Business And Operations ........ 175

2. MINISO's IPO ........ 178

3. Misstatements And Omissions ........ 180

a. IPO & Business Operations Misstatements And Omissions ........ 180

b. Reported Results Misstatements And Omissions ........ 188

4. Undisclosed Material Negative Facts And Risks ........ 193

a. Undisclosed Facts And Risks Described By The CWs ........ 193

b. Undisclosed Facts And Risks Described By Blue Orca Capital ........ 201

c. Lead Plaintiff's Investigation Confirmed And Corroborated Blue Orca Capital's Findings ........ 205

5. The Truth Begins To Emerge ........ 217

6. Plaintiffs' Securities Act Class Action Allegations ........ 249

7. Securities Act Claims For Relief ........ 251

COUNT III ........ 251

COUNT IV ........ 253

IV. PRAYER FOR RELIEF ........ 254

V. JURY DEMAND ........ 255

# I. INTRODUCTION

1. Lead Plaintiff Novia Scotia Health Employees' Pension Plan ("NSHEPP" or "Lead Plaintiff") and additional non-lead Plaintiff Adeel Ashraf ("Ashraf" and together with NSHEPP the "Plaintiffs") bring this class action lawsuit, individually and on behalf of investor classes as defined below, for violations of the federal securities laws.

# II. VIOLATIONS OF THE EXCHANGE ACT

## A. Jurisdiction And Venue

2. The Exchange Act claims asserted herein arise under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §§78j(b) and 78t(a), and Rule 10b-5 promulgated thereunder by the SEC, 17 C.F.R. §240.10b-5.

3. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1331 and Section 27 of the Exchange Act, 15 U.S.C. §78aa.

4. This Court has jurisdiction over each Exchange Act Defendant named herein because each Exchange Act Defendant has sufficient minimum contacts with this District so as to render the exercise of jurisdiction by this Court permissible under traditional notions of fair play and substantial justice.

5. Venue is proper in this District pursuant to 28 U.S.C. §1391(b) and Section 27 of the Exchange Act, as a significant portion of the Exchange Act Defendants' actions, and the subsequent damages took place within this District. Indeed, the parties transferred the Action to this District based on a forum selection clause in the Depository Agreement governing the securities at issue. *See* No. 2:22-cv-05815-PA-MRW (C.D. Cal.), ECF No. 32.

6. In connection with the acts, conduct and other wrongs alleged in this complaint, the Exchange Act Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including but not limited to, the U.S. mails, interstate telephone communications and

the facilities of a national securities exchange. The Exchange Act Defendants disseminated the statements alleged to be false and misleading herein into this District, and the Exchange Act Defendants solicited purchasers of MINISO securities in this District.

**B. Summary Of The Exchange Act Claims**

7. The Exchange Act Defendants presented MINISO as a trendy, growing, asset-lean retail company on the rise, with a significant footprint in China and growing presence in other global markets, including the U.S. and Canada. MINISO's calling card was a purportedly innovative franchise model, whereby the vast majority of its stores purportedly were owned by franchisees who paid MINISO franchise fees and a percentage of sales, while shouldering many of the largest expenses of retail commerce, including the costs of store buildouts, building rents, and employee wages. To the extent that MINISO deviated from this franchise model, it purportedly used a distributor model, with similar benefits that insulated the company from key risks of retail commerce. It was purportedly only rarely that a MINISO store was operated in any other manner, *e.g.*, directly by the company itself. MINISO's initial public offering of American Depository Share ("ADS") securities in the U.S. claimed to offer investors the chance to buy into this privately-held commerce juggernaut while it was on the ascent. The Exchange Act Class Period starts with MINISO's IPO on October 15, 2020 and ends on July 26, 2022, both dates inclusive.

8. During the Class Period, starting in connection with the IPO, the Exchange Act Defendants consistently lauded MINISO to the market. However, unbeknownst to investors and analysts, this image was a mirage, and, contrary to the Exchange Act Defendants' public statements:, (a) a material percentage of MINISO stores, both in China and globally, were owned by MINISO or individuals closely tied to Exchange Act Defendant Ye and were not franchise stores; (b) MINISO franchises were struggling to reach or maintain profitability and closing in

large numbers; (c) MINISO was having significant difficulties attracting franchisees to open new franchise stores, despite its considerable efforts and concessions, which included lowering franchise fees and taking on store opening costs; (d) MINISO's revenues and profitability, on a per-store and overall basis were declining from peaks reached before its IPO; (e) MINISO's franchise model was not being faithfully executed and its benefits were not being realized; (f) the proceeds from MINISO's IPO would not be used as advertised; (g) a huge portion of MINISO's IPO proceeds would be paid to Exchange Act Defendant Ye in a related party transaction.

9. A series of partial corrective disclosures incrementally let the air out of MINISO's sails until an exhaustively researched bombshell report by Blue Orca Capital blew the lid off these issues on July 26, 2022, with scathing allegations that Lead Plaintiff's investigation corroborated. By then, the Exchange Act Defendants had enriched themselves while MINISO's ADS price was inflated by materially false and misleading misstatements and omissions that they knew or recklessly disregarded would mislead investors. Plaintiffs and MINISO's other investors have suffered tremendous losses due to the declines in its ADS price following corrective revelations. This lawsuit is their opportunity to recover those losses.

**C. The Exchange Act Parties**

10. Lead Plaintiff Novia Scotia Health Employees' Pension Plan was appointed to serve as Lead Plaintiff in this action by Order of this Court dated November 8, 2022. ECF No. 23. As set forth in its prior-filed Certifications, including the one accompanying its Corrected Consolidated Amended Class Action Complaint (ECF 47) ("AC") which is incorporated by reference herein, Lead Plaintiff purchased MINISO's U.S.-traded ADSs at artificially inflated prices during the Class Period and was damaged upon the revelation of the Exchange Act Defendants' frauds, as alleged herein.

11. Plaintiff Adeel Ashraf filed the initial complaint in this action. ECF 1. As set forth in his prior-filed Certifications (ECFs 1-1, 13-2), which are incorporated herein by reference, Plaintiff Ashraf purchased MINISO's U.S.-traded ADSs at artificially inflated prices during the Class Period and was damaged upon the revelation of the Exchange Act Defendants' frauds, as alleged herein.

12. Exchange Act Defendant MINISO Group Holding ("MINISO") is incorporated in the Cayman Islands and its head office is located at 25F, Heye Plaza, No.486, Kangwang Middle Road, Liwan District, Guangzhou 510140, Guangdong Province, People's Republic of China ("PRC"). MINISO's securities trade on the New York Stock Exchange ("NYSE") under the ticker symbol "MNSO."

13. Exchange Act Defendant Guofu Ye ("Ye") is MINISO's Chief Executive Officer ("CEO") and Chairman of the Board of Directors. Exchange Act Defendant Ye resides in China. Lead Plaintiff's efforts remain ongoing to serve Exchange Act Defendant Ye in this litigation.

14. Exchange Act Defendant Saiyin Zhang ("Zhang") is MINISO's Chief Financial Officer ("CFO") and a Director. Exchange Act Defendant Zhang resides in China. Lead Plaintiff's efforts remain ongoing to serve Exchange Act Defendant Zhang in this litigation.

15. Exchange Act Defendant Minxin Li ("Li") served on MINISO's Board of Directors since December 2018 and is MINISO's Executive Vice President. Exchange Act Defendant Li resides in China. Lead Plaintiff's efforts remain ongoing to serve Exchange Act Defendant Li in this litigation.

16. Exchange Act Defendant Donald J. Puglisi ("Puglisi") was MINISO's duly authorized representative in the U.S. at the time of its IPO. Exchange Act Defendant Puglisi signed the false and misleading Registration Statement (defined below) on his own behalf and on behalf

of Exchange Act Defendant Puglisi & Associates, which he founded and oversees as Managing Director.

17. Exchange Act Defendant Puglisi & Associates ("P&A") was MINISO's authorized U.S. representative for purposes of the IPO. Exchange Act Defendant Puglisi, who signed the Registration Statement (defined below), at all relevant times, served as Managing Director of Exchange Act Defendant P & A. As a result, Exchange Act Defendant P & A is liable for the securities law violations committed by Exchange Act Defendant Puglisi in its capacity as employer and as a control person under the Exchange Act.

18. Exchange Act Defendants MINISO, Ye, Zhang, and Li are sometimes referred to herein as the "Exchange Act MINISO Defendants."

19. Exchange Act Defendants Ye, Zhang, Li and Puglisi are sometimes referred to herein as the "Exchange Act Individual Defendants."

20. Exchange Act Defendants MINISO and P & A, together with the Exchange Act Individual Defendants, are referred to herein, collectively, as "the Exchange Act Defendants."

**D. Non-Party Confidential Witnesses (CWs)**

21. CW1 was Director of Operations at MINISO USA from September 2019 to August 2021, based in the Pasadena, California offices until the COVID pandemic prompted a switch to remote working. CW1 reported directly to Nancy Yang, President of MINISO USA, until she was replaced by Andrew Xie, General Manager of MINISO North America, and Xie's "right hand man" in the U.S., Hunter Tian. CW1's job was to oversee the retail operations of MINISO USA. CW1 was heavily involved in opening new stores, worked on developing standard operating procedures for MINISO's U.S. operations, and worked on improving store efficiency and profitability.

22. CW2 worked at MINISO from November 2018 to September 2021 in the following positions: Inventory Control Analyst Assistant (Nov 2018 – July 2019), Inventory Control Analyst (July 2019 – Jan 2020), Supply Chain Supervisor (Jan 2020 – March 2021), and Business Operations Specialist (March 2021 – Sept. 2021). While working in the supply chain positions, CW2 reported to Elvis Yang, Manager of Merchandise in North America. As a Business Operations Specialist, CW2 reported to CW1, Direction of Operations. CW2's jobs in supply chain and retail operations meant that CW2 dealt with all U.S. stores and was familiar with MINISO operations in Canada.

23. CW3 worked at MINISO as a District Manager from 2017 to 2020 overseeing U.S. stores and reviewing reports on MINISO's operations generated by Chinese consultants assigned by MINISO's Chinese headquarters. After a short hiatus, CW3 returned to MINISO as MINISO's U.S. National Operations Inspector from April 2021 to July 2022, in which capacity CW3 also visited stores.

24. CW4 worked as a Human Resources Business Partner at MINISO USA's Pasadena headquarters from March 2020 to May 2021. CW4 reported to superiors including Human Resources Manager Scarlett Wang and Jason Xie. CW4 was assigned to oversee human resources functions for 15 U.S. stores, including 14 in California and the franchise store in Las Vegas. CW4's job responsibilities included processing payroll for each of those stores and working with the stores to manage day-to-day personnel issues and disciplinary procedures. Each month, CW4 prepared an Excel spreadsheet tracking total payroll for each store, which was submitted to CW4's upper management.

25. CW5 worked at MINISO USA from June 2017 to September 2021 in several capacities. As a Multi-store Manager from June 2017 to June 2018, CW5 was responsible for

overseeing day-to-day operations at several MINISO stores in the U.S., including assisting with recruiting, training, and staff management. As a Senior Operations Assistant from June 2018 to April 2019, CW5 helped with the administrative aspects of business operations, with tasks including preparing sales reports, entering data in the company's database, preparing payroll and overtime reports, preparing daily sales reports, assisting with training, and creating policy and procedure forms and checklists. As a Field Operations Manager from April 2019 to September 2021, CW5's tasks included training employees at stores, overseeing Human Resources issues, and overseeing the opening and closing of stores. As part of CW5's operations jobs, CW5 interacted with MINISO franchisees or their representatives. CW5 worked at MINISO USA's headquarters in Pasadena, California. CW5 reported to MINISO USA District Manager Anushka Gunathunga; a woman named Vivian, who was a high-level operations manager at MINISO China; MINISO USA President Nancy Yang; and Director of Operations at MINISO USA CW1.

26. CW6 worked as Regional Operations Director at MINISO USA from February 2019 to September 2019, located at its Pasadena, California headquarters. CW6 initially reported to MINISO USA's Chief Operating Officer Ben Yu, who departed to work for MINISO Canada when his U.S. work visa expired. Thereafter, CW6 reported to MINISO USA President Nancy Yang, who in turn reported to James Dong. CW6's responsibilities included overseeing the retail stores in California, including oversight of procurement and expenditures for stores.

27. CW7 worked for MINISO in California from June 2019 to June 2022, in several capacities. CW7 worked as an Assistant Store Manager from June 2019 – April 2021 in the Alhambra, California retail location, where CW7 helped to manage the store's day-to-day operations, inventory, and staff and to address issues that arise during a work shift. CW7 was a Store Manager in the Pasadena and Arcadia, California retail locations from April 2021 – October

2021, managing day-to-day store operations but also reporting on the store's sales, inventory, and staffing needs to the District Managers to whom CW7 reported, including Sean Lindsay and Kyana Ly. As an Assistant Area Manager from October 2021 – June 2022, CW7 worked at MINISO's U.S. headquarters in Pasadena, California, directly reported to Senior Operations Area Manager Joshua Larida, and oversaw seven retail stores in the Los Angeles, California metro area, with duties including reporting sales figures and ensuring that Store Managers performed their jobs correctly and met daily, weekly, and monthly goals.

28. CW8 worked as Director of Real Estate at MINISO USA from May 2019 to January 2022, overseeing the real estate aspect for store sites, in which capacity CW8 worked with franchises and potential franchisees.

**E. Exchange Act Allegations**

**1. MINISO's Listing And Operations In The United States**

29. MINISO, a Chinese global value retailer offering a variety of design-led lifestyle products, became listed in the U.S. through an IPO of 30,400,000 American Depositary Shares at a public offering price of $20 per ADS in October 2020. Each ADS represents four Class A ordinary shares. The U.S. listing came approximately eleven years after MINISO was founded by its CEO and Chairman, Exchange Act Defendant Ye, and approximately seven years after MINISO commenced its operations in China, in an effort to raise over $600 million in gross proceeds. Following the IPO, MINISO has been trading in the U.S. on the New York Stock Exchange, under the ticker symbol "MNSO."

30. While MINISO has a U.S. footprint, a majority of its operations are in China. According to MINISO, as of June 30, 2022, 62% of its stores were located in China and its operations in China accounted for 73.8% of its total revenue. By contrast, the Americas, which is

inclusive of the U.S. and all other applicable countries located in North and South America, accounted for 11.8% of MINISO's reported total revenue during that same time.

31. Significantly, investors and analysts who invest in and cover MINISO are forced to rely on the accuracy of MINISO's disclosures when evaluating the investment value of what MINISO, including as regards to, *inter alia*: (i) the number of store franchisees and their level of independence; (ii) the actual cost borne by franchisees and fees derived therefrom; (iii) the amount of MINISO stores owned by MINISO itself; (iv) the amount of MINISO stores owned by the Exchange Act Defendants Ye, Zhang, and Li, and other MINISO insiders; (v) the details of MINISO's headquarters construction project efforts and its contract with the Chinese government; and (vi) the use of MINISO's IPO proceed and joint venture funding.

**2. MINISO's Business And Operations**

32. Founded in 2007 and headquartered in Guangzhou, China, MINISO claims to be a global value retailer offering a variety of design-led lifestyle products. MINISO claims it operates its flagship brand "MINISO" and has a global presence of over 3,200 stores in China and over 2,000 stores overseas in approximately 105 countries. MINISO's product offering purportedly encompassed over 9,000 SKUs, in the year ended June 30, 2022, across the following categories: home décor; small electronics; textile; accessories; beauty tools; toys; cosmetics; personal care; snacks; fragrance and perfumes; and stationery and gifts. On December 18, 2020, MINISO launched its sub-brand Top Toy, which operates toy stores that purportedly sell collectible art toys for children and young adults, such as small vinyl figurines created by designers and brands, around MINISO's intellectual property products and external brands like Marvel and Disney. The Exchange Act Defendants touted the trendiness, creativeness, high quality and affordability of the products that MINISO delivers and its ongoing ability to meet customers' evolving needs as the core for attracting and retaining consumers. Further, they attributed MINISO's product design,

relaxed shopping experience, efficient supply chain, and deep operation know-how backed by digitalization as the bases for its ability to make its business highly scalable globally.

33. According to the Exchange Act Defendants, MINISO purportedly has been able to expand globally in large part due to its independent Retail Partner model, which is a franchise-like store model with chain store characteristics. Under this model, Retail Partners purportedly mobilize their resource to open and operate MINISO stores at different locations, while shouldering the associated capital expenditure and operating expenses on their own. MINISO purportedly provides value under this model by allowing its Retail Partners to use its brand and providing Retail Partners with "valuable guidance" on store operation, in exchange for a pre-agreed portion of in-store sale proceeds and an annual license fee payment, based on the quality of the store location and the amount of stores owned by the Retail Partner. MINISO Retail Partners keep the remaining sales proceeds, while MINISO retains ownership of inventory until in-store sales to customers are completed. The Exchange Act Defendants touted that MINISO's purported "asset-light" Retail Partner model allows it to achieve rapid network expansion with consistent branding and consumer experience. They also attributed MINISO's ability to expand globally to its independent distributor model, which is similar to the Retail Partner model, but has lesser MINISO operational involvement and the differing speed by which distributor partners obtain ownership over inventory, *i.e.*, generally when it is either shipped from or delivered to the distributor locations. Significantly, according to the Exchange Act Defendants, MINISO's success was highly dependent upon its Retail Partner and distributor models, as it claimed over 95% of MINISO's stores globally, as of June 30, 2022, were operated by its independent Retail Partners and local distributors – a materially false and misleading statement as discussed *infra*.

34. Based on MINISO's disclosures, the Chinese market, as of June 30, 2022, represented 73.8% of MINISO's revenue. The Exchange Act Defendants explained that nearly all of MINISO's revenue (89.2% as of June 30, 2022) is generated from sales of its lifestyle and pop toy products that MINISO largely attributed to franchisees who partake in the Retail Partner model (54.5% as of June 30, 2022), offline distributors (20.5% as of June 30, 2022), and online sales (20.5% as of June 30, 2022). Additionally, according to MINISO's disclosures, MINISO generates significant revenue from its license fees, sales-based royalties, and sales-based management and consultation service fees (6.8% as of June 30, 2022). The Exchange Act Defendants attributed the growth of MINISO's business model to the expansion of its store network, especially in China. To achieve this expansion, MINISO relies on its Retail Partners, or franchisees, to open up new stores throughout the world in each quarter.

35. On October 15, 2020, MINISO was listed in the U.S. through an IPO of 30,400,000 ADS at a public offering price of $20 per ADS. The IPO was underwritten by Goldman Sachs (Asia) L.L.C. and BofA Securities, Inc. As a result of the IPO, MINISO raised $608 million before accounting for an underwriting discount of $27.94 million - $32.956 million.

36. Less than two months later, on December 11, 2020, MINISO announced that it formed YGF Investment V Limited ("YGF Investment"), a joint venture in the British Virgin Islands ("BVI"), with YGF MC Limited ("YGF MC"), a company jointly controlled by MINISO's controlling shareholders, Exchange Act Defendant Ye (its CEO and Chairman) and Yunyun Yang. The purported purpose of the joint venture was to acquire land use right of a parcel of land in Guangzhou, China, to construct a new headquarters building for MINISO through the joint venture's subsidiary in Guangzhou. When the joint venture was formed, MINISO held 20% of the joint venture company while YGF MC Limited held the remaining 80% of the shares of the

joint venture company. Further, at the time the joint venture was announced, the Exchange Act MINISO Defendants claimed that MINISO invested RMB356 million in the joint venture company while ***YGF MC would invest RMB1,424 million in the joint venture*** – an investment that never happened, as discussed *infra*.

37. MINISO estimated that it would require total investment of RMB2,885 million to build its headquarters, inclusive of the cost for acquiring the land use right. In January 2021, the joint venture's subsidiary acquired land use right of a parcel of land in Guangzhou, China from the Chinese government for approximately RMB1,780 million. The land for MINISO's headquarters is in the Pazhou Internet Innovation Zone, an area where many large new-economy companies in China are choosing to locate their headquarters. MINISO's new headquarters would purportedly cover approximately 104 thousand square meters in gross floor area and is purportedly estimated to be completed by 2025. The contract entered into between YGF Investment and the Chinese government for the land purchase, which is made publicly available by the Guangzhou Municipal Planning and Natural Resources Bureau, limits use of the purchased land to the construction of MINISO's regional headquarters. Significantly, the contract also explicitly prohibits the purchaser's change of ownership structure for 10 years after the contract is executed, stating (as translated): "From the day when the bidder signs the 'State-owned Construction Land Use Right Transfer Contract,' the transferee's equity cannot be changed within 10 years."

38. On September 26, 2021, in direct violation of its contract with the Chinese government for the land purchase, MINISO entered into an agreement with YGF MC Limited to acquire the remaining 80% equity stake in the joint venture for an estimated RMB700.4 million (equivalent to roughly $108.3 million, based on the currency conversion ratio that day), a transaction that unjustly enriched Exchange Act Defendant Ye, as alleged *infra*. Thereafter,

MINISO owns YGF Investment in its entirety and purportedly will consolidate its financial results into MINISO's own financial statements.

39. Approaching the Class Period, which begins at MINISO's IPO, the Retail Partner model and the opening of new independently-operated stores was significant to MINISO's viability and the performance of its ADS securities. A vast majority of MINISO's revenue was purportedly generated through its independent retail partners, and MINISO's guidance and projections were based on steady increases in the number of stores opened through that model.

40. Analysts covering MINISO keenly followed the success of its Retail Partner model and the expansion of its stores, emphasizing its utmost significance to MINISO's viability. For instance, pre-IPO, Aequitas Research, in its September 27, 2020 analyst report, emphasized that "it is imperative for readers to understand how MINISO operates, specifically, its MINISO Retail Partner model, which has helped the company grow its network of stores rapidly" and said it "like[d] MINISO's business due to its asset-light strategy." Post-IPO, Bank of America ("BoA") initiated positive coverage of MINISO by placing particular emphasis on MINISO's "proven track record of global expansion," describing store expansion as MINISO's "key revenue driver," and explaining that the Retail Partner model enables "both scalable expansion in an asset-light manner, and strong control of store operations with direct access to retail and consumer data." BoA repeatedly opined thereafter that MINISO deserves a premium to its peers given "faster growth" and its "asset-light business model" that enables higher net profit margin and return on equity and included the Retail Partner model in its "investment rationale section" explaining that it "could enable scalable expansion at asset-light model." After initiating coverage in a January 11, 2022 report, Credit Suisse attributed MINISO's success to its "asset light business model to support rapid expansion, and generate healthy cash flow" while placing particular emphasis on the

significance of the expansion of MINISO's global presence. Significantly, analysts covering MINISO paid particularly close attention to store expansion, including the precise number of new stores being opened domestically and overseas each quarter and whether the openings met prior guidance and expectations. In its reports, Jefferies specifically lists "store opening guidance" as one of MINISO's share price catalysts. Further, the significance of the Retail Partner model is confirmed by MINISO itself as directly discussed in the analyst reports. For instance, in its August 31, 2022 analyst report, Credit Suisse states MINISO reported that revenue sharing with its retail partners was the company's primary source of revenue in the domestic market.

### 3. Undisclosed Material Negative Facts And Risks

#### a. Undisclosed Facts And Risks Described By The CWs

41. CW1 said that MINISO corporate in China funded MINISO's U.S. operations and that of the 32 U.S. MINISO stores during CW1's tenure, 27 were owned by the company, with only 5 being franchises (one of which closed in 2019). CW1 believes that MINISO Canada had about 50 stores at the time, with the majority also company-owned. CW1 said that MINISO USA struggled to get people to open franchise stores. CW1 said that the father of MINISO USA President Nancy Yang was an investor in MINISO China and accompanied MINISO's CEO, Exchange Act Defendant Ye, on visits to the U.S. CW1 believes the Yangs did not have direct investment in MINISO USA or any sort of franchise relationship, because MINISO USA was required to obtain approval from MINISO corporate in China for any significant expenditures or decisions regarding U.S. operations. For instance, CW1 said that when MINISO USA built out a new store, its Chinese headquarters had to approve each step, including contract review with any contractors and approval of any construction expenditures. Likewise, CW1 said that MINISO's Chinese headquarters exerted control over MINISO USA's personnel and payroll decisions, with headquarters approval needed on hirings and firings. According to CW1, all MINISO USA

requests for approval from headquarters were submitted via an internal network portal shared with MINISO China. CW1 also said that MINISO China dictated 80% of the inventory sent to U.S. stores, leaving MINISO USA only 20% that it could choose to be sent from China. For instance, if MINISO corporate launched a new product line, MINISO USA was permitted to select only 20% of the product line inventory that would be shipped to U.S. stores, while the rest was decided by MINISO's Chinese employees. CW1 said that U.S. franchisees had to order their inventory from MINISO USA. CW1 said that while Nancy Yang was out on maternity leave, MINISO China decided to combine MINISO USA and MINISO Canada operations into a single MINISO North America operation. CW1 said that MINISO China sent Andrew Xie, General Manager of MINISO Canada, to be the General Manager of MINISO North America, while Nancy Yang left the company. CW1 said that Mr. Xie brought with him Hunter Tian to be his "right hand man" to help oversee MINISO North America operations and Jason Xie, a VP at MINISO Canada, to oversee MINISO North America's Human Resources. CW1 said that MINISO China had ordered Mr. Xi to attempt to open more franchises, with the goal of opening 100 stores in the U.S. CW1 said that as part of that effort, the company was working to adjust its franchise contract, among other things to lower franchise fees and lessen the portion of sales paid over to MINISO corporate. CW1 knew of this work because of the potential impacts on opening new stores, a part of CW1's job responsibilities, which CW1 discussed with colleagues including MINISO USA's Director of Real Estate, CW8. CW1 also said that Mr. Xie switched MINISO North America's approach toward franchise stores, so that MINISO itself would find the location, build it out, stock it, hire staff, and open the store – tasks previously left to franchisees to handle – before attempting to bring in a franchisee to take over operations, payroll, and rent from MINISO.

42. CW2, who worked for MINISO from November 2018 to September 2021 in various U.S. supply chain and business operations roles, said that its U.S. footprint grew from a single California store in 2018 to a total of 38 U.S. stores, 35 of them in California, by September 2021. CW2 said that a franchise store opened in Las Vegas in February 2020 and two franchise stores opened in Florida, and that the franchise stores performed poorly compared to the other U.S. stores. CW2 dealt with all 38 MINISO stores in the U.S. and was familiar with MINISO's operations in Canada, where roughly 45 stores operated by September 2021. CW2 corroborated CW1 by saying that MINISO's Canada operations were run like its U.S. operations, and most Canadian stores were company-owned with few that were franchises. CW2 also corroborated CW1 in saying that Nany Yang, who had led MINISO's U.S. operations in Pasadena, was replaced by Andrew Xie, the former head of its Canadian operations who was named North America General Manager. CW2 added that Leo Liu led the Construction Department, oversaw buildout of new stores, and was based in the Pasadena offices.

43. CW3, who became MINISO's U.S. National Operations Inspector, said that MINISO USA's President was Nancy Yang, whose father bought into its operations and whose husband Calvin ran its financials. CW3 said that in early 2021, MINISO corporate headquarters in China bought the Yangs out of MINISO USA and combined it with MINISO Canada into the renamed North American operations. Corroborating CW1 and CW2, CW3 understood the U.S. stores to be owned and operated by MINISO, despite the Yangs' period of leadership of MINISO USA. Indeed, CW3 said the majority of MINISO's stores were company-owned and operated, which CW3 understood from internal spreadsheets and sales reports that CW3 saw as a District Manager up until 2019. CW3 said MINISO's China headquarters assigns internal "consultants" to each countries' operations to advise and assist with meeting corporate headquarters' goals.

CW3 said the Chinese consultants assigned to MINISO USA had meetings with U.S. operations management to discuss and compare performance of U.S. stores with global stores. CW3 said the Chinese consultants' reports compared national overall sales and profits for the different countries with year-to-date and year-over-year figures and showed data specific to countries or individual stores regarding, *inter alia*, shipping costs, P&Ls, rent amounts, and profit. CW3 described the documents as reporting national numbers that were all from corporate stores and did not reflect any separate revenue stream or data for franchise stores, and CW3 said the company's focus was on increasing profitability of company-owned stores. Given the foregoing, CW3 does not agree with the company's pre-IPO statements that 97% of its stores were franchisee-owned. Indeed, CW3 confirmed that MINISO opened no U.S. franchise stores for years and that only seven were opened – one in Las Vegas, two in Florida, two in California, and two in Texas. CW3 said all franchise owners were "miserable" and wanted to sell out, and CW3 confirmed that both California franchises ended. CW3 said that the Chinese consultants only provided a view of the documents to MINISO's U.S. employees – never an actual document that could be downloaded or printed out – and that the MINISO USA Franchise Department was secretive about its work. CW3 said that MINISO's Chinese headquarters brought in Lin "Tyrone" Li as a new General Manager to its North American operations to focus on transitioning company-owned stored into franchises. However, CW3 said that, despite a goal for more franchises, the company is still only opening MINISO owned and operated stores.

44. CW4, an HR Business Partner for MINISO USA, prepared monthly Excels tracking payroll for 15 U.S. stores. CW4 was given data written mostly in Chinese and instructed to plug certain payroll numbers into specific cells on the Excel. CW4 said that MINISO corporate leadership were Chinese, communicated with each other in Mandarin, and, due to the level of

communications between corporate headquarters in China and the U.S. Accounting Department, wanted to hire only Chinese nationals in the Accounting Department and turned down U.S.-based candidates to for open accounting positions – with the one exception being an Asian-American hire – in preference for sponsoring people from China to work in the U.S. CW4 said that the monthly reports included a tally of total payroll costs of all company-owned U.S. stores. CW4 said that MINISO corporate paid the wages and salaries for all company employees in the U.S., including store employees at company-owned stores, and said that MINISO owned about 35 stores in California that later closed. CW4 recalled only four MINISO franchises, including one in Las Vegas, two in Florida, and one in California. CW4 added that franchise stores made heavy demands on HR and said that franchisees paid the employee wages for their stores, with MINISO's payroll system processing the payments but the funds coming from the franchisees via paychecks withdrawn from the franchisee's bank account. CW4 corroborated other CWs in stating that Nancy Yang was head of MINISO USA operations, her father had a significant investment stake in MINISO's U.S. operations, Ms. Yang did not return to her role following her maternity leave, and that MINISO brought in Andrew Xie from MINISO Canada to oversee the combines U.S. and Canadian operations. CW4 estimated Nancy Yang's age at 34 years and said she "had no idea how to run a company." CW4 never saw or heard any indication that Ms. Yang or her father paid any wages for any MINISO employees, including employees at the company-owned stores. CW4 said that when the company opened a new store, it was done as a separate MINISO LLC, with Nancy Yang's husband Calvin, who left the company round the time of MINISO's IPO, working on the LLC filings. CW4 corroborated CW1 in stating that two other executives were also brought on from MINISO Canada at the same time as Mr. Xie – Hunter Tien to oversee day-to-day operations and Jason Xie to oversee HR and financials. CW4 said that when Andrew Xie took

over, the company also told U.S. employees that many of them were being overpaid, and some were fired. CW4 said that despite talk about opening more franchises, none were opened during CW4's tenure.

45. CW5 said that Nancy Yang was named President of MINISO USA because her father made a large investment in the U.S. operations of MINISO. CW5 said that the company-owned U.S. stores were all losing money and that was the reason MINISO China ousted Nancy Yang and her father. CW5 corroborated CW1 by stating that Nancy Yang was out on maternity leave in March or April 2021 when MINISO China sent Andrew Xie from the Canada operations to lead the Pasadena office and that, not long after, the company announced that Ms. Yang would not return and that Mr. Xie would be head of North America operations. CW5 corroborated CW1 and CW4 by stating that Andrew Xie brought in Hunter Tian and Jason Xie to assist him in doing so. As a Senior Operations Analyst, CW5 reported labor data, employees' hours and overtime, and sales figures to a high-level operations manager at MINISO China named Vivian, who was assigned to assist with U.S. operations and fix problems. CW5 said that franchisees who opened stores during CW5's tenure funded store operations on their own, including paying buildout costs, rent for their stores, and their employees' wages. CW5 corroborated CW4 by saying that the franchise stores were formed as individual LLCs and that MINISO USA helped the franchisees with an automated payroll software system, certain Human Resources services, and some marketing. CW5 said that only five U.S. franchise stores had opened by September 2021, including two in California, one of which closed due to poor performance, two in Florida in 2019, and one in Las Vegas in February 2020. CW5 said that MINISO USA's efforts to open more franchises, including formation of a "franchise department" later renamed the "business development" office, failed to yield results. CW5 said that the business development office looked

for store sites, tried to interest potential franchisees, and prepared reports about the potential store's location, surrounding demographics, expected foot traffic, and potential sales. However, CW5 said that once potential franchisees learned that monthly rent could be as high as $40,000 per month and that California's minimum wage was $15 per hour, they usually lost interest due to the cost.

46. CW6, Regional Operations Director at MINISO USA, described MINISO leadership as secretive and failing to keep CW6 in the loop beyond CW6's immediate job responsibilities. CW6 described Nany Yang as tightly controlling every dollar spent on MINISO USA operations and requiring approval for all expenditures. CW6 said that when the air conditioning broke at a store in August 2019 and CW6 called Ms. Yang to discuss getting it repaired, she suggested CW6 instead buy fans for the store. To avoid the time-consuming process of emailing a request and awaiting approval, CW6 simply brought a few fans from home to the store. CW6 said that when CW6 left the company in September 2019, MINISO USA had 36 stores in the U.S., 34 in California and two in Florida. CW6 said that all but four of those stores were company owned. CW6 said that both Florida stores and two of the California stores were franchises, and that the Las Vegas franchise was then-under development. CW6 said that Exchange Act Defendant Ye visited MINISO USA's Pasadena, California offices a few weeks before CW6 was let go from the company. CW6 said that during this August or September 2019 visit, Exchange Act Defendant Ye went to dinner with all of the Store Managers and MINISO USA's leadership from the Pasadena office. CW6 believes that Exchange Act Defendant Ye wanted to discuss U.S. operations with CW6 but was prevented due to the language barrier arising because Exchange Act Defendant Ye did not speak English and CW6 did not speak Mandarin, and

further believes that Exchange Act Defendant Ye's frustration led to CW6's job termination. CW6 said that most of MINISO's leadership was either from China or spoke Mandarin.

47. CW7, an Assistant Area Manager at MINISO's U.S. headquarters in Pasadena, California, estimated that 30 people worked there, overseen by top executives Nancy Yang and then Andrew Xie. CW7 said that from 2017 until 2021, all of MINISO's U.S. stores were located in California, primarily in southern California. In harmony with CW1, CW2, and CW3, CW7 said that all MINISO stores in southern California were owned by the company and not by independent franchisees. CW7 said that by June 2022, MINISO had 20 stores in California. CW7 recognized MINISO was heading in the wrong direction when it sent a number of executives from China headquarters to the Pasadena offices in February and March 2022, for a few-month stay, which was still ongoing as of October 2022, as reported to CW7 then by a colleague still working at MINISO. CW7 saw the Chinese executives implement severe cutbacks to save money, with which CW7 disagreed, causing CW7 to endure frustration and stress before deciding to leave the company. CW7 observed the Chinese executives implement cutbacks on hiring staff, employee salaries, and basic store necessities, causing one of CW7's Store Managers to purchase toilet paper and cleaning supplies for the store out of her own pocket because the company would not pay for them. CW7 also observed the Chinese executives implement cutbacks on shipments to stores, which sometimes left them with depleted shelves and unable to maintain sales levels. CW7 knew of just one U.S. store, located in Las Vegas, owned by an independent franchisee who grew frustrated with MINISO during the cutbacks, due to late and incomplete inventory shipments to her store, and who raised the issue with Senior Operations Manager Josh Larida and National Operations executive CW3.

48. CW8, Director of Real Estate at MINISO USA, corroborated CW3's statements that MINISO USA President Nancy Yang and her father had an investment stake in MINISO USA and confirmed that it was not a franchise ownership of the U.S. operation and that there was no assigned franchisor or franchise operators of the MINISO USA operations as a whole. Corroborating the other CWs, CW8 said that all MINISO stores in the U.S. during CW8's tenure were operated by the company itself, except for five MINISO franchise stores (one later closed) that opened in Florida, Las Vegas, and California.

#### b. Undisclosed Facts And Risks Described By Blue Orca Capital

49. As alleged in greater detail in §II.E.4.d., *infra*, Blue Orca Capital issued a report on July 26, 2022, which exposed numerous facts and risks about MINISO, many of which predated its IPO and all of which remained concealed until Blue Orca Capital's report. Broadly speaking, Blue Orca Capital revealed that MINISO had made materially false or misleading statements and omissions concerning several major areas of its business, which their conclusion: "In our view, not only does our evidence undermine the authenticity of MINISO's reported financials, but also suggests that MINISO should trade at a fraction of its current share price."

50. First, Blue Orca Capital debunked as a "lie" MINISO's "foundational narrative" that its "value proposition to investors is that it allegedly operates in an asset-light, high-margin independent franchise model" that "enables [it] to expand quickly while minimizing upfront capital costs," which "[i]n theory…allows MINISO to generate high margins without the operating expenses and complexity which can drag down profitability at traditional retailers." Instead:

> Fundamentally, this misrepresentation obscures MINISO's true business model, tricking the markets into applying an unjustified and unsustainable multiple on a mundane retail business model***. MINISO is currently trading at 1.4x sales as an asset light and high margin business, a desirable proposition especially during Covid-19. Yet our due diligence shows that in reality, MINISO is more like a declining brick-and-mortar operator, and we think it should be valued as such***.

Blue Orca Capital claimed to have done on-the-ground work in China to completely disprove MINISO's "claims that 99% of its stores in China, its key market, are operated by franchisees independent from the Company." Blue Orca Capital's diligence took two forms.

(a) Blue Orca Capital took seven months to manually cross-check MINISO and Top Toy stores in China against the Chinese corporate registry, as well as online map and consumer data. Blue Orca Capital said that it "found over 620 supposedly independent franchises, which according to Chinese corporate records, are registered under the names of MINISO executives or individuals closely connected to the Company's chairman," Exchange Act Defendant Ye. These included, among others, stores owned by Huang Zheng, MINISO's VP and Overseas COO (10 stores); Zhou Hongxia , MINISO's Shanghai subsidiary's legal representative (12 stores); Ye Tao, Supervisor of MINISO (Wuhan) Enterprise Management Consulting (15 stores); Lin Zongyou, legal representative to entities owned by Exchange Act Defendant Ye, his wife, or a MINISO Executive Director (34 stores); Li Minxin, MINISO's Director and Executive Vice President (9 stores, some registered without any reference to MINISO). Blue Orca Capital also found that the Chinese corporate registry database contains 291 other entities that are still in operation and that share the same phone number as the one that both Li Minxim and Huang Zheng used to register MINISO stores. Blue Orca Capital said all this evidence indicates that the stores "are secretly owned and operated by the Company" or "by Company executives or individuals closely connected to MINISO and its chairman," Exchange Act Defendant Ye, which is a way of "concealing the costs of such stores from investors," because "MINISO's real margins are likely significantly less than reported to investors."

(b) Blue Orca Capital's diligence found corroborating evidence from China predating MINISO's IPO at issue. Specifically, it identified interview statements made by

MINISO's brand director at a 2017 conference in China that most MINISO stores in tier one cities in China are owned and operated by MINISO, with franchising limited to lower tier cities, and it found a November 2019 article published by the financial news arm of the Chinese state-owned Shanghai Media Group stating that 40% of MINISO's stores were owned and operated by the company itself. Blue Orca Capital also spoke with a Chinese franchisee who had owned several MINISO stores since 2016 and who confirmed that MINISO had over 1,000 company-owned stores in 2019.

51. Second, Blue Orca Capital decried as "money for nothing" and a "naked transfer of shareholder money to the chairman" the fact that shortly after MINISO's IPO at issue, it set up a British Virgin Islands (a/k/a "BVI") joint venture with Exchange Act Defendant Ye to build a Chinese headquarters, in which Exchange Act Defendant Ye had an 80% stake despite contributing no funds and MINISO had only a 20% stake despite contributing 100% of the RMB 346 million deposit needed to purchase the land for its headquarters, and, just a year later, MINISO bought out Exchange Act Defendant Ye's 80% interest for a massive sum. Blue Orca Capital noted that it was "highly unusual for a Chinese company to purchase land in China through a BVI intermediary" and that "[t]he principal advantage of the BVI is that it easily facilitates opaque offshore transfer of cash to insiders." Blue Orca Capital confirmed Exchange Act Defendant Ye's not contributing any capital to the joint venture by finding Chinese government records from the National Enterprise Credit Information Publicity System stating that the joint venture's paid-in-capital remained at the level of MINISO's original contribution, which matched the initial deposit amount on the headquarters land purchase, until the day after MINISO bought out Exchange Act Defendant Ye's stake on October 27, 2021. Blue Orca Capital found Chinese records showing that a day later, on October 28, 2021, the joint venture's paid-in-capital rose to RMB 1.8 billion –

when MINISO was its sole remaining shareholder. Significantly, the headquarters land purchase agreement, which Blue Orca Capital found in an online post by the local Chinese government, expressly prohibits a change of ownership structure in the land purchaser – *i.e.*, the joint venture – for 10 years. Thus, Blue Orca Capital observed that MINISO's buyout of Exchange Act Defendant Ye risked breaching the land purchase agreement. Blue Orca Capital noted that MINISO had four other property developments in China valued at RMB 23 billion total, which appear to be owned by Exchange Act Defendant Ye through similar layered BVI offshore holding structures and which appear to be a "template" for his siphoning additional future shareholder funds.

52. Third, Blue Orca Capital conducted extensive China-based research, including review of deleted but archived disclosures on MINISO's Chinese website, reports in Chinese media, and interviews with former MINISO employees, which uncovered "independent evidence" "that MINISO is a brand in serious peril." Blue Orca Capital found a deleted statement on MINISO's Chinese website evidencing that its revenues peaked at RMB 17 billion in 2018 and declined 40% thereafter – despite a 50% increase in store count (from 3,459 to 5,205 stores during the same time period) that implies a 60% same-store revenue decline. Blue Orca Capital also interviewed a former MINISO Regional Manager in China, who said MINISO's profitability peaked between 2017 and the first half of 2019 and who cited specific high-performing stores in China that suffered 75% - 80% declines in monthly revenues since then. Blue Orca Capital also interviewed a former MINISO Manager who said that "[m]ost franchisees were not able to make much money" due to factors like market saturation, competition, and high rents and that only 30% - 40% of the 100 new stores in China were profitable, and barely so. To confirm these accounts, Blue Orca Capital collected a sample of 620+ MINISO stores in China in November 2021 and observed that 120 of them (20%) had closed by July 2022, including 110 that "deregistered their

business licenses, suggesting permanent closure." Blue Orca Capital also spent months confirming a Chinese media report that, even before COVID, MINISO had closed 850 stores in China (one-third of its footprint there). Blue Orca Capital also found deleted statements from MINISO's Chinese website indicating that MINISO had lowered its franchising fee by 63% the preceding two years "in a desperate attempt to attract franchisees," which it termed "a telltale sign that the business is substantially les attractive to retail partners than it used to be" and a concern because "[f]ranchise fees are a cornerstone of MINISO's value proposition and are 100% margin revenue."

**c. Lead Plaintiff's Investigation Confirmed And Corroborated Blue Orca Capital's Findings**

53. Lead Plaintiff's investigation independently confirmed the core factual bases of the Blue Orca Capital report, likewise drawing from evidentiary sources in China. Thus, Lead Plaintiff separately reached the building block conclusions advanced in the Blue Orca Capital Report and likewise concluded that the Exchange Act Defendants' public statements, including MINISO's reported financial and operating results, indeed were materially false and misleading, rendering its ADS price inflated at relevant times.

(a) Lead Plaintiff's investigation confirmed, principally through examination of the Chinese corporate registry, not only their close relationship with Exchange Act Defendant Ye, but also Huang Zheng's ownership of 10 stores (*see Figure 1* below); Zhou Hongxia's ownership of 12 stores (*see Figure 2* below); Ye Tao's ownership of 15 stores (*see Figure 3* below); Lin Zongyou's ownership of 34 stores (*see Figure 4* below); Li Minxin's ownership of 5 stores (*see Figure 5* below). Lead Plaintiff's investigation also uncovered suspicious recent changes to some of these stores in the weeks following the Blue Orca Capital Report's publication, including ownership of several of Zhou Hongxia's stores being changed to other owners and deregistration of three of Huang Zheng's stores, one of Zhou Hongxia's stores, two of Ye Tao's

stores, and four of Lin Zongyou's stores. In addition, Lead Plaintiff's investigation confirmed that the Chinese corporate registry lists 630 entities that share the same phone number as one registered in Lin Minxin's name, 210 of which remain in operation (*see Figure 6* below).

*Figure 1*
*Huang Zheng store ownership*

| Entity Name | Entity Registered Address | MINISO Store | Validation | Additional Notes |
|---|---|---|---|---|
| 深圳市盐田区铮海日用品百货店 | 深圳市盐田区海山街道深盐路南面海山路北面壹海城二区负一层B104A、B105号 | https://www.dianping.com/shop/G6Aun6PqayXFn6up | https://www.qcc.com/firm/dc8b8302399a299cc295ca91ac809a66.html | Deregistered August 7th 2022. |
| 深圳市福田区卓铮铮百货店 | 深圳市福田区福田街道福华三路与金田路交汇处卓越世纪中心3、4号楼裙楼01层L111、L113-1号铺 | https://amap.com/place/B0FFHDU654 | https://www.qcc.com/firm/d50ee6805ee6c561e643296b951cf956.html | Deregistered August 7th 2022. |
| 深圳市罗湖区优品日用品店 | 深圳市罗湖区东门街道解放路2003号金世界商业中心一层B02、B03、B05-07、B15 | https://amap.com/place/B0G297QFCS | https://www.qcc.com/firm/d66294fdd8377fecd5c1af2c9d94fd52.html | Deregistered, no date. |
| 深圳市罗湖区铮铮优品百货店 | 深圳市罗湖区东门街道人民北路2055-2063文化娱乐中心大厦一楼 | https://www.job5156.com/comp/1639832 | https://www.qcc.com/firm/0f13d5e4cbe112bc03ea260ffe0d17bb.html | Deregistered, no date. Map gone. |
| 深圳市龙岗区铮爆了日用品店* | 深圳市龙岗区坂田街道环城南路与坂雪岗大道交汇处的嘉悦山花园7号楼L1层12号铺 | https://amap.com/place/B0FFIBJU76 | https://www.qcc.com/firm/c400f09cadc993f8e5b605147436684f.html | Deregistered, no date. Map gone. |
| 深圳市龙岗区龙铮日用品百货店* | 深圳市龙岗区横岗街道龙岗大道5008号横岗大厦商业1层19、20号 | https://amap.com/place/B0FFGE9TTO | https://www.qcc.com/firm/f4aff919d37cfdf2b1ddba04cea0f379.html | Deregistered, no date. |
| 深圳市宝安区新安宝铮日用百货店* | 深圳市宝安区新安街道宝安大道与裕安一路交汇处卡罗社区商业裙楼1层L1-07号 | https://amap.com/place/B0FFJXFU0F | https://www.qcc.com/firm/3491351f66c42a0fca0df456b043a68e.html | Deregistered, no date. |
| 深圳市光明新区铮铮日上百货店 | 深圳市光明新区公明街道公明天虹商场二楼5002、5003、5004、5006铺 | https://amap.com/place/B0FFL8KCHO | https://www.qcc.com/firm/0290ba8ec7c91242e80943f6eaba217e.html | Still operating. |
| 深圳市福田区铮福气百货店 | 深圳市福田区梅林街道上梅林中康路梅林路交汇处卓悦汇购物中心B2层07-08号 | See screenshot 1 in Appendix 2 | https://www.qcc.com/firm/1cf7b24626598f02423484f21af812bb.html | Deregistered, no date. |
| 深圳市龙华新区十铮十百货店 | 深圳市龙华新区民治街道民治大道与民丰路交汇处横岭工业区B栋天虹商场一楼1011A号 | https://you.ctrip.com/shopping/shenzhen26/1598026.html | https://www.qcc.com/firm/cfb17f20b990868d4e5fa4c25da76cde.html | Deregistered August 3rd 2022. Map gone. |

*Figure 2*
*Zhou Hongxia store ownership*

| Entity Name | Entity Registered Address | MINISO Store | Validation | Additional Notes |
|---|---|---|---|---|
| 北京亿来源商贸有限公司海淀第一分公司 | 北京市海淀区中关村大街19号新中关大厦M07 | Link | https://www.qcc.com/firm/e037921f3d7510012b096d2055bb4f4fd.html | Registered owner changed, but was previously Hongxia Zhou. |
| 北京亿来源商贸有限公司 | 北京市朝阳区朝外大街怡景园北里3、4、5号楼1层81内03 | Link | https://www.qcc.com/firm/493019df8f97af5edaea4cc195689852.html | Registered owner changed, but was previously Hongxia Zhou. |
| 北京时代佳丽商贸有限公司 | 北京市朝阳区建国路88号院7-10号楼1至2层2801 | Link | https://www.qcc.com/firm/e970a6534e7e050210818ae3f8a5594f.html | Registered owner changed, but was previously Hongxia Zhou. |
| 北京长阳优创百货店 | 北京市房山区广阳新路9号院1号楼2层201-L2024、L2026 | Link | https://www.qcc.com/firm/4021bfc029499a903e72ed84954f975d.html | Deregistered, no date. |
| 名创优品（广州）有限责任公司荔湾分公司 | 广州市荔湾区宝华路133号首层250、251、253、254(相连相通) | Link | https://www.qcc.com/firm/1f3a5e46abaab2776cb0171f8d92afb7.html | |
| 武汉市硚口区善宜日用品店 | 武汉市硚口区长宜路1号购物中心4-12-11、12-SU单元 | Link | https://www.qcc.com/firm/76c935381887d14f88df8fa3a65fc2a1.html | Deregistered, no date. |
| 深圳市罗湖区金红霞百货店 | 深圳市罗湖区南湖街道人民南路2028号金光华广场B1层003 | Link | https://www.qcc.com/firm/0132de02b99d345f28cb3f5c9d116295.html | Deregistered, no date. |
| 深圳市宝安区西乡霞红光百货店 | 深圳市宝安区西乡街道宝源路与海城路交汇处泰丰广场A栋时代城一楼F113号 | Link | https://www.qcc.com/firm/cf65dda368328e09e8e3170b4f2076b.html | Deregistered on August 3rd 2022. |
| 深圳市福田区霞光普丽百货店 | 深圳市福田区福保街道石厦北二街89号石厦新港商城一层117号 | Link | https://www.qcc.com/firm/afa1c925831cc0ddd6081e8f574c0005.html | |
| 深圳市罗湖区万红霞百货店 | 深圳市罗湖区桂园街道地铁1号线大剧院C3通道ZY-90号商铺 | Link | https://www.qcc.com/firm/8007604d05683bb32840421cb3159d0f.html | |
| 西安市雁塔区旺载莱百货店 (Top Toy) | 陕西省西安市雁塔区小寨西路和含光路南段交汇处momopark购物中心一楼F1-10二楼F2-12 | Link | https://www.qcc.com/firm/66b4d9320e7a8074c2341d8af649c16f.html | |
| 广州市黄埔区天石红霞百货店 (Deregistered) | 广州市黄埔区联和街科学大道46号101-45房、101-46房、101-47房 | Link | https://www.qcc.com/firm/e69dd3b888a3803f89aa1599526fffbc.html | Deregistered, no date. |

*Figure 3*
*Ye Tao store ownership*

| 企业名称 | 登记状态 | 法定代表人 | 成立日期 | 所属省份 | 电话 | 企业类型 | 所属行业 | Brand | Map | Link | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 东莞市南城名创优品日用品店 | 在业 | 叶涛 | 2013-12-26 | 广东省 | 18022381286 | 个体工商户 | 零售业 | MINISO | | https://www.qcc.com/firm/3d73b9475f44637171451c7b3adb7ff6.html | Deregistered. Date unknown. |
| 双塔区世耀生活用品店 | 存续 | 叶涛 | 2018-09-13 | 辽宁省 | 18742124573 | 个体工商户 | 零售业 | MINISO | https://ditu.amap.com/place/B0FFHS9LR9 | https://www.qcc.com/firm/e5495961580aca662dd6a624aedb3114.html | Deregistered. Date unknown. |
| 天山区中山路优俵轩百货店 | 存续 | 叶涛 | 2018-02-26 | 新疆维吾尔自治区 | 18022381286 | 个体工商户 | 零售业 | MINISO | https://ditu.amap.com/place/B0IUP1G000 | https://www.qcc.com/firm/84af9bde6f6dac3410141f66435ab2e5.html | Deregistered. Date unknown. |
| 朝阳区涛宗百货店 | 存续 | 叶涛 | 2016-12-21 | 吉林省 | 18022371286 | 个体工商户 | 零售业 | MINISO | https://ditu.amap.com/place/B0FFR68X51 | https://www.qcc.com/firm/82b5945958920dbfe30eae068acf75b8.html | Deregistered. Date unknown. |
| 杭州市上城区叶叶花百货店 | 存续 | 叶涛 | 2018-07-02 | 浙江省 | - | 个体工商户 | 零售业 | MINISO | | https://www.qcc.com/firm/6cd1eb72261cf616d6ac5da73461fe71.html | Deregistered. Date unknown. |
| 沙坪坝区涛哥百货经营部 | 存续 | 叶涛 | 2016-01-14 | 重庆市 | 18022381286 | 个体工商户 | 零售业 | MINISO | https://ditu.amap.com/place/B0FFFYCM17 | https://www.qcc.com/firm/080ee6653c196b7f66240978c72723c9.html | Deregistered. Date unknown. |
| 深圳市罗湖区桂园叶涛百货店 | 存续 | 叶涛 | 2011-07-08 | 广东省 | 13660843393 | 个体工商户 | 零售业 | MINISO | | https://www.qcc.com/firm/daa1f55badfa07ee553ef353f3c756fe.html | Deregistered on August 29th 2022. |
| 深圳罗湖区东门叶涛百货行 | 存续 | 叶涛 | 2012-08-01 | 广东省 | 15989421907 | 个体工商户 | 零售业 | MINISO | https://ditu.amap.com/place/B0FFG6AHHE | https://www.qcc.com/firm/8dc3e3d2b5c7c5e6b83a55b8d94e5639.html | Deregistered on August 31st 2022. |
| 渝中区诺若米便利店 | 存续 | 叶涛 | 2018-11-22 | 重庆市 | 18022381286 | 个体工商户 | 零售业 | MINISO | https://ditu.amap.com/place/B0FFG4EFY2 | https://www.qcc.com/firm/512b750c84b22e5f9b62cc73fb0082d0.html | Deregistered. Date unknown. |
| 朝阳区尚潮儿童玩具店 | 存续 | 叶涛 | 2021-04-15 | 吉林省 | - | 个体工商户 | 零售业 | Top Toy | https://ditu.amap.com/place/B0FFFYWA8S | https://www.qcc.com/firm/c68154676239cb558b91075b9f32bd2a.html | Deregistered. Date unknown. |
| 沙依巴克区友好北路叶涛百货店 | 存续 | 叶涛 | 2021-06-24 | 新疆维吾尔自治区 | - | 个体工商户 | 零售业 | Top Toy | https://ditu.amap.com/place/B0FFGNJJU8 | https://www.qcc.com/firm/691c41a4f09329f6835e50a33cd8e133.html | Deregistered. Date unknown. |
| 三河市宗涛百货店* | 注销 | 叶涛 | 2016-11-07 | 河北省 | 18022381286 | 个体工商户 | 零售业 | MINISO | https://ditu.amap.com/place/B0FFHHC4XU | https://www.qcc.com/firm/8149cbee075aa3fd0d619af722952147.html | Deregistered. Date unknown. |
| 广州市增城富佳百货店* | 注销 | 叶涛 | 2016-06-28 | 广东省 | 18022381286 | 个体工商户 | 零售业 | MINISO | https://ditu.amap.com/place/B0FFH0XZKP | https://www.qcc.com/firm/4c6e5e476347fd17f57e8e44cc20131f.html | Deregistered on May 12th 2022. |
| 贵阳观山湖飞优潮百货店* | 注销 | 叶涛 | 2018-04-09 | 贵州省 | 18022381286 | 个体工商户 | 零售业 | MINISO | https://ditu.amap.com/place/B0I2TMSSZ5 | https://www.qcc.com/firm/60ffdc13072f68c1459780c6f406a472.html | Deregistered. Date unknown. |
| 呼和浩特回民区叶涛日用百货经销店* | 注销 | 叶涛 | 2015-07-29 | 内蒙古自治区 | 18022381286 | 个体工商户 | 零售业 | MINISO | | https://www.qcc.com/firm/ab363f08d9d91c3 | Deregistered. Date unknown. |

*Figure 4*
*Lin Zongyou store ownership*

| Entity Name | Entity Registered Address | MINISO/Top Toy Store | Validation | Notes |
|---|---|---|---|---|
| 东莞市虎门京企日用品店 | 广东省东莞市虎门镇连升路82号2057室 | https://www.zhipin.com/job_detail/2004da01cd9a3c921nZ72N-FItR.html | https://www.qcc.com/firm/d85c855fc9547f7f0447029722cee742.html | Deregistered. Date unknown. |
| 佛山市禅城区东广京友饰品店 | 佛山市禅城区文龙街10号置宝石细团首层A08、A14号(经营场所须经审批机关审批) | https://amap.com/place/B0FFIPT2MB | https://www.qcc.com/firm/68d1b56b09d312445e147cacc646a4cd.html | Deregistered. Date unknown. |
| 天津市广创商贸有限公司 | 天津市西青经济开发区友谊南路111号A区206号 | https://amap.com/place/B0FFGTC24Q | https://www.qcc.com/firm/3786eed45c5dd009622337d74472bfdd.html | Changed legal representative. |
| 天津广艾购商贸有限公司 | 天津市西青区中北镇阜盛道1号2层231号 | https://amap.com/place/B0FFH1BBLF | https://www.qcc.com/firm/d1c108f748e8426da3ac7537b156b654.html | Changed legal representative. |
| 广州市天河区珠江新城承泰百货店 | 广州市天河区兴民路222号自编裙楼商场地下负一层(铺位:127) | https://amap.com/place/B0FFI2SMEI | https://www.qcc.com/firm/29de96b03b777ba3675480045798ae7f.html | Deregistered. Date unknown. |
| 广州市天河区石牌娱优创名百货店 | 广州市天河区天河路621-625号裙楼负一至五层广州天娱广场二层2-63房 | http://gz.bendibao.com/wangdian/dian/4121393.shtm | https://www.qcc.com/firm/287b3b6351aaee28ffe0d0e70e779ac.html | Deregistered. Date unknown. |
| 广州市番禺区南村南京杂货店 | 广州市番禺区南村镇万博中心10幢(A5)1楼003 | https://amap.com/place/B0FFIPRCFX | https://www.qcc.com/firm/34b10cab4278ef5c9bd8451985d05138.html | Deregistered. Date unknown. |
| 广州市番禺区小谷围南高友好饰物店 | 广州市番禺区小谷围街贝岗村贝岗村大街1号高高新天地商业广场一层第1101号商铺 | https://mp.weixin.qq.com/s/VAQIX7IfDGDMXr7iRb90IQ | https://www.qcc.com/firm/770ab6bc50b96417b534334f0661d4fb.html | Deregistered. Date unknown. |
| 广州市荔湾区友京百货店 | 广州市荔湾区黄沙大道8号235、236房 | https://linkplazagz.linkreitchina.com/sc/shop/%E5%90%8D%E5%88%9B%E4%BC%98%E5%93%81-30448 | https://www.qcc.com/firm/3a81be2d989783c395706bf1c6e7e975.html | Deregistered. Date unknown. |
| 广州市荔湾区柏德来商业城创京日用品店 | 广州市荔湾区康王北路903号负一层柏德来商业城1316、1317、1222、1223、1206、1207、1208号铺 | http://ctc.www.dianping.com/shop/k4WwOm9cWStyi61L | https://www.qcc.com/firm/f7f3ddc72bec0d9d6c477dc96cb40dd6.html | Deregistered. Date unknown. |
| 广州市越秀区晟京百货店 | 广州市越秀区北京路238号108自编1832-1房 | https://ditu.so.com/?pid=ad0c05c047614e13&src=seo | https://www.qcc.com/firm/7496cd4db50e1ac034768d7c77816b0b.html | |
| 惠州市惠城区京创日用百货商行 | 惠州市惠城区惠州大道11号佳兆业广场内二层L228号 | https://amap.com/place/B0FFGMQDFJ | https://www.qcc.com/firm/7abfe88d157891546b35115171aa94c0.html | Deregistered. Date unknown. |
| 惠州市惠阳区淡水京创百货店 | 惠阳区淡水人民五路3号万联广场一楼5号铺 | https://amap.com/place/B0FFHDEXCV | https://www.qcc.com/firm/5a9a1a8fea3233f26e8945a4be0da97b.html | Deregistered. Date unknown. |
| 武江区益友日用品店 | 韶关市武江区惠民南路50号中环广场益华百货第一层A10A12号铺 | https://amap.com/place/B0FFHPZR9F | https://www.qcc.com/firm/44978b2a66d665931c52d5aa3c61770c.html | |
| 沙坪坝区林京友百货店 | 重庆市高新区虎溪街道大学城北路97号龙湖U城天街8馆B1-34a,南8馆-B1-35 | Appendix 2 Screenshot43 | https://www.qcc.com/firm/f3bc2512812793018 9a1339eea08ef6e.html | Deregistered. Date unknown. |
| 河源市源城区创优百货商行 | 河源市源城区中山大道218号万隆城购物中心一层1017A | https://amap.com/place/B0FFGMQ1FY | https://www.qcc.com/firm/1a08860f96785454bd446d895642107e.html | Deregistered on September 18th 2022. |
| 深圳市龙华新区龙华艾西欧商行 | 深圳市龙华新区龙华街道东环二路8号iCO时尚购物领地L3S-022铺 | https://amap.com/place/B0FFGE8O5D | https://www.qcc.com/firm/82bb3fd2292d47ed0ba1c2cef1009bed.html | Deregistered on August 28th 2022. |
| 深圳市龙岗区龙城百利家百货店 | 深圳市龙岗区龙城街道中心城龙翔大道龙城万科里B1层13号 | http://ctc.www.dianping.com/shop/kay6VzV4WUxc2fgh | https://www.qcc.com/firm/8faffad1ce7c1dabc50db5ec1c01cb7c.html | Deregistered on August 22nd 2022. |
| 深圳福田区卓山百货行 | 深圳市福田区福田街道福山社区福华三路与金田路交界处东南侧卓越世纪中心、皇岗商务中心卓越世纪中心1层L111 | https://amap.com/place/B0FFHDU654 | https://www.qcc.com/firm/cd13d3b0c569683063db5f93a76ecb6a.html | Deregistered on August 28th 2022. |
| 顺德区大良优创名品百货店 | 佛山市顺德区大良华盖路102号首层 | https://amap.com/place/B0FFG6VGOP | https://www.qcc.com/firm/c629deac2cd318fe48ab84f68f5c24e1.html | Deregistered. Date unknown. |
| 顺德区大良新一京友日用品店 | 佛山市顺德区大良府又居委会东乐路268号新一城购物广场02层13/14号 | Appendix 2 Screenshot 55 | https://www.qcc.com/firm/b20653d6b8e773afea85adfdfec86234.html | Deregistered. Date unknown. |
| 东莞市厚街京创日用品店 | 东莞市厚街镇宝屯村康乐北路6号万达广场内购物中心室内步行街一层1066B-1067号商铺 | https://amap.com/place/B0FFL52TRM | https://www.qcc.com/firm/1661dc6ab25fc5bd935d53702f2d776e.html | Deregistered. Date unknown. |
| 广州市海珠区友佳潮玩百货店 (Top Toy) | 广州市海珠区帷景路107号B101-10铺 | Appendix 2 Screenshot 22 | https://www.qcc.com/firm/0e12aaf9e96a2831f18a57aa208a64b6.html | Deregistered. Date unknown. |
| 深圳龙岗区和和盛世百货行 | 深圳市龙岗区龙城街道尚景社区龙岗大道万科里B1-13 | https://www.dianping.com/shop/l71lyeehPSSWZvan | https://www.qcc.com/firm/45cd8d2832313a901e66938a8f4280de.html | Deregistered on August 28th 2022. |
| 赛罕区创名百货店 (closed) | 内蒙古呼和浩特市赛罕区鄂尔多斯大街凯德MALL二楼 | http://map.baidu.com/detail?third_party=seo&qt=ninf&uid=4f508013a05a3d9d00ec017f&detail=shopping | https://www.qcc.com/firm/bbcdd1481f38d82b2f42b948aa19ebe1.html | Deregistered. Date unknown. |
| 中山市小榄镇唯爱百货店 (Deregistered) | 中山市小榄镇升平中路18号大信新都汇第1FA03号商铺 | https://amap.com/place/B0FFFFA8WW | https://www.qcc.com/firm/54ca5292234aaf834b79139632485852.html | Deregistered. Date unknown. |
| 佛山市三水名优百货店(Deregistered) | 佛山市三水区西南街新华路8号101 | https://m.dianzhangzhipin.com/store/2021-1XR53d-1E1JX.html | https://www.qcc.com/firm/0abc7a707a0c4c306807726d8f204b56.html | Deregistered. Date unknown. |
| 广州京友商贸有限责任公司(Deregistered) | 广州市天河区天河路228号负一层至七层、七层夹层广州正佳商业广场3F-3C070-71号铺 | https://amap.com/place/B0HG0SWCUG | https://www.qcc.com/firm/c91b36c5e38eaa8ffd7008d34657af99.html | Deregistered on April 6th 2022. |
| 广州京友商贸有限责任公司天河分公司(Deregistered) | 广州市天河区天河路208号天河城购物中心第四层426房 | https://ditu.amap.com/place/B0FFHS16HP | https://www.qcc.com/firm/9b837ee9e24b8c23bb185d1c2042705f.html | Deregistered on March 31st 2022. |
| 广州市番禺区大石兮涞食品店(Deregistered) | 广州市番禺区大石街105国道大石段426号首层之103 | https://amap.com/place/B0FFF8PEE6 | https://www.qcc.com/firm/5fb2a4be0af808c32f9d2e45f57a4f45.html | Deregistered. Date unknown. |
| 广州市白云区新市创京百货店(Deregistered) | 广州市白云区机场路1309号百信广场第一层第H51-53、H55-57号商铺 | https://www.dianzhangzhipin.com/company/1nV53Q~~.html | https://www.qcc.com/firm/1ea957024143673a4e77944c9b4597ff.html | Deregistered. Date unknown. |
| 广州市花都区新华乐悠百货店(Deregistered) | 广州市花都区新华街商业大道15号首、二层(铺位:首层东面商铺由南至北第4间) | Appendix 2 Screenshot 26 | https://www.qcc.com/firm/d803fa0fec477bc2a811ba4ff7a9017e.html | Deregistered on February 9th 2022. |
| 顺德陈村京创百货店(Deregistered) | 佛山市顺德区陈村镇合成居委会佛陈路一号1-7座顺联广场首层第1A-01铺位 | https://amap.com/place/B0HDJGSO4W | https://www.qcc.com/firm/79e2ca0d6905779b7d83481ce601537f.html | Deregistered on December 20th 2021. |
| 广州市海珠区友友百货店(Deregistered) | 广州市海珠区帷景路107号B2124 | https://amap.com/place/B0FFLOFDDB | https://www.qcc.com/firm/79bf57f1382b821e1d99c05f3177061b.html | Deregistered on March 24th 2022. |

*Figure 5*
*Lin Minxin store ownership*




当前担任 16 历史担任0 持股比例 登记状态 所属省份 所属行业 点击进行搜索 导出数据 企查查

| 序号 | 企业名称 | 注册资本 | 地区 | 行业 | 状态 | 持股比例 | 担任法定代表人起止时间 |
|---|---|---|---|---|---|---|---|
| 1 | 珠海米富管理咨询合伙企业（有限合伙） | 833.23万元人民币 | 广东省 | 软件和信息技术服务业 | 在业 | 4.7586% | 2018-06 至今 |
| 2 | 珠海米盛管理咨询合伙企业（有限合伙） | 148.48万元人民币 | 广东省 | 商务服务业 | 在业 | 16.1369% | 2018-07 至今 |
| 3 | 广州市增城西西和帝帝服装店 | - | 广东省 | 零售业 | 在业 | - | 2010-04 至今 |
| 4 | 珠海米润管理咨询合伙企业（有限合伙） | 271.78万元人民币 | 广东省 | 商务服务业 | 注销 | 19.8911% | 2018-06 至 2022-10 |
| 5 | 珠海米顿管理咨询合伙企业（有限合伙） | 10万元人民币 | 广东省 | 商务服务业 | 注销 | 99.00% | 2018-07 至 2022-10 |
| 6 | 深圳市龙岗区名创优品便利店 | 1.5万元人民币 | 广东省 | 零售业 | 注销 | - | 截止 2022-08 |
| 7 | 广州市天河区天河峰正百货店 | - | 广东省 | 零售业 | 注销 | - | 截止 2016-11 |
| 8 | 长沙市天心区名创日用品店 | - | 湖南省 | 零售业 | 注销 | - | 截止 2016-04 |
| 9 | 广州市番禺区南村创敏日用品店 | - | 广东省 | 零售业 | 注销 | - | 截止 2020-07 |
| 10 | 广州市海珠区江南新地商业街伊美饰品店 | - | 广东省 | 零售业 | 注销 | - | 截止 2013-07 |




当前担任 16 历史担任0 持股比例 登记状态 所属省份 所属行业 点击进行搜索 导出数据 企查查

| 序号 | 企业名称 | 注册资本 | 地区 | 行业 | 状态 | 持股比例 | 担任法定代表人起止时间 |
|---|---|---|---|---|---|---|---|
| 11 | 广州市花都区新华创优日用品店 | | [illegible] | [illegible] | 注销 | - | 截止 2019-03 |
| 12 | 广州市海珠区江南新地商业街名敏日用品店 | - | 广东省 | 零售业 | 注销 | - | 截止 2020-08 |
| 13 | 深圳市龙华新区观澜名创优品百货店 | | 广东省 | 零售业 | 注销 | - | 截止 2014-04 |
| 14 | 锦江区敏信其他日用品店 | - | 四川省 | 零售业 | 注销 | - | 截止 2019-12 |
| 15 | 广州市萝岗区创京日用品店 | - | 广东省 | 零售业 | 注销 | - | 截止 2019-06 |
| 16 | 广州市花都区新华敏信服饰店 | - | 广东省 | 零售业 | 吊销 | - | 至今 |

*Figure 6*
*Shared phone number*




(b) Lead Plaintiff's investigation also corroborated Blue Orca's findings that the Exchange Act MINISO Defendants' statements in China before their later preparations for MINISO's IPO admitted that the company itself owns a huge amount of the stores. On November 3, 2019, Yicai Media, the financial news arm of Shanghai Media Group, one of China's largest state-owned media conglomerates, published a Chinese language article, excerpted in *Figure 7* below, which corroborated Blue Orca Capital's finding that 40% of MINISO's Chinese stores were directly owned by the company and only 60% were franchise stores.

*Figure 7*

名创优品已进入盈利状态，年营业收入高速增长，综合利润率8%左右。以深圳福田星河COCO Park购物中心漫威IP黑金店为例，其月营业额超300万，月坪效12000元，店铺实现日均客单量超过1000笔，日均客单价近100元。名创优品目前直营和加盟的比例约是4：6。其加盟模式是"投资型加盟"，投资者不用参与门店日常经营，所有加盟店由名创优品总部统一运营管理。最关键的是，加盟商每日可获得所加盟门店前日营业额的38%（食品为33%）现金分账。

54. Lead Plaintiff's investigation confirmed that Exchange Act Defendant Ye, through an entity he controlled called YGF MC Limited, owned 80% of the shares in the British Virgin Islands joint venture formed in December 2020 to acquire the land for MINISO's planned Guangzhou headquarters building. As illustrated in *Figure 8* and *Figure 9* below, Lead Plaintiff's investigation further confirmed, via a website inaccessible outside of China, that Blue Orca Capital's findings that MINISO contributed RMB 345.7 million to the joint venture on December 11, 2020, and that the joint venture's paid-in-capital remained at this level until October 28, 2021, one day after MINISO bought out Exchange Act Defendant Ye's 80% share, when the paid-in-capital rose to RMB 1.8 billion at a time when MINISO was the sole remaining shareholder in the joint venture. Lead Plaintiff's investigation also analyzed the government contact pertaining to the headquarters land purchase, which is not accessible outside of China and confirmed Blue Orca Capital's conclusion that it prohibits changes in the ownership structure of the land purchaser (here, the joint venture) for a period of 10 years – as seen in the relevant excerpt shown in *Figure 10* below.

*Figure 8*



国家企业信用信息公示系统
National Enterprise Credit Information Publicity System

企业信用信息 | 经营异常名录 | 严重违法失信名单

请输入企业名称、统一社会信用代码或注册号

2020年度报告 2条修改记录

企业年报信息由该企业提供，企业对其年报信息的真实性、合法性负责

填报时间:2021年04月21日

**基本信息**

- 统一社会信用代码/注册号： 91440101MA9UWAJ54U
- 企业名称： 名优产业投资（广州）有限公司
- 企业通信地址： 广州市海珠区新港东路2429号首层自编003房
- 邮政编码： 510000
- 企业联系电话： 89318666
- 企业电子邮箱： hr@fenlibao.com
- 从业人数： 企业选择不公示
- 其中女性从业人数： 企业选择不公示
- 企业经营状态： 开业
- 企业控股情况： 企业选择不公示
- 是否有投资信息或购买其他公司股权： 否
- 是否有网站或网店： 否
- 是否有对外提供担保信息： 否
- 有限责任公司本年度是否发生股东股权转让： 否
- 企业主营业务活动： 商务服务业

**网站或网店信息**

暂无网站或网店信息

**股东及出资信息**



| 序号 | 股东 | 认缴出资额（万元） | 认缴出资时间 | 认缴出资方式 | 实缴出资额（万元） | 实缴出资时间 | 实缴出资方式 |
|---|---|---|---|---|---|---|---|
| 1 | YGF Investment V Hong Kong Limited | 100000 | 2030年12月31日 | 货币 | 34571 | 2020年12月11日 | 货币 |

*Figure 9*





**修改信息**

| 序号 | 修改事项 | 修改前 | 修改后 | 修改日期 |
|---|---|---|---|---|
| 6 | 实缴出资时间 | 2021-10-28 | 2021-12-10 | 2022年4月14日 |
| 7 | 利润总额（万元） | 不公示 | 不公示 | 2022年4月14日 |
| 8 | 所有者权益合计（万元） | 不公示 | 不公示 | 2022年4月14日 |
| 9 | 从业人数是否公示 | 不公示 | 不公示 | 2022年6月9日 |
| 10 | 资产总额（万元） | 不公示 | 不公示 | 2022年6月9日 |

共查询到 13 条记录 共 3 页 首页 ‹上一页 1 0 3 下一页› 末页



**修改信息**

| 序号 | 修改事项 | 修改前 | 修改后 | 修改日期 |
|---|---|---|---|---|
| 11 | 实缴出资额（万元） | 179901.33 | 208401.33 | 2022年4月14日 |
| 12 | 负债总额（万元） | 不公示 | 不公示 | 2022年4月14日 |
| 13 | 从业人数是否公示 | 不公示 | 不公示 | 2022年4月14日 |

共查询到 13 条记录 共 3 页 首页 ‹上一页 1 2 0 下一页› 末页

*Figure 10*

广州市规划和自然资源局国有土地使用权网上挂牌出让公告

穗规划资源挂出告字〔2020〕105号

经广州市人民政府批准，广州市规划和自然资源局以挂牌方式出让1宗地的国有土地使用权，现将有关事项公告如下：

一、挂牌出让宗地的基本情况和规划指标要求

| 宗地坐落 | 土地用途 | 宗地面积（平方米） | 地上计算容积率建筑面积（平方米） | 挂牌起始价(万元) | 增价幅度（万元） | 竞买保证金(万元) | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 人民币 | 港币 | 美元 |
| 海珠区琶洲西区AH04022 8地块 | 商务设施用地（B2）兼容商业设施用地（B1） | 6557 | 地上≤103879 | 172855 | 1000 | 34571 | 41000 | 5300 |

（一）需满足的其它出让条件如下：

See translation below

1. 该项目的产业须符合《琶洲地区发展规划（2019－2035年）》。

2. 竞得人或其关联企业在广州市海珠区注册设立的公司纳税强度须符合《琶洲人工智能与数字经济试验区产业用地项目引进工作指导意见》的要求。自竞得人签订《国有建设用地使用权出让合同》之日起，受让人10年内股权不得变更。

3. 竞得人签订《国有建设用地使用权出让合同》之日起1个月内，竞得人或其关联企业须在广州市海珠区完成设立其区域总部，办理商事登记及税务登记。否则出让人有权单方面解除出让合同，收回国有建设用地使用权，竞得人已经支付出让价款中的竞买保证金不予退还，退还已经支付出让价款的其余部分（不计利息）。

4. 项目建成后，竞得人自持物业不得低于项目计算容积率总建筑面积70%，自持物业的自持年限自首次登记之日起不少于10年，自持物业不得分割处分，抵押、转让须与本项目全部自持物业整体一并办理。

5. 竞得人须采用装配式建筑的建造方式，实施装配式建筑的面积比例不低于该地块总建筑面积的70%，若地块分期开发，需在首期落实装配式建筑的

*自竞得人签订《国有建设用地使用权出让合同》之日起，受让人 10 年内股权不得变更。*

*From the date when the bidder signs the "State-owned Construction Land Use Right Transfer Contract", the transferee's equity shall not be changed within 10 years.*

55. Last, Lead Plaintiff's investigation, using the Wayback Machine, was able to replicate and confirm Blue Orca Capital's research as to MINISO's reported revenue trends, including that its 2018 revenue was 17 billion yuan, as seen in *Figure 11* below. Lead Plaintiff's investigation also confirmed Blue Orca Capital's citation to an August 8, 2019 report in China by Tencent Media, which is owned by China's biggest Internet company, that MINISO had closed 850 stores by March 2019, as seen in *Figure 12* below. That report provided a corroborating

screenshot provided by a MINISO employee, seen in *Figure 13* below. Likewise, Lead Plaintiff's investigation of the Chines corporate registry showed that of the 630 stores that were opened and registered using a shared phone number, only 210 remain open, meaning that 420 of them (67%) were subsequently closed, as seen in *Figure 14* below. Lead Plaintiff's investigation revealed that the store closures remain ongoing, with another 80+ locations closed since the publication of Blue Orca Capital's report. Last, Lead Plaintiff's investigation confirmed Blue Orca Capital's findings regarding MINISO's dramatically lowering its franchise fees by 63% over two years, as seen in this chart and *Figure 15* below.

| Date | Licensed Trademark Use Fee (Annual) | Product Security Deposit (One-Time) |
|---|---|---|
| December 2, 2020 | 80,000 RMB | 750,000 RMB |
| January 25, 2021 | 50,000 RMB | 600,000 RMB |
| January 27, 2022 | 29,000 RMB | |

*Figure 11*




https://web.archive.org/web/20191022091748/http:/www.miniso.cn/Brand/History

*Figure 12*

---

*MINISO has always claimed to have opened more than 3,000 stores around the world. After investigation, MINISO, which claims to be expanding rapidly, closed 264 stores in 2016 alone!! ! What is even more astounding is that MINISO has closed more than 850 stores (as of March 2019) (excluding overseas) based on real data provided by MINISO ' s internal staff.*

---

*Figure 13*



(Screenshot of MINISO partial store closure information)

*Figure 14*




*Figure 15*

*December 2, 2020*




https://web.archive.org/web/20201202064303/https://www.miniso.cn/Shop/Stroe

*January 25, 2021*




https://web.archive.org/web/20210125011406/https://miniso.cn/Shop/Stroe

*January 27, 2022*




https://web.archive.org/web/20220127020225/https://miniso.cn/Shop/Stroe

**4. The Exchange Act Defendants Committed A Multi-Prong Fraud**

56. During the Class Period, the Exchange Act Defendants made materially false and misleading statements and omissions that can be organized into three primary threads of the alleged fraud: (i) the Business Operations Fraud; (ii) the Reported Results Fraud; and (iii) the Internal Controls Fraud.

**a. Business Operations Fraud**

57. The Class Period begins on October 15, 2020, the day when MINISO's ADSs began to be publicly traded on the NYSE. In advance of the IPO, the Exchange Act Defendants made the following materially false and misleading statements in MINISO's Form F-1 Registration Statement ("Registration Statement"), which was filed with the SEC on September 23, 2020 and signed by Exchange Act Individual Defendants Ye, Zhang, Li and Puglisi. The Exchange Act Defendants made and are responsible for the alleged misstatements and omissions made in the Registration Statement.

(a) The Registration Statement repeatedly touted MINISO's "***flexible business model***" and "***flexible store operation models***," which includes its Retail Partner and distributor models. It defined MINISO's Retail Partner model as "***a franchise-like store model with chain store characteristics, where the franchisee bears the store opening capital expenditure and stone operating expenses to join our 'MINISO' branded retail store franchise***" and a "hybrid store operation model that takes advantageous elements from the franchise store model and the self-operated chain store model." It also emphasized that this franchising business model is "***asset-light***." Throughout, it used the term franchisee and Retail Partner interchangeably to explain how MINISO's Retail Partner model operates. It emphasized, "***As of June 30, 2020, apart from seven directly operated stores, substantially all of our other stores in China were operated under our innovative MINISO Retail Partner model.***"

(b) The Registration Statement described MINISO's retail partners as its "customers" and touted that MINISO "usually choose[s] MINISO Retail Partners with ***financial strength*** and strong local ties ***who can secure optimal locations for new stores***" while also considering "their ***management ability and industry experience***." It asserted that MINISO "focus[es] on long-term sustainability instead of short-term profits." It described how MINISO generates revenue from its Retail Partner model by providing a specific breakdown of the MINISO's contractual terms with its Retail Partners, or Franchisees:

> Our contractual agreements with MINISO Retail Partners typically last for 3 years or less, and include the following material standard terms: (i) a ***store management and consultation services fee and a sales-based royalty***, each equal to a low single-digit percentage of in-store sales proceeds, payable by MINISO Retail Partners at the close of every business day, (ii) MINISO Retail Partners keeping the remaining in-store sales proceeds after remitting a certain portion to us, (iii) a one-time refundable deposit to be paid by MINISO Retail Partners, (iv) a ***fixed annual license fee*** typically between RMB20,000 and RMB100,000 to be paid by MINISO Retail Partners, (v) us facilitating ***store renovation and decoration*** for the MINISO Retail Partners, with the associated ***costs being borne and prepaid in deposits by the latter***, and (vi) ***MINISO Retail Partners paying for store operating expenses, including logistics costs from product delivery to their stores***.

(c) The Registration Statement explained when MINISO revenue is recognized under its Retail Partner model:

> We have entered into a series of agreements with certain retail partners, primarily in the PRC, which mainly include a license agreement and a sales agreement (collectively "Franchise Agreements"), whereby the retail partners are licensed to operate the retail partner stores and are authorized to sell, in their own retail stores, the products that they have purchased from us. ***Revenue from sales to these retail partners is recognized at the point when they obtain the legal title of the products and become obliged to pay for the products, which is when the retail partners sell the products to their customers in their own retail stores.***

(d) The Registration Statement repeatedly explained how MINISO's Retail Partner model allowed it to allocate costs and risks away from itself and onto the shoulders of its Retail Partners, or franchisees. It emphasized that under the MINISO Retail Partner model, "the

***franchisee bears the store opening capital expenditure and store operating expenses*** to join our "MINISO" branded retail store franchise," "***[t]he retail partners employ and manage their own staff to operate the stores and serve their customers*** (*i.e.*, end consumers who visit the stores), and ***bear the costs associated with the operation***," and they are "***responsible for the placement, physical custody and condition of the merchandise that they have selected after the deliveries are accepted*** in stores." It added, "For the products placed at franchisees' stores, [MINISO and its subsidiaries] bears inventory loss up to a pre-determined loss rate as agreed with franchisees. [***MINISO*** and its subsidiaries] ***requires compensations from franchisees for the inventory losses in excess of the pre-determined loss rate***." It emphasized that Retail Partners "***shoulder the associated capital expenditure and operating expenses***" to open an operate MINISO stores, and touted MINISO's Retail Partner model as a critical reason for its purported success by stating:

> ***Our path to success in, our home market, China, depends on the effectiveness and scalability of our MINISO Retail Partner Model***. Under this innovative model, ***MINISO Retail Partners mobilize their resources to open and operate MINISO stores at optimal locations and shoulder the associated capital expenditure and operating expenses***, while we let them use our brand and provide them with valuable guidance on key aspects of store operation ***in exchange for a pre-agreed portion of in-store sales proceeds***. The MINISO Retail Partners keep the remaining sales proceeds and we retain inventory ownership until in-store sale to consumers. The MINISO Retail Partner model aligns the interests and creates mutual benefits between us and the MINISO Retail Partners, ***where we achieve rapid store network expansion with consistent brand image and consumer experience in an asset-light manner***, and our MINISO Retail Partners attain attractive investment returns.

(e) The Registration Statement emphasized the significance of the Retail Partner model to MINISO's business operations, by listing MINISO's "***highly effective and scalable MINISO retail partner model***" as ensuring that it is "***positioned favorably against [its] competitors***" and as one of MINISO's strengths. It emphasized:

> In order to establish or strengthen brand recognition and further acquire market shares, ***branded variety retailers in China would continue to adopt the asset-light***

> ***franchising business model, under which franchisees (or channel partners) take charge of store operations and bear operational costs*** so that branded variety retailers (or brand owners) could focus on updating product portfolio to cater to evolving consumer demand, improving supply chain efficiency, and optimizing network efficiency. ***Compared with the direct sales model, under which brand owners generally take charge of all aspects of business operations including product design, warehousing, logistics and product sales, the asset-light franchising model could help branded variety retailers expand in scale rapidly and respond to changes in market demand flexibly.*** The franchising model in China is widely adopted by branded variety retailers and is expected to help branded variety retailers achieve a higher penetration rate in low-tier cities.

(f) The Registration Statement "largely" attributed MINISO's "***mutually beneficial and long-lasting relationships with MINISO Retail Partners***" to MINISO's "powerful brand, easy-to-operate model and attractive returns." It stated that "***MINISO Retail Partners are also motivated to maintain a loyal relationship with us***" and that "***[a]s of June 30, 2020, 488 of our 742 MINISO Retail Partners had invested in MINISO stores for over 3 years***." It explained:

> ***We primarily derive our revenue from sales of lifestyle products through sales to MINISO Retail Partners, sales to distributors***, retail sales in directly operated stores and through online channels. ***Other sources of revenue mainly include license fees from MINISO Retail Partners and distributors, and sales-based royalties and sales-based management and consultation service fees income from MINISO Retail Partners.***

(g) The Registration Statement represented that MINISO's Retail Partner model comprised almost all of its business in China, touting that "***Outside of seven MINISO stores directly operated by [MINISO], substantially all of the MINISO stores were operated under the MINISO Retail Partner model in China as of June 30, 2020***." It added that MINISO's "***ability to expand [its] store network, especially in China, is a key driver of [its] revenue growth***" and that MINISO's "***store network expansion in China is primarily sustained by [its] continued success in enticing them to open more MINISO stores*** at optimal locations. As a result, ***the number of MINISO stores in China increased from 2,311 as of June 30, 2019 to 2,533 as of June 30, 2020***."

(h) The Registration Statement, when discussing overseas store operation, emphasized that MINISO has "***adopted flexible store operation models, including*** direct operation, ***MINISO Retail Partner model and the distributor model as we expand our global footprints***, depending on the growth potential, local regulation and other factors in the markets." It boasted:

> ***In the majority of international markets, we expand our store network by collaborating with local distributors with abundant local resources and retail experiences.*** When selecting local distributors, we prioritize those with ***financial strength and sufficient resources to open MINISO stores*** at optimal locations, while also considering the ***distributor's management ability and industry experience***. Under the distributor model, we ***typically enter into a license agreement and a sales agreement*** with each of our local distributors

(i) The Registration Statement added that "***In the majority of the international markets, we expand our store network by using the distributor model***" and explained that ***MINISO also utilizes its "Retail Partner model for international store network expansion."*** It emphasized that "***[a]s of June 30, 2020, in international markets, there were over 120 stores directly operated by [MINISO] and over 1,500 MINISO Retail Partner stores and stores under the distributor model***." It explained:

> The distributor model differs from the MINISO Retail Partner model in a few key facets. Operationally, although we have the right to supervise the operation of distributor stores to ensure that they adhere to certain operational standards, ***we do not provide store management and consultation services to distributors and have less operational involvement*** with them. In terms of product sales, ***inventory ownership is transferred to distributors when the inventory gets delivered to the place specified*** by the distributors in their orders, while we retain inventory ownership until in-store sale to consumers under the MINISO Retail Partner model. In our agreements with MINISO Retail Partners, there is no equivalent to the performance targets in our license agreements with distributors, which usually specify the number of MINISO stores the distributors must open and successfully operate in their licensed territory within an agreed time frame.

It touted the success of MINISO's overseas business by stating, "***The number of MINISO stores outside of China increased from 1,414 as of June 30, 2019 to 1,689 as of June 30, 2020***," and

referred to MINISO as a "***massive***" "***fast-growing global value retailer***" that is "***globally recognized***" which, *inter alia*, positioned MINISO favorably against competitors.

(j) The Registration Statement also explained the fiduciary duties of MINISO's Board, as Directors of a company incorporated under the laws of the Cayman Islands, as compared to Delaware Corporate Law:

> As a matter of Cayman Islands law, ***a director of a Cayman Islands company is in the position of a fiduciary*** with respect to the company and therefore it is considered that he ***owes the following duties*** to the company—***a duty to act bona fide in the best interests of the company, a duty not to make a profit based on his position as director (unless the company permits him to do so), a duty not to put himself in a position where the interests of the company conflict with his personal interest or his duty to a third party***, and a duty to exercise powers for the purpose for which such powers were intended.

(k) When explaining how MINISO planned on using the IPO proceeds, the Registration Statement said, "The primary purposes of this offering are to ***create a public market for our shares*** for the benefit of all shareholders, ***retain talented employees*** by providing them with equity incentives and ***obtain additional capital***." It explained that proceeds would be allocated ***to expand MINISO's store network (approximately 30% of net proceeds)***, ***invest in MINISO's warehouse and logistics network (approximately 30% of net proceeds)***, and ***invest in technologies and information systems (approximately 20% of net proceeds)***, and that the rest "***may***" be used for "general corporate purposes," including *inter alia*, ***"expanding and upgrading [MINISO's] office space and facilities by acquiring land to build an office building."*** It added, "***In using the proceeds of this offering, we are permitted under PRC laws and regulations as an offshore holding company to provide funding to our PRC subsidiaries only through loans or capital contributions, subject to satisfaction of applicable government registration and approval requirements***."

(l) The Registration Statement also extensively listed "Related Party Transactions" and "Material related party transactions," including several involving Exchange Act Defendant Ye related to cash advances, repayment of loans, advanced payments, but ***omitted any reference to the JV transaction*** benefitting Exchange Act Defendant Ye, as described herein, that was purportedly related to the purchase of land for MINISO's corporate headquarters.

58. The misrepresentations and omissions in the September 23, 2020 Registration Statement, as alleged in the preceding paragraphs, were materially false and misleading, for the reasons set forth in ¶107, *infra*.

59. The Exchange Act Defendants used identical language as that contained in the Registration Statement, referenced in ¶57 above, to describe MINISO's business operations in the following SEC filings:

(a) The same language was used in MINISO's Form F-1/A for the first amendment of the Registration Statement filed with the SEC on October 7, 2020; MINISO's second Form F-1/A further amending the Registration Statement filed with the SEC on October 13, 2020; and MINISO's third Form-1/A further amending the Registration Statement filed with the SEC on October 14, 2020 (together the "Registration Statement Amendments"). The Registration Statement Amendments were signed by Exchange Act Individual Defendants Ye, Zhang, Li and Puglisi. In addition to all of the same misstatements contained in the Registration Statement, as described above, each of the Registration Statement Amendments specified that MINISO planned to use approximately 30% of the offering proceeds to expand its store network, 30% of the offering proceeds to invest in its warehouse and logistics network, 20% of the offering proceeds to invest in technologies and information systems, and the remaining approximately ***20% of the offering proceeds*** on "general corporate purposes" which "may include," among other purposes,

***"expanding and upgrading [MINISO's] office space and facilities by acquiring land to build an office building."*** Those filings replicated the statement, "***In using the proceeds of this offering, we are permitted under PRC laws and regulations as an offshore holding company to provide funding to our PRC subsidiaries only through loans or capital contributions, subject to satisfaction of applicable government registration and approval requirements***."

(b) MINISO's 424B4 Prospectus (the "Prospectus") filed with the SEC on October 15, 2020. The Prospectus represents the final version of the prospectuses filed in conjunction with the Registration Statement. The Prospectus also, in addition to all of the same misstatements contained in the Registration Statement, specified that MINISO planned to use approximately 30% of the offering proceeds to expand its store network, 30% of the offering proceeds to invest in its warehouse and logistics network, 20% of the offering proceeds to invest in technologies and information systems, and the remaining approximately ***20%*** of the offering proceeds on "general corporate purposes" which "may include," among other purposes, ***"expanding and upgrading [MINISO's] office space and facilities by acquiring land to build an office building."*** It, too, included the statement, "***In using the proceeds of this offering, we are permitted under PRC laws and regulations as an offshore holding company to provide funding to our PRC subsidiaries only through loans or capital contributions, subject to satisfaction of applicable government registration and approval requirements***."

60. The misrepresentations and omissions in the October 7, 2020, October 13, 2020 and October 14, 2020 Registration Statement Amendments and the October 15, 2020 Prospectus, as alleged in the preceding paragraphs, were materially false and misleading, for the reasons set forth in ¶107, *infra*.

61. On October 15, 2020, a Bloomberg News article spotlighting and repeatedly quoting Exchange Act Defendant Ye, titled "Former Pipe Factory Worker Becomes a Budget Store Billionaire" (the "10/15/2020 Bloomberg Article"), stated that "Miniso's rapid expansion was made possible by a franchise model that cuts into profit margin -- ***only 3% of its stores are directly operated***" and that, according to Exchange Act Defendant Ye, "Over the next decade, the company plans to open hundreds of stores a year, both in China and abroad."

62. The misrepresentations and omissions in the 10/15/2020 Bloomberg Article, as alleged in the preceding paragraph, were materially false and misleading, for the reasons set forth in ¶107, *infra*.

63. On October 16, 2020, Exchange Act Defendant Zhang was interviewed, via video conferencing, on "Bloomberg Markets: China Open" (the "10/16/2020 Bloomberg Interview"). In response to a question regarding store expansion and whether MINISO is open to franchising additional stores, Zhang emphasized MINISO "is the largest global value retail," expressed MINISO's intent to expand in both domestically, in lower tier cities, and abroad, in more countries and cities, and exclaimed that MINISO "***will also adopt our very flexible model including our very unique Retail Partner model*** and the other distributor model" to achieve such expansion.

64. The misrepresentations and omissions in the 10/16/2020 Bloomberg Interview, as alleged in the preceding paragraph, were materially false and misleading, for the reasons set forth in ¶107, *infra*.

65. Post-IPO, analysts initiated positive coverage of MINISO based, in large part, on its Retail Partner Model. For example, in its November 9, 2020 analyst report, BoA initiated a buy rating for MINISO and $29.20 price target since MINISO is "uniquely positioned to leverage China's edge as the world's factor, its superior supply chain capability and ***flexible business***

***models*** to capitalize on opportunities from rising demand for brander value retail, amid heightening uncertainties in global economy." BoA placed particular emphasis on MINISO's "proven track record of global expansion" and its ***Retail Partner model which "could enable both scalable expansion in an asset-light manner, and strong control of store operations with direct access to retail and consumer data.***" The report explained that the "***highly effective and scalable MINISO retail partner model***" requires retail partners to "***shoulder the associated capital expenditure and operating expenses of stores.***" Further, the report emphasized that "***MINISO's efficient and scalable retail partner model can ensure fast expansion while maintaining consistent brand image and consumer experience across MINISO stores.***" As a result, BoA opined that "MINISO is likely to witness higher ROE and margins" than its competitors.

66. On December 3, 2020, in a Bloomberg News article titled "China's Budget Store King Takes on Toys 'R' Us (Correct)" (the "12/3/2020 Bloomberg Article"), Exchange Act Defendant Ye was quoted as stating "expansion will continue apace -- since its October IPO, ***Miniso has opened 100 new outlets around the world, and aims to open hundreds more every year in the next decade both in China and abroad***."

67. The misrepresentations and omissions in the 12/3/2020 Bloomberg Article, as alleged in the preceding paragraph, were materially false and misleading, for the reasons set forth in ¶107, *infra*.

68. On December 11, 2020, MINISO filed with the SEC a Form 6-K (the "12/11/2020 Form 6-K"), signed by Exchange Act Defendant Zhang that attached as Exhibit 99.1 a press release issued the same day (the "12/11/2020 Press Release"), announcing that MINISO "formed a joint venture in the British Virgin Islands with YGF MC Limited [("YGF MC")], ***a company jointly controlled by [MINISO's] controlling shareholders, [Exchange Act Defendant] Ye and***

***Ms. Yunyun Yang***, to acquire land use right of a parcel of land in Guangzhou and to establish a new headquarters building for MINISO through such joint venture's subsidiary in Guangzhou." It also stated that ***MINISO "holds 20% of the shares of the joint venture company [("YGF Investment")] while YGF MC holds the remaining 80% of the shares" and "[a]fter the formation of the joint venture company, [MINISO] invested RMB356 million in [YGF Investment and] YGF MC will invest RMB1,424 million.***" It further stated that the "total investment for the headquarters building project is estimated to be approximately RMB2,885 million, including approximately RMB1,780 million as consideration for acquisition of land use right and the remaining as building costs" and that "***[the YGF Investment] would make deposit payments representing 20% of the purchase price for the land use right in December 2020***." The 12/11/2020 Press Release touted MINISO's "***large network***" of retail stores stating that it "***established a massive store network worldwide.***"

69. The misrepresentations and omissions in the 12/11/2020 Press Release, as alleged in the preceding paragraph, were materially false and misleading, for the reasons set forth in ¶107, *infra*.

70. On December 18, 2020, MINISO issued an earnings press release (the 12/18/2020 Earnings Release"), which was filed with the SEC as Exhibit 99.1 to a Form 6-K filed the same day (the "12/18/2020 6-K") signed by Exchange Act Defendant Zhang, announcing its financial and operating results for the first quarter of fiscal year 2021 ended September 30, 2020. In it, Exchange Act Defendant Ye emphasized that "In the fiscal quarter ended September 30, 2020, ***we continued to expand our domestic store network coverage across higher- and lower-tier city markets***." Ye continued that MINISO was, in third-tier cities and below, "***prudently expanding our operations in these markets*** to better satisfy local shoppers." Exchange Act Defendant Ye

also touted that "***the number of MINISO stores in our domestic network reached 2,633 by the end of the quarter*** as compared to 2,533 at the end of the previous quarter." Notably, he emphasized the significance of the retail partner model, stating, "***We remain confident in the enduring strengths*** of our brand equity, ***retail partner model***, and customer value proposition, all of which ***will support us as we continue to grow our business in a sustainable manner and deliver lasting shareholder value.***" Exchange Act Defendant Zhang is also quoted as stating "***[W]e remained committed to executing our development strategies to maintain our growth momentum***." The 12/18/2020 Earnings Release explained that MINISO "had formed a joint venture in the British Virgin Islands with YGF MC Limited, a company jointly controlled by the Company's controlling shareholders, Mr. Guofu Ye and Ms. Yunyun Yang, to acquire the land use rights for a parcel of land in Guangzhou and to establish a new headquarters building for MINISO through the joint venture's subsidiary in Guangzhou." It claimed, "After the formation of the joint venture company … ***YGF MC Limited will also invest RMB1,424 million in the joint venture company.***" Further, it stated that "***quarter-over-quarter revenue growth was primarily driven by the Company's initiatives to accelerate its store expansion***,""***[t]he total number of MINISO stores***, including those in domestic and international markets, ***increased to 4,330 as of September 30, 2020***, from 3,913 as of September 30, 2019, and 4,222 as of June 30, 2020," and ***of the 4,330 MINISO stores, Miniso purportedly directly operated 120***.

71. The misrepresentations and omissions in the 12/18/2020 Earnings Release, as alleged in the preceding paragraph, were materially false and misleading, for the reasons set forth in ¶107, *infra*.

72. On February 25, 2021, MINISO issued an earnings press release (the "2/25/2021 Earnings Release"), which was filed with the SEC as Exhibit 99.1 to a Form 6-K filed the same

day (the ”2/25/2021 Form 6-K”), signed by Exchange Act Defendant Zhang, announcing its financial and operating results for the second quarter of fiscal year 2021 ended December 31, 2020. In it, Exchange Act Defendant Ye emphasized that “While the pandemic hit off-line retailers globally in calendar year 2020, ***we added 303 new stores*** during the year, ***demonstrating our partners' confidence in our resilient business model*** and faster-than-average recovery speed.” Ye touted MINISO's purported strengths stating that its “team has accumulated core strengths in supply chain management, retail know-how, ***asset-light business model*** and digitalization, and we will leverage these strengths in our new initiatives such as TopToy.” Exchange Act Defendant Zhang attributed MINISO's growth recovery to ***store count growth*** and stated “***we are highly confident in the strength of our underlying business model***.” Further, the 2/25/2021 Earnings Release stated, “***Total number of MINISO stores was 4,514*** as of December 31, 2020, representing ***a net increase of 303 stores year over year*** and ***184 stores quarter over quarter***” and that of the 4,514 MINISO stores, ***MINISO purportedly directly operated only 110***.

73. The misrepresentations and omissions in the 2/25/2021 Earnings Release, as alleged in the preceding paragraph, were materially false and misleading, for the reasons set forth in ¶107, *infra*.

74. MINISO announced its Q3 2021 quarterly results in a series of public statements on May 19, 2021 and May 20, 2021, which discussed the significance of MINISO's Retail Partner Model to MINISO's business operations and sustainability.

(a) On May 19, 2021, MINISO issued an earnings press release (the 5/19/2021 Earnings Release”), which was filed with the SEC as Exhibit 99.1 to a Form 6-K filed on May 20, 2021 (the “5/20/2021 Form 6-K”) signed by Exchange Act Defendant Zhang, announcing its financial and operating results for the third quarter of fiscal year 2021 ended March 31, 2021. In

the 5/19/2021 Earnings Release, Exchange Act Defendant Ye stated that MINISO "***experienced accelerating recoveries in domestic operations and profitability as we continued to focus on product innovation***" in the March quarter and "***TOP TOY continues to achieve new milestones as we continue to sharpen our business model***." He also stated, "***MINISO will continue to penetrate further into China's lower-tier cities by opening more stores and capturing greater market share in these high ROI regions***." Exchange Act Defendant Zhang also emphasized that MINISO "***continued to achieve strong recoveries in China***." The 5/19/2021 Earnings Release described MINISO as a "***fast-growing global value retailer***" that "***serves consumers primarily through its large network of MINISO stores***," boasted that the "***Number of MINISO stores increased to 4,587 as of March 31, 2021, from 4,223 as of March 31, 2020 and 4,514 as of December 31, 2020***," and said that ***of the 4,587 MINISO stores, MINISO purportedly directly operated just 112***. Stating that 2,812 stores were in China while 1,775 stores were located overseas, it added, "The year-over-year increase in revenue was ***primarily driven by the recovery of the Company's domestic [Chinese] operations*** in the third-quarter for fiscal year 2021."

(b) On May 19, 2021, MINISO held an earnings call with analysts and investors in conjunction with its Q3 2021 financial results (the "5/19/2021 Earnings Call"), on which Exchange Act Defendants Ye and Zhang spoke. During prepared remarks, Exchange Act Defendant Ye highlighted that MINISO "***added 44 new MINISO stores in China during the quarter, with more than 90% of new stores located in Tier-3 cities***" and that "***During the past 12 months, we made significant progress in executing our strategy to penetrate into lower-tier cities***." He added that MINISO "***continues to sharpen our business model"*** and that "***will continue to penetrate further into China's lower-tier cities by opening more stores and capturing greater market share***."

75. The misrepresentations and omissions in the 5/19/2021 Earnings Release and 5/19/2021 Earnings Call, as alleged in the preceding paragraphs, were materially false and misleading, for the reasons set forth in ¶107, *infra*.

76. Consistent with reaction following the filing of MINISO's 12/18/2020 Earnings Release and 2/25/2021 Earnings Release, analysts remained positive about MINISO's business prospects following its 5/19/2021 Earnings Release and 5/19/2021 Earnings Call. For instance, its May 20, 2021 analyst report, BoA reiterated its Buy rating by reiterating its opinion that "***MINISO deserves a premium to peers given faster growth, asset-light business model***" which enables higher NPM and ROE, and its investment rationale that MINISO's "***Retail partner model could enable scalable expansion at asset-light model***."

77. On August 24, 2021, a news article published by China Daily titled "Miniso 4th quarter revenue reaches 2.47b yuan" (the "8/24/2021 China Daily Article") quoted Exchange Act Defendant Ye as stating that "***the company will remain committed to the pursuit of its strategies in store network expansion***, product innovation, omni-channel experience and new initiatives, such as Top Toy."

78. The misrepresentations and omissions in the 8/24/2021 China Daily Article, as alleged in the preceding paragraph, were materially false and misleading, for the reasons set forth in ¶107, *infra*.

79. MINISO announced its Q4 2021 and annual results, for the fiscal year ended June 30, 2021, in a series of public statements on August 19, 2021, which discussed the significance of MINISO's Retail Partner Model to MINISO's business operations and sustainability.

(a) On August 19, 2021, MINISO issued an earnings press release (the "8/19/2021 Earnings Release"), which was filed with the SEC as Exhibit 99.1 to a Form 6-K filed the same

day (the "8/19/2021 Form 6-K") signed by Exchange Act Defendant Zhang, announcing its financial and operating results for the fourth quarter and full fiscal year ended June 30, 2021. In it, Exchange Act Defendant Ye lauded that, despite the COVID-19 Delta variant, MINISO "***managed to add 162 MINISO stores and 24 TOP TOY stores to our global store network*** during this quarter." He added that "***In fiscal year 2021, the MINISO brand added 527 stores worldwide [and] we successfully accomplished our IPO***." He added, "In fiscal year 2022, ***we remain committed to the pursuit of our strategies in store network expansion***, product innovation, omni-channel experience and new initiatives such as TOP TOY." Exchange Act Defendant Zhang also touted that MINISO "***experienced accelerating recoveries in both domestic operations and international operations*** in this quarter, as proved by ***the largest year-over-year growth in both top line and bottom line in recent eight quarters***." He continued by stating that MINISO's capital allocation strategy would "***prioritize new growth opportunities, such as new strategic initiatives and new store expansion***." The 8/19/2021 Earnings Release described MINISO as a "***fast-growing global value retailer***" that "***serves consumers primarily through its large network of MINISO stores***." It added, "***Number of MINISO stores increased to 4,749 as of June 30, 2021, representing a quarterly net addition of 162 stores, compared to a net decrease of 1 store in the same period of 2020 and a net addition of 73 stores in the previous quarter***." It claimed that ***of MINISO's 4,749 stores, MINISO directly operated only 112***. Stating that 2,939 stores were located in China while 1,810 stores were located overseas, it added, "***The year-over-year increase [in revenue] was primarily driven by the growth of the Company's domestic [Chinese] operations and recovery of its international operations***."

(b) On August 19, 2021, MINISO held an earnings call with analysts and investors in conjunction with its Q4 2021 and year end June 30, 2021 financial results (the "8/19/2021 Earnings

Call"), on which Exchange Act Defendants Ye and Zhang spoke. During prepared remarks, Exchange Act Defendant Ye boasted that in "***China, we added 127 MINISO stores during this quarter, compared to a net decrease of two stores and a net addition of 38 stores during the same period of 2020 and 2019, respectively***." He described it as "***an encouraging development for us and we should give credit to support our retail partners here***" and said that "***[b]y the end of June, we had 820 retail partners, increased by 80 year-over-year, with each partner adding 3.5 MINISO stores average flat year-over-year***." He added that expansion of TOP TOY remained "on track" and that four more stores were opened during the quarter. He also said, "In this year, we continued our overseas expansion ***adding an additional 121 MINISO stores in overseas market*** and entering our 90 days overseas market, despite the great uncertainty caused by the pandemic" and that MINISO would "***continue to expand and upgrade our store network and deploying our business model***." Exchange Act Defendant Zhang attributed revenue generated from domestic operations of the MINISO brand "***mainly***" to "***a year-over-year increase of 14% in average store count***."

80. The misrepresentations and omissions in the 8/19/2021 Earnings Release and 8/19/2021 Earnings Call, as alleged in the preceding paragraphs, were materially false and misleading, for the reasons set forth in ¶107, *infra*.

81. On September 17, 2021, MINISO filed a Form 20-F with the SEC (the "2021 20-F"), signed and SOX-certified by Exchange Act Defendants Ye and Zhang, announcing financial and operating results for the fiscal year ended June 30, 2021.

(a) When describing the nature of its business, it touted that MINISO "served consumers primarily through ***our network of over 4,700 MINISO stores, of which we directly operated 110***, including over 2,900 MINISO stores in China and over 1,800 MINISO stores across

about 90 countries and regions in the rest of the world." The 2021 20-F described the Retail Partner model as a "hybrid store operation model that takes advantageous elements from the franchise store model and the self-operated chain store model." It attributed MINISO's purported success to MINISO's Retail Partner model, stating:

> ***Our path to success in, our home market, China, depends on the effectiveness and scalability of our MINISO Retail Partner Model***. Under this innovative model, ***MINISO Retail Partners mobilize their resources to open and operate MINISO stores at optimal locations and shoulder the associated capital expenditure and operating expenses***, while we let them use our brand and provide them with valuable guidance on key aspects of store operation in exchange for a pre-agreed portion of in-store sales proceeds. The MINISO Retail Partners keep the remaining sales proceeds and we retain inventory ownership until in-store sale to consumers. The MINISO Retail Partner model aligns the interests and creates mutual benefits between us and the MINISO Retail Partners, ***where we achieve rapid store network expansion with consistent brand image and consumer experience in an asset-light manner***, and our MINISO Retail Partners attain attractive investment returns.

(b) The 2021 20-F touted the significance of MINISO's Retail Partner model and the addition of independently owned stores to MINISO's network expansion and revenue growth:

> ***Our ability to expand our store network, especially in China, is a key driver of our revenue growth***. Our revenue generated from China was RMB6,044.1 million and RMB7,291.2 million (US$1,129.3 million) in the fiscal years ended June 30, 2020 and 2021, accounting for 67.3% and 80.4% of our total revenue for the same periods, respectively. ***Outside of five MINISO stores directly operated by us, substantially all of the MINISO stores were operated under the MINISO Retail Partner model in China as of June 30, 2021***. Our store network expansion in China is primarily sustained by our continued success in enticing them to open more MINISO stores at optimal locations. As a result, the number of MINISO stores in China increased from 2,533 as of June 30, 2020 to 2,939 as of June 30, 2021.

(c) The 2021 20-F added that MINISO's international expansion is achieved under "flexible models tailored to local conditions" including the MINISO Retail Partner Model, and touted the "***highly effective and scalable MINISO Retail Partner Model***" as one of its "***core***

***strengths,*** its "***massive, fast-growing store network,***" and the "***highly effective and scalable MINISO retail partner model***" as bases for its belief that MINISO is "positioned favorably against [its] competitors."

82. The misrepresentations and omissions in the 2021 20-F, as alleged in the preceding paragraph, were materially false and misleading, for the reasons set forth in ¶107, *infra*.

83. On September 27, 2021, MINISO filed with the SEC a Form 6-K (the "9/27/2021 Form 6-K"), signed by Exchange Act Defendant Zhang, that attached as Exhibit 99.1 a press release issued September 26, 2021 (the "9/26/2021 Press Release"), announcing MINISO "has entered into a definitive agreement with YGF MC, a company jointly controlled by [MINISO's] controlling shareholders, [Exchange Act Defendant] Ye and Ms. Yunyun Yang, to acquire the remaining 80% equity stake in ***YGF Investment, a joint venture between YGF MC and [MINISO] to establish MINISO's new headquarters building***." It stated, "[a]fter closing of the proposed purchase, [MINISO] will hold 100% equity interests in YGF Investment and will start to consolidate the financial results of YGF Investment into [MINISO's] financial statements." It also stated that the "total consideration of this transaction is estimated to be approximately RMB700.4 million, ***representing the lower of the actual investment amount by YGF MC as of August 31, 2021 and the appraisal value of the equity interests confirmed by a third-party valuation firm***, deducted by the estimated accumulative loss of YGF Investment that YGF MC should bear up to the closing of this transaction."[1] It further stated that in January 2021, YGF Investment's PRC subsidiary acquired land use of a parcel of land…for approximately RMB1,780 million." The 9/26/2021 Press Release also stated that the "total investment for the headquarters building project,

[1] The RMB700.4 million was equivalent to roughly $108.3 million, based on the currency conversion ratio that day.

including the consideration for acquisition of land use right, is estimated to be approximately RMB2,885 million" and the Miniso "currently intends to support the subsequent capital expenditures of the project with its cash surplus, future cash flows from operating activities and potential bank financing." The 9/26/2021 Press Release touted MINISO's "***large network***" of retail stores stating that it "***established a massive store network worldwide.***"

84. The misrepresentations and omissions in the 9/26/2021 Press Release, as alleged in the preceding paragraph, were materially false and misleading, for the reasons set forth in ¶107, *infra*.

85. MINISO announced its Q1 2022 quarterly results in a series of public statements on November 18, 2021 and November 19, 2021, which discussed the significance of MINISO's Retail Partner Model to MINISO's business operations and sustainability.

(a) On November 18, 2021, MINISO issued an earnings press release (the "11/18/2021 Earnings Release"), which was filed with the SEC as Exhibit 99.1 to a Form 6-K filed on November 19, 2021 (the "11/19/2021 Form 6-K"), signed by Exchange Act Defendant Zhang, announcing its financial and operating results for the first quarter of fiscal year 2022 ended September 30, 2021. In it, Exchange Act Defendant Ye is quoted as stating that MINISO "***executed our strategies well and our domestic operations recorded an encouraging performance***." He added, "***During this quarter, we added 161 stores to our global store network, including 122 MINISO stores and 39 TOP TOY stores***." He also touted that "MINISO Group's revenue reached RMB2,654.1 million, exceeding the high end of our expectation, ***demonstrating the resilience of our business model and core competitive strengths***." The 11/18/2021 Earnings Release stated that the "***Number of MINISO stores increased to 4,871 as of September 30, 2021, representing a quarterly net addition of 122 stores***" and the "***Number of TOP TOY***

***stores increased to 72 as of September 30, 2021, representing a quarterly net addition of 39 stores***." It stated that ***of MINISO's 4,943 total stores (including TOP TOY) only 118 of them were directly operated by MINISO*** and that of its 4,871 MINISO brand stores, 3,035 of them were located in China while 1,836 stores were located overseas. It also stated that a 12.8% year over year increase in domestic operation of the MINISO brand was "***mainly driven by a year-over-year increase of 15.6% in average store count***."

(b) On November 18, 2021, MINISO held an earnings call with analysts and investors in conjunction with its Q1 2022 financial results (the "11/18/2021 Earnings Call"), on which Exchange Act Defendants Ye and Zhang spoke. Exchange Act Defendant Ye stated, "***During this quarter, we added 161 stores to our global network, including 122 MINISO stores and 39 TOP TOY stores***." Exchange Act Defendant Zhang attributed revenue generated from domestic operations of the MINISO brand "***mainly***" to "***a year-over-year increase of 16% in average store count***." When responding to a question regarding whether old franchisees or new franchisees were responsible for opening new stores overseas, Exchange Act Defendant Zhang stated that he "wanted to stress here that MINISO has listed as a public company for several quarters, and from our past performance during the past several quarters, ***we have shown that our resilience in our business model and our core capabilities***. And that ***gives the whole management confidence, so we can stick to our strategy in both at home and abroad***" "[a]nd this included the rollout and the rapid growth of TOP TOY, and we are very confident about that." When responding to a question regarding what MINISO's store opening plan was for 2022, he said, "***We have high confidence that in the coming quarters our overseas market, our distributor partners will gradually recover to now a modest expansion***."

86. The misrepresentations and omissions in the 11/18/2021 Earnings Release and 11/18/2021 Earnings Call, as alleged in the preceding paragraphs, were materially false and misleading, for the reasons set forth in ¶107, *infra*.

87. Following MINISO's 11/18/2021 Earnings Call and the release of its 11/18/2021 Earnings Release, BoA continued to remain "positive on the company given its long-term strength and beneficiary of global recovery from COVID-19" and reiterated its buy rating. The report continued to assert BoA's position that MINISO's "***Retail partner model could enable scalable expansion at asset-light model***" and that MINISO has a "***competitive edge given faster growth, asset-light business model*** (enabling higher NPM and ROE)."

88. On December 23, 2021, MINISO filed with the SEC a Form 6-K (the "12/23/2021 Form 6-K"), signed by Exchange Act Defendant Zhang that attached as Exhibit 99.1 a press release issued December 21, 2021 (the "12/21/2021 Press Release"), announcing MINISO's Board had authorized a share repurchase program for up to "US$200 million of its outstanding Class A ordinary shares and/or American depositary shares representing its Class A ordinary shares, effective until September 21, 2022" and that it "expects to fund repurchases under this program from surplus cash on its balance sheet." It touted MINISO's "***large network***" of retail stores stating that it "***established a massive store network worldwide.***"

89. The misrepresentations and omissions in the 12/21/2021 Press Release, as alleged in the preceding paragraph, were materially false and misleading, for the reasons set forth in ¶107, *infra*.

90. In its January 11, 2022 analyst report, Credit Suisse initiated its positive coverage of MINISO with an outperform rating. In the report, Credit Suisse attributed MINISO's success in part to its "***asset light business model to support rapid expansion, and generate healthy cash***

***flow***." The report also emphasized the significance of the expansion of MINISO's global presence. In a separate analyst report published on the same day, Credit Suisse explained that "***Almost all of MINISO's stores in China are operated through the retail partner model***" and explained that under this model, "***MINISO retail partners pick optimal locations, bear the capital expenditure and operation expenditure of stores.***" Credit Suisse emphasized that such an asset light model "***allows MINISO to leverage on partners' resources, such as relationships with landlords and capital strengthen.***" As a result, "MINISO can accelerate store expansion and raise store penetration rapidly, even in low tier cities." Credit Suisse expected store expansion to continue to drive MINISO's growth. The report particularly relied on a wide array of "Company data" which included its financial results and multiple breakdowns of MINISO's store counts. Further, Credit Suisse's report specifically noted that "***Among MINISO's 1,810 stores in overseas markets as of June 2021, only 105 stores were under the direct operation model***."

91. MINISO announced its Q2 2022 quarterly results in a series of public statements on March 3, 2022 and March 4, 2022, which discussed the significance of MINISO's Retail Partner Model to MINISO's business operations and sustainability.

(a) On March 3, 2022, MINISO issued an earnings press release (the "3/3/2022 Earnings Release"), which was filed with the SEC as Exhibit 99.1 to a Form 6-K filed on March 4, 2022 (the "3/4/2022 Form 6-K"), signed by Exchange Act Defendant Zhang, announcing its financial and operating results for the second quarter of fiscal year 2022 ended December 31, 2021. In it, Exchange Act Defendant Ye is quoted as stating, "During the calendar year 2021, we executed our strategy well, ***adding 615 stores to our global store network and increasing revenue by 34% year over year***." Further, the 3/3/2022 Earnings Release stated that the "***Number of MINISO stores increased to 5,045 as of December 31, 2021, representing a quarterly net***

***addition of 174 stores*** and the "***Number of TOP TOY stores increased to 89 as of December 31, 2021, representing a quarterly net addition of 17 stores***." It said that ***of MINISO's 5,134 total stores (including TOP TOY) only 127 of them were directly operated by MINISO*** and that of its 5,045 MINISO brand stores, 3,168 of them were located in China while 1,877 stores were located overseas. It added that ***a 20.7% year over year increase in MINISO revenue*** was "***primarily driven by the growth of the Company's domestic operations*** and the recovery of its international operations." Further, it stated that MINISO's year-over-year general and administrative expenses increased "primarily due to increased depreciation and amortization expenses of land use right related to the Company's headquarter building project."

(b) On March 3, 2022, MINISO held an earnings call with analysts and investors in conjunction with its Q2 2022 financial results (the "3/3/2022 Earnings Call"), on which Exchange Act Defendants Ye and Zhang spoke. During prepared remarks, Exchange Act Defendant Ye lauded that "With a net addition of 400 MINISO stores in calendar year 2021, we have ***successfully completed our store expansion plan*** and ***nearly doubled the number of 225 in calendar year 2020***, which demonstrates our [indiscernible] ***expansion ability and retail partners' strong confidence in our business***." He highlighted that during the quarter "***we added 191 stores to our global store network, including 174 MINISO stores and 17 TOP TOY stores***." He also touted that "Over the past two years … ***the total number of our retail partners has continued to increase***, and the average number per store – ***average numbers of store per retail partners has remained stable*** as we mentioned in previous quarters."

92. The misrepresentations and omissions in the 3/3/2022 Earnings Release and 3/3/2022 Earnings Call, as alleged in the preceding paragraphs, were materially false and misleading, for the reasons set forth in ¶107, *infra*.

93. Analysts maintained their buy and outperform ratings following MINISO's 3/3/2022 Earnings Call and 3/3/2022 Earnings Results. For instance, in its March 3, 2022 analyst report, BoA reiterated its buy rating after MINISO's Q2 2022 results came in "better than expected" because of its "***long term growth potential***," including, its "***flexible business model***." The BoA analyst report noted that MINISO added 133 new stores, which was in line with guidance, and 41 new stores overseas, which was above guidance. The report also noted that ***MINISO planned on accelerating expansion by adding 400/350 MINISO stores in China/Overseas in CY22***. Additionally, in its March 4, 2022 analyst report, Credit Suisse maintained its outperform rating while noting that MINISO's quarterly results beat guidance and that overseas expansion led to margin improvement. The Credit Suisse report also focused the same store count increase that the BoA analyst report noted and noted that MINISO was "rapidly expanding its global presence."

94. On March 31, 2022, MINISO filed a Form 6-K with the SEC (the "3/31/2022 Form 6-K") which attached, as Exhibit 99.1, MINISO's Supplemental and Updated Disclosures supplementing its 2021 20-F ("2021 20-F Supplement"), signed by Exchange Act Defendant Zhang.

(a) When describing MINISO's business, the 2021 20-F Supplement emphasizes that MINISO is a ***"fast-growing global retailer"*** and that "We have built our flagship brand 'MINISO' as a globally recognized retail brand and established a ***massive store network worldwide***." It highlighted the importance of the MINISO Retail Partner model to MINISO's success, stating:

> ***Our path to success in our home market, China, where we had expanded to approximately over 3,100 MINISO store as of December 31, 2021, depends on the effectiveness and scalability of our MINISO Retail Partner model***. Under this innovative model, ***MINISO Retail Partners mobilize their resources to open and operate MINISO stores at optimal locations and shoulder the associated capital expenditure and operating expenses***, while we let them use our brand and provide them with valuable guidance on key aspects of store operation in exchange for a pre-agreed portion of in-store sales proceeds. The MINISO Retail Partners keep the

> remaining sales proceeds and we retain inventory ownership until in-store sale to consumers. ***The MINISO Retail Partner model aligns the interests and creates mutual benefits between us and the MINISO Retail Partners, allowing us to achieve rapid store network expansion*** with consistent brand image and consumer experience in an asset-light manner, and enabling our MINISO Retail Partners to attain attractive investment returns.

(b) The 2021 20-F Supplement also touted that "***We employ our innovative MINISO Retail Partner model extensively in China as well as in certain overseas markets to facilitate store network expansion***. Our MINISO Retail Partner model disrupts the status quo of the traditional store operation models, allowing us to ***quickly and effectively expand our store network in an asset-light manner while maintaining consistent brand image and consumer experience across MINISO stores***." It touted that MINISO's "deep operation know-how backed by digitalization and ***close relationships with our MINISO Retail Partners*** have equipped us with all the tools needed to ***deepen the market penetration of both the MINISO brand and TOP TOY brand in lower-tier cities in China***." It added:

> ***We believe there is still huge potential for market expansion in China, and we plan to further expand our store network in China. We intend to take a disciplined approach in store network expansion to capture opportunities in lower-tiered cities in China primarily for our MINISO stores***, and further penetrate into the cities we have covered. For TOP TOY, we plan to continue to focus our store expansion in first- and second-tier cities in China in the near future while exploring opportunities to further expand into lower-tier cities. In addition, we plan to add more MINISO and TOP TOY stores at locations with proven consumer traffic and high sales potential with their sizes and merchandise selections based on analysis of local consumer demographics and other peculiarities.
>
> ***In overseas markets, we plan to actively identify and collaborate with the right business partners and local distributors to open more MINISO stores. We will continue to apply our flexible store operation models to further expand our store network based on local conditions in each market***. Moreover, we will continue to leverage our existing international operations to develop and more deeply penetrate into strategic markets, most notably Asia, North America, and Europe.

(c) Further, the 2021 20-F Supplement stated that "***apart from five directly operated MINISO stores and five directly operated TOP TOY stores***, ***substantially all of our other***

***MINISO and TOP TOY stores in China were operated under our innovative MINISO Retail Partner model***." It added, "***As of December 31, 2021, in international markets, there were over 130 stores directly operated by us and over 1,700 MINISO Retail Partner stores and stores under the distributor model***." It cited data purportedly showing that ***only 146 of 5,134 total MINISO and TOP TOY stores were directly operated by MINISO***. It touted "***our massive, fast-growing store network***" and "***our global scalability and capability penetrating into various tiers of cities***" as bases for its belief that MINISO is "positioned favorably against [its] competitors." It also described MINISO Retail Partners and distributors as MINISO's "major customers."

95. The misrepresentations and omissions in the 2021 20-F Supplement, as alleged in the preceding paragraph, were materially false and misleading, for the reasons set forth in ¶107, *infra*.

96. MINISO announced its Q3 2022 quarterly results in a series of public statements on May 26, 2022, which discussed the significance of MINISO's Retail Partner Model to MINISO's business operations and sustainability.

(a) On May 26, 2022, MINISO issued an earnings press release (the "5/26/2022 Earnings Release"), which was filed with the SEC as Exhibit 99.1 to a Form 6-K filed the same day (the "5/26/2022 Form 6-K"), signed by Exchange Act Defendant Zhang, announcing its financial and operating results for the third quarter of fiscal year 2022 ended March 31, 2022. In it, Exchange Act Defendant Ye is quoted as stating, "***MINISO's offline business delivered positive growth, which again demonstrated the resilience of our business model***." He added, "We believe our globalized operation will provide us with more space and flexibility of growth in the near future." Exchange Act Defendant Zhang also touted MINISO's growth potential, stating, "***The fundamentals of our business remain strong***." Further, the 5/26/2022 Earnings Release touted

that the "***Number of MINISO stores was 5,113 as of March 31, 2022, increasing by … 68 stores quarter over quarter***" and the "***Number of TOP TOY stores was 92 as of March 31, 2022, increasing by … 3 stores quarter over quarter***." According to the 5/26/2022 Earnings Release, ***of MINISO's 5,205 total stores (including TOP TOY) only 151 of them were directly operated by MINISO***, and of its 5,113 MINISO brand stores, 3,197 of them were located in China while 1,916 stores were located overseas. It stated that a ***year over year increase in revenue generated by MINISO's domestic operations was "primarily" driven by the fast increase of TOP TOY's revenue which was a "result of the fast increase of TOP TOY store counts***." Further, it stated that MINISO's year-over-year general and administrative expenses increased "***primarily due to (i) increased depreciation and amortization expenses in relation to the land use right of the Company's headquarter building project***."

(b) On May 26, 2022, MINISO held an earnings call with analysts and investors in conjunction with its Q3 2022 financial results (the "May 26, 2022 Earnings Call"), on which Exchange Act Defendants Ye and Zhang spoke. During prepared remarks, Exchange Act Defendant Ye emphasized that "MINISO's offline business delivered positive year-over-year growth, ***which again demonstrated the resilience of our business model***" and touted that "***our business model has demonstrated its great resilience and flexibility*** on the extreme market environment over the past two years." Exchange Act Defendant Zhang stated, "considering that more stores will be opened in the coming quarters, we expect a decent growth of shipment to revenue to overseas in the coming quarters." He also highlighted that "***we are confident with our competitive advantage***" and "***The fundamentals of our business remain unchanged***." When responding to a question regarding the impact of cost inflation, Exchange Act Defendant Ye stated that "the fleet from MINISO's warehouse to the domestic MINISO Retail Partner stores or over-

distributed stores, ***they are charged to corresponding retail partners***, our distributors. So the rise in trade cost will not have material influence on our P&L."

97. The misrepresentations and omissions in the 5/26/2022 Earnings Release and 5/26/2022 Earnings Call, as alleged in the preceding paragraphs, were materially false and misleading, for the reasons set forth in ¶107, *infra*.

98. On June 7, 2022, MINISO filed with the SEC a Form 6-K (the "6/7/2022 Form 6-K"), signed by Exchange Act Defendant Zhang that attached as Exhibit 99.1 a press release issued June 6, 2022 (the "6/6/2022 Press Release"), announcing MINISO's annual general meeting to be held on June 11, 2022. The 6/6/2022 Press Release touted MINISO's "***large network***" of retail stores stating that it "***established a massive store network worldwide.***"

99. The misrepresentations and omissions in the 6/6/2022 Press Release, as alleged in the preceding paragraph, were materially false and misleading, for the reasons set forth in ¶107, *infra*.

100. On June 21, 2022, MINISO filed with the SEC a Form 6-K (the "6/21/2022 Form 6-K"), signed by Exchange Act Defendant Zhang that attached as Exhibit 99.1 a press release issued June 20, 2022 (the "6/20/2022 Press Release"), announcing further details about the proposal to be voted on at the annual general meeting. The 6/20/2022 Press Release touted MINISO's "***large network***" of retail stores stating that it "***established a massive store network worldwide.***"

101. The misrepresentations and omissions in the 6/20/2022 Press Release, as alleged in the preceding paragraph, were materially false and misleading, for the reasons set forth in ¶107, *infra*.

102. On June 27, 2022, MINISO filed a Form 6-K with the SEC which attached, as Exhibit 99.1, a post-hearing information package (the "PHIP") with the Stock Exchange of Hong Kong Limited (the "Hong Kong Stock Exchange") subsequent to its initial listing application filed with the Hong Kong Stock Exchange on March 31, 2022. The PHIP was filed in connection with the proposed dual primary listing of its ordinary shares on the Main Board of the Hong Kong Exchange, together with a Hong Kong initial public offering and a global offering of the shares. The PHIP described MINISO's purported corporate governance measures to resolve actual or potential conflict of interests between MINISO and controlling shareholders (Exchange Act Defendant Ye and Yunyan Wang). The PHIP contained MINISO's Supplemental and Updated Disclosures supplementing its 2021 20-F for a second time ("2nd 2021 20-F Supplement"), signed by Exchange Act Defendant Zhang, which stated as follows.

(a) The 2nd 2021 20-F Supplement provided an overview of MINISO's business model, stating that MINISO has "***adopted a range of flexible store operation models, including MINISO Retail Partner model***, distribution model and direct operation model, as we expand our footprints in China and globally." It described MINISO's Retail Partner model stating that the model involves a "***Seller-buyer relationship in which MINISO Retail Partners enter into sales agreements, license agreements, and store renovation agreements with the Company***." It further stated that "***MINISO Retail Partners bear (i) initial capital expenditure, (ii) inventory deposit and (iii) costs associated with store operation, such as rental, salary, logistics expenses from our warehouse to stores, utilities, expenses related to discretionary promotional campaigns and store management and consultation services fee, and risks associated with investment recovery and store operations, among others" as opposed to the Direct operation model where "The Company bears all associated costs and risks***." The 2nd 2021 20-F Supplement also represented that "***Store***

***management responsibility***" is "***Mainly on MINISO Retail Partners***," and ***MINISO Retail Partners are responsible for some major business decisions while, under the direct operation model, store management and major business decisions are solely MINISO's responsibility***.

(b) When explaining MINISO's store network, the 2nd 2021 20-F Supplement highlighted MINISO's Retail Partner model, stating:

> ***The MINISO Retail Partner model has been and will continue to be our first choice when opening new stores***, as this model represents a mutually beneficial relationship between us and ***the MINISO Retail Partners that allows us to achieve rapid store network expansion with consistent brand image and consumer experience in an asset-light manner*** and that allows our MINISO Retail Partners to attain attractive investment opportunities. See "Business — Our Store Network — Store Operation in China" for further details. ***Therefore, apart from a small number of directly operated stores and a few stores operated by one distributor in Tibet, all of our other MINISO stores are operated and will be operated under the MINISO Retail Partner model.***

(c) The 2nd 2021 20-F Supplement also reiterated that "***We maintain a small number of directly operated stores in China***" which was corroborated by statistics provided that represent ***of MINISO's 5,205 total stores (including TOP TOY stores) only 151 stores were directly operated***. It represented that "During 2020 and 2021, when the pandemic negatively impacted many offline retailers' expansion in China, ***we added 625 stores in China, among which 624 were MINISO Retail Partner stores.***" It expressed MINISO's "plan to further expand our TOP TOY store network in China ***using primarily the MINISO Retail Partner model***." It also mainly attributed an increase in revenue generated from sales of lifestyle products and pop toys to "an increase in the number of MINISO stores and TOP TOY stores."

(d) Further, it stated that in October 2021, MINISO "acquired the remaining 80% equity interest in YGF Investment ***for the purpose of obtaining full ownership of the parcel of land for establishing our Company's new headquarters building***."

(e) The 2nd 2021 20-F Supplement also touted that "***We employ our innovative MINISO Retail Partner model extensively in China as well as in certain overseas markets to facilitate store network expansion***. Our MINISO Retail Partner model disrupts the status quo of the traditional store operation models, allowing us to ***quickly and effectively expand our store network in an asset-light manner*** while maintaining consistent brand image and consumer experience across MINISO stores." Further, it stated that "Our ***MINISO Retail Partner Model and close collaborations with loyal MINISO Retail Partners also helped us become highly resilient during the COVID-19 pandemic*** as such collaborations enabled us to quickly and effectively expand our store network in an asset-light manner even during the pandemic." It touted that MINISO's "deep operation know-how backed by digitalization and ***close relationships with our MINISO Retail Partners*** have equipped us with all the tools needed to ***deepen the market penetration of both the MINISO brand and TOP TOY brand in lower-tier cities in China***." It added:

> ***We believe there is still huge potential for market expansion in China, and we plan to further expand our store network in China. We intend to take a disciplined approach in store network expansion to capture opportunities in lower-tiered cities in China primarily for our MINISO stores***, and further penetrate into the cities we have covered. For TOP TOY, we plan to continue to focus our store expansion in first- and second-tier cities in China in the near future while exploring opportunities to further expand into lower-tier cities. In addition, we plan to add more MINISO and TOP TOY stores at locations with proven consumer traffic and high sales potential with their sizes and merchandise selections based on analysis of local consumer demographics and other peculiarities.
>
> ***In overseas markets, we plan to actively identify and collaborate with the right business partners and local distributors to open more MINISO stores.*** When selecting local partners, we prioritize those with financial strength and sufficient resources to open MINISO stores at optimal locations, while also considering their management ability and industry experience. ***We will continue to apply our flexible store operation models to further expand our store network based on local conditions in each market***. Moreover, we will continue to leverage our existing international operations to develop and more deeply penetrate into strategic markets, most notably Asia, North America, and Europe.

103. The misrepresentations and omissions in the 2nd 2021 20-F Supplement, as alleged in the preceding paragraph, were materially false and misleading, for the reasons set forth in ¶107 *infra*.

104. On July 11, 2022, MINISO filed with the SEC a Form 6-K (the "7/11/2022 Form 6-K"), signed by Exchange Act Defendant Zhang, that attached as Exhibit 99.1 a press release issued the same day (the "7/11/2022 Press Release"), announcing the results of the annual general meeting. The 7/11/2022 Press Release touted MINISO's "***large network***" of retail stores stating that it "***established a massive store network worldwide.***"

105. The misrepresentations and omissions in the 7/11/2022 Press Release, as alleged in the preceding paragraph, were materially false and misleading, for the reasons set forth in ¶107, *infra*.

106. In an analyst report on July 20, 2022, shortly before the Class Period ended, Jefferies issued a buy rating, relying on "Company data," emphasizing MINISO's net store openings and its "***asset-light retail partner model in China [that] helps Miniso roll out its network rapidly under different retail brands.***" According to the report, while MINISO store openings in China were down because of COVID-19 outbreaks, store openings overseas remained well on track. Every "scenario" generated by Jefferies included a projection of how many store openings there would be. Jefferies also listed ***"store opening guidance" as one of MINISO's share price catalysts***.

107. The foregoing Business Operations Fraud misstatements and omissions were materially false and misleading because, as detailed by the CW accounts pled in §II.E.3.a.; as detailed in the Blue Orca Report as pled in §II.E.3.b. and §II.E.4.d.; and as confirmed by Lead Plaintiff's investigation as pled in §II.E.3.c., (a) a material percentage of MINISO stores, both in

China and globally, were owned by MINISO or individuals closely tied to Exchange Act Defendant Ye and were not franchise stores; (b) MINISO franchises were struggling to reach or maintain profitability and closing in large numbers; (c) MINISO was having significant difficulties attracting franchisees to open new franchise stores, despite its considerable efforts and concessions, which included lowering franchise fees and taking on store opening costs; (d) MINISO's revenues and profitability, on a per-store and overall basis were declining from peaks reached before its IPO; (e) MINISO's franchise model was not being faithfully executed and its benefits were not being realized; (f) the proceeds from MINISO's IPO would not be used as advertised; (g) a huge portion of MINISO's IPO proceeds would be paid to Exchange Act Defendant Ye in a related party transaction.

**b. Reported Results Fraud**

108. The Exchange Act Defendants made a series of filings and public statements reporting financial and operational metrics like revenues, profit, net loss, cost of sales, gross profit, the amount of MINISO stores, both in China and abroad, the amount of directly operated MINISO stores, and available cash, as well as the proceeds from offerings, without disclosing that they were being generated through, artificially inflated by, and subject to improper practices, unreported operational setbacks and alterations to its business model, and undisclosed risks and negative trends – as pled in ¶¶109-120 below.. These misstatements violated, *inter alia*, Regulation S-K, Item 303, 17 C.F.R. §§229.303(a)(3)(i)-(ii) and (b)(2). The "Reported Results Fraud" included the following misstatements and omissions.

109. The Exchange Act Defendants reported MINISO's full-year 2020 financial results in SEC filings made on September 23, 2020. That day, the Exchange Act Defendants filed MINISO's Registration Statement, which was signed by Exchange Act Individual Defendants Ye,

Zhang, Li and Puglisi. The Registration Statement, set forth MINISO's financial and operating results as follows.

(a) The Registration Statement reported a 2020 fiscal-year-end net loss of $36.825 million or 260.176 million RMB ($0.04 or 0.26 RMB per basic share) on total revenue of $1.2709 billion or 8.979 billion RMB, an improvement as compared to net loss of 294.409 million RMB (0.32 RMB per basic share) on total revenue of 9.3949 billion RMB for the prior year ended June 30, 2019. Of these amounts, it reported that China-based operations accounted for $855.487 billion or 6.0441 million RMB (equal to 67.3%) of 2020 revenue, with all markets outside of China combined accounting for $415.406 million or 2.9349 billion RMB (32.7%) of 2020 revenue. It stated that 2020 yearly revenue included $83.176 million or 587.644 million RMB in license fees, sales-based royalties, and management and consultation service fees. It also disclosed MINISO's "Cost of Sales," which it defined as cost of inventories (carrying amount of inventories sold and inventory write-down), which declined from 6.8839 billion RMB in 2019 to 6.2465 billion RMB in 2020, plus logistics expenses. It disclosed increasing "Gross Profit" as being $386.76 million or 2.7325 billion RMB in 2020, as compared to 2.511 billion RMB in 2019. It explained:

> ***We primarily derive our revenue from sales of lifestyle products through sales to MINISO Retail Partners***, ***sales to distributors***, retail sales in directly operated stores and through online channels. ***Other sources of revenue mainly include license fees from MINISO Retail Partners and distributors, and sales-based royalties and sales-based management and consultation service fees income from MINISO Retail Partners***.

The Registration Statement also reported that, as of June 30, 2020, MINISO had $403.955 billion or 2.854 billion RMB in cash and cash equivalents.

(b) The Registration Statement reported "Key Operating Data" including a total of 4,222 MINISO stores as of June 30, 2020 and that just ***129 of them*** were "directly operated stores" operated by MINISO itself. Specifically, as shown in *Figure 16* below, it said that ***only 7 out of***

***2,533 MINISO stores in China, and 122 out of 1,689 stores outside of China were "directly operated," while the rest were "third-party stores***," defined as "includ[ing] those operated under the MINISO Retail Partner model and those under the distributor model," adding that under the "MINISO Retail Partner model," "the retail partners are the customers of us [MINISO]" and "the franchisee bears the store opening capital expenditure and store operating expenses" while MINISO retains ownership of unsold inventory, receives fees for store management and consultation services, and receives a portion of in-store sale proceeds. It the flagship China operations as follows:

> ***Our ability to expand our store network, especially in China, is a key driver of our revenue growth. Our revenue generated from China was RMB6,364.0 million and RMB6,044.1 million (US$855.5 million) in the fiscal years ended June 30, 2019 and 2020, accounting for 67.7% and 67.3% of our total revenue*** for the same periods, respectively. Outside of seven MINISO stores directly operated by us, ***substantially all of the MINISO stores were operated under the MINISO Retail Partner model in China as of June 30, 2020.*** Our store network expansion in China is primarily sustained by our continued success in enticing them to open more MINISO stores at optimal locations. As a result, the number of MINISO stores in China increased from 2,311 as of June 30, 2019 to 2,533 as of June 30, 2020.

*Figure 16*

| | As of | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | September 30, 2018 | December 31, 2018 | March 31, 2019 | June 30, 2019 | September 30, 2019 | December 31, 2019 | March 31, 2020 | June 30, 2020 |
| **Number of MINISO stores** | | | | | | | | |
| **China** | **2,159** | **2,254** | **2,273** | **2,311** | **2,384** | **2,543** | **2,535** | **2,533** |
| —Directly operated stores | 2 | 2 | 5 | 9 | 11 | 8 | 8 | 7 |
| —Third-party stores[(2)] | 2,157 | 2,252 | 2,268 | 2,302 | 2,373 | 2,535 | 2,527 | 2,526 |
| **Overseas[(1)]** | **1,019** | **1,205** | **1,280** | **1,414** | **1,529** | **1,668** | **1,688** | **1,689** |
| —Directly operated stores | 58 | 68 | 71 | 74 | 79 | 126 | 122 | 122 |
| —Third-party stores[(2)] | 961 | 1,137 | 1,209 | 1,340 | 1,450 | 1,542 | 1,566 | 1,567 |
| **Total** | **3,178** | **3,459** | **3,553** | **3,725** | **3,913** | **4,211** | **4,223** | **4,222** |

Notes:
(1) Overseas stores exclude a small number of stores under certain overseas businesses that we had disposed of as of June 30, 2020. We completed such business disposal during the period from December 2019 to April 2020. See "Management's Discuss and Analysis of Financial Condition and Results of Operations—Discontinued Operations." After the disposal, these excluded stores may continue to have business transactions with us.
(2) Third-party stores include those operated under the MINISO Retail Partner model and those under the distributor model.

(c) The Registration Statement claimed that MINISO "focus[es] on long-term sustainability instead of short-term profits" and that "***Our path to success in our home market,***

***China, depends on the effectiveness and scalability of our MINISO Retail Partner model.***" It touted that "Outside of seven MINISO stores directly operated by us [the company], ***substantially all of the MINISO stores were operated under the MINISO Retail Partner model in China*** as of June 30, 2020." It emphasized that "***Our store network expansion in China is primarily sustained by our continued success in enticing them to open more MINISO stores at optimal locations***." It added that the "number of MINISO stores outside of China increased from 1,414 as of June 30, 2019 to 1,689 as of June 30, 2020" and that ***"In the majority of the international markets, we expand our store network by using the distributor model."*** Specifically, it emphasized that "As of June 30, 2020, in international markets, ***there were over 120 stores directly operated by us and over 1,500 MINISO Retail Partner stores and stores under the distributor model***.

(d) The Exchange Act Defendants reported these financial and operating results and metrics without disclosing the negative, underlying trends and risks posed, *inter alia*, by the true, substantially higher number of stores that were owned and operated by Exchange Act Defendants Ye, Zhang, and Li, other insiders, or the company itself, and that MINISO was drastically lowering franchise fees to attract and retain actual franchisees.

110. The Exchange Act Defendants reported identical full-year 2020 financial results and used identical language as those contained in the Registration Statement, referenced in ¶109 above, in the following SEC filings:

(a) MINISO's 10/7/2020 Form F-1/A filed with the SEC on October 7, 2020, MINISO's 10/13/2020 Form F-1/A filed with the SEC on October 13, 2020, and MINISO's 10/14/2020 Form F-1/A filed with the SEC on October 14, 2020. The Registration Statement Amendments were signed by Exchange Act Defendants Ye, Zhang, Li, and Puglisi.

(b) MINISO's Prospectus filed with the SEC on October 15, 2020. The Prospectus represents the final version of the prospectuses filed in conjunction with the Registration Statement.

(c) In these filings, too, the Exchange Act Defendants reported these financial and operating results and metrics without disclosing the negative, underlying trends and risks posed, *inter alia*, by the true, substantially higher number of stores that were owned and operated by Exchange Act Defendants Ye, Zhang, and Li, other insiders, or the company itself, and that MINISO was drastically lowering franchise fees to attract and retain actual franchisees.

111. The Exchange Act MINISO Defendants announced MINISO's Q1 2021 financial results in its 12/18/2020 Form 6-K and 12/18/2020 Earnings Release, signed by Exchange Act Defendant Zhang and containing statements made by Exchange Act Defendant Ye.

(a) The 12/18/2020 Form 6-K and 12/18/2020 Earnings Release reported a fiscal quarter ended September 30, 2020 net loss of $246.897 million or 1.676 billion RMB ($0.26 or 1.77 RMB per basic share) on total revenue of $305.193 million or 2.072 billion RMB as compared to net loss of 82.848 million RMB (0.09 RMB per basic share) on total revenue of 2.989 billion RMB for the year prior ended September 30, 2019. They also reported quarter-over-quarter revenue increased 33.4% from 1.5532 billion RMB, in the previous fiscal quarter ended June 30, 2020, to 2.072 billion RMB in the fiscal quarter ended September 30, 2020. They stated that this "***quarter-over-quarter revenue growth was primarily driven by the Company's initiatives to accelerate its store expansion.***" They also disclosed MINISO's "Cost of Sales," which increased from 1.1738 billion RMB in the previous fiscal quarter ended June 30, 2019 to 1.5498 billion RMB or $228.255 million in the fiscal quarter ended September 30, 2020. They disclosed declining "Gross Profit" as being $76.938 million or 522.376 million RMB in the fiscal quarter ended

September 30, 2020, as compared to 937.246 million RMB in the same fiscal quarter ended 2019. Exchange Act Defendant Zhang explained MINISO's reported results as follows:

> ***Despite the challenges we faced as a result of the pandemic and its impact on our global operations, we remained committed to executing our development strategies to maintain our growth momentum.*** As such, in the fiscal quarter ended September 30, 2020, our revenue increased by 33.4% quarter over quarter to RMB2,072.1 million, and our gross profit grew by 37.7% quarter over quarter to RMB522.4 million. Going forward, as we continue to invest in bolstering our product development capabilities, streamlining our supply chain operations, and ***expanding our store network coverage***, we will also further solidify our market leadership and thus generate more lasting shareholder value in turn.

The 12/18/2020 Form 6-K and 12/18/2020 Earnings Release also reported that, as of September 30, 2020, MINISO had $436.1 million or 2.961 billion RMB in cash and cash equivalents.

(b) The 12/18/2020 Form 6-K and 12/18/2020 Earnings Release also contained a break-down of the makeup of MINISO's stores. They reported that MINISO had a ***total of 4,330 MINISO stores of September 30, 2020 and that just 120 of them were "directly operated stores"*** operated by MINISO itself. Specifically, as shown in *Figure 17* below, they said that ***only 5 out of 2,633 MINISO stores in China and 115 out of 1,697 stores outside of China were "directly operated," while the rest were "third-party stores***."

*Figure 17*

| | As of | | |
|---|---|---|---|
| | **September 30, 2019** | **June 30, 2020** | **September 30, 2020** |
| **Number of MINISO stores** [2] | 3,913 | 4,222 | 4,330 |
| China | 2,384 | 2,533 | 2,633 |
| —Directly operated stores | 11 | 7 | 5 |
| —Third-party stores | 2,373 | 2,526 | 2,628 |
| Overseas[3] | 1,529 | 1,689 | 1,697 |
| —Directly operated stores | 79 | 122 | 115 |
| —Third-party stores | 1,450 | 1,567 | 1,582 |

(c) The Exchange Act MINISO Defendants reported these financial and operating results and metrics without disclosing the negative, underlying trends and risks posed, *inter alia*, by the true, substantially higher number of stores that were owned and operated by Exchange Act Defendants Ye, Zhang, and Li, other insiders, or the company itself, and that MINISO was drastically lowering franchise fees to attract and retain actual franchisees, while needed funds that had been generated through its IPO were being siphoned off to Defendant Ye.

112. The Exchange Act MINISO Defendants announced MINISO's Q2 2021 financial results in its 2/25/2021 Form 6-K and 2/25/2021 Earnings Release, signed by Exchange Act Defendant Zhang and containing statements made by Exchange Act Defendant Ye.

(a) The 2/25/2021 Form 6-K and 2/25/2021 Earnings Release reported a fiscal quarter ended December 31, 2020 profit of $3.183 million or 20.768 million RMB ($0.00 or 0.02 RMB per basic share) on total revenue of $352.141 million or 2.2977 billion RMB as compared to net loss of 207.011 million RMB (0.20 RMB per basic share) on total revenue of 2.8038 billion RMB for the same fiscal quarter of the previous year ended December 31, 2019. They also reported a "quarter-over-quarter" increase in revenue of 10.9%. Further, the 2/25/2021 Form 6-K and 2/25/2021 Earnings Release disclosed MINISO's "Cost of Sales," which increased from 1.5498 billion RMB in the previous fiscal quarter ended September 30, 2020 to 1.655 billion RMB or $253.633 million in the fiscal quarter ended December 31, 2020. They also disclosed declining "Gross Profit" as being $98.508 million or 642.768 million RMB in the fiscal quarter ended December 31, 2020, as compared to 887.35 million RMB in the same fiscal quarter ended 2019. Exchange Act Defendant Zhang explained MINISO's reported results as follows:

> We concluded calendar year on a positive note as both our top and bottom lines showed solid recovery trends. On a sequential basis, our revenue increased by 11%, with overseas revenue increasing by 32% and domestic revenue increasing by 7%. ***Our growth recovery was attributable to a 4% growth in our store count and a***

> ***7% growth in our average revenue per store quarter over quarter***. In addition, we are delighted to report a substantial improvement in our operating profit, which we expect to normalize over the coming quarters as the pandemic abates. ***Looking ahead, we are highly confident in the strength of our underlying business model and remain steadfast in our commitment to solidifying our leadership at home, expanding our market share abroad, and delivering long-term shareholder value***.

The 2/25/2021 Form 6-K and 2/25/2021 Earnings Release also reported that, as of December 31, 2020, MINISO had $1.0483 billion or 6.8405 billion RMB in cash and cash equivalents.

(b) The 2/25/2021 Form 6-K and 2/25/2021 Earnings Release also contained a break-down of the makeup of MINISO's stores, reporting that MINISO had a ***total of 4,514 MINISO stores of December 31, 2020 and that just 110 of them were "directly operated stores"*** operated by MINISO itself. Specifically, as shown in *Figure 18* below, they said that ***only 5 out of 2,768 MINISO stores in China and 105 out of 1,746 stores outside of China were "directly operated***," ***while the rest were "third-party stores***." Exchange Act Defendant Ye highlighted MINISO's store expansion by stating, "During the quarter, we added 184 new stores to our global store network. ***While the pandemic hit off-line retailers globally in calendar year 2020, we added 303 new stores during the year, demonstrating our partners' confidence in our resilient business model and faster-than-average recovery speed.***"

*Figure 18*

| | As of | | |
|---|---|---|---|
| | **December 31, 2019** | **September 30, 2020** | **December 31, 2020** |
| **Number of MINISO stores[2]** | **4,211** | **4,330** | **4,514** |
| China | 2,543 | 2,633 | 2,768 |
| —Directly operated stores | 8 | 5 | 5 |
| —Third-party stores | 2,535 | 2,628 | 2,763 |
| Overseas[3] | 1,668 | 1,697 | 1,746 |
| —Directly operated stores | 126 | 115 | 105 |
| —Third-party stores | 1,542 | 1,582 | 1,641 |

(c) The Exchange Act MINISO Defendants reported these financial and operating results and metrics without disclosing the negative, underlying trends and risks posed, *inter alia*, by the true, substantially higher number of stores that were owned and operated by Exchange Act Defendants Ye, Zhang, and Li, other insiders, or the company itself, and that MINISO was drastically lowering franchise fees to attract and retain actual franchisees, while needed funds that had been generated through its IPO were being siphoned off to Defendant Ye.

113. The Exchange Act MINISO Defendants announced MINISO's Q3 2021 financial results in its 5/20/2021 Form 6-K and 5/19/2021 Earnings Release, signed by Exchange Act Defendant Zhang and containing statements made by Exchange Act Defendant Ye.

(a) The 5/20/2021 Form 6-K and 5/19/2021 Earnings Release reported a fiscal quarter ended March 31, 2021 profit of $17.549 million or 114.97 million RMB ($0.02 or 0.10 RMB per basic share) on total revenue of $340.28 million or 2.2294 billion RMB as compared to a profit of 71.933 million RMB (0.08 RMB per basic share) on total revenue of 1.6331 billion RMB for the same fiscal quarter of the previous year ended March 31, 2020. They also reported a "quarter-over-quarter" decrease in revenue of 3%. Further, the 5/20/2021 Form 6-K and 5/19/2021 Earnings Release disclosed MINISO's "Cost of Sales," which decreased from 1.655 billion RMB in the previous fiscal quarter ended December 31, 2020 to 1.603 billion RMB or $244.662 million in the fiscal quarter ended March 31, 2021. They also disclosed increasing "Gross Profit" as being $95.618 million or 626.469 million RMB in the fiscal quarter ended March 31, 2021, as compared to 528.468 million RMB in the same fiscal quarter ended 2020. Therein, Exchange Act Defendant Zhang also explained MINISO's reported results as follows:

> "We continued to achieve strong recoveries in China, ***as MINISO's offline store and eCommerce revenues saw year-over-year increases of 69.4% and 86.4%, respectively***. We are also encouraged by our efficient working capital management, steady recovery of gross margin, and ***disciplined investment into new businesses***,

all of which have laid a solid foundation for us to deliver consistent, strong financial performance and long-term shareholder value.

The 5/20/2021 Form 6-K and 5/19/2021 Earnings Release also reported that, as of March 31, 2021, MINISO had $1.0569 billion or 6.9244 billion RMB in cash and cash equivalents.

(b) The 5/20/2021 Form 6-K and 5/19/2021 Earnings Release also contained a break-down of the makeup of MINISO's stores, reporting that MINISO had a ***total of 4,587 MINISO stores of March 31, 2021 and that just 112 of them were "directly operated stores"*** operated by MINISO itself. Specifically, as shown in *Figure 19* below, the 5/20/2021 Form 6-K and 5/19/2021 Earnings Release said that ***only 5 out of 2,812 MINISO stores in China and 107 out of 1,775 stores outside of China were "directly operated," while the rest were "third-party stores*.**"

*Figure 19*

| | As of | | |
|---|---|---|---|
| | March 31, 2020 | December 31, 2020 | March 31, 2021 |
| Number of MINISO stores[2] | 4,223 | 4,514 | 4,587 |
| China | 2,535 | 2,768 | 2,812 |
| —Directly operated stores | 8 | 5 | 5 |
| —Third-party stores | 2,527 | 2,763 | 2,807 |
| Overseas[3] | 1,688 | 1,746 | 1,775 |
| —Directly operated stores | 122 | 105 | 107 |
| —Third-party stores | 1,566 | 1,641 | 1,668 |

[1] See the section titled "Non-IFRS Financial Measure" for more information about the non-IFRS financial measure referred to in this press release.
[2] "MINISO stores" are any of the stores operated under the "MINISO" brand name, including those directly operated by the Company ("Directly operated stores"), and those operated by third parties under the MINISO Retail Partner model and the distributor model ("Third-party stores").
[3] Overseas stores exclude a small number of stores under certain overseas businesses that the Company had disposed of as of June 30, 2020. The Company completed such business disposal during the period from December 2019 to April 2020.

(c) The Exchange Act MINISO Defendants reported these financial and operating results and metrics without disclosing the negative, underlying trends and risks posed, *inter alia*, by the true, substantially higher number of stores that were owned and operated by Exchange Act Defendants Ye, Zhang, and Li, other insiders, or the company itself, and that MINISO was drastically lowering franchise fees to attract and retain actual franchisees, while needed funds that had been generated through its IPO were being siphoned off to Defendant Ye.

114. The Exchange Act MINISO Defendants announced MINISO's Q4 2021 financial results in its 8/19/2021 Form 6-K and 8/19/2021 Earnings Release, signed by Exchange Act Defendant Zhang and containing statements made by Exchange Act Defendant Ye.

(a) The 8/19/2021 Form 6-K and 8/19/2021 Earnings Release reported a fiscal quarter ended June 30, 2021 profit of $17.215 million or 111.15 million RMB ($0.095 or 0.01 RMB per basic share) on total revenue of $382.919 million or 2.4724 billion RMB as compared to a net loss of 42.25 million RMB (0.05 RMB per basic share) on total revenue of 1.5532 billion RMB for the same fiscal quarter of the previous year ended June 30, 2020. They also reported a "quarter-over-quarter" increase in revenue of 10.9%. Further, the 8/19/2021 Form 6-K and 8/19/2021 Earnings Release disclosed MINISO's "Cost of Sales," which increased from 1.1738 billion RMB in the same fiscal quarter of the previous year ended June 30, 2020 to 1.8333 billion RMB or $283.939 million in the fiscal quarter ended June 30, 2021. Cost of sales also increased quarter-over-quarter by 14.4%. They also disclosed increasing "Gross Profit" as being $98.98 million or 639.073 million RMB in the fiscal quarter ended June 30, 2021, as compared to 379.434 million RMB in the same fiscal quarter ended 2020. In the 8/19/2021 Form 6-K and 8/19/2021 Earnings Release, Exchange Act Defendant Zhang explained MINISO's reported results as follows:

> We have experienced ***accelerating recoveries in both domestic operations and international operations in this quarter, as proved by the largest year-over-year growth in both top line and bottom line in recent eight quarters***.

(b) The 8/19/2021 Form 6-K and 8/19/2021 Earnings Release also contained a break-down of the makeup of MINISO's stores, reporting that MINISO had a ***total of 4,749 MINISO stores and 33 TOP TOY stores as of June 30, 2021 and that just 110 MINISO stores and 2 TOP TOY stores were "directly operated stores"*** operated by MINISO itself. Specifically, as shown in *Figure 20* below, they said that ***only 5 out of 2,939 MINISO stores in China, 105 out of 1,810***

***stores outside of China, and 2 out of 33 TOP TOY stores were "directly operated," while the rest were "third-party stores***." Exchange Act Defendant Ye emphasized MINISO's store expansion in the 8/19/2021 Form 6-K and 8/19/2021 Earnings Release stating "we managed to add 162 MINISO stores and 24 TOP TOY stores to our global store network during this quarter" and that "In fiscal year 2021, the ***MINISO brand added 527 stores worldwide***."

*Figure 20*

| | June 30, 2020 | March 31, 2021 | As of June 30, 2021 |
|---|---|---|---|
| **Number of MINISO stores**[2] | 4,222 | 4,587 | 4,749 |
| China | 2,533 | 2,812 | 2,939 |
| —Directly operated stores | 7 | 5 | 5 |
| —Third-party stores | 2,526 | 2,807 | 2,934 |
| Overseas[3] | 1,689 | 1,775 | 1,810 |
| —Directly operated stores | 122 | 107 | 105 |
| —Third-party stores | 1,567 | 1,668 | 1,705 |
| **Number of TOP TOY stores**[4] | - | 9 | 33 |
| —Directly operated stores | - | 2 | 2 |
| —Third-party stores | - | 7 | 31 |

1 See the section titled "Non-IFRS Financial Measures" for more information about the non-IFRS financial measures referred to in this press release.
2 "MINISO stores" are any of the stores operated under the "MINISO" brand name, including those directly operated by the Company ("Directly operated stores"), and those operated by third parties under the MINISO Retail Partner model and the distributor model ("Third-party stores").

1

(c) The Exchange Act MINISO Defendants reported these financial and operating results and metrics without disclosing the negative, underlying trends and risks posed, *inter alia*, by the true, substantially higher number of stores that were owned and operated by Exchange Act Defendants Ye, Zhang, and Li, other insiders, or the company itself, and that MINISO was drastically lowering franchise fees to attract and retain actual franchisees, while needed funds that had been generated through its IPO were being siphoned off to Defendant Ye.

115. The Exchange Act MINISO Defendants announced MINISO's full-year 2021 financial results in SEC filings made on September 17, 2021, filing MINISO's 2021 20-F, which was signed by Exchange Act Defendant Ye and SOX-certified by Exchange Act Defendants Ye and Zhang, regarding the fiscal year ended June 30, 2021. The 2021 20-F, particularly in its

Operating and Financial Review and Prospects section,[2] set forth MINISO's financial and operating results and metrics.

(a) The 2021 20-F reported a 2021 fiscal-year-end net loss of $221.39 million or 1.43 billion RMB ($0.18 or 1.18 RMB per basic share) on total revenue of $1.405 billion or 9.072 billion RMB, an improvement as compared to net loss of 260.18 million RMB (0.26 RMB per basic share) on total revenue of 8.979 billion RMB for the prior year ended June 30, 2020. Of these amounts, it reported that China-based operations accounted for $1.129 billion or 7.291 million RMB (equal to 80.4%) of 2021 revenue, with all markets outside of China combined accounting for $275.756 million or 818.819 million RMB (19.6%) of 2021 revenue. It claimed that 2021 yearly revenue included $101.97 million or 658.38 million RMB in license fees, sales-based royalties, and management and consultation service fees. It also disclosed MINISO's "Cost of Sales," defined as cost of inventories (carrying amount of inventories sold and inventory write-down), which rose from 6.2465 billion RMB in 2020 to 6.5815 billion RMB in 2021, plus logistics expenses. It disclosed declining "Gross Profit and Margin" as being $376.465 million or 2.431 billion RMB in 2021, as compared to 2.733 billion RMB in 2020. It explained these results:

> ***We primarily derive our revenue from sales of lifestyle products through sales to MINISO Retail Partners***, ***sales to distributors***, retail sales in directly operated stores and through online channels. ***Other sources of revenue mainly include license fees from MINISO Retail Partners and distributors, and sales-based royalties and sales-based management and consultation service fees income from MINISO Retail Partners***.

The 2021 20-F also reported that, as of June 30, 2021, MINISO had $1.05 billion or 6.77 billion RMB in cash and cash equivalents.

---

[2] Per SEC guidance, the Form 20-F "Operating and Financial Review and Prospects" section is subject to similar requirements and is intended to be treated similarly to the Management's Discussion & Analysis of Financial Condition and Results of Operations ("MD&A") section in Forms 10-K and 10-Q.

(b) The 2021 20-F also contained extensive discussion as to the makeup of MINISO's stores. It reported that MINISO had a ***total of 4,749 MINISO stores and 33 TOP TOY stores as of June 30, 2021 and that just 2.3% of them (110 MINISO stores and 2 TOP TOY stores) were "directly operated stores"*** operated by MINISO itself. Specifically, as shown in *Figure 21* below, the 2021 20-F said that ***only 5 out of 2,939 MINISO stores in China, 105 out of 1,810 stores outside of China, and 2 out of 33 TOP TOY stores were "directly operated," while the rest were "third-party stores***," defined as "includ[ing] those operated under the MINISO Retail Partner model and those under the distributor model," adding that under the "MINISO Retail Partner model," "the retail partners are the customers of us [MINISO]" and "the franchisee bears the store opening capital expenditure and store operating expenses," including employment of store staff, while MINISO retains ownership of unsold inventory, receives fees for store management and consultation services, and receives a portion of in-store sale proceeds. The 2021 20-F described the company's flagship China operations as follows:

> ***Our ability to expand our store network, especially in China, is a key driver of our revenue growth***. ***Our revenue generated from China was RMB6,044.1 million and RMB7,291.2 million (US$1,129.3 million) in the fiscal years ended June 30, 2020 and 2021, accounting for 67.3% and 80.4% of our total revenue*** for the same periods, respectively. Outside of five MINISO stores directly operated by us, ***substantially all of the MINISO stores were operated under the MINISO Retail Partner model in China as of June 30, 2021***. Our store network expansion in China is primarily sustained by our continued success in enticing them to open more MINISO stores at optimal locations. As a result, the number of MINISO stores in China increased from 2,533 as of June 30, 2020 to 2,939 as of June 30, 2021.

*Figure 21*

| | As of | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | September 30, 2019 | December 31, 2019 | March 31, 2020 | June 30, 2020 | September 30, 2020 | December 31, 2020 | March 31, 2021 | June 30, 2021 |
| **Number of MINISO stores** | | | | | | | | |
| **China** | **2,384** | **2,543** | **2,535** | **2,533** | **2,633** | **2,768** | **2,812** | **2,939** |
| - Directly operated stores | 11 | 8 | 8 | 7 | 5 | 5 | 5 | 5 |
| - Third-party stores(2) | 2,373 | 2,535 | 2,527 | 2,526 | 2,628 | 2,763 | 2,807 | 2,934 |
| **Overseas(1)** | **1,529** | **1,668** | **1,688** | **1,689** | **1,697** | **1,746** | **1,775** | **1,810** |
| - Directly operated stores | 79 | 126 | 122 | 122 | 115 | 105 | 107 | 105 |
| - Third-party stores(2) | 1,450 | 1,542 | 1,566 | 1,567 | 1,582 | 1,641 | 1,668 | 1,705 |
| **Total** | **3,913** | **4,211** | **4,223** | **4,222** | **4,330** | **4,514** | **4,587** | **4,749** |
| **Number of TOP TOY stores** | **—** | **—** | **—** | **—** | **—** | **5** | **9** | **33** |
| - Directly operated stores | — | — | — | — | — | 1 | 2 | 2 |
| - Third-party stores(2) | — | — | — | — | — | 4 | 7 | 31 |

Notes:

(1) Overseas stores exclude a small number of stores under certain overseas businesses that we had disposed of as of June 30, 2020. We completed such business disposal during the period from December 2019 to April 2020. See "Item 5. Operating And Financial Review And Prospects—A. Operating Results—Discontinued Operations." After the disposal, these excluded stores may continue to have business transactions with us.

(2) Third-party stores include those operated under the MINISO Retail Partner model and those under the distributor model.

(c) The 2021 20-F claimed that MINISO "focus[es] on long-term sustainability instead of short-term profits" and that "***Our ability to expand our store network, especially in China, is a key driver of our revenue growth.***" It touted that "Outside of five MINISO stores directly operated by us [the company], ***substantially all of the MINISO stores were operated under the MINISO Retail Partner model in China*** as of June 30, 2021." It stated that "***Our store network expansion in China is primarily sustained by our continued success in enticing them to open more MINISO stores at optimal locations***." It added that MINISO "had expanded to over 1,800 MINISO Stores in about 90 countries and regions outside China as of June 30, 2021" and "[a]As of June 30, 2021, ***over 95% of MINISO stores in our global network were established and operated by our MINISO Retail Partners and local distributors***."

(d) The Exchange Act MINISO Defendants reported these financial and operating results and metrics without disclosing the negative, underlying trends and risks posed, *inter alia*, by the true, substantially higher number of stores that were owned and operated by Exchange Act Defendants Ye, Zhang, and Li, other insiders, or the company itself, and that MINISO was drastically lowering franchise fees to attract and retain actual franchisees, while needed funds that had been generated through its IPO were being siphoned off to Defendant Ye.

(e) Accompanying the 2021 20-F were SOX certifications filed by the Exchange Act Defendants Ye and Zhang with the SEC. They executed Section 906 Certifications, dated September 17, 2021, attesting that "[t]he Report fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934; and [t]he information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company." They also executed Section 302 Certifications dated September 17, 2021, as quoted and discussed in the Internal Controls Fraud section herein.

116. The Exchange Act MINISO Defendants announced MINISO's Q1 2022 financial results in its 11/19/2021 Form 6-K and 11/18/2021 Earnings Release, signed by Exchange Act Defendant Zhang and containing statements made by Exchange Act Defendant Ye.

(a) The 11/19/2021 Form 6-K and 11/18/2021 Earnings Release reported a fiscal quarter ended September 30, 2021 profit of $23.982 million or 154.529 million RMB ($0.02 or 0.13 RMB per basic share) on total revenue of $411.912 million or 2.6541 billion RMB as compared to a net loss of 1.6763 billion RMB (1.77 RMB per basic share) on total revenue of 2.0721 billion RMB for the same fiscal quarter of the previous year ended September 30, 2020. They also reported a "quarter over quarter" increase in revenue of 7.4%. Further, the 11/19/2021 Form 6-K and 11/18/2021 Earnings Release disclosed MINISO's "Cost of Sales," which increased from 1.5498 billion RMB in the same fiscal quarter of the prior year ended September 30, 2020 to 1.9257 billion RMB or $298.86 million in the fiscal quarter ended September 30, 2021. They also disclosed increasing "Gross Profit" as being $113.052 million or 728.443 million RMB in the fiscal quarter ended September 30, 2021, as compared to 522.376 million RMB in the same fiscal quarter ended 2020. They emphasized the impact store expansion had on domestic operations revenue stated that "***Revenue generated from domestic operations of the MINISO brand was***

***RMB1,873.5 million (US$290.8 million), increasing by 12.8% year over year, mainly driven by a year-over-year increase of 15.6% in average store count*** and a year-over-year increase of 58.0% in the Company's e-commerce business." Further, Exchange Act Defendant Zhang explained MINISO's reported results as follows:

> MINISO Group's adjusted net profit reached RMB184.2 million in this quarter, increasing by 80.3% year-over-year, adjusted net margin of 6.9% was the highest in recent six quarters since the pandemic broke out. Going forward, our financial strategy will be to remain disciplined in our budgeting, cost controls, and allocation of capital, as we focus on the consistent delivery of solid financial performances.

The 11/19/2021 Form 6-K and 11/18/2021 Earnings Release also reported that, as of September 30, 2021, MINISO had $920.457 million or 5.9309 billion RMB in cash and cash equivalents.

(b) The 11/19/2021 Form 6-K and 11/18/2021 Earnings Release also contained a break-down of the makeup of MINISO's stores. It reported that MINISO had a ***total of 4,871 MINISO stores and 72 TOP TOY stores as of September 30, 2021 and that just 112 MINISO stores and 6 TOP TOY stores were "directly operated stores"*** operated by MINISO itself. Specifically, as shown in *Figure 22* below, they said that ***only 4 out of 3,035 MINISO stores in China, 108 out of 1,836 stores outside of China, and 6 out of 72 TOP TOY stores were "directly operated," while the rest were "third-party stores***." Exchange Act Defendant Ye emphasized MINISO's store expansion in the 11/19/2021 Form 6-K and 11/18/2021 Earnings Release, stating "During this quarter, ***we added 161 stores to our global store network, including 122 MINISO stores and 39 TOP TOY stores***. ***MINISO Group's revenue reached RMB2,654.1 million, exceeding the high end of our expectation, demonstrating the resilience of our business model and core competitive strengths.***"

*Figure 22*

| | As of | | |
|---|---|---|---|
| | September 30, 2020 | June 30, 2021 | September 30, 2021 |
| **Number of MINISO stores**[2] | **4,330** | **4,749** | **4,871** |
| China | 2,633 | 2,939 | 3,035 |
| —Directly operated stores | 5 | 5 | 4 |
| —Third-party stores | 2,628 | 2,934 | 3,031 |
| Overseas | 1,697 | 1,810 | 1,836 |
| —Directly operated stores | 115 | 105 | 108 |
| —Third-party stores | 1,582 | 1,705 | 1,728 |
| **Number of TOP TOY stores**[3] | - | **33** | **72** |
| —Directly operated stores | - | 2 | 6 |
| —Third-party stores | - | 31 | 66 |

(c) The Exchange Act MINISO Defendants reported these financial and operating results and metrics without disclosing the negative, underlying trends and risks posed, *inter alia*, by the true, substantially higher number of stores that were owned and operated by Exchange Act Defendants Ye, Zhang, and Li, other insiders, or the company itself, and that MINISO was drastically lowering franchise fees to attract and retain actual franchisees, while needed funds that had been generated through its IPO were being siphoned off to Defendant Ye.

117. The Exchange Act MINISO Defendants announced MINISO's Q2 2022 financial results in its 3/4/2022 Form 6-K and 3/3/2022 Earnings Release, signed by Exchange Act Defendant Zhang and containing statements made by Exchange Act Defendant Ye.

(a) The 3/4/2022 Form 6-K and 3/3/2022 Earnings Release reported a fiscal quarter ended December 31, 2021 profit of $28.889 million or 184.09 million RMB ($0.02 or 0.15 RMB per basic share) on total revenue of $435.112 million or 2.773 billion RMB as compared to a profit of 20.768 million RMB (0.02 RMB per basic share) on total revenue of 2.2977 billion RMB for the same fiscal quarter of the previous year ended December 31, 2020. They also reported a "quarter over quarter" increase in revenue of 4.5%. Further, the 3/4/2022 Form 6-K and 3/3/2022 Earnings Release disclosed MINISO's "Cost of Sales," which increased from 1.655 billion RMB in the same fiscal quarter of the prior year ended December 31, 2020 to 1.9099 billion RMB or $299.704 million in the fiscal quarter ended December 31, 2021. They also disclosed increasing

"Gross Profit" as being $135.408 million or 862.9 million RMB in the fiscal quarter ended December 31, 2021, as compared to 642.768 million RMB in the same fiscal quarter ended 2020. They also reported that, as of December 31, 2021, MINISO had $808.376 million or 5.1515 billion RMB in cash and cash equivalents.

(b) The 3/4/2022 Form 6-K and 3/3/2022 Earnings Release also contained a break-down of the makeup of MINISO's stores. They reported that MINISO had ***a total of 5,045 MINISO stores and 89 TOP TOY stores as of December 31, 2021 and that just 122 MINISO stores and 5 TOP TOY stores were "directly operated stores"*** operated by MINISO itself. Specifically, as shown in *Figure 23* below, they said that ***only 5 out of 3,168 MINISO stores in China, 117 out of 1,877 stores outside of China, and 5 out of 89 TOP TOY stores were "directly operated," while the rest were "third-party stores***." Exchange Act Defendant Ye emphasized the impact MINISO's store expansion strategy had on increasing revenue by stating that "***During calendar year 2021, we executed our strategy well, adding 615 stores to our global store network and increasing revenue by 34% year over year."***

*Figure 23*

| | As of | | |
|---|---|---|---|
| | December 31, 2020 | September 30, 2021 | December 31, 2021 |
| **Number of MINISO stores**[2] | **4,514** | **4,871** | **5,045** |
| China | 2,768 | 3,035 | 3,168 |
| —Directly operated stores | 5 | 4 | 5 |
| —Third-party stores | 2,763 | 3,031 | 3,163 |
| Overseas | 1,746 | 1,836 | 1,877 |
| —Directly operated stores | 105 | 108 | 117 |
| —Third-party stores | 1,641 | 1,728 | 1,760 |
| **Number of TOP TOY stores**[3] | **5** | **72** | **89** |
| —Directly operated stores | 1 | 6 | 5 |
| —Third-party stores | 4 | 66 | 84 |

(c) The Exchange Act MINISO Defendants reported these financial and operating results and metrics without disclosing the negative, underlying trends and risks posed, *inter alia*, by the true, substantially higher number of stores that were owned and operated by Exchange Act

Defendants Ye, Zhang, and Li, other insiders, or the company itself, and that MINISO was drastically lowering franchise fees to attract and retain actual franchisees, while needed funds that had been generated through its IPO were being siphoned off to Defendant Ye.

118. The Exchange Act MINISO Defendants supplemented its prior-filed 2021 20-F via the 2021 20-F Supplement, defined *supra*, filed on March 31, 2022 and signed by Exchange Act Defendant Zhang.

(a) The 2021 20-F Supplement reported many of the same financial and operating results and metrics as had been reported in 2021 20-F.[3] It also reported results for the 6 months ended December 31, 2021, including profit of $53.138 million or 338.618 million RMB on total revenue of $851.6 million or 5.4269 billion RMB, as compared to a net loss of 1.6556 billion RMB on total revenue of 4.3699 billion RMB for the same six month period during the year prior ended December 31, 2020. Of these amounts, it reported that China-based operations accounted for $641.227 million or 4.0863 billion RMB (equal to 75.3%) of revenue for the six-month period ended December 31, 2021, with all markets outside of China combined accounting for $210.373 million or 1.3406 billion RMB (24.7%) of revenue for that same time period. It claimed that revenue for the six-month period ended December 31, 2021 included $57.711 million or 367.766 million RMB in license fees, sales-based royalties, and management and consultation service fees. It also disclosed MINISO's "Cost of Sales," which rose from 3.2047 billion RMB in the six-month period ended December 31, 2020 to 3.8356 billion RMB or $601.884 million in the six-month period ended December 31, 2021. It disclosed increasing "Gross Profit" as being $249.716 million or 1.5913 billion RMB in the six-month period ended December 31, 2021, as compared to 1.1651 billion RMB in the same six-month period in 2020. It explained these results by stating:

---

3 With the exception of currency conversion from RMB to USD.

> ***We primarily derive our revenue from sales of lifestyle and pop toy products through sales to MINISO Retail Partners, sales to offline distributors***, retail sales in directly operated stores and through online channels. ***Other sources of revenue mainly include license fees from MINISO Retail Partners and distributors, and sales-based royalties and sales-based management and consultation service fees income from MINISO Retail Partners.***

The 2021 20-F Supplement also reported that, as of February 28, 2022, MINISO had $796.239 million or 5.0741 billion RMB in cash and cash equivalents.

(b) The 2021 20-F Supplement also reported that MINISO had a ***total of 5,045 MINISO stores and 89 TOP TOY stores as of December 31, 2021 and that just 141 MINISO stores and 5 TOP TOY stores) were "directly operated stores"*** operated by MINISO itself. Specifically, as shown in *Figure 24* below, the 2021 20-F Supplement said that ***only 5 out of 3,168 MINISO stores in China, 136 out of 1,877 stores outside of China, and 5 out of 89 TOP TOY stores were "directly operated," while the rest were "third-party stores***," which consists of those operated under the MINISO Retail Partner model and those under the distributor model. It added that "Our major customers are our MINISO Retail Partners and distributors" and attributed an increase in revenue generated from the sales of lifestyle products and pop toys, from the six months ended December 31, 2020 to the six months ended December 31, 2021, "***mainly***" to "***an increase in the number of MINISO stores and TOP TOY stores***." It described the Retail Partner model and MINISO's flagship China operations:

> ***Our path to success in our home market, China, where we had expanded to approximately over 3,100 MINISO store as of December 31, 2021, depends on the effectiveness and scalability of our MINISO Retail Partner model.*** Under this innovative model, MINISO Retail Partners mobilize their resources to open and operate MINISO stores at optimal locations and ***shoulder the associated capital expenditure and operating expenses***, while we let them use our brand and provide them with valuable guidance on key aspects of store operation in exchange for a pre-agreed portion of in-store sales proceeds. The MINISO Retail Partners keep the remaining sales proceeds and we retain inventory ownership until in-store sale to consumers.

*Figure 24*

| | As of June 30, | | | As of December 31 | |
|---|---|---|---|---|---|
| | 2019 | 2020 | 2021 | 2020 | 2021 |
| **Number of MINISO stores** | | | | | |
| **China** | **2,311** | **2,533** | **2,939** | **2,768** | **3,168** |
| Directly operated stores | 9 | 7 | 5 | 5 | 5 |
| Stores operated under MINISO Retail Partner model | 2,288 | 2,513 | 2,919 | 2,746 | 3,146 |
| Stores operated under distributor model | 14 | 13 | 15 | 17 | 17 |
| **Overseas**[1] | **1,414** | **1,689** | **1,810** | **1,746** | **1,877** |
| Directly operated stores | 74 | 122 | 127 | 105 | 136 |
| Stores operated under MINISO Retail Partner model | 165 | 193 | 195 | 194 | 203 |
| Stores operated under distributor model | 1,175 | 1,374 | 1,488 | 1,447 | 1,538 |
| **Total** | **3,725** | **4,222** | **4,749** | **4,514** | **5,045** |

*Note:*

(1) Overseas stores exclude a small number of stores under certain overseas businesses that we had disposed of as of June 30, 2020. We completed such business disposal during the period from December 2019 to April 2020. See "Financial Information — Discontinued Operations." After the disposal, these excluded stores may continue to have business transactions with us.

The following table shows the number of TOP TOY stores in China as of the dates presented since the launch of TOP TOY in December 2020:

| | As of June 30, | As of December 31, | |
|---|---|---|---|
| | 2021 | 2020 | 2021 |
| **Number of TOP TOY stores** | | | |
| Directly operated stores | 2 | 1 | 5 |
| Stores operated under MINISO Retail Partner model | 31 | 4 | 84 |
| **Total** | **33** | **5** | **89** |

(c) The 2021 20-F Supplement continued by touting that "***As of December 31, 2021, apart from five directly operated MINISO stores and five directly operated TOP TOY stores, substantially all of our other MINISO and TOP TOY stores in China were operated under our innovative MINISO Retail Partner model.***" It also touted that "***As of December 31, 2021, in international markets, there were over 130 stores directly operated by us and over 1,700 MINISO Retail Partner stores and stores under the distributor model.***" It added that the "MINISO Retail Partner model represents a mutually beneficial relationship between us and the MINISO Retail Partners, ***where we achieve rapid store network expansion with consistent brand image and consumer experience in an asset-light manner***, and our MINISO Retail

Partners attain attractive investment opportunities." Further, it claimed that MINISO focus[es] on long-term sustainability instead of short-term profits." It added that MINISO "had expanded to approximately 1,900 MINISO stores by entering into approximately 100 countries and regions outside of China as of December 31, 2021."

(d) The Exchange Act MINISO Defendants reported these financial and operating results and metrics without disclosing the negative, underlying trends and risks posed, *inter alia*, by the true, substantially higher number of stores that were owned and operated by Exchange Act Defendants Ye, Zhang, and Li, other insiders, or the company itself, and that MINISO was drastically lowering franchise fees to attract and retain actual franchisees, while needed funds that had been generated through its IPO were being siphoned off to Defendant Ye.

119. The Exchange Act MINISO Defendants announced MINISO's Q3 2022 financial results in its 5/26/2022 Form 6-K and 5/26/2022 Earnings Release, signed by Exchange Act Defendant Zhang and containing statements made by Exchange Act Defendant Ye.

(a) The 5/26/2022 Form 6-K and 5/26/2022 Earnings Release reported a fiscal quarter ended March 31, 2022 profit of $14.617 million or 92.672 million RMB ($0.01 or 0.08 RMB per basic share) on total revenue of $369.289 million or 2.341 billion RMB as compared to a profit of 114.97 million RMB (0.10 RMB per basic share) on total revenue of 2.2294 billion RMB for the same fiscal quarter of the previous year ended March 31, 2021. They disclosed MINISO's "Cost of Sales," which increased from 1.603 billion RMB in the same fiscal quarter of the prior year ended March 31, 2021 to 1.6345 billion RMB or $257.839 million in the fiscal quarter ended March 31, 2022. They disclosed increasing "Gross Profit" as being $111.45 million or 706.516 million RMB in the fiscal quarter ended March 31, 2022, as compared to 626.469 million RMB in the same fiscal quarter ended 2020. Therein, Exchange Act Defendant Ye touted that MINISO's

reported results and its offline business growth when stating "Despite the ongoing challenges of the pandemic, we delivered another solid quarter, with revenue reaching RMB2.34 billion, up 5% year over year. TOP TOY's revenue increased by nearly four times year over year, and ***MINISO's offline business delivered positive growth, which again demonstrated the resilience of our business model.***" Exchange Act Defendant Zhang discussed MINISO's reported results:

> "Although the challenges we are facing are unprecedented, we are confident with our competitive advantages and optimistic about our growth potential in inflation times. ***The fundamentals of our business remain strong, and we will continue to focus on those elements of the business that are under our control to drive growth and maintain a healthy level of margins.*** We have taken necessary actions such as controlling operational overheads, reducing personnel-related expenses and adjusting marketing plans, in order to ease the short-term impact from the challenges we face on our bottom line."

The 5/26/2022 Form 6-K and 5/26/2022 Earnings Release also reported that, as of March 31, 2022, MINISO had $831.303 million or 5.2699 billion RMB in cash and cash equivalents.

(b) The 5/26/2022 Form 6-K and 5/26/2022 Earnings Release also contained a break-down of the makeup of MINISO's stores. They reported that MINISO had a ***total of 5,113 MINISO stores and 92 TOP TOY stores as of March 31, 2022 and that just 147 MINISO stores and 4 TOP TOY stores were "directly operated stores"*** operated by MINISO itself. Specifically, as shown in *Figure 25* below, they said that ***only 11 out of 3,197 MINISO stores in China, 136 out of 1,916 stores outside of China, and 4 out of 92 TOP TOY stores were "directly operated," while the rest were "third-party stores***." They attributed a year-over-year increase in domestic operations revenue primarily to a "fast increase" in TOP TOY revenue, "which was in turn the result of the fast increase of TOP TOY store counts."

*Figure 25*

| | | | As of |
|---|---|---|---|
| | March 31, 2021 | December 31, 2021 | March 31, 2022 |
| **Number of MINISO stores[2]** | **4,587** | **5,045** | **5,113** |
| China | 2,812 | 3,168 | 3,197 |
| —Directly operated stores | 5 | 5 | 11 |
| —Third-party stores | 2,807 | 3,163 | 3,186 |
| Overseas | 1,775 | 1,877 | 1,916 |
| —Directly operated stores[3] | 130 | 136 | 136 |
| —Third-party stores | 1,645 | 1,741 | 1,780 |
| **Number of TOP TOY stores[4]** | **9** | **89** | **92** |
| —Directly operated stores | 2 | 5 | 4 |
| —Third-party stores | 7 | 84 | 88 |

(c) The Exchange Act MINISO Defendants reported these financial and operating results and metrics without disclosing the negative, underlying trends and risks posed, *inter alia*, by the true, substantially higher number of stores that were owned and operated by Exchange Act Defendants Ye, Zhang, and Li, other insiders, or the company itself, and that MINISO was drastically lowering franchise fees to attract and retain actual franchisees, while needed funds that had been generated through its IPO were being siphoned off to Defendant Ye.

120. The Exchange Act MINISO Defendants supplemented MINISO's prior-filed 2021 20-F for a second time via the 2nd 2021 20-F Supplement, as defined *supra*, which was filed on June 27, 2022 and signed by Defendant Zhang.

(a) The 2nd 2021 20-F Supplement reported many of the same financial and operating results and metrics as had been reported in 2021 20-F and 2021 20-F Supplement, such as profit/net loss, revenue, cost of sales, gross profit for the fiscal year ended June 30 and for the six months ended December 31 ranging from 2019-2021. In addition, the 2nd 2021 20-F Supplement also reported results for the 9 months ended March 31, 2022, including profit of $68.034 million or 431.29 million RMB on total revenue of $1.2254 billion or 7.7679 billion RMB, as compared to a net loss of 1.5406 billion RMB on total revenue of 6.5993 billion RMB for the same nine month period during the year prior ended March 31, 2021. It also disclosed MINISO's "Cost of Sales," which rose from 4.8077 billion RMB in the nine-month period ended March 31, 2021 to 5.4701

billion RMB or $862.885 million in the nine-month period ended March 31, 2022. It disclosed increasing "Gross Profit" as being $362.478 million or 2.2979 billion RMB in the nine-month period ended March 31, 2022, as compared to 1.7916 billion RMB in the same nine-month period in 2021. It explained these results:

> ***We primarily derive our revenue from sales of lifestyle and pop toy products through sales to MINISO Retail Partners***, ***sales to offline distributors***, retail sales in directly operated stores and through online channels. ***Other sources of revenue mainly include license fees from MINISO Retail Partners and distributors, and sales-based royalties and sales-based management and consultation service fees income from MINISO Retail Partners***.

It attributed an ***"increase in revenue generated from sales of lifestyle product and pop toys" "mainly" to "an increase in the number of MINISO stores and TOP TOY stores."*** It also reported that, as of April 30, 2022, MINISO had $795.275 million or 5.068 billion RMB in cash and cash equivalents.

(b) The 2nd 2021 20-F Supplement also provided a detailed breakdown of revenue for the fiscal years ended June 30, 2019-2021 and the six-month periods ended December 31, 2020-2021. Specifically, as shown in *Figure 26* below, it said that, for the fiscal year ended June 30, 2021, out of MINISO's $1.2611 billion or 8.0367 billion RMB in revenue attributed to "Sales of lifestyle and pop toy products," ***$864.069 million or 5.5064 billion RMB of it (68.5%) is attributable to "Product sales to franchisees***," ***$236.927 million or 1.5098 billion RMB of it (18.8%) is attributable to "Sales to offline distributors,"*** and ***only $50.807 million or 323.775 million RMB of it (4.0%) is attributable to "Retail sales in self-operated stores.***" Further, ***"Product sales to franchisees made up 60.6% of MINISO's total revenue*** in the fiscal year ended June 30, 2021, while "Sales to offline distributors accounted for 16.6% of total revenue and ***"Retail sales in self-operated stores" only accounted for 3.6% of total revenue.*** In addition, "Revenue from franchisees," reported under the category "License fees, sales-based royalties, and sales-

based management and consultation service fees," accounted for ***7.1%*** ($100.424 million or 639.963 RMB) of total revenue. It added that, by comparison, for the fiscal year ended June 30, 2020, ***51%*** of total revenue (4.5843 billion RMB) had been attributable to "Product sales to franchisees," ***29.9%*** of total revenue (2.6838 billion RMB) had been attributable to "Sales to offline distributors," ***6.4%*** of total revenue (567.468 million RMB) had been attributable to "Revenue from franchisees," and ***4.1%*** of total revenue (364.638 million RMB) had been attributable to "Retail sales in self-operated stores." For the six-month period ended December 31, 2021, ***55%*** of total revenue ($468.909 million or 2.9882 billion RMB) was attributable to "Product sales to franchisees," ***19.8%*** of total revenue ($168.508 or 1.0738 billion RMB) was attributable to "Sales to offline distributors," ***6.6%*** of total revenue ($56.272 million or 358.594 million RMB) was attributable to "Revenue from franchisees," and ***5.4%*** of total revenue ($45.702 million or 291.238 million RMB) was attributable to "Retail sales in self-operated stores."

*Figure 26*

| | For the fiscal year ended June 30, | | | | | | | For the six months ended December 31, | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2019 | | 2020 | | 2021 | | | 2020 | | 2021 | | |
| | RMB | % | RMB | % | RMB | US$ | % | RMB | % | RMB | US$ | % |
| | | | | | | | | (Unaudited) | | | | |
| | (in thousands, except for percentages) | | | | | | | | | | | |
| **Revenue:** | | | | | | | | | | | | |
| – Sales of lifestyle and pop toy products: | | | | | | | | | | | | |
| – Retail sales in self-operated stores | 290,787 | 3.1 | 364,638 | 4.1 | 323,775 | 50,807 | 3.6 | 168,398 | 3.9 | 291,238 | 45,702 | 5.4 |
| – Product sales to franchisees[(1)] | 4,957,273 | 52.8 | 4,584,288 | 51.0 | 5,506,365 | 864,069 | 60.6 | 2,712,007 | 61.9 | 2,988,169 | 468,909 | 55.0 |
| – Sales to offline distributors | 3,067,207 | 32.6 | 2,683,829 | 29.9 | 1,509,840 | 236,927 | 16.6 | 684,296 | 15.7 | 1,073,836 | 168,508 | 19.8 |
| – Online sales[(2)] | 138,284 | 1.5 | 308,455 | 3.4 | 663,197 | 104,070 | 7.3 | 295,690 | 6.8 | 367,075 | 57,602 | 6.8 |
| – Other sales channels[(3)] | 11,118 | 0.1 | 114,204 | 1.3 | 33,499 | 5,257 | 0.4 | 12,804 | 0.3 | 97,293 | 15,267 | 1.8 |
| Sub-total | 8,464,669 | 90.1 | 8,055,414 | 89.7 | 8,036,676 | 1,261,130 | 88.5 | 3,873,195 | 88.6 | 4,817,611 | 755,988 | 88.8 |
| – License fees, sales-based royalties, and sales-based management and consultation service fees: | | | | | | | | | | | | |
| – Revenue from franchisees[(1)] | | | | | | | | | | | | |
| – License fees | 13,603 | 0.1 | 58,473 | 0.7 | 53,977 | 8,470 | 0.6 | 20,304 | 0.5 | 42,200 | 6,622 | 0.8 |
| – Sales-based royalties | 94,374 | 1.0 | 82,444 | 0.9 | 97,848 | 15,354 | 1.1 | 48,093 | 1.1 | 53,392 | 8,378 | 1.0 |
| – Sales-based management and consultation service fees | 491,005 | 5.2 | 426,731 | 4.8 | 488,138 | 76,600 | 5.4 | 240,465 | 5.5 | 263,002 | 41,272 | 4.8 |
| – Revenue from offline distributors | | | | | | | | | | | | |
| – License fees | 13,620 | 0.1 | 19,996 | 0.2 | 18,415 | 2,890 | 0.2 | 10,390 | 0.2 | 9,172 | 1,439 | 0.2 |
| Sub-total | 612,602 | 6.5 | 587,644 | 6.6 | 658,378 | 103,314 | 7.3 | 319,252 | 7.3 | 367,766 | 57,711 | 6.8 |
| – Others[(4)] | 317,640 | 3.4 | 335,928 | 3.7 | 376,605 | 59,098 | 4.2 | 177,413 | 4.1 | 241,531 | 37,901 | 4.4 |
| **Total** | 9,394,911 | 100.0 | 8,978,986 | 100.0 | 9,071,659 | 1,423,542 | 100.0 | 4,369,860 | 100.0 | 5,426,908 | 851,600 | 100.0 |

Notes:

(1) Represents sales to/revenue from MINISO Retail Partners.

(2) Online sales does not include sales through O2O platforms, which are accounted for in sales through offline channels. Revenue generated from self-operated stores on third-party e-commerce platform accounted for over 90% of the total revenue generated through online sales during the Track Record Period.

(3) "Other sales channels" mainly represents group-buying channels.

(4) "Others" mainly represents sales of fixtures to franchisees and distributors.

(c) The 2nd 2021 20-F Supplement also reported that MINISO had ***a total of 5,113 MINISO stores and 92 TOP TOY stores as of March 31, 2022 and that just 147 MINISO stores and 4 TOP TOY stores were "directly operated stores"*** operated by MINISO itself. Specifically, as shown in *Figure 27* below, it said that ***only 11 out of 3,197 MINISO stores in China, 136 out of 1,916 stores outside of China, and 4 out of 92 TOP TOY stores were "directly operated," while the rest were "third-party stores***," which consists of those operated under the MINISO Retail Partner model or the distributor model. It added that under the "MINISO Retail Partner model," "MINISO Retail Partners join our store network by mobilizing their resources to open and operate MINISO stores at optimal locations, ***shouldering the associated capital expenditure and operating expenses***" while MINISO "guide(s) the MINISO Retail Partners in key aspects of store operation while maintaining ownership of store inventory before it gets sold to consumers in exchange for a pre-agreed portion of sales proceeds." It described the Retail Partner model and the company's flagship China operations as follows:

> ***The MINISO Retail Partner model has been and will continue to be our first choice when opening new stores, as this model represents a mutually beneficial relationship between us and the MINISO Retail Partners that allows us to achieve rapid store network expansion with consistent brand image and consumer experience in an asset-light manner*** and that allows our MINISO Retail Partners to attain attractive investment opportunities. See "Business — Our Store Network — Store Operation in China" for further details. Therefore, ***apart from a small number of directly operated stores*** and a few store operated by one distributor in Tibet, ***all of our other MINISO stores are operated and will be operated under the MINISO Retail Partner model.***

It explained that MINISO "plan(s) to further expand (its) TOP TOY store network in China using primarily the MINISO Retail Partner model." It also touted that "During 2020 and 2021, when the pandemic negatively impacted many offline retailers' expansion in China, ***we added 625 stores in China, among which 624 were MINISO Retail Partner stores***."

*Figure 27*

The following table provides a breakdown of the number of MINISO and TOP TOY stores as of March 31, 2022:

| | |
|---|---|
| **Number of MINISO stores** | **5,113** |
| **China** | **3,197** |
| Directly operated stores | 11 |
| Stores operated under MINISO Retail Partner model | 3,169 |
| Stores operated under distributor model | 17 |
| **Overseas** | **1,916** |
| Directly operated stores | 136 |
| Stores operated under MINISO Retail Partner model | 207 |
| Stores operated under distributor model | 1,573 |
| **Number of TOP TOY stores** | **92** |
| Directly operated stores | 4 |
| Stores operated under MINISO Retail Partner model | 88 |

(d) The Exchange Act MINISO Defendants reported these financial and operating results and metrics without disclosing the negative, underlying trends and risks posed, *inter alia*, by the true, substantially higher number of stores that were owned and operated by Exchange Act Defendants Ye, Zhang, and Li, other insiders, or the company itself, and that MINISO was drastically lowering franchise fees to attract and retain actual franchisees, while needed funds that had been generated through its IPO were being siphoned off to Defendant Ye.

121. The foregoing statements in ¶¶109-120 were materially false and misleading because they reported financial metrics and results like net income, net loss, loss per share, EBIDTA, and revenues from MINISO's operations and franchise model, as well as proceeds from offerings, without disclosing that these results were generated through improper practices, unreported operational setbacks and alterations to its business model, and undisclosed negative trends, as alleged herein, including those detailed by the CW accounts pled in §II.E.3.a.; those uncovered by Blue Orca Capital as pled in §II.E.3.b. and §II.E.4.d.; and those confirmed by Lead Plaintiff's investigation as pled in §II.E.3.c. Those sections, along with the totality of the "Partial Corrective Disclosures Incrementally Revealed The Frauds" section, §II.E.4.d., illustrate *inter*

*alia*, that the extensive ownership of MINISO stores by the company itself and by Exchange Act Defendants Zhang, Li, or Ye, or insiders closely tied to Exchange Act Defendant Ye, the pervasive difficulties that MINISO was having in retaining and attracting franchisees, the declines in franchise stores and franchise-derived revenues and profits, the failure to faithfully execute MINISO's franchise model, and the intent to misuse IPO proceeds to enrich Exchange Act Defendant Ye led to the underlying negative trends of a company with a declining brand, distressed financials, a non-functioning franchise model, misallocated IPO proceeds, and an overvalued ADS price. As such, for all these reasons, the misstatements and omissions in ¶¶109-120 were materially false or misleading, including without limitation because they violated Regulation S-K, Item 303, 17 C.F.R. §§229.303(a)(3)(i)-(ii) and (b)(2).

122. Moreover, the Registration Statement and Prospectus failed to comply with Regulation S-K, Item 105, 17 C.F.R. §229.105(a), including, *inter alia*, a "discussion of the material factors that make an investment in the registrant or offering speculative or risky." Here, the "material" factors that made MINISO's IPO more speculative or risky than advertised to investors included, at the time of the IPO that: (a) a material percentage of MINISO stores, both in China and globally, were owned by MINISO or individuals closely tied to Exchange Act Defendant Ye and were not franchise stores; (b) MINISO franchises were struggling to reach or maintain profitability and closing in large numbers; (c) MINISO was having significant difficulties attracting franchisees to open new franchise stores, despite its considerable efforts and concessions, which included lowering franchise fees and taking on store opening costs; (d) MINISO's revenues and profitability, on a per-store and overall basis were declining from peaks reached before its IPO; (e) MINISO's franchise model was not being faithfully executed and its benefits were not being realized; (f) the proceeds from MINISO's IPO would not be used as

advertised; (g) a huge portion of MINISO's IPO proceeds would be paid to Exchange Act Defendant Ye in a related party transaction. By failing to disclose to investors that, as of the date of the IPO, these material known trends and risks existed and/or were occurring, resulting in a host of financial problems and increased risks to investors, the Exchange Act Defendants violated their duty of disclosure under Regulation S-K, Item 105, 17 C.F.R. §229.105(a).

### c. Internal Controls Fraud

123. During the Class Period, Exchange Act Defendants Ye and Zhang also made public statements and filings regarding MINISO's internal controls that were materially false and misleading. Specifically, Exchange Act Defendants Ye and Zhang signed and certified under the Sarbanes-Oxley Act of 2002 ("SOX") an annual report by MINISO, and in doing so, made materially false and misleading statements and omissions.

124. MINISO's 2021 20-F, filed with the SEC on September 17, 2021, was signed and SOX certified by Exchange Act Defendants Ye and Zhang and stated that the financial information contained in the 2021 20-F was accurate and disclosed any material changes to MINISO's internal control over financial reporting. Specifically, Exchange Act Defendants Ye and Zhang certified:

> I, [Guofu Ye, Saiyin Zhang], certify that:
>
> 1. I have reviewed this annual report on Form 20-F of MINISO Group Holding Limited;
>
> 2. Based ***on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;***
>
> 3. Based ***on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the company as of, and for, the periods presented in this report;***

4. The company's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the company and have:

   a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the company, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   b) [reserved];

   c) Evaluated the effectiveness of the company's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   d) Disclosed in this report any change in the company's internal control over financial reporting that occurred during the period covered by the annual report that has materially affected, or is reasonably likely to materially affect, the company's internal control over financial reporting; and

5. ***The company's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the company's auditors and the audit committee of the company's board of directors (or persons performing the equivalent functions):***

   a) ***All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the company's ability to record, process, summarize and report financial information; and***

   b) ***Any fraud, whether or not material, that involves management or other employees who have a significant role in the company's internal control over financial reporting***.

125. On March 31, 2022, the 3/31/2022 Form 6-K in connection with a proposed dual primary listing of its ordinary shares on the Main Board of the Hong Kong Exchange. In it, it

stated that "[t]the audit committee consists of three members namely Ms. Lili Xu, Mr. Yonghua Zhu and Mr. Yongping Wang, all of whom are independent non-executive directors." It also stated, "***Ms. Xu, Mr. Zhu and Mr. Wang are our independent directors under applicable U.S. regulations*** and are also independent non-executive directors for the purpose of the [Hong Kong Exchange] Listing Rules" and ***"[w]e have determined that Ms. Xu qualifies as an 'audit committee financial expert' under the applicable rules of the SEC and has the appropriate professional accounting or financial management experience***." It further stated,

> Our audit committee is in compliance with Rule 3.21 of the Listing Rules and the Corporate Governance Code set out in Appendix 14 to the Listing Rules, except for the terms of reference required by paragraphs C.3.3 and C.3.7 of the Corporate Governance Code. ***However, the charter of our audit committee complies with the rules of NYSE and the rules of the SEC…The audit committee comprises three independent non-executive Directors, namely Ms. XU Lili, Mr. ZHU Yonghua and Mr. WANG Yongping.*** Ms. Xu, being the chairwoman of the committee, is appropriately qualified as required under Rules 3.10(2) and 3.21 of the Listing Rules.

The 3/31/22 Form 6-K also described MINISO as a "controlled company" as defined under the NYSE Listed Company Manual because Exchange Act Defendant Ye and Yang own more than 50% of MINISO's total voting power through their holding entities. It stated,

> For so long as we remain a controlled company under that definition, we are permitted to elect to rely, and may rely, on certain exemptions from corporate governance rules, including an exemption from the rule that a majority of our board of directors must be independent directors or that we have to establish a nominating committee and a compensation committee composed entirely of independent directors. Currently, we rely on the exemption with respect to the requirement that a majority of the board of directors consist of independent directors. If we rely on additional exemptions in the future, you will not have the same protection afforded to shareholders of companies that are subject to these corporate governance requirements.

126. On June 27, 2022, MINISO filed the PHIP along with the 2nd 2021 20-F Supplement. The PHIP and 2nd 2021 20-F Supplement described MINISO's purported corporate governance measures to resolve actual or potential conflict of interests between MINISO and

controlling shareholders (Exchange Act Defendant Ye and Yunyan Wang). They stated in relevant part, "***our Company has established internal control mechanisms to identify connected transactions, and we will comply with the applicable Listing Rules if we enter into connected transactions with our Controlling Shareholders or any of their associates after [REDACTED]***"; "***the independent non-executive Directors will review, on an annual basis, whether there is any conflict of interests between our Group and our Controlling Shareholders (the "Annual Review") and provide impartial and professional advice to protect the interests of our minority Shareholders***"; "our Controlling Shareholders will undertake to provide all information necessary or requested by the independent non-executive Directors for the Annual Review, including all relevant financial, operational and market information"; "***our Company will disclose decisions on matters reviewed by the independent non-executive Directors either in its annual reports or by way of announcements as required by the Listing Rules***;" and "***we have established our audit committee…with written terms of reference in compliance the Listing Rules and the Code of Corporate Governance and Corporate Governance Report in Appendix 14 to the Listing Rules***."

127. The foregoing statements in ¶¶124-126 were materially false and misleading because, as pled herein, *inter alia*: (a) the SEC filings in which they were made did, in fact, contain untrue statements of a material fact and omitted to state material facts necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered and (b) the fraud alleged herein involved management and other employees with a significant role in MINISO's internal controls over financial reporting, and yet, it was not disclosed to MINISO's auditors or to the Audit Committee of MINISO's Board of Directors.

### d. Partial Corrective Disclosures Incrementally Revealed The Frauds

128. During the Class Period, before the truth was incrementally revealed, the market as a whole remained in the dark as to the Exchange Act Defendants' frauds.

129. Indeed, at the start of the Class Period, after the IPO, analysts initiated positive coverage of MINISO based, in large part, on its asset-lean operations and Retail Partner Model. For example, BoA's November 9, 2020 analyst report initiated a buy rating and $29.20 price target since MINISO is "uniquely positioned to leverage China's edge as the world's factory [and] its superior supply chain capability and flexible business models to capitalize on opportunities from rising demand for branded value retail" given MINISO's "proven track record of global expansion" and its Retail Partner model which "could enable both scalable expansion in an asset-light manner, and strong control of store operations with direct access to retail and consumer data." It called store expansion "the key revenue driver" and expected a "margin expansion on operating leverage and rising mix from high-margin overseas market." It referenced MINISO's "asset-light business model (such as its retail partner model)" as a basis for differentiating it from its peers and a reason it was "likely to witness higher ROE and margins" than competitors. Critically, the report emphasized that MINISO has only "***129 directly operated stores (mostly in overseas markets) and the rest under third-party stores***," that "MINISO adopts the retail partner model for a [the] majority of stores in China," and that "***Over 90% of MINISO stores in its global network were established and operated by MINISO retail partners and local distributors***." The report also emphasized that the "highly effective and scalable MINISO retail partner model" required retail partners to "shoulder the associated capital expenditure and operating expenses of stores."

130. The market was thus shocked when on December 28, 2020, Bloomberg reported in an article titled, "Pop Mart Falls on Report of Possible "Blind Box" Tampering" that over the

holiday weekend, Chinese state media, Xinhua, issued a report warning of the dangers of "blind boxes," boxes that contain toys that do not show what toy/figurine is inside. According to the report, Xinhua wrote that blind boxes "breed addiction and gambling" and that "regulators should step up oversight of the 'blind box' business model and prevent a negative impact on society and young people." A crackdown on the sale of "blind boxes" would negatively impact the revenues and earnings derived from MINISO's product sales, either directly by MINISO or as a percentage of profits of sales made by franchisees, as MINISO saw sales of the blind box figurines increase 10 percent each month since it began selling the boxes in 2019, with sales totaling 25 million yuan by November 2020. Additionally, in its 12/18/2020 Form 6-K and 12/18/2020 Earnings Release, MINISO reported in its Q1 2021 financial results an increase of 33.4% in revenues from the previous fiscal quarter ended June 30, 2020 and an increase of 37.7% in gross profit from the previous fiscal quarter, both which would be negatively impacted by a reduction in sales of the blind boxes.

131. This news was muted by the Exchange Act MINISO Defendants' prior recent announcement of MINISO's Q1 2021 financial results in its 12/18/2020 6-K and 12/18/2020 Earnings Release, about which, analysts remained positive. For example, its December 21, 2020 analyst report, BoA stated that MINISO's Q1 2021 results were in line with expectations. BoA opined that "***MINISO deserves a premium to peers given faster growth, asset-light business model***" which enables higher NPM and ROE.

132. On this news, MINISO's ADS price fell $5.41 per ADS, or 17.43%, on exceptionally high volume, from a close of $31.04 per ADS on December 24, 2020, to close at $25.63 per ADS on December 28, 2020.

133. The Exchange Act MINISO Defendants continued to tout MINISO's business model and store expansion rate, particularly in its quarterly results. As a result, investors and analysts remained positive about MINISO's prospects. For example, in its August 20, 2021 analyst report, BoA reiterated its buy rating, following MINISO's 8/19/2021 Form 6-K and 8/19/2021 Earnings Release, largely based on its opinion that near-term uncertainties are largely reflected in the share price. The BoA analyst report noted that MINISO added 127 stores in China and 35 stores overseas during the quarter. BoA reiterated that MINISO's "retail partner model could enable scalable expansion at asset-light model." BoA also reiterated its opinion that ***MINISO deserves a "premium to peers given faster growth, asset-light business model***" which enables higher NPM and ROE.

134. Thus, the markets were surprised when on November 19, 2021, MINISO filed with the SEC its11/19/2021 Form 6-K and 11/18/2021 Earnings Release announcing its unaudited financial results for the first quarter of fiscal year 2022. In it, MINISO stated that gross margin was 27.4% which represented a decrease from 28.1% reported the previous third quarter of fiscal year 2021; selling and distribution expenses were up to US$52.9 million from US$45.3 million the previous quarter; general and administrative expenses were also up to US$32.8 million from US$25.9 million; and "as of September 30, 2021, the combined balance of the Company's cash, cash equivalents, restricted cash and other investments amounted to RMB6,138.5 million (US$952.7 million)" as compared to MINISO's cash, cash equivalents, restricted cash and other investments the previous quarter which amounted to RMB7,027.1 million (US$1,072.5 million).

135. This news was muted by the Exchange Act MINISO Defendants' continued touting of MINISO's rapid expansion, and retail and franchise models. Analysts remained positive about MINISO's prospects and performance. For example, in its November 18, 2021 analyst report,

BoA again reiterated its buy rating, on the basis that recovery was likely to continue. The report noted that MINISO added 96 stores in China and 26 stores overseas during the quarter. BoA reiterated that MINISO's "retail partner model could enable scalable expansion at asset-light model." BoA also reiterated its opinion that MINISO deserves a ***"premium to peers given faster growth, asset-light business model***" which enables higher NPM and ROE.

136. On this news, MINISO's ADS price fell $1.77 per ADS, or 11.17%, on exceptionally high volume, from a close of $15.85 per ADS on November 18, 2021, to close at $14.08 per ADS on November 19, 2021.

137. On November 25, 2021, Thanksgiving day in the U.S., a Spanish-language analyst report was issued by Mexican analysts at Punto Casa de Bolsa, Inc. Corp. noted (as translated) a "tight price adjustment in its stock since the IPO," assessed that MINISO's valuation was higher than the industry average, set a price target of $9.46 in 2022, and recommended selling its securities. The analysis was muted, however, by the analysts' clear, continued reliance upon the alleged misstatements, *e.g.*, the report noted that MINISO had 4,871 global stores, including 3,035 in China, and (as translated) "It is important to clarify that only 118 stores (2%) are directly owned by MNSO, the rest is operated by third parties."

138. On this news, MINISO's ADS price fell $0.80 per ADS, or 5.8%, on high volume, from a close of $13.82 per ADS on November 24, 2021, to close at $13.02 per ADS on November 26, 2021.

139. MINISO continued to tout MINISO's rapid expansion, franchise and retail partner model, swaying analyst opinion. For example, on January 11, 2022, Credit Suisse initiated its coverage of MINISO with an outperform rating ($15.10 price target). In its report, Credit Suisse

attributed MINISO's success in part to its "***asset light business model to support rapid expansion, and generate healthy cash flow***." However, cracks began to show as 2022 progressed.

140. On February 14, 2022, B of A Global Research issued a report expressing concern about MINISO's "bumpy recovery in China and overseas stores near term" stating, "We lower our FY22/23E non-IFRS EPS by 18%/10%" and "cut PO by 12% to USD 16.6" due to, among other things, "higher investments in branding in the coming 12 months." The report tempered these negatives by reference, *inter alia*, to MINISO's "flexible business model" that was the subject of ongoing misrepresentations and omissions as pled herein.

141. On this news, MINISO's ADS price fell $0.30 per ADS, or 3.1%, on high volume, from a close of $9.71 per ADS on February 11, 2022, to close at $9.41 per ADS on February 14, 2022.

142. On March 4, 2022, Soochow Securities issued a Chinese-language analyst report that noted "The MINISO brand's domestic [Chinese] single-store revenue was -7.4% year-on-year, mainly because the company has opened a large number of stores in the sinking market in the past year. These single stores have lower income." It also noted risks that included "store expansion less than expected." A Credit Suisse report issued on March 4, 2022 noted multiple "downside risks" to its ADS price target and rating, including "failure to maintain good relationship with major distributors and retail partners."

143. On this news, MINISO's ADS price fell $0.76 per ADS, or 7.6%, on high volume, from a close of $9.96 per ADS on March 3, 2022, to close at $9.20 per ADS on March 4, 2022.

144. On March 9, 2022, after hours, Bloomberg reported that a Citic Securities Co., Ltd. analyst cut the rating on MINISO's ADSs.

145. On this news, MINISO's ADS price fell $0.41 per ADS, or 4.2%, on high volume, from a close of $9.71 per ADS on March 9, 2022, to close at $9.30 per ADS on March 10, 2022.

146. Nevertheless, the continuing effects of the alleged misstatements maintained a relatively positive outlook on MINISO. For instance, in its July 20, 2022 analyst report, Jefferies issued a buy rating emphasizing MINISO's net store openings and its "asset-light retail partner model in China [that] helps Miniso roll out its network rapidly under different retail brands." The report noted that while store openings in China were down because of COVID-19 outbreaks, store openings overseas remained well on track. Jefferies listed "store opening guidance" as one of MINISO's price catalysts.

147. Thus, the market was shocked when on July 26, 2022, during trading hours, news began to break that market researcher Blue Orca Capital published a report (the "Blue Orca Report"), alleging several issues with MINISO.

148. The Blue Orca Report stated the following, in pertinent part, regarding MINISO's business model, costs, and the number of stores owned and controlled by Exchange Act Defendants Ye, Li, Zhang and other MINISO insiders:

> ***Rather than operate an independent network of franchisees, our seven-month investigation of Chinese corporate records and store level data indicates, in our opinion, that hundreds of stores are secretly owned and operated by MINISO executives or individuals closely connected to the chairman.***
>
> * * *
>
> **1. MINISO Lies about its Core Business Model.** MINISO's value proposition to investors is that it allegedly operates an asset-light, high-margin independent franchise model. Supposedly, this enables the Company to expand quickly while minimizing upfront capital costs. In theory, this also allows MINISO to generate high margins without the operating expenses and complexity which drag down profitability at traditional retailers. ***We think that this foundational narrative is a lie.***
>
> **a. Hundreds of Stores Registered to MINISO Executives or Persons Connected to Chairman.** MINISO claims that 99% of its stores in China, its key market, are

operated by franchisees **independent** from the Company. To vet this claim, over the course of seven months, we **manually crosschecked MINISO and Top Toy stores in China with the Chinese corporate registry and online map and consumer data**. ***Through our investigation, first begun in November 2021, we found over 620 supposedly independent franchises, which, according to Chinese corporate records, are registered under the names of MINISO executives or individuals closely connected to the Company's chairman. Rather than independent franchises, we believe that such evidence indicates that these stores are secretly owned and operated by the Company.***

***b. MINISO Admitted in Chinese Media that 40% of Stores Directly Owned.*** Our due diligence is consistent with MINISO's disclosures before the Company began preparing for a U.S. listing. ***At a 2017 conference in China, MINISO's brand director said in an***

***interview that most MINISO stores in tier one cities in China are owned and operated by the Company, and that franchising is only limited to lower tier cities. In November 2019, another article published by Chinese state-owned media reported that 40% of MINISO stores were owned and operated by the Company. This tracks with our investigation, and directly contradicts MINISO's disclosures to investors.***

***2. Money for Nothing: IPO Proceeds Siphoned by Chairman through Crooked Headquarters Deal.*** Shortly after going public, MINISO set up a BVI joint venture with its chairman to build a massive Chinese headquarters. ***Despite only holding a 20% interest in the JV, MINISO contributed all of the initial RMB 346 million deposit to purchase the land. Less than a year later, MINSO bought out the chairman's 80% interest in the JV. In our opinion, this transaction is a naked transfer of shareholder money to the chairman, as Chinese government records indicate that the chairman likely never contributed any capital to the JV. This means that when MINISO bought him out of his JV interest, it was effectively money for nothing. It is also highly unusual for a Chinese company to purchase land in China through a BVI intermediary. Why not purchase the land directly in China without routing the deal either through the chairman or through the BVI? Unless the point was to siphon investor cash to the chairman using an opaque Caribbean jurisdiction***.

* * *

***3. Retailer in Decline: Shrinking Revenues, Falling Franchise Fees and Store Closures.*** Independent evidence, including archived disclosures on MINISO's Chinese website, reports in Chinese media and interviews with former employees, indicate that ***MINISO is a brand in serious peril***.

***a. Shrinking Revenue: In since deleted statements on MINISO's official website, archived by the Wayback Machine, MINISO admitted that its revenues peaked at RMB 17 billion in 2018. This means that MINISO's revenues have shrunk over 40% since then. We corroborated this trend through interviews with former***

> ***MINISO managers, who confirmed that store revenues and profits have been declining for years and that longtime franchisees are leaving. Taken together, web archive disclosures and employee interviews indicate that revenues have declined precipitously since MINISO's pre-IPO peak.***
>
> ***b. Large-Scale Pre-Covid Store Closures***. Chinese media reported that even ***pre-Covid, MINISO closed 850 stores in China, more than a third of its stores in the country! Our months-long investigation corroborates this trend.***
>
> ***c. Franchise Fees Dropped by 63%, Indicating Lagging Interest.*** Archived disclosures on MINISO's Chinese website indicate that ***MINISO lowered its franchising fee by 63% over the past two years in a desperate effort to attract franchisees. This is a telltale sign that the business is substantially less attractive to retail partners than it used to be.***
>
> * * *
>
> ***Ultimately, we believe that there is overwhelming evidence that MINISO misleads the market about its core business. Rather than operate an asset-light, high-margin franchise model, evidence indicates that hundreds of MINISO stores are owned and operated by Company executives or individuals closely connected to MINISO and its chairman. Accordingly, we believe that MINISO is concealing the costs of such stores from investors***.
>
> ***This likely explains why MINISO, despite reporting a large cash balance and a business which supposedly generates healthy cash flows from operations, recently tapped capital markets to raise $72 million through a secondary listing in Hong Kong***.
>
> ***In our view, not only does our evidence undermine the authenticity of MINISO's reported financials, but also suggests that MINISO should trade at a fraction of its current share price.***

149. The Blue Orca Report went on to provide scores of records garnered through its investigations and graphics that explicitly and clearly outlined MINISO's misrepresentation regarding its business model, stating, in relevant part:

> In the following graphic, we summarize the results of our findings including the number of MINISO and Top Toy stores we believe are owned or operated by MINISO executives or insiders closely connected to the chairman or the Company.




| Name | MINISO | Top Toy | Closed | Total | Connections to MINISO |
|---|---|---|---|---|---|
| Huang Zheng | 7 | | 3 | 10 | MINISO VP and Overseas COO |
| Zhou Hongxia | 10 | 1 | 1 | 12 | Legal Rep of a MINISO Subsidiary and multiple MINISO branches |
| Ye Tao | 9 | 2 | 4 | 15 | Supervisor of a MINISO Subsidiary; Same surname with Chairman Ye |
| Lin Zongyou | 24 | | 10 | 34 | Legal Rep & Director of MINISO Corporation (90% owned by Chairman Ye) |
| Ye Xiao | 91 | | 3 | 94 | Shared Phone Number; Same surname with Chairman Ye |
| Li Zhibin | 25 | 6 | 3 | 34 | Supervisor of multiple Chairman Ye - controlled entities |
| Mo Cuifeng | 8 | 6 | 11 | 25 | Legal Rep of a Chairman Ye - controlled entity (Haydon (Shanghai) Technology) |
| Zhong Yinjia | 19 | 2 | 14 | 35 | Shared Phone Number; Business Partner with Li Zhibin |
| Wen Haian | 14 | 6 | 3 | 23 | Shared Phone Number; Business Partner with Li Zhibin & Zhong Yinjia |
| Zhang Shanshan | 11 | 3 | 3 | 17 | Shared Phone Number; Business Partner with Li Zhibin |
| Jiao Dongdong | 45 | | 13 | 58 | Shared Phone Number |
| Huang Zhengyi | 23 | | 6 | 29 | Shared Phone Number |
| Fu Zhongwen | 21 | | 1 | 22 | Shared Phone Number |

*Source: MINISO IPO Presentation, MINISO HK Prospectus, qcc.com, Online Search*

We have also included a column showing the deregistered connected entities and closed stores in the last 7 months. It is unclear whether such store closures are temporary due to Covid lockdowns or permanent, but ***they are nevertheless illustrative of the broader trend as they are clearly registered to either MINISO executives or individuals closely connected to the chairman and the Company.***

(a) The Blue Orca Report went on to provide a specific example of 10 MINISO stores owned by MINISO Senior VP and COO Huang Zheng, stating:

According to MINISO's IPO investor deck, ***Huang Zheng is MINISO's Vice President and Overseas Chief Operating Officer***.

[Image omitted.]

Chinese corporate registries show that ***Huang Zheng is the registered owner of 10 MINISO stores***, which we were able to confirm by matching entities owned by Huang from the Chinese corporate registry with the location of a MINISO store.

**Chinese Corporate Registry Records**




*Source: https://amap.com/place/B0FFHDU654, https://www.qcc.com/firm/d50ee6805ee6c561e643296b951cf956.html*

In the following table, ***we include the Chinese entities owned by Huang, the registered addresses of his entities and the corresponding MINISO stores at those addresses***.

| Entity Name | Entity Registered Address | MINISO Store |
|---|---|---|
| 深圳市盐田区铮海日用品百货店 | 深圳市盐田区海山街道深盐路南面海山路北面壹海城二区负一层 B104A、B105 号 | https://www.dianping.com/shop/G6Aun6PqayXFn6up |
| 深圳市福田区卓铮铮百货店 | 深圳市福田区福田街道福华三路与金田路交汇处卓越世纪中心 3、4 号楼裙楼 01 层 L111、L113-1 号铺 | https://amap.com/place/B0FFHDU654 |
| 深圳市罗湖区优品日用品店 | 深圳市罗湖区东门街道解放路 2003 号金世界商业中心一层 B02、B03、B05-07、B15 | https://amap.com/place/B0G297QFCS |
| 深圳市罗湖区铮铮优品百货店 | 深圳市罗湖区东门街道人民北路 2055-2063 文化娱乐中心大厦一楼 | https://www.job5156.com/comp/1639832 |
| 深圳市龙岗区铮爆了日用品店* | 深圳市龙岗区坂田街道环城南路与坂雪岗大道交汇处的嘉悦山花园 7 号楼 L1 层 12 号铺 | https://amap.com/place/B0FFIBJU76 |
| 深圳市龙岗区龙铮日用品百货店* | 深圳市龙岗区横岗街道龙岗大道 5008 号横岗大厦商业 1 层 19、20 号 | https://amap.com/place/B0FFGE9TTO |
| 深圳市宝安区新安宝铮日用百货店* | 深圳市宝安区新安街道宝安大道与裕安一路交汇处卡罗社区商业裙楼 1 层 L1-07 号 | https://amap.com/place/B0FFJXFU0F |
| 深圳市光明新区铮铮日上百货店 | 深圳市光明新区公明街道公明天虹商场二楼 5002、5003、5004、5006 铺 | https://amap.com/place/B0FFL8KCHO |
| 深圳市福田区铮福气百货店 | 深圳市福田区梅林街道上梅林中康路梅林路交汇处卓悦汇购物中心 B2 层 07-08 号 | See screenshot 1 in Appendix 2 |
| 深圳市龙华新区十铮十百货店 | 深圳市龙华新区民治街道民治大道与民丰路交汇处横岭工业区 B 栋天虹商场一楼 1011A 号 | https://you.ctrip.com/shopping/shenzhen26/1598026.html |

*Source: qcc.com, Online Search*
**Entities are deregistered in 2022.*

> ***MINISO claims that its franchises are independent, yet Chinese corporate records, cross-checked with store level data, show that MINISO's vice president and chief operating officer of its overseas business is the registered owner of at least 10 MINISSO stores.*** Other examples abound.

(b) The Blue Orca Report continued by providing an example of 12 stores owned by a MINISO subsidiary legal representative named Zou Hongxia, stating:

> Chinese corporate records state that ***Zhou Hongxia is the legal representative of MINISO's Shanghai subsidiary as well as multiple other MINISO branches.***




*Source: qcc.com*




According to the Chinese corporate registry, ***as of November 2021, Zhou Hongxia owned 11 MINISO stores and 1 Top Toy store***, which we were able to confirm by matching the address of the entities he owns on the Chinese corporate registry with the location of a MINISO or Top Toy shop.




*Source:* *https://www.qcc.com/firm/e03792f3d7510012b096d2055bbf4fad.html*, *https://ditu.amap.com/place/B0FFFW5N30*

**Zhou Hongxia is the Registered Owner of 11 MINISO Stores and 1 Top Toy Store**

| Entity Name | Entity Registered Address | MINISO Store |
|---|---|---|
| 北京亿来源商贸有限公司海淀第一分公司 | 北京市海淀区中关村大街 19 号新中关大厦 M07 | Link |
| 北京亿来源商贸有限公司 | 北京市朝阳区朝外大街怡景园北里 3、4、5 号楼 1 层 B1 内 03 | Link |
| 北京时代佳丽商贸有限公司 | 北京市朝阳区建国路 88 号院 7-10 号楼 1 至 2 层 2801 | Link |
| 北京长阳优创百货店 | 北京市房山区广阳新路 9 号院 1 号楼 2 层 201-L2024、L2026 | Link |
| 名创优品（广州）有限责任公司荔湾分公司 | 广州市荔湾区宝华路 133 号首层 250、251、253、254(相连相通) | Link |
| 武汉市硚口区晋宜日用品店 | 武汉市硚口区长宜路 1 号购物中心 4-12-11、12-SU 单元 | Link |
| 深圳市罗湖区金红霞百货店 | 深圳市罗湖区南湖街道人民南路 2028 号金光华广场 B1 层 003 | Link |
| 深圳市宝安区西乡霞红光百货店 | 深圳市宝安区西乡街道宝源路与海城路交汇处泰丰广场 A 栋时代城一楼 F113 号 | Link |
| 深圳市福田区霞光普照百货店 | 深圳市福田区福保街道石厦北二街 89 号石厦新港商城一层 117 号 | Link |
| 深圳市罗湖区万红霞百货店 | 深圳市罗湖区桂园街道地铁 1 号线大剧院 C3 通道 2Y-90 号商铺 | Link |
| 西安市雁塔区旺载莱百货店 (Top Toy) | 陕西省西安市雁塔区小寨西路和含光路南段交汇处 momopark 购物中心一楼 F1-10 二楼 F2-12 | Link |
| 广州市黄埔区天石红霞百货店 (Deregistered) | 广州市黄埔区联和街科学大道 46 号 101-45 房、101-46 房、101-47 房 | Link |

*Source: qcc.com, Online Search*

(c) The Blue Orca Report provided another example of 15 MINISO stores owned by an executive of a MINISO subsidiary, Ye Tao, stating:

> MINISO (Wuhan) Enterprise Management Consulting ("MINISO Wuhan") is a MINISO subsidiary. According to the Chinese corporate registry, MINISO Wuhan's supervisor is Ye Tao. ***Ye Tao not only shares the same surname with MINISO Chairman (Ye Guofu), but he is also the supervisor of multiple other companies owned and controlled by MINISO's chairman.***
>
> According to the Chinese corporate registry, ***Ye Tao is the owner of 15 MINISO stores***.

**Ye Tao Owns 13 MINISO Stores and 2 Top Toy Sores (4 are Deregistered)**

| 企业名称 | 登记状态 | 法定代表人 | 成立日期 | 所属省份 | 电话 | 企业类型 | 所属行业 | Brand |
|---|---|---|---|---|---|---|---|---|
| 东莞市南城名创优品日用品店 | 在业 | 叶涛 | 2013-12-26 | 广东省 | 18022381286 | 个体工商户 | 零售业 | MINISO |
| 双塔区世耀生活用品店 | 存续 | 叶涛 | 2018-09-13 | 辽宁省 | 18742124573 | 个体工商户 | 零售业 | MINISO |
| 天山区中山路优依轩百货店 | 存续 | 叶涛 | 2018-02-26 | 新疆维吾尔自治区 | 18022381286 | 个体工商户 | 零售业 | MINISO |
| 朝阳区涛宗百货店 | 存续 | 叶涛 | 2016-12-21 | 吉林省 | 18022371286 | 个体工商户 | 零售业 | MINISO |
| 杭州市上城区叶叶花百货店 | 存续 | 叶涛 | 2018-07-02 | 浙江省 | - | 个体工商户 | 零售业 | MINISO |
| 沙坪坝区涛哥百货经营部 | 存续 | 叶涛 | 2016-01-14 | 重庆市 | 18022381286 | 个体工商户 | 零售业 | MINISO |
| 深圳市罗湖区桂园叶涛百货店 | 存续 | 叶涛 | 2011-07-08 | 广东省 | 13660843393 | 个体工商户 | 零售业 | MINISO |
| 深圳罗湖区东门叶涛百货行 | 存续 | 叶涛 | 2012-08-01 | 广东省 | 15989421907 | 个体工商户 | 零售业 | MINISO |
| 渝中区诺若米便利店 | 存续 | 叶涛 | 2018-11-22 | 重庆市 | 18022381286 | 个体工商户 | 零售业 | MINISO |
| 朝阳区尚潮儿童玩具店 | 存续 | 叶涛 | 2021-04-15 | 吉林省 | - | 个体工商户 | 零售业 | Top Toy |
| 沙依巴克区友好北路叶涛百货店 | 存续 | 叶涛 | 2021-06-24 | 新疆维吾尔自治区 | - | 个体工商户 | 零售业 | Top Toy |
| 三河市宗涛百货店* | 注销 | 叶涛 | 2016-11-07 | 河北省 | 18022381286 | 个体工商户 | 零售业 | MINISO |
| 广州市增城富挂百货店* | 注销 | 叶涛 | 2016-06-28 | 广东省 | 18022381286 | 个体工商户 | 零售业 | MINISO |
| 贵阳观山湖飞优潽百货店* | 注销 | 叶涛 | 2018-04-09 | 贵州省 | 18022381286 | 个体工商户 | 零售业 | MINISO |
| 呼和浩特回民区叶涛日用百货经销店* | 注销 | 叶涛 | 2015-07-29 | 内蒙古自治区 | 18022381286 | 个体工商户 | 零售业 | MINISO |

*Source: qcc.com*
**Deregistered*




*Source: qcc.com, MINISO HK Prospectus*
**Ye Guofu owned 99% of 199 Global Holding (Guangzhou) until March 28, 2022*

> ***As an executive of a MINISO's subsidiary and multiple Chairman-owned entities, Ye Tao appears far from an independent third party. Yet undisclosed to investors, this insider is the registered owner of 15 supposedly independent franchises.***

(d) The Blue Orca Report went on to provide a specific example of 34 stores owned by the MINISO chairman's legal representative, Lin Zongyou, stating:

> ***We have identified what we believe to be another undisclosed related party, Lin Zongyou.*** We summarized some of Lin Zongyou's many connections to MINISO below, including Chinese corporate records which indicate that ***he is the legal representative of almost a dozen entities owned (or recently owned) by MINISO's chairman, his wife or a MINISO executive director.*** [Footnote omitted]




*Source: qcc.com*

***Similar to Ye Tao, Lin Zongyou is the registered owner of 34 MINISO stores.***

**Lin Zongyou Owns 34 MINISO Stores (9 entities are Deregistered and 1 store is closed)**

| Entity Name | Entity Registered Address | MINISO/Top Toy Store |
|---|---|---|
| 东莞市虎门宗企日用品店 | 广东省东莞市虎门镇连升路 82 号 2057 室 | https://www.zhipin.com/job_detail/2004da01cd9a3c921nZ72N--FltR.html |
| 佛山市禅城区东广宗友饰品店 | 佛山市禅城区文龙街 10 号蓝宝石组团首层 A08、A14 号(经营场所须经审批机关审批) | https://amap.com/place/B0FFIPT2MB |
| 天津市广创商贸有限公司 | 天津市西青经济开发区友谊南路 111 号 A 区 206 号 | https://amap.com/place/B0FFGTC24Q |
| 天津广艾购商贸有限公司 | 天津市西青区中北镇阜盛道 1 号 2 层 231 号 | https://amap.com/place/B0FFH1BBLF |
| 广州市天河区珠江新城承恭百货店 | 广州市天河区兴民路 222 号自编裙楼商场地下负一层(部位:127) | https://amap.com/place/B0FFI2SMEI |
| 广州市天河区石牌娱优创名百货店 | 广州市天河区天河路 621-625 号裙楼负一至五层广州天娱广场二层 2-63 房 | http://gz.bendibao.com/wangdian/dian/4121393.shtm |
| 广州市番禺区南村南宗杂货店 | 广州市番禺区南村镇万博中心 10 幢(A5)1 楼 003 | https://amap.com/place/B0FFIPRCFX |
| 广州市番禺区小谷围高高友好饰物店 | 广州市番禺区小谷围街贝岗村贝岗村大街 1 号高高新天地商业广场一层第 1101 号商铺 | https://mp.weixin.qq.com/s/VAOIX7IfDGDMXr7iRb90IQ |
| 广州市荔湾区友宗百货店 | 广州市荔湾区黄沙大道 8 号 235、236 房 | https://linkplazagz.linkreitchina.com/sc/shop/%E5%90%8D%E5%88%9B%E4%BC%98%E5%93%81-30448 |
| 广州市荔湾区柏德来商业城创宗日用品店 | 广州市荔湾区康王北路 903 号负一层柏德来商业城 1316、1317、1222、1223、1206、1207、1208 号铺 | http://ctc.www.dianping.com/shop/k4WwOm9cWStyi61L |
| 广州市越秀区晟宗百货店 | 广州市越秀区北京路 238 号 108 自编 1B32-1 房 | https://ditu.so.com/?pid=ad0c05c047614e13&src=seo |
| 惠州市惠城区宗创日用百货商行 | 惠州市惠城区惠州大道 11 号佳兆业广场内二层 L228 号 | https://amap.com/place/B0FFGMQDFJ |
| 惠州市惠阳区淡水宗创百货店 | 惠阳区淡水人民五路 3 号万联广场一楼 5 号铺 | https://amap.com/place/B0FFHDEXCV |
| 武江区益友日用品店 | 韶关市武江区惠民南路 50 号中环广场益华百货第一层 A10-A12 号铺 | https://amap.com/place/B0FFHPZR9F |
| 沙坪坝区林宗友百货店 | 重庆市高新区虎溪街道大学城北路 97 号龙湖 U 城 B 馆南 8 馆-B1-34a,南 8 馆-B1-35 | Appendix 2 Screenshot43 |
| 河源市源城区创优百货商行 | 河源市源城区中山大道 218 号万隆城购物中心一层 1017A | https://amap.com/place/B0FFGMQ1FY |
| 深圳市龙华新区龙华艾西欧商行 | 深圳市龙华新区龙华街道东环二路 8 号 iCO 时尚购物领地 L3S-022 铺 | https://amap.com/place/B0FFGE8O5D |
| 深圳市龙岗区龙城百利家百货店 | 深圳市龙岗区龙城街道中心城龙翔大道龙城万科里 B1 层 13 号 | http://ctc.www.dianping.com/shop/kay6VzV4WUxc2fgh |

| | | |
|---|---|---|
| 深圳福田区卓山百货行 | 深圳市福田区福田街道福山社区福华三路与金田路交界处东南侧卓越世纪中心、皇岗商务中心卓越世纪中心 1 层 L111 | https://amap.com/place/B0FFHDU654 |
| 顺德区大良优创名品百货店 | 佛山市顺德区大良华盖路 102 号首层 | https://amap.com/place/B0FFG6VGOP |
| 顺德区大良新一宗友日用品店 | 佛山市顺德区大良府又居委会东乐路 268 号新一城购物广场 02 层 13/14 号 | Appendix 2 Screenshot 55 |
| 东莞市厚街宗创日用品店 | 东莞市厚街镇宝屯村康乐北路 6 号万达广场内购物中心室内步行街一层 1066B-1067 号商铺 | https://amap.com/place/B0FFL52TRM |
| 广州市海珠区友佳潮玩百货店 (Top Toy) | 广州市海珠区榕景路 107 号 B101-10 铺 | Appendix 2 Screenshot 22 |
| 深圳龙岗区扣扣盛世百货行[9] | 深圳市龙岗区龙城街道尚景社区龙岗大道万科里 B1-13 | https://www.dianping.com/shop/l71lyeehPSSWZvan |
| 赛罕区创名百货店 (closed) | 内蒙古呼和浩特市赛罕区鄂尔多斯大街凯德 MALL 二楼 | http://map.baidu.com/detail?third_party=seo&qt=ninf&uid=4f508013a05a3d9d00ec017f&detail=shopping |
| 中山市小榄镇唯爱百货店 (Deregistered) | 中山市小榄镇升平中路 18 号大信新都汇第 1FA03 号商铺 | https://amap.com/place/B0FFFFA8WW |
| 佛山市三水名优百货店(Deregistered) | 佛山市三水区西南街新华路 8 号 101 | https://m.dianzhangzhipin.com/store/2021-1XR53d-1E1JX.html |
| 广州宗友商贸有限责任公司 (Deregistered) | 广州市天河区天河路 228 号负一层至七层、七层夹层广州正佳商业广场 3F-3C070-71 号铺 | https://amap.com/place/B0HG0SWCUG |
| 广州宗友商贸有限责任公司天河分公司 (Deregistered) | 广州市天河区天河路 208 号天河城购物中心第四层 426 房 | https://ditu.amap.com/place/B0FFHS16HP |
| 广州市番禺区大石兮濠食品店 (Deregistered) | 广州市番禺区大石街 105 国道大石段 426 号首层之 103 | https://amap.com/place/B0FFF8PEE6 |
| 广州市白云区新市创宗百货店 (Deregistered) | 广州市白云区机场路 1309 号百信广场第一层第 H51-53、H55-57 号商铺 | https://www.dianzhangzhipin.com/company/1nV53Q~~.html |
| 广州市花都区新华乐悠百货店 (Deregistered) | 广州市花都区新华街商业大道 15 号首、二层(部位:首层东面商铺由南至北第 4 间) | Appendix 2 Screenshot 26 |
| 顺德陈村宗创百货店(Deregistered) | 佛山市顺德区陈村镇合成居委会佛陈路一号 1-7 座顺联广场首层第 1A-01 铺位 | https://amap.com/place/B0HDJGSO4W |
| 广州市海珠区友友百货店(Deregistered) | 广州市海珠区榕景路 107 号 B2124 | https://amap.com/place/B0FFLOFDDB |

*Source: Qcc.com*

(e) The Blue Orca Report identified that hundreds of entities share overlapping registration information, stating:

> In another example, ***Li Minxin, MINISO's director and executive vice president, has a MINISO store registered under his name in the database as Shenzhen Longgang Miniso Store (the "LG Store")***. We cross-checked the registered address of the store (深圳市龙岗区平湖街道凤凰社区守珍街 165 号) and confirmed that there was a MINISO store at this location. [Footnote omitted]




Source: *MINISO F-1, [https://www.qcc.com/firm/514655bfc36a580a302158c110892f75.html](https://www.qcc.com/firm/514655bfc36a580a302158c110892f75.html), [http://www.dianping.com/shop/H1ZmbzZgerSrPvjo](http://www.dianping.com/shop/H1ZmbzZgerSrPvjo)*

In addition to the LG Store, ***MINISO executive Li Minxin is the registered owner of 8 other entities that we suspect were former MINISO stores*** that were shut down over the years. Some of the entities have the word "MINISO" in their names; all of them were in the retail business and were established after 2013, the year that MINISO was founded.

***Rather than being independent franchises, as the Company claims, these stores are registered under the name of MINISO's director and executive vice president***.

We also noticed that many of the MINISO stores owned by MINISO executives Li Minxin and Huang Zheng use the same registered phone number.

Same Phone Number

| 企业名称 | 登记状态 | 法定代表人 | 注册资本 | 成立日期 | 核准日期 | 所属省份 | 所属城市 | 所属区县 | 电话 | 企业类型 | 所属行业 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 深圳市龙岗区名创优品便利店 | 存续 | 李敏信 | 1.5万元人 | 2014-02-26 | 2014-02-26 | 广东 | 深圳市 | 龙岗区 | 18022381286 | 个体工商户 | 零售业 |
| 锦江区敏信其他日用品店 | 注销 | 李敏信 | - | 2015-11-04 | 2018-01-10 | 四川 | 成都市 | 锦江区 | 18022381286 | 个体工商户 | 零售业 |
| 广州市萝岗区创宗日用品店 | 注销 | 李敏信 | - | 2014-05-19 | 2019-06-04 | 广东 | 广州市 | 黄埔区 | 18022381286 | 个体工商户 | 零售业 |
| 广州市海珠区江南新地商业街名敏日用品店 | 注销 | 李敏信 | - | 2014-04-02 | 2020-08-24 | 广东 | 广州市 | 海珠区 | 18022381286 | 个体工商户 | 零售业 |
| 惠州市惠城区铮创百货店 | 在业 | 黄铮 | - | 2016-03-25 | 2016-03-25 | 广东省 | 惠州市 | 惠城区 | 18022381286 | 个体工商户 | 零售业 |
| 深圳市盐田区铮海日用品百货店 | 存续 | 黄铮 | 3万元人民 | 2015-10-12 | 2015-10-12 | 广东省 | 深圳市 | 盐田区 | 18022381286 | 个体工商户 | 零售业 |
| 深圳市福田区卓铮铮百货店 | 存续 | 黄铮 | 2万元人民 | 2015-08-11 | 2015-08-11 | 广东省 | 深圳市 | 福田区 | 18022381286 | 个体工商户 | 零售业 |
| 深圳市罗湖区优品日用品店 | 存续 | 黄铮 | 5万元人民 | 2014-06-13 | 2014-06-13 | 广东省 | 深圳市 | 罗湖区 | 18022381286 | 个体工商户 | 零售业 |
| 深圳市罗湖区铮铮优品百货店 | 存续 | 黄铮 | 5万元人民 | 2015-02-11 | 2015-02-11 | 广东省 | 深圳市 | 罗湖区 | 18022381286 | 个体工商户 | 零售业 |
| 深圳市龙岗区铮爆了日用品店 | 存续 | 黄铮 | 5万元人民 | 2015-10-21 | 2015-10-21 | 广东省 | 深圳市 | 龙岗区 | 18022381286 | 个体工商户 | 零售业 |
| 深圳市龙岗区龙铮日用品百货店 | 存续 | 黄铮 | 3万元人民 | 2015-10-13 | 2015-10-13 | 广东省 | 深圳市 | 龙岗区 | 18022381286 | 个体工商户 | 零售业 |
| 深圳市龙岗区龙河名创百货店 | 注销 | 黄铮 | 0.1万元人 | 2014-04-11 | 2020-05-09 | 广东省 | 深圳市 | 龙岗区 | 18022381286 | 个体工商户 | 零售业 |
| 阳春市春城名创日用品店 | 注销 | 黄铮 | - | 2014-05-21 | 2021-10-26 | 广东省 | 阳江市 | 阳春市 | 18022381286 | 个体工商户 | 零售业 |

*Source: qcc.com*

Entities which share the same registered phone number typically are connected to each other, sharing overlapping control or common ownership. The Chinese corporate registry database shows that there are in total 556 entities sharing this phone number, among them, 291 entities are still in operation.

已选条件 关键词：18022381286

Search by: 18022381286

小查为您找到 556 条相关结果

We found 556 results

已选条件 关键词：18022381286 登记状态：存续,在业,迁入,迁出,设立

Search by: 18022381286, Status: In Operation

小查为您找到 291 条相关结果

We found 291 results

*Source: qcc.com*

This led us to more undisclosed related parties of the Company that own a significant number of MINISO stores.

Things appear no different with respect to MINISO's new Top Toy brand, introduced by the Company in December 2020 catering to the top toy market. MINISO reported that as of March 2022, there are 92 Top Toy stores in China and only 4 are stores directly operated by the Company.

| | |
|---|---|
| **Number of TOP TOY stores** | **92** |
| Directly operated stores | 4 |
| Stores operated under MINISO Retail Partner model | 88 |

*Source: MINISO HK Prospectus*

Yet similar to MINISO stores, our due diligence indicates that ***34 Top Toy stores, or 37% of all Top Toy stores, are secretly owned by related parties of the Company***.

**Top Toy Stores Owned by Undisclosed Related Parties**

| Name | Top Toy | Connections to MINISO |
|---|---|---|
| Zhou Hongxia | 1 | Legal Rep of a MINISO Subsidiary and multiple MINISO branches |
| Ye Tao | 2 | Supervisor of a MINISO Subsidiary; Same surname with Chairman Ye |
| Li Zhibin | 6 | Supervisor of multiple Chairman Ye - controlled entities |
| Mo Cuifeng | 6 | Legal Rep of a Chairman Ye - controlled entity (Haydon (Shanghai) Technology) |
| Zhong Yinjia | 2 | Shared Phone Number; Business Partner with Li Zhibin |
| Wen Haian | 6 | Shared Phone Number; Business Partner with Li Zhibin & Zhong Yinjia |
| Zhang Shanshan | 3 | Shared Phone Number; Business Partner with Li Zhibin |
| Cui Hongbang | 2 | Shared Phone Number |
| Long Chuanfen | 2 | Shared Phone Number |
| Yao Linlin | 1 | Shared Phone Number |
| Li Hong | 1 | Shared Phone Number |
| Fan Xueyan | 1 | Shared Phone Number |
| Tan Huimin | 1 | Shared Phone Number |

*Source: Qcc.com, Online Search*

(f) According to the Blue Orca Report, MINISO admitted in Chinese media that 40% of MINISO stores are directly owned, stating:

> ***Notably, our findings are consistent with MINISO's disclosures before the Company began preparing for a U.S. listing. At a 2017 conference in China, MINISO's brand director said in an interview that most MINISO stores in Tier 1 cities in China are operated by the Company and that franchising is only limited to lower tier cities.***

**《联商网》：国内投资一家店需要多少成本，产出怎么样，多长时间盈利？**

**成金兰：**目前一线城市的繁华地段基本上都是直营店，二线城市可以做加盟店。目前品牌使用费为8万元/年，一次性需要交3年，货品保证金75万元。由公司统一安排装修，装修费按2800元/平方预收，基本店铺的面积要在200平米左右，一家店铺启动的整体投资预算在200万左右。

Cheng Jinlan (Brand Director of MINISO): **Currently, most stores in the more prosperous areas in Tier 1 cities are directly operated by the company,** while franchised stores can be established in tier 2 cities.

*Source: http://www.linkshop.com/news/2017382880.shtml*

In another article published in November 2019, Chinese media reported that 40% of MINISO stores are owned by the Company.

第一财经从名创优品内部了解到，其门店基本都设在大型购物中心，或人流密集的商业步行街，不同位置的门店年租金不同，几十万到上百万不等。一间250平方米左右的门店的员工基本配置为6~7个人。装修和日常成本也是因门店而异，包括门店所属地区和位置、面积、人工成本等因素差异。名创优品已进入盈利状态，年营业收入高速增长，综合利润率8%左右。以深圳福田星河COCO Park购物中心漫威IP黑金店为例，其月营业额超300万，月坪效12000元，店铺实现日均客单量超过1000笔，日均客单价近100元。名创优品目前直营和加盟的比例约是4：6。其加盟模式是“投资型加盟”，投资者不用参与门店日常经营，所有加盟店由名创优品总部统一运营管理。最关键的是，加盟商每日可获得所加盟门店前日营业额的38%（食品为33%）现金分账。The current ratio between corporate-owned stores and franchise-owned stores is 4:6

*Source: https://www.yicai.com/news/100388597.html*

The article is highly credible as it appeared in the financial news arm of the Shanghai Media Group, a state-owned enterprise. ***This November 2019 account in Chinese state-owned media stating that 40% of MINISO stores are owned and operated by the Company directly contradicts MINISO's disclosures to investors, in which the Company stated that less 1% of stores in China were directly operated by the Company in 2019.***

[Image omitted]

We also spoke to a MINISO franchisee who had owned several MINISO stores since 2016. He confirmed to us that ***MINISO had more than 1,000 company-owned stores in China in 2019***, although many stores have closed down because of Covid-19.

*     *     *

Yet these candid statements in Chinese media are consistent with our due diligence, which found ***hundreds of stores owned by Company insiders or those closely connected to the chairman***.

*     *     *

But based on the independent evidence, we think that this foundational narrative is a lie. ***We found at least 620 supposedly independent MINISO stores in China which are owned and operated by either MINISO executives or individuals closely connected to the chairman. We suspect that these stores are likely controlled and funded by the Company. This suggests that MINISO's real margins are likely significantly less than reported to investors.***

Fundamentally, this misrepresentation obscures MINISO's true business model, tricking the markets into applying an unjustified and unsustainable multiple on a mundane retail business model. ***MINISO is currently trading at 1.4x sales as an asset light and high margin business, a desirable proposition especially during Covid-19. Yet our due diligence shows that in reality, MINISO is more like a declining brick-and-mortar operator, and we think it should be valued as such***.

150. The Blue Orca Report stated the following, in pertinent part, regarding MINISO's and Exchange Act Defendant Ye's unusual transactions and risks thereof:

***Money for Nothing: IPO Proceeds Siphoned by Chairman through Crooked Headquarters Deal***

In December 2020, MINISO announced the formation of a BVI-based joint venture between the Company and Chairman Ye to build a new headquarters in China. According to the announcement, Chairman Ye held 80% of the JV through an entity solely owned by him, and MINISO held the remaining 20%. Less than one year later, in October 2021, MINISO bought out the chairman's remaining 80% share for RMB 695 million. [Ye Guofu is the sole shareholder of YGF MC Limited, which held 80% of the BVI JV.]




*Source: MINISO Public Filings,* https://www.qcc.com/firm/237c0d23657dc0d32b5dc874d233a8e6.html

***More importantly, it appears from Chinese corporate records that the chairman never put any money toward the purchase. He received the benefits, but MINISO put forward the cash.***

Initially, MINISO reported that while the Company had **already** contributed its portion of the required capital to the JV (RMB 356 million), ***the chairman had yet to invest his portion of the cash to JV even though he owned 80% of the newly formed entity. Although the chairman held 80% of the equity of the JV, it was only the Company that contributed the cash to buy the land despite its minority stake in the BVI entity.***

[Image omitted]

***Chinese filings confirm that it was the Company, not the chairman, which put forth the cash for the land.*** In January 2021, the Chinese subsidiary of the JV, Mingyou Industrial Investment (Guangzhou) Co., Ltd ("Mingyou Industrial"), acquired land rights in Guangzhou at a value of RMB 1.73 billion through a public bidding process. According to local media, the bidding deposit was RMB 346 million, or 20% of the purchase price.

| 宗地坐落 | 土地用途 | 宗地面积（平方米） | 地上计算容积率建筑面积(平方米) | 挂牌起始价(万元) | 增价幅度（万元） | 竞买保证金(万元) Bidding Deposit (RMB 10K) | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 人民币 RMB | 港币 | 美元 |
| 海珠区琶洲西区AH040228地块 | 商务设施用地（B2）兼容商业设施用地（B1） | 6557 | 地上≤103879 | 172855 | 1000 | 34571 RMB 345.7 Million | 41000 | 5300 |

*Source:* *https://finance.sina.com.cn/stock/relnews/us/2021-01-04/doc-iiznezxt0458160.shtml*

The deposit for the land (RMB 346 million) matches almost exactly the amount initially MINISO contributed to the JV according to Chinese corporate records, indicating that ***it was the Company's cash, not the chairman's, that paid the deposit for the land.***

There is evidence to suggest that the ***chairman, despite owning 80% of the JV, likely never contributed any cash to the entity***. According to MINISO's Hong Kong prospectus, the Company bought out the chairman's 80% interest in the JV on October 27, 2021, for RMB 695 million.

[Image omitted]

***According to corporate data publicly available in the National Enterprise Credit Information Publicity System, the paid-in capital of the JV's Chinese subsidiary remained at RMB 345.7 million (the initial deposit amount) until the day after MINISO acquired the chairman's 80% share.***

企业名称：名优产业投资（广州）有限公司 Mingyou Industrial Investment (Guangzhou) Co., Ltd

股东及出资信息

| 序号 | 股东 | 认缴出资额(万元) Subscribed Capital (RMB 10K) | 认缴出资时间 | 认缴出资方式 | 实缴出资额(万元) Paid-in Capital (RMB 10K) | 实缴出资时间 Paid-in Date | 实缴出资方式 |
|---|---|---|---|---|---|---|---|
| 1 | YGF Investment V Hong Kong Limited | 100000万人民币元 RMB 1 billion | 2030年12月31日 | 货币 | 34571万人民币元 RMB 345.7 million | 2020年12月11日 Dec. 11, 2020 | 货币 |

*Source:* *National Enterprise Credit Information Publicity System*

***Chinese public records show that on October 28, 2021, one day after MINISO acquired the chairman's stake in the JV, the paid in capital increased to RMB 1.8 billion.*** To be clear, paid-in capital represents the actual amount of money that a company has received from shareholders. Any change to the paid-in capital is registered with the local government and is generally indicative of whether and what extent shareholders have funded the entity.

企业名称：名优产业投资（广州）有限公司 Mingyou Industrial Investment (Guangzhou) Co., Ltd

修改信息

| 序号 | 修改事项 Amendment | 修改前 Before | 修改后 After | 修改日期 |
|---|---|---|---|---|
| 1 | 从业人数是否公示 | 不公示 | 不公示 | 2022年06月09日 |
| 2 | 从业人数是否公示 | 不公示 | 不公示 | 2022年04月14日 |
| 3 | 实缴出资额（万元） Subscribed Capital (RMB 10K) | 179901.33 RMB 1.799 billion | 208401.33 | 2022年04月14日 |
| 4 | 从业人数是否公示 | 不公示 | 不公示 | 2022年04月14日 |
| 5 | 实缴出资时间 Paid-in Date | 2021-10-28 Oct. 28, 2021 | 2021-12-10 | 2022年04月14日 |
| 6 | | | 外商控股 | 2022年04月14日 |

*Source:* *National Enterprise Credit Information Publicity System*

名优产业投资（广州）有限公司 在业 Mingyou Industrial Investment (Guangzhou) Co., Ltd

| 序号 | 发起人 | 认缴出资额(万元) | 认缴出资日期 | 认缴出资方式 | 实缴出资额(万元) Paid-in Capital (RMB 10K) | 实缴出资日期 Paid-in Date | 实缴出资方式 |
|---|---|---|---|---|---|---|---|
| 1 | YGF Investment V Hong Kong Limited | 230000 | 2030-12-31 | 货币 | 179901.33 RMB 1.799 billion | 2021-10-28 Oct. 28, 2021 | 货币 |

*Source:* *https://www.qcc.com/creport/237c0d23657dc0d32b5dc874d233a8e6.html*

***MINISO admits in its public filings that it contributed the initial deposit to purchase the land in December 2020. Government records highlighted above show that no additional capital was contributed to the JV until after MINISO bought out the chairman in October 2021. To us, the corporate records clearly indicate that the chairman did not contribute money to the JV. That means that when MINISO paid him out for his JV interest, we think this was simply a naked transfer of shareholder wealth to the chairman. Money for nothing.***




*Source: MINISO public filings, [National Enterprise Credit Information Publicity System](), [Sina News Article]()*

Chinese corporate records show that until MINISO purchased the chairman's portion of the JV, the only cash contributed to the JV was the initial land deposit contributed by MINISO in December 2020. ***We don't believe the chairman ever contributed any cash to the JV, as the paid-in capital increase took place only after MINISO purchased his 80% interest in the JV. To us, the transaction appears to be designed to simply siphon public money to the chairman.***

***This financial maneuvering also put MINISO at potential risk of breaching its contract with the Chinese government.*** The contract for the land purchase was published by the local government online and is accessible for anyone who wishes to check. **The contract specifically <u>prohibits the purchaser's change of ownership structure for 10 years.</u>**

**Contract for Assignment of the Right to the Use of State-owned Construction Land**



国有建设用地使用权出让合同

（海珠区琶洲西区 AH040228 地块）

三十一、受让人或其关联企业在广州市海珠区注册设立的公司纳税强度须符合《琶洲人工智能与数字经济试验区产业用地项目引进工作指导意见》的要求。自受让人签订本合同之日起，受让人 10 年内股权不得变更。

The shareholding structure of the purchaser shall not change within 10 years of signing this contract.

*Source: http://www.gzggzy.cn/cms/wz/view/index/layout3/index.jsp?siteId=1&infoId=2177552&channelId=404*

***MINISO risked breaching its contract with the Chinese government by routing the land purchase through opaque BVI entities to accommodate a series of related party transactions with its chairman. We believe that the only reason the Company undertook this risk was to permit the chairman to siphon hundreds of millions from the public company.***

151. The Blue Orca Report stated the following, in pertinent part, regarding MINISO's shrinking revenues and imminent and drastic franchise fee decline:

> Using the web archive Wayback Machine, we found disclosures by the Company on its official Chinese website, since removed, stating that MINISO achieved revenues of over RMB 17 billion in 2018.

2019

Year



| | |
|---|---|
| January | MINISO, an emerging designer brand established nearly five years ago, has over 100 stores in Wanda Plaza, officially becoming a member of Wanda's "Hundreds of Clubs" |
| January 9 | MINISO reached a comprehensive cooperation with El Salvador |
| January 18 | In 2018, the revenue exceeded 17 billion yuan, and MINISO forged ahead to "hundreds of billions of stores in 100 countries" |

*Source:* https://web.archive.org/web/20191022091748/http://www.miniso.cn/Brand/History

> ***These disclosures were provided by the Company on its official website, and thus should be credible. MINISO's most recent quarterly report shows that revenue in the last twelve months was just RMB 10 billion, a 40% decline from peak revenues in 2018. Put simply, MINISO's own disclosures indicate that revenues have fallen precipitously from the peak, likely why such disclosures were scrubbed from MINISO's official website.***




*Source: MINISO Public Filings, MINISO Official Website*

***This fall in revenue occurred despite MINISO's store count increasing by 50% from 3,459 to 5,205 during the same period, implying a same store revenue decline of 60%.***

| | CY 2018 | FY 2019 | FY 2020 | FY 2021 | LTM Mar'22 |
|---|---|---|---|---|---|
| Revenue (RMB M) | 17,000 | 9,395 | 8,979 | 9,072 | 10,240 |
| *Cumulative Change* | | *-45%* | *-47%* | *-47%* | *-40%* |
| Store Count | 3,459 | 3,725 | 4,222 | 4,782 | 5,205 |
| *Cumulative Change* | | *8%* | *22%* | *38%* | *50%* |
| Same Store Revenue (RMB M) | 5 | 3 | 2 | 2 | 2 |
| *Cumulative Change* | | *-49%* | *-57%* | *-61%* | *-60%* |

*Source: MINISO Public Filings, MINISO Official Website*

(a) The Blue Orca Report provided information from former employees corroborating MINISO's declining revenues, stating:

Based on MINISO's own disclosures, we can see that MINISO's revenues and same store sales have been declining. This corroborates not only our interviews with former employees but also aligns with other evidence of large-scale store closures and falling franchise fees.
***We spoke with a former MINISO regional manager who told us point blank that MINISO has passed its peak and is a brand in serious decline. When asked about store level performance, the former manager told us that the best years for MINISO were between 2017 and the first half of 2019; she also said that, beginning in second half of 2019, MINISO stores have experienced shrinking revenue and profitability. This tracks perfectly with the web archived disclosures on MINISO's website.***

*"**In terms of gross profit and profitability, by 2019, the peak was basically over. In fact, from the second half of 2019, to 2020 and 2021, the profitability is in a downward trend.** Because most of our peak period is the two years between 2017 to and the first half of 2019."*

- Former MINISO Manager

The manager also gave us specific examples of ***drastic same store sales declines.*** Notably, her examples include stores that are supposedly MINISO's best performing stores. ***If some of MINISO's best performing stores are showing sales decline of over 75%, then the general level of same store sales decline must be severe across the board.***

"The best performance is by the first half of 2019, because at that time, there were still quite a few million-dollar-revenue stores.… There used to ***be a store in Beijing that could reach [monthly revenues] of RMB 4 million, and now it may only have [monthly revenues of] RMB 0.8 million. Guangzhou used to have a store with more than RMB 2.8 million [in monthly revenue], but now it may be able to make RMB 0.7 million [in monthly revenue]."***

- Former MINISO Manager

***The same store sales decline highlighted by the former MINISO manager supports archived admissions by the Company, since scrubbed from its website, showing significant revenue and same-store sales declines.***

(b) The Blue Orca Report described large-scale store closures as further corroboration of decline in revenues, stating:

We interviewed a former MINISO manager who said that due to market saturation and competition as well as high rental costs, many franchises were barely making any money.

***"By 2020, the overall profitability was weaker. Most franchisees were not able to make much money because of the saturation of the market, the strength of competing brands, and the epidemic…"***

* * * *

***"This year, we opened roughly more than 100 stores across the country, but in fact, in terms of profitability... thirty or forty stores are profitable. The highest profit is only RMB 50,000 [a month], and the lower ranges are between RMB 5,000 to RMB 10,000 or RMB 20,000 [a month]."***

***- Former MINISO Manager***

Our own due diligence validates the former MINISO manager's account. ***In November 2021, we collected a sample of 620+ operating MINISO and Top Toy stores in China. By July 2022, we observed that 120 stores, or approximately 20% of the sample, appear to have closed down. Among them, more than 110 stores have deregistered their business licenses, suggesting permanent closure.***

(c) The Blue Orca Report continued noting that franchise fees dropping by 63% suggested lagging interest thereby leading to a decline in revenues, stating:

***Franchise fees are a cornerstone of MINISO's value proposition and are 100% margin revenue***. Yet archived disclosures on MINISO's Chinese website, discovered through the Wayback Machine, indicates that ***the Company dropped franchise fees by 63% over the last two year.***

According to archived disclosures on MINISO official Chinese website, each potential MINISO franchisee needs to pay a fixed deposit and an annual franchising fee. As of December 2, 2020, the franchising fee advertised to potential franchisees in China was RMB 80,000 per year and required a product deposit of RMB 750,000.




*Source:* *https://web.archive.org/web/20201202064303/https://www.miniso.cn/Shop/Stroe*

***Yet beginning in 2021, MINISO slashed franchising fee from RMB 80,000 per year to 50,000 per year. The product deposit was also reduced from RMB 750,000 to RMB 6000,000.***




*Source:* [*https://web.archive.org/web/20210125011406/https://miniso.cn/Shop/Stroe*](https://web.archive.org/web/20210125011406/https://miniso.cn/Shop/Stroe)

In 2022, MINISO's website shows that the franchising fee is further reduced to RMB 29,800 per year for city-level stores, 63% down from two years ago. The product deposit is also reduced to RMB 350,000. [Footnote omitted]




*Source:* [*MINISO Website, January 2022*]()




*Source:* MINISO *Website*

***We believe this drastic franchise fee reduction signals the declining brand value of MINISO to both its customers and franchisees. Further, it erodes the financial health of MINISO moving forward. From the franchise fee drop alone, the Company faces an annual loss of RMB 159 million in revenue and profit at the current franchise-owned store count of 3,169.***

[Image omitted]

***This undercuts MINISO's claims of a thriving brand and a growing business. Rather, such independent evidence indicates that MINISO is a brand and business in decline, with falling revenues, large scale store closures and falling franchise fees***.

***This evidence is also consistent with our investigation into MINISO store ownership which indicates that contrary to the Company's claims, many MINISO stores are secretly owned by or connected to Company executives and insiders. This makes sense: if the brand is in decline, and the stores are struggling, then MINISO will struggle to attract franchisees. In order to show store growth to investors, the Company likely has no choice but to secretly own and operate stores, given that franchisees no longer view it as an attractive opportunity.***

***Ultimately, we believe that there is overwhelming evidence that MINISO misleads the market about its business. Rather than operate an asset-light, high-margin franchise model, evidence indicates that hundreds of MINISO stores are owned and operated by Company executives or individuals closely connected to MINISO and its chairman. Accordingly, we believe that MINISO is concealing the costs of such stores from investors***.

***This likely explains why MINISO, despite reporting a large cash balance and a business which supposedly generates healthy cash flows from operations, recently tapped capital markets to raise $72 million through a secondary listing in Hong Kong.***

***In our view, not only does our evidence undermine the authenticity of MINISO's reported financials, but also suggests that MINISO should trade at a fraction of its current share price***.

152. On this news, MINISO's ADS price sharply fell $1.08 per ADS, or 14.98%, on extremely high volume, from a close of $7.21 per ADS on July 25, 2022, to close at $6.13 per ADS on July 26, 2022.

153. While investors and analysts were still digesting this blockbuster news, on July 27, 2022, MINISO filed with the SEC a Form 6-K (the "7/27/2022 Form 6-K) that attached as Exhibit 99.1 a press release (the "7/27/2022 Press Release) announcing that the Blue Orca Report was published the previous day. In the 7/27/2022 Press Release, the Exchange Act MINISO

Defendants tried to mute the effects of the devastating news of the Blue Orca Report by stating it is "without merit and contains misleading conclusions and interpretations regarding information relating to the Company." MINISO also stated that the "Board [of Directors], at the recommendation of the management of the Company and in order to protect the interests of all shareholders, has decided to form an independent committee [] consisting of independent directors Ms. Xu Lili, Mr. Zhu Yonghua and Mr. Wang Yongping, to oversee an independent investigation regarding the allegations made in the report." MINISO further stated, "[t]he Company emphasizes its continued and unwavering commitment to maintaining high standards of corporate governance and internal control, as well as transparent and timely disclosure in compliance with applicable rules and regulations."

154. On this news, MINISO's ADS price fell $0.47 per ADS, or 7.67%, on extremely high volume, from a close of $6.13 per ADS on July 26, 2022, to close at $5.66 per ADS on July 27, 2022.

155. As a result of the Exchange Act Defendants' wrongful acts and omissions, and the precipitous decline in the market value of MINISO ADS, Plaintiffs and other Class Members have suffered significant losses and damages.

### 5. Additional Facts Probative Of Scienter

156. A strong inference of the Exchange Act Defendants' scienter is evidenced through a holistic examination of the facts and circumstances.

#### a. The Exchange Act Defendants' Knowledge Or Reckless Disregard Of Red Flags

157. For many of the same reasons why the Exchange Act Defendants' alleged misstatements and omissions were materially false or misleading when made, there is also a strong

inference that they were made with the requisite scienter. Those reasons, include, *inter alia*, the following.

158. The CW allegations pled in §II.E.3.a., *supra*, support a strong inference of the Exchange Act Defendants' scienter, through actual knowledge of or reckless disregard of red flags indicating that their public statements were materially false or misleading when made. Specifically:

(a) As detailed in §II.E.3.a. *supra*, statements by the CWs, former employees with relevant first-hand knowledge, illustrate that MINISO owned, operated, and funded the vast majority of its 80+ stores in its North America operations, combining the U.S. and Canada, which MINISO Chinese leadership tightly controlled. CW1 said that MINISO's Chinese headquarters approved all significant U.S. operations expenditures and decisions, including as regards contract review, construction expenditures, personnel and payroll decisions, and hiring and firing of employees, and that it dictated 80% of inventory shipped to U.S. stores. CW1 said that MINISO China and MINISO USA shared an internal network portal used to transmit requests for approval. CW4 said that MINISO corporate leadership almost exclusively hired Chinese nationals for positions in MINISO's U.S. Accounting Department and that MINISO corporate paid all U.S. employees at company-owned stores. CW3 said that MINISO's Chinese headquarters sent internal consultants to meet with MINISO U.S. management to address U.S. store performance. CW3 described internal spreadsheets and sales reports prepared by the consultants that detailed country- and store-specific data points, all of which pertained to corporate owned stores with no separate entries for franchise stores. CW3 said employees were shown these documents, but not given copies, in harmony with CW6's observation that MINISO's leadership was secretive. CW7 described how MINISO Chinese headquarters sent a number of executives to MINISO USA's

headquarters in Pasadena, California in February and March 2022 for a few-month stay that lasted at least into October 2022, during which they implemented severe cost-cutting measures, affecting hiring, staffing, employee pay, store necessities, and inventory shipments. Significantly, CW1 and CW6 said that Exchange Act Defendant Ye visited the U.S. operations and MINISO USA's headquarters in Pasadena, California. CW6 said that Exchange Act Defendant Ye even dined with MINISO USA's leadership and Store Managers during a visit in August or September 2019.

(b) As also detailed in §II.E.3.a. *supra*, MINISO failed in its attempts to generate more franchises within MINISO North America's footprint. CW1, CW2, CW3, CW4, CW5, CW6, CW7, and CW8 all described MINISO as having just a handful of franchises in the U.S. and Canada and serious difficulties expanding to new franchises. CW1 said that MINISO China had ordered MINISO North America's General Manager to increase the number of franchises, and, in an attempt to support that goal, it approved adjustments both to the franchise contract, *e.g.*, lowering the franchise fee and the portion of sales paid over to MINISO corporate, and to the approach to new store construction, *i.e.*, shifting the responsibility away from potential franchisees and onto MINISO to find a location and then build, stock, staff, and open a store before a franchisee would be brought in to take over its operations. CW5 described how MINISO offered assistance to franchisees with certain payroll, HR, and marketing tasks and even opened a "franchise department" (later, the "business development" office) to identify potential store locations and generate reports about the site, surrounding demographics, foot traffics and potential sales. Nevertheless, CW1, CW3, CW4, and CW5 said that efforts to open more franchises failed. CW5 said that potential franchisees lost interest once informed of the operation costs for which franchises bore responsibility, such as rents and wages.

159. The Blue Orca Report, as pled in §II.E.3.b. and §II.E.4.d. *supra*, and as corroborated by Lead Plaintiff's investigation as pled in §II.E.3.c. *supra*, also supports a strong inference of the Exchange Act Defendants' scienter, through actual knowledge of or reckless disregard of red flags indicating that their public statements were materially false or misleading when made. Specifically:

(a) Blue Orca Capital found that 620+ stores, which were purportedly independent franchises, were actually owned by MINISO itself or individuals closely tied to its CEO, Exchange Act Defendant Ye, as documented in the Chinese corporate registry database. Blue Orca Capital also uncovered statements predating MINISO's efforts to effectuate the IPO at issue, indicating that 40% of all MINISO stores and most of the stores in "tier one" Chinese were company-owned. Blue Orca Capital interviewed a Chinese franchisee who said MINISO had 1,000 company-owned stores in 2019. Blue Orca Capital concluded that these facts directly disproved the Exchange Act Defendants' public statements regarding the number and percentage of stores that were franchises and debunked MINISO's "foundational narrative" of its "independent franchise model." Lead Plaintiff's investigation separately confirmed these facts.

(b) Blue Orca Capital confirmed that MINISO engaged in the highly unusual action of forming a British Virgin Islands joint venture to purchase land in China for a new headquarters, whereby it contributed 100% of the funding for just a 20% stake, with the other 80% ownership going to Exchange Act Defendant Ye despite his contributing no monies to the joint venture. Blue Orca Capital used the Chinese National Enterprise Credit Information Publicity System to confirm that the joint venture's paid-in-capital remained at the level of MINISO's initial monetary contribution – RMB 346 million, which correlated to the deposit needed for the headquarters land purchase – until the day after MINISO bought out Exchange Act Defendant

Ye's stake for a massive sum. Only then did the joint venture's paid-in-capital rise to RMB 1.8 billion – when MINISO was its sole shareholder. Blue Orca Capital confirmed that changing the joint venture's ownership in this way not only unjustly enriched Exchange Act Defendant Ye, it also risked breaching the joint venture's land acquisition contract with the government, which expressly prohibited any change of ownership structure in the land purchaser for a period of 10 years. Lead Plaintiff's investigation likewise confirmed these facts, which personally involved and benefitted Exchange Act Defendant Ye. In addition, Blue Orca Capital identified four other suspicious property development projects worth RMB 23 billion that are similarly structured with a layered BVI offshore holding structure that can be used to enrich Exchange Act Defendant Ye again at the company's expense.

(c) Blue Orca Capital revealed that MINISO's revenues peaked in 2018 – two years before its IPO at issue – and have declined 40% thereafter, despite a 50% increase in store count over the same time period. It also examined a sample of 620 MINISO stores in China from November 2021 and observed that 120 of them (20%) had closed by July 2022, with half of those closures involved a deregistered business license. Blue Orca Capital also found deleted statements from MINISO's Chinese website revealing that MINISO had lowered its franchise fees by 63% over two years in an attempt to attract franchisees. Lead Plaintiff's investigation corroborated all of these facts. In addition, Blue Orca Capital interviewed a former MINISO Regional Manager in China who said MINISO's profitability peaked between 2017 and the first half of 2019 and who cited specific high-performing stores in China that suffered 75% - 80% declines in monthly revenue since then. It also interviewed a former MINISO Manager who said that most franchisees cannot make much money and that only 30% - 40% of new stores in China are profitable. Blue

Orca Capital also confirmed a Chinese media report that MINISO had closed 850 stores in China – one-third of its footprint – before the COVID pandemic struck.

### b. Exchange Act Defendant Ye Was Financially Motivated To Commit Fraud

*Exchange Act Defendant Ye's Sale Of MINISO Securities*

160. As a foreign issuer, MINISO was subject to less stringent reporting standards (*e.g.*, filing SEC Form F-1 instead of Form S-1) before and after its IPO. Consequently, the Exchange Act Individual Defendants were not required to detail their insider transactions to the same extent as a publicly traded domestic company. Nevertheless, it is evident that Exchange Act Defendant Ye engaged in substantial self-enrichment by taking MINISO public, exploiting the facts at issue, and selling a large number of MINISO securities.

161. As reported by Exchange Act Defendant Ye on SEC Schedules 13G, through a complex web of offshore limited liability companies and trusts, he and his family benefitted, made substantial insider sales during the period of alleged fraud. These relationships are described in a Schedule 13G filing made on February 8, 2021, relating to the event date of December 31, 2020 and signed by Exchange Act Defendant Ye, individually and on behalf of certain of these legal entities (the "12/31/2020 13G"), which stated, in relevant part as follows:

> Mini Investment Limited is wholly owned by YGF Development Limited, a limited liability company incorporated under the laws of British Virgin Islands. All shares of YGF Development Limited are held by TMF (Cayman) Ltd. on behalf of YGF Trust, with TMF (Cayman) Ltd. as the trustee, and Mr. Ye and his family members as beneficiaries. Mr. Guofu Ye is deemed to be the controlling person of the trust. YGF MC LIMITED is wholly-owned by Mr. Guofu Ye. YYY MC LIMITED is wholly owned by YYY Development Limited, a limited liability company incorporated under the laws of British Virgin Islands. All shares of YYY Development Limited are held by TMF (Cayman) Ltd. on behalf of YYY Trust, with TMF (Cayman) Ltd. as the trustee, and Ms. Yang and her family members as beneficiaries. Ms. Yunyun Yang is deemed to be the controlling person of the trust. Ms. Yunyun Yang is Mr. Guofu Ye's spouse. Mr. Guofu Ye and Ms. Yunyun Yang make joint decisions on the exercise of the voting power of the shares owned by them through their holding vehicles. As a result, both Mr. Guofu Ye and

Ms. Yunyun Yang are deemed to be beneficial owners of the shares directly held by Mini Investment Limited, YGF MC LIMITED and YYY MC LIMITED.

162. The 12/31/2020 13G sets forth the ownership of MINISO securities by Exchange Act Defendant Ye as of December 21, 2020, both directly and through these entities, as follows:

| Reporting Person* | Amount beneficially owned | Percent of class[1] | Percent of aggregate voting power[2] | Sole power to vote or direct the vote | Shared power to vote or to direct the vote | Sole power to dispose or to direct the disposition of | Shared power to dispose or to direct the disposition of |
|---|---|---|---|---|---|---|---|
| Guofu Ye | 881,991,109[3] | 72.0% | 81.7% | 92,586,048[4] | 789,405,061[5] | 0 | 789,405,061[5] |
| Yunyun Yang | 789,405,061[5] | 64.4% | 76.8% | 0 | 789,405,061[5] | 0 | 789,405,061[5] |
| Mini Investment Limited | 328,290,482[6] | 26.8% | 52.3% | 0 | 328,290,482[6] | 0 | 328,290,482[6] |
| YGF Development Limited | 328,290,482[6] | 26.8% | 52.3% | 0 | 328,290,482[6] | 0 | 328,290,482[6] |
| YGF MC LIMITED | 203,265,382[7] | 16.6% | 10.8% | 0 | 203,265,382[7] | 0 | 203,265,382[7] |
| YYY MC LIMITED | 257,849,197[8] | 21.0% | 13.7% | 0 | 257,849,197[8] | 0 | 257,849,197[8] |
| YYY Development Limited | 257,849,197[8] | 21.0% | 13.7% | 0 | 257,849,197[8] | 0 | 257,849,197[8] |

Note (1) of this chart explained the "Percent of class" column, which relayed the total MINISO ordinary shares outstanding and made clear that Exchange Act Defendant Ye controlled the company:

(1) The percentage of class of securities beneficially owned by each of the Reporting Persons as of December 31, 2020 is based on a total of 1,225,566,355 outstanding ordinary shares (being the sum of 897,275,873 Class A ordinary shares and 328,290,482 Class B ordinary shares) of the Issuer outstanding as a single class as of December 31, 2020. Class B ordinary shares are convertible at any time by the holder thereof into Class A ordinary shares on a one-for-one basis, whereas Class A ordinary shares are not convertible into Class B ordinary shares under any circumstances. In computing the percentage ownership of a Reporting Person, the shares that the Reporting Person has the right to acquire within 60 days, including through the exercise of any option, warrant or other right or the conversion of any other security, after December 31, 2020 have been included

Note (3) of this chart explained the "Amount Beneficially Owned" column, which distilled Exchange Act Defendant Ye's ownership stakes through the various legal entities described above:

(3) Represents (i) 328,290,482 Class B ordinary shares directly held by Mini Investment Limited, a limited liability company incorporated under the laws of British Virgin Islands, (ii) 203,265,382 Class A ordinary shares directly held by YGF MC LIMITED, a limited liability company incorporated under the laws of British Virgin Islands, (iii) 257,849,197 Class A ordinary shares directly held by

YYY MC LIMITED, a limited liability company incorporated under the laws of British Virgin Islands, and (iv) 92,586,048 Class A ordinary shares held by 12 share incentive awards holding vehicles, which appointed Mr. Guofu Ye as their proxy and authorized Mr. Guofu Ye to exercise, on behalf of them, the voting power of the 92,586,048 Class A ordinary shares at the discretion of Mr. Guofu Ye.

163. A year later, a Schedule 13G filing made on February 11, 2022, relating to the event date of December 31, 2021 and signed by Exchange Act Defendant Ye, individually and on behalf of certain of the legal entities (the "12/31/2021 13G"), set forth the same chart, which reflected a material change of holdings by Exchange Act Defendant Ye:

| Reporting Person* | Amount beneficially owned | Percent of class[1] | Percent of aggregate voting power[2] | Sole power to vote or direct the vote | Shared power to vote or to direct the vote | Sole power to dispose or to direct the disposition of | Shared power to dispose or to direct the disposition of |
|---|---|---|---|---|---|---|---|
| Guofu Ye | 876,346,537[3] | 71.6% | 81.5% | 86,941,476[4] | 789,405,061[5] | 0 | 789,405,061[5] |
| Yunyun Yang | 789,405,061[5] | 64.5% | 76.9% | 0 | 789,405,061[5] | 0 | 789,405,061[5] |
| Mini Investment Limited | 328,290,482[6] | 26.8% | 52.4% | 0 | 328,290,482[6] | 0 | 328,290,482[6] |
| YGF Development Limited | 328,290,482[6] | 26.8% | 52.4% | 0 | 328,290,482[6] | 0 | 328,290,482[6] |
| YGF MC Limited | 203,265,382[7] | 16.6% | 10.8% | 0 | 203,265,382[7] | 0 | 203,265,382[7] |
| YYY MC Limited | 257,849,197[8] | 21.1% | 13.7% | 0 | 257,849,197[8] | 0 | 257,849,197[8] |
| YYY Development Limited | 257,849,197[8] | 21.1% | 13.7% | 0 | 257,849,197[8] | 0 | 257,849,197[8] |

Once again, Note (1) of this chart explained the "Percent of class" column, which relayed the total MINISO ordinary shares outstanding and evidenced Exchange Act Defendant Ye's control:

(1) The percentage of class of securities beneficially owned by each of the Reporting Persons as of December 31, 2021 is based on a total of 1,224,757,315 outstanding ordinary shares (being the sum of 896,466,833 Class A ordinary shares and 328,290,482 Class B ordinary shares) of the Issuer outstanding as a single class as of December 31, 2021 (excluding 809,040 Class A ordinary shares in the form of 202,260 ADSs repurchased by the Issuer pursuant to a share repurchase program adopted by the Issuer in December 2021). Class B ordinary shares are convertible at any time by the holder thereof into Class A ordinary shares on a one-for-one basis, whereas Class A ordinary shares are not convertible into Class B ordinary shares under any circumstances. In computing the percentage ownership of a Reporting Person, the shares that the Reporting Person has the right to acquire within 60 days, including through the exercise of any option, warrant or other right

> or the conversion of any other security, after December 31, 2021 have been included.

Likewise, Note (3) of this chart once again explained the "Amount Beneficially Owned" column, which distilled Exchange Act Defendant Ye's ownership stakes through the various legal entities described above:

> (3) Represents (i) 328,290,482 Class B ordinary shares directly held by Mini Investment Limited, a limited liability company incorporated under the laws of British Virgin Islands, (ii) 203,265,382 Class A ordinary shares (including 8,800,000 Class A ordinary shares in the form of 2,200,000 ADSs) directly held by YGF MC Limited, a limited liability company incorporated under the laws of British Virgin Islands, (iii) 257,849,197 Class A ordinary shares directly held by YYY MC Limited, a limited liability company incorporated under the laws of British Virgin Islands, and (iv) 86,941,476 Class A ordinary shares (including 52,418,660 Class A ordinary shares in the form of 13,104,665 ADSs) held by 12 share incentive awards holding vehicles, which appointed Mr. Guofu Ye as their proxy and authorized Mr. Guofu Ye to exercise, on behalf of them, the voting power of the 86,941,476 Class A ordinary shares at the discretion of Mr. Guofu Ye.

164. As evidenced by these two filings, Exchange Act Defendant Ye sold ***5,644,572*** MINISO shares during just a portion of the Class Period, when the alleged frauds were still causing artificial inflation in the prices of MINISO's securities. These sales obviously compare suspiciously in both timing and amount to Exchange Act Defendant Ye's pre-Class Period actions, when he sold no shares whatsoever. These sales were timed so as to benefit, and did benefit, from the artificial inflation in MINISO's securities prices due to the alleged frauds, thereby enabling Exchange Act Defendant Ye to monetize a sizable portion of his MINISO holdings before revelation of the truth about MINISO and the Exchange Act Defendants' frauds. For these reasons, Exchange Act Defendant Ye's Class Period transactions were unusual and suspicious and support a strong inference of his scienter.

*Exchange Act Defendant Ye's Self-Dealing Transaction*

165. As discussed *supra*, the Blue Orca Report revealed, and Lead Plaintiffs' investigation later corroborated, that Exchange Act Defendant Ye engaged in a self-enriching transaction that utilized a British Virgin Islands-incorporated JV crated shortly after MINISO closed its IPO ostensibly for the purpose of furthering MINISO's work to build a large Chinese headquarters. Exchange Act Defendant Ye held an 80% stake in the JV, through an entity he owned, YGF MC Limited, but contributed none of its funding, while MINISO, which he still controlled, owned just a 20% interest in the JV but contributed 100% of the RMB 346 million in funding that was purportedly to be used to buy the land for the headquarters building and aligns with a deposit made on a land purchase. After a year, MINISO bought out Exchange Act Defendant Ye's JV interest, paying him RMB 695 million – or roughly $108.5 million at an exchange rate of 1 RMB = $6.4 USD – for an interest in an offshore JV of questionable necessity to which he had contributed nothing.

166. This transaction is highly suspicious in both process, timing, and amount. As to the process, it is highly unusual for a simple land purchase in China to funnel through a British Virgin Islands JV, with the company's CEO as the majority JV partner despite not contributing any funds. As to the timing, it was highly suspicious, given that Exchange Act Defendant Ye, as its controlling shareholder, could have caused MINISO engage in a direct acquisition transaction for land for the headquarters project at any point, but instead, waited until just two months after the company's IPO – when the company was flush with cash – to form an offshore JV to act as the conduit of the land purchase funds. It was highly suspicious in amount, because the massive windfall buyout that Exchange Act Defendant Ye received was completely divorced from his economic contribution to the JV, which was nonexistent. Moreover, by buying out Exchange Act

Defendant Ye, MINISO risked breaching its Chinese government contract for the JV's land purchase transaction, which prohibited a change in the purchaser's ownership structure for 10 years.

167. The JV transaction served to siphon a huge amount of MINISO's IPO proceeds to Exchange Act Defendant Ye, without any commensurate benefit to the company.

### c. The Exchange Act Individual Defendants Reaped Suspicious Compensation

168. Despite MINISO's lessened stringency of reporting obligations as a foreign issuer, the company's filings were required to list certain compensation information under the Hong Kong exchange rules, which appeared in its 2022 Hong Kong Annual Report for the fiscal year ended June 30, 2022, which was filed with the SEC as Exhibit 99.5 to a Form 6-K filed with the SEC on October 19, 2022 and signed by Exchange Act Defendant Zhang. Its page 157 lists the payments the Exchange Act Individual Defendants reaped for serving as Directors. The figures, expressed in RMB, are as follows:

| | | For the year ended June 30, 2021 | | | | | |
|---|---|---|---|---|---|---|---|
| | Note | Directors' fees RMB'000 | Salaries, allowances and other benefits RMB'000 | Discretionary bonuses RMB'000 | Retirement scheme contributions RMB'000 | Equity-settled share-based payments RMB'000 | Total RMB'000 |
| **Directors** | | | | | | | |
| Mr. Ye Guofu | | - | 1,228 | 386 | 34 | - | 1,648 |
| Mr. Li Minxin | | - | 1,322 | 312 | 34 | - | 1,668 |
| Mr. Zhang Saiyin | | - | 1,527 | 474 | 18 | 15,786 | 17,805 |
| Ms. Yang Yunyun | (i) | - | 52 | - | 8 | - | 60 |
| Ms. Dou Na | (i) | - | 478 | 395 | - | 20,585 | 21,458 |
| Mr. Cao Wei | (ii) | - | - | - | - | - | - |
| Mr. Hao Rui | (ii) | - | - | - | - | - | - |
| **Independent directors** | | | | | | | |
| Ms. Xu Lili | (iii) | - | - | - | - | 601 | 601 |
| Mr. Zhu Yonghua | (iii) | - | - | - | - | 601 | 601 |
| | | - | 4,607 | 1,567 | 94 | 37,573 | 43,841 |

| | | For the year ended June 30, 2022 | | | | | |
|---|---|---|---|---|---|---|---|
| | Note | Directors' fees RMB'000 | Salaries, allowances and other benefits RMB'000 | Discretionary bonuses RMB'000 | Retirement scheme contributions RMB'000 | Equity-settled share-based payments RMB'000 | Total RMB'000 |
| **Directors** | | | | | | | |
| Mr. Ye Guofu | | - | 2,645 | 772 | 35 | - | 3,452 |
| Mr. Li Minxin | | - | 2,270 | 623 | 35 | - | 2,928 |
| Mr. Zhang Saiyin | | - | 1,527 | 448 | 37 | - | 2,012 |
| **Independent directors** | | | | | | | |
| Ms. Xu Lili | (iii) | 728 | - | - | - | 102 | 830 |
| Mr. Zhu Yonghua | (iii) | - | - | - | - | 515 | 515 |
| Mr. Wang Yongping | (iv) | 706 | - | - | - | - | 706 |
| | | 1,434 | 6,442 | 1,843 | 107 | 617 | 10,443 |

These charts make clear that the Exchange Act Individual Defendants were paid more than other Board members, particularly the independent Directors. Moreover, Exchange Act Defendant Zhang's 2020 equity-settled share-based payment and the uptick in all Exchange Act Individual Defendants' 2021 salaries, allowances and benefits, stand out as suspicious. Translated into U.S.

dollars, using the average exchange rates applicable to each of those years, the Exchange Act Individual Defendants' payments look as follows:

**Year End 6/30/21: (avg 2021 exchange rate: 1 RMB = $6.4 USD)**

| Directors | Salaries, allowances, other benefits | Discretionary Bonuses | Retirement scheme contributions | Equity-settled-share-based payments* | Total |
|---|---|---|---|---|---|
| Mr. Ye Guofu | $191,875 | $60,313 | $5,313 | $0 | $257,500 |
| Mr. Li Minxin | $206,563 | $48,750 | $5,313 | $0 | $260,625 |
| Mr. Zhang Saiyin | $238,594 | $74,063 | $2,813 | $2,466,563 | $2,782,031 |

**Year End 6/30/22: (avg 2022 exchange rate: 1 RMB = $6.74 USD)**

| Directors | Salaries, allowances, other benefits | Discretionary Bonuses | Retirement scheme contributions | Equity-settled-share-based payments* | Total |
|---|---|---|---|---|---|
| Mr. Ye Guofu | $391,852 | $114,370 | $5,185 | $0 | $511,407 |
| Mr. Li Minxin | $336,296 | $92,296 | $5,185 | $0 | $433,778 |
| Mr. Zhang Saiyin | $226,222 | $66,370 | $5,481 | $0 | $298,074 |

### d. MINISO Raised Funds During The Class Period

169. MINISO's corporate scienter is further evidenced by the fact that it raised funds through suspiciously timed public offerings during the period of alleged fraud.

170. As detailed *supra*, using a Registration Statement and Prospectus laden with false or misleading statements, MINISO listed its ADSs on the NYSE through an IPO on October 15, 2020 that raised over $600 million before accounting for the underwriting discount.

171. In addition, while the frauds were still inflating the price of its securities, MINISO announced on March 31, 2022 that it was applying for a dual primary listing on the Hong Kong Exchange. MINISO priced the offering of 41.1 million shares at HK$13.60 per share on July 6, 2022. The offering closed on July 13, 2022 and raised roughly HK$567.2 million, equal to roughly USD $72 million.

### e. The Frauds Implicated Core Operations

172. The frauds alleged herein implicated MINISO's core operations. As discussed *supra*, MINISO's Retail Partner and distributor models were part of its "core business" according to MINISO's SEC filings and investor presentations during the Class Period, and they accounted for a material portion of its revenue and projected growth. MINISO represents that nearly all of its stores globally, including its TOP TOY stores, are operated by its independent Retail Partners and local distributors. Additionally, according to MINISO itself, its Retail Partner model accounts for more than half of MINISO's revenue and, together with its distributor model, accounts for a substantial majority of MINISO's revenue. Further, MINISO attributes the focus of its growth plan, its ability to expand its store network both domestically and abroad, to its Retail Partner model and distributor models. Indeed, the Exchange Act Defendants extensively discussed MINISO's Retail Partner and distributor models in MINISO's SEC filings and Earnings Calls throughout the Class Period, and analysts covering MINISO extensively discussed the Retail Partner and distributor models and their significance to MINISO's financial viability in their reports.

173. In light of these facts, it is inconceivable that Exchange Act Defendants Ye, Zhang, and Li, and other MINISO executive management did not know the facts and circumstances of the frauds as alleged herein. Moreover, such knowledge is imputable to them, given the implication of core operations, their roles and status within MINISO, and the facts regarding the funneling of information to them and their personal involvement in the key events and circumstances at issue, as alleged herein, including without limitation by information revealed by the CW statements.

### f. The Exchange Act Individual Defendants Signed, Were Quoted In, Or SOX-Certified The Alleged Misstatements

174. As the individuals who signed, were quoted in, or orally made the alleged false and misleading statements described herein, Exchange Act Individual Defendants Ye, Zhang, Li and Puglisi were under an obligation to familiarize themselves with the subject matter of those public statements and to speak truthfully. As alleged herein, they violated such duties.

175. As the individuals who SOX certified SEC filings as described *supra*, Exchange Act Defendants Ye and Zhang were obligated to inquire and investigate, familiarize themselves with the subject matter of their SOX certifications, and reassure themselves that the certifications were accurate and that they were speaking truthfully in making them. As alleged herein, they violated such duties.

### g. The Frauds Violated MINISO's Corporate Code Of Conduct

176. Pursuant to the requirements of Section 406(c) of the Sarbanes Oxley Act, MINISO filed its Code of Business Conduct and Ethics ("Code of Conduct") with the SEC, as an attachment to the Registration Statement signed by Exchange Act Defendants Ye, Zhang, Li and Puglisi, and also published it on its website throughout the Class Period. MINISO's Code of Conduct barred all of the misconduct detailed herein, including the concealment of the undisclosed negative facts discussed in the "Undisclosed Material Negative Facts And Risks" section *supra*, as revealed by the CW statements, and the insider selling and unjust self-enrichment by the Exchange Act Individual Defendants and MINISO, as set forth in the "Additional Facts Probative of Scienter" section *supra*.

177. MINISO's Code of Conduct makes clear that it is binding upon all employees:

> ***This Code applies to all directors, officers and employees of the Company***, whether they work for the Company on a full-time, part-time, consultative or temporary basis (each, an "employee" and collectively, the "employees"). Certain provisions of the Code apply specifically to our chief executive officer, chief financial officer, senior

> finance officer, controller, senior vice presidents, vice presidents and any other persons who perform similar functions for the Company (each, a "senior officer," and collectively, the "senior officers").

178. The Code of Conduct also makes clear that all statements and communications must be truthful – a mandate that expressly addressed and precluded the materially false and misleading statements pled herein. Specifically, a section titled Accuracy of Financial Reports and Other Public Communications states the following:

> It is the Company's policy to promptly disclose accurate and complete information regarding its business, financial condition and results of operations. ***Employees must strictly comply with all applicable standards, laws, regulations and policies for accounting and financial reporting of transactions, estimates and forecasts***. Inaccurate, incomplete or untimely reporting will not be tolerated and can severely damage the Company and result in legal liability.

179. MINISO's Code of Conduct also places special responsibility on the Company's senior financial officers and other employees in the finance department to ensure all statements and communications are truthful, stating:

> ***The Company's senior financial officers and other employees working in the finance department have a special responsibility to ensure that all of the Company's financial disclosures are full, fair, accurate, timely and understandable.*** Any practice or situation that might undermine this objective should be reported to the Compliance Officer.

180. The Code of Conduct also specifically requires that all Company records are complete, accurate and reliable:

> ***All Company records must be complete, accurate and reliable in all material respects.*** There is never an acceptable reason to make false or misleading entries. Undisclosed or unrecorded funds, payments or receipts are strictly prohibited. An employee is responsible for understanding and complying with the Company's recordkeeping policy. An employee should contact the Compliance Officer if he/she has any questions regarding the recordkeeping policy.

181. MINISO's Code of Conduct also specifically prohibits employees from "directly or indirectly taking any action to coerce, manipulate, mislead or fraudulently influence the

Company's independent auditors for the purpose of rending the financial statements of the Company materially misleading."

182. Further, the Code of Conduct also requires that all employees report any suspected violations or concerns regarding compliance:

> ***All employees have a duty to report any known or suspected violation of this Code, including any violation of laws, rules, regulations or policies that apply to the Company.*** Reporting a known or suspected violation of this Code by others will not be considered an act of disloyalty, but an action to safeguard the reputation and integrity of the Company and its employees.
>
> ***If an employee knows of or suspects a violation of this Code, it is such employee's responsibility to immediately report the violation to the Compliance Officer, who will work with the employee to investigate his/her concern.*** All questions and reports of known or suspected violations of this Code will be treated with sensitivity and discretion. The Compliance Officer and the Company will protect the employee's confidentiality to the extent possible, consistent with the law and the Company's need to investigate the employee's concern.

183. ***The Code of Conduct, generally, also expressly states the obvious – that all employees have an obligation to comply with "the laws of the cities, provinces, regions and countries in which the Company operates" and specifies this includes insider trading***. This encompasses the U.S. federal securities laws, rules and regulations that the Exchange Act Defendants violated, as alleged herein.

184. MINISO's Code of Conduct makes clear that failure to comply with the standards outlined within it will result in disciplinary action, including, but not limited to, termination of employment:

> ***It is the Company's policy that any employee who violates this Code will be subject to appropriate discipline, including termination of employment, based upon the facts and circumstances of each particular situation. An employee's conduct, if it does not comply with the law or with this Code, can result in serious consequences for both the employee and the Company***.

185. The forgoing provisions of MINISO's Code of Conduct barred the Exchange Act MINISO Defendants' misconduct alleged herein, including their siphoning of company assets to

Exchange Act Defendant Ye through a joint venture with the purported purpose of building new MINISO headquarters, their disguising of store ownership to misrepresent the proficiency of its Retail Partner and distributor models, their concealment of their decision to drastically lower franchise fees to attract and retain actual franchisees, their materially false and misleading public statements, and their self-enrichment through insider trading and executive compensation increases. The Exchange Act MINISO Defendants' violation of this express corporate policy, which was in force and binding throughout the Class Period, further buttresses the inference of their scienter.

### 6. No Safe Harbor

186. The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the allegedly false statements pleaded in this Complaint. Most, if not all, of the specific statements pleaded herein were not identified as "forward-looking statements" when made. To the extent any statements were labelled as forward-looking, they included statements of then-historical or then-present fact and there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements.

187. Many of the alleged statements were not accompanied by any cautionary language. Any purported cautionary language that was used was legally deficient, including because it warned only of theoretical future risks at times when those risks had already ripened due to the Exchange Act Defendants' then-ongoing misconduct as alleged herein. Moreover, the purported cautionary language failed to adjust over time, using the same theoretical tone even after concrete changes of circumstance.

188. Alternatively, to the extent that the statutory safe harbor does apply to any forward-looking statements pleaded herein, the Exchange Act Defendants are liable, because at the time

each of those forward-looking statements was made, the particular speaker knew that the particular forward-looking statement was false, and/or the forward-looking statement was authorized and/or approved by an executive officer of MINISO who knew that those statements were false when made.

189. For all these same reasons, the bespeaks caution likewise does not apply to shield the Exchange Act Defendants from liability.

190. In addition, to the extent the Exchange Act Defendants' statements are determined to be ones of opinion, they were materially false and misleading because (i) they were either not believed by the Exchange Act Defendants and were objectively false and (ii) because MINISO's shareholders expected not just that the Exchange Act Defendants believed the opinion (however irrationally), but that it fairly aligned with the information in their possession at the time. However, the Exchange Act Defendants' statements did not fairly align with the information in their possession at the time such statements were made, and they omitted material facts about the Exchange Act Defendants' knowledge of the true state of the facts, including, *inter alia*, the true facts concerning the ownership of MINISO stores, the amount MINISO charged in franchise fees and the nature and the purpose of MINISO's joint venture. Specifically, it was known or knowable at the time of the Exchange Act Defendants' statements outlined herein that many of MINISO's stores were directly owned and operated by MINISO, that MINISO drastically lowered its franchisee fees, and that funds from its joint venture were siphoned to Exchange Act Defendant Ye for his personal benefit. Those true facts were known to the Exchange Act Defendants or recklessly disregarded by them and conflicted with what a reasonable investor would take from the Exchange Act Defendants' statements.

**7. The Exchange Act Claims Are Timely**

191. The claims set forth herein were timely filed.

192. The market was not arguably aware until December 28, 2020 at the earliest, that credible allegations existed to the effect that MINISO misrepresented and failed to disclose material facts about its business and operations, particularly in regards to its Retail Partner and distributor models and its joint venture to purportedly build new headquarters.

193. It was also not until December 28, 2020 that Plaintiffs were first presented with any credible evidence that the Exchange Act Defendants had made materially false and misleading statements to investors during the Class Period. In the absence of publicly available information prior to then suggesting that MINISO's pronouncements in its SEC filings and other public statements during the Class Period were materially false and/or misleading, Plaintiffs were not under any duty to inquire as to the truthfulness of MINISO's public statements. Therefore, Plaintiffs' duty in that regard arose no earlier than December 28, 2020.

194. Prior to December 28, 2020, Plaintiffs and Class members could not have been on any inquiry notice of possible claims under the Exchange Act. Even assuming this early date for inquiry notice, Plaintiffs' Exchange Act claims against the Exchange Act Defendants were brought within two years. Therefore, Plaintiff have complied with the requirements of 28 U.S.C. §1658(b).

**8. Loss Causation/Economic Loss**

195. The market for MINISO ADS securities was open, well-developed, and efficient at all relevant times. During the Class Period, as detailed herein, the Exchange Act Defendants engaged in a course of conduct and a scheme to deceive the market that artificially inflated MINISO ADS securities and operated as a fraud or deceit on Class Period purchasers of MINISO ADS securities by misrepresenting the material facts set forth herein. As detailed above, when the Exchange Act Defendants' prior misrepresentations became known to the public through a series of partial corrective disclosures, the price of MINISO ADS securities fell precipitously, as the prior

artificial inflation came out. As a result of their purchases of MINISO ADS securities during the Class Period, Plaintiffs and the other Class members suffered economic loss, *i.e.*, damages, under the federal securities laws.

196. The Exchange Act Defendants' allegedly unlawful conduct caused the losses incurred by Plaintiffs and the Class. The market for MINISO's ADS securities was open, well developed, and efficient at all relevant times. Throughout the Class Period, MINISO's ADS securities traded at artificially inflated prices as a direct result of the Exchange Act Defendants' materially misleading statements and omissions of material fact, which were widely disseminated to the securities market, investment analysts, and the investing public. Plaintiffs and other Class members purchased or otherwise acquired MINISO ADS securities relying upon the integrity of the market price for MINISO's ADS securities and market information relating to MINISO and have been damaged thereby.

197. During the Class Period, the Exchange Act Defendants presented a misleading picture of MINISO's financial condition, revenues, growth, performance, and business prospects, including without limitation the contributions and impacts arising from its Retail Partner and distributor models and its joint venture to purportedly build new headquarters. The Exchange Act Defendants' false and misleading statements had the intended effect and caused MINISO ADS securities to trade at artificially inflated prices throughout the Class Period and until the truth was revealed to the market.

198. As detailed herein, the price of MINISO ADS securities sharply dropped, on high volume, in response to each of the following partially corrective disclosures, alleged herein: (a) news reports on December 28, 2020, (b) MINISO's press release and SEC filing on November 19, 2021, and (c) disclosures pertaining to the Blue Orca Report on July 26, 2022 and July 27, 2022.

Each of the related price drops partially removed inflation from the price of MINISO's ADS securities, causing real economic loss to investors who had purchased MINISO ADS securities during the Class Period.

199. These declines were a direct and proximate result of the nature and extent of the Exchange Act Defendants' frauds being revealed to investors and the market. The timing and magnitude of the price declines in MINISO's ADS securities negate any inference that the loss suffered by Plaintiffs and the other Class members was caused by changed market conditions, macroeconomic factors, or MINISO-specific facts unrelated to the Exchange Act Defendants' fraudulent conduct.

200. The economic loss, *i.e.*, damages, suffered by Plaintiffs and other Class members was a direct and proximate result of the Exchange Act Defendants' fraudulent scheme to artificially inflate the price of MINISO's ADS securities and the subsequent significant declines in the value of those securities when the Exchange Act Defendants' prior misrepresentations and other fraudulent conduct were revealed.

**9. Presumption Of Reliance**

201. At all times, the market for MINISO ADS securities was an efficient market, supporting a presumption of reliance under the fraud-on-the-market doctrine, for the following reasons, among others:

(a) MINISO met the requirements for listing and was listed and actively traded on the NYSE, a highly efficient and automated market, under the ticker symbol "MNSO";

(b) According to the Prospectus, MINISO's IPO resulted in the sale of 30,400,000 ADSs, when total issued and outstanding MINISO securities also included 887,611,125 Class A ordinary shares and 328,290,482 Class B ordinary shares, all figures subject to the underwriters' over-allotment in the offering, and by August 5, 2022, the total number of

shares outstanding following MINISO's Hong Kong listing had risen to 1,267,152,555 shares, such that the market for MINISO securities, including its ADS securities, was at all relevant times liquid. During the Class Period, numerous MINISO ADSs were traded on a daily basis, with moderate to heavy volume, demonstrating an active and broad market for MINISO ADS securities and permitting a strong presumption of an efficient market;

(c) As a regulated issuer, MINISO filed periodic public reports with the SEC;

(d) MINISO regularly communicated with public investors via established market communication mechanisms, including regular disseminations of press releases on the national circuits of major newswire services and other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services;

(e) MINISO was followed by several securities analysts employed by major brokerage firms who wrote reports that were distributed to the sales force and certain customers of their respective brokerage firms during the Class Period; and

(f) Unexpected material news about MINISO was rapidly reflected and incorporated into MINISO's ADS price during the Class Period.

202. As a result of the foregoing, the market for MINISO's ADS securities promptly digested current information regarding MINISO from all publicly available sources and reflected such information in the ADS prices. Under these circumstances, all purchasers of MINISO's ADS securities during the Class Period suffered similar injury through their purchase of MINISO's ADS securities at artificially inflated prices and a presumption of reliance applies.

203. Alternatively, Plaintiffs and the members of the Class are entitled to the presumption of reliance established by the Supreme Court in *Affiliated Ute Citizens of the State of Utah v. United States*, 406 U.S. 128, 92 S. Ct. 2430 (1972), as the Exchange Act Defendants

omitted material information in their Class Period statements in violation of a duty to disclose such information, as detailed above.

### 10. Plaintiffs' Exchange Act Class Action Allegations

204. Plaintiffs bring this federal securities action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a class (the "Class") of all persons and entities who purchased or otherwise acquired the American Depository Shares (ADSs) of MINISO (NYSE:MNSO) during the Class Period extending between October 15, 2020 and July 26, 2022, both dates inclusive, seeking to pursue remedies against Exchange Act Defendants MINISO, Ye, Zhang, Li, Puglisi and P & A for violations of the federal securities laws under Exchange Act §§10(b) and 20(a) and SEC Rule 10b-5.

205. Excluded from the Class are the Exchange Act Defendants herein, their family members and their affiliates, and any entities in which they owned a controlling interest, the officers and directors of MINISO at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns.

206. The Class members are so numerous that joinder of all members is impracticable. Throughout the Class Period, MINISO ADS securities were actively traded on NYSE. While the exact number of Class members is unknown to Plaintiffs at this time and can be ascertained only through appropriate discovery, Plaintiffs believe that there are hundreds or thousands of members in the proposed Class. Record owners and other members of the Class may be identified from records maintained by MINISO or its transfer agent and may be notified of the pendency of this action by mail, with Class members not so identified being notified through publication notice, using forms of notice similar to that customarily used in securities class actions.

207. Plaintiffs' claims are typical of the claims of the Class members, as all Class members are similarly affected by the Exchange Act Defendants' wrongful conduct in violation of federal law that is complained of herein.

208. Plaintiffs will fairly and adequately protect the interests of the members of the Class and have retained counsel competent and experienced in class and securities litigation. Plaintiffs have no interests antagonistic to or in conflict with those of the Class.

209. Common questions of law and fact exist as to all Class members and predominate over any questions solely affecting individual Class members. Among the questions of law and fact common to the Class are:

- whether the federal securities laws were violated by the Exchange Act Defendants' acts as alleged herein;
- whether statements made by the Exchange Act Defendants to the investing public during the Class Period misrepresented material facts about the business, operations and management of MINISO, including without limitation as regarded its Retail Partner and distributor models and its joint venture to purportedly build new headquarters;
- whether Exchange Act Defendants Ye, Zhang, and Li caused MINISO to issue false and misleading financial statements during the Class Period;
- whether the Exchange Act Defendants acted knowingly or recklessly in issuing false and misleading financial statements;
- whether the prices of MINISO ADS securities during the Class Period were artificially inflated because of the Exchange Act Defendants' conduct complained of herein; and
- whether the members of the Class have sustained damages and, if so, what is the proper measure of damages.

210. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for Class members to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

211. As alleged herein, Plaintiffs will rely, in part, upon the presumption of reliance established by the fraud-on-the-market doctrine inasmuch as the Exchange Act Defendants made public misrepresentations or failed to disclose material facts during the Class Period; the misrepresentations and omissions were material and would tend to induce a reasonable investor to misjudge the value of MINISO's ADS securities; and Plaintiffs and the Class members purchased or otherwise acquired MINISO ADS securities between the time the Exchange Act Defendants failed to disclose or misrepresented material facts and the time the true facts were fully disclosed, without knowledge of the omitted or misrepresented facts.

### 11. Exchange Act Claims For Relief

### COUNT I

### For Violations Of Section 10(b) Of The Exchange Act And Rule 10b-5 Against The Exchange Act Defendants

212. Plaintiffs repeat and reallege each and every allegation contained above as if fully set forth herein.

213. This Count is asserted against the Exchange Act Defendants and is based upon Section 10(b) of the Exchange Act, 15 U.S.C. §78j(b), and Rule 10b-5 promulgated thereunder by the SEC.

214. During the Class Period, the Exchange Act Defendants engaged in a plan, scheme, conspiracy and course of conduct, pursuant to which they knowingly or recklessly engaged in acts,

transactions, practices and courses of business which operated as a fraud and deceit upon Plaintiffs and the other Class members; made various untrue statements of material facts and omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; and employed devices, schemes and artifices to defraud in connection with the purchase and sale of securities. Such schemes were intended to, and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiffs and other Class members, as alleged herein; (ii) artificially inflate and maintain the market price of MINISO securities; and (iii) cause Plaintiffs and the other Class members to purchase or otherwise acquire MINISO's ADS securities and options at artificially inflated prices. In furtherance of this unlawful scheme, plan and course of conduct, the Exchange Act Defendants, and each of them, took the actions set forth herein.

215. Pursuant to the above plan, scheme, conspiracy and course of conduct, each of the Exchange Act Defendants participated directly or indirectly in the preparation and/or issuance of the quarterly and annual reports, SEC filings, press releases, teleconferences with analysts and investors, and other statements and documents described above, including statements made to securities analysts and the media that were designed to influence the market for MINISO securities. Such reports, filings, releases and statements were materially false and misleading in that they failed to disclose material adverse information and misrepresented the truth about MINISO's finances and business prospects, including without limitation as regarded its Retail Partner and distributor models and its joint venture to purportedly build new headquarters;

216. The Exchange Act Defendants had actual knowledge of the materially false and misleading statements and material omissions alleged herein, including by virtue of their positions at MINISO, and intended thereby to deceive Plaintiffs and the other Class members, or, in the

alternative, the Exchange Act Defendants acted with reckless disregard for the truth in that they failed or refused to ascertain and disclose such facts as would reveal the materially false and misleading nature of the statements made, although such facts were readily available to the Exchange Act Defendants. Said acts and omissions of the Exchange Act Defendants were committed willfully or with reckless disregard for the truth. In addition, each of the Exchange Act Defendants knew or recklessly disregarded that material facts were being misrepresented or omitted as described above.

217. The Exchange Act Defendants were personally motivated to make false statements and omit material information necessary to make the statements not misleading in order to personally benefit from the sale of MINISO securities.

218. Information showing that the Exchange Act Defendants acted knowingly or with reckless disregard for the truth is peculiarly within the Exchange Act Defendants' knowledge and control. The Exchange Act Defendants' first-hand knowledge is alleged herein. Moreover, as the senior managers and/or directors of MINISO, who among other things oversaw its Retail Partner and distributor models and directly entered into and made decisions regarding the joint venture with the purported purpose of building new headquarters, the Exchange Act Defendants Ye, Zhang, and Li had knowledge of the details of MINISO's operations, business, and internal affairs, including without limitation those regarding its Retail Partner and distributor models and its joint venture to purportedly build new headquarters.

219. Exchange Act Defendants Ye, Zhang, and Li are liable both directly and indirectly for the wrongs complained of herein. Because of their positions of control and authority, they were able to and did, directly or indirectly, control the content of the statements of MINISO. As officers and/or directors of a publicly held company, they had a duty to disseminate timely,

accurate, and truthful information with respect to MINISO's businesses, operations, financial condition, and prospects, including without limitation as regarded its Retail Partner and distributor models and its joint venture to purportedly build new headquarters. As a result of the dissemination of the false and misleading reports, releases and public statements alleged herein, the market price of MINISO securities was artificially inflated throughout the Class Period. In ignorance of the adverse facts concerning MINISO's business, operations, and financial condition concealed by the Exchange Act Defendants, including without limitation those regarding its Retail Partner and distributor models and its joint venture to purportedly build new headquarters, Plaintiffs and the other Class members purchased or otherwise acquired MINISO's ADS securities at artificially inflated prices and relied upon the price of the securities, the integrity of the market for the securities and/or upon statements disseminated by the Exchange Act Defendants, and were damaged thereby.

220. During the Class Period, MINISO securities were traded on an active and efficient market. Plaintiffs and the other members of the Class, relying on the materially false and misleading statements described herein, which the Exchange Act Defendants made, issued, or caused to be disseminated, or relying upon the integrity of the market, purchased or otherwise acquired MINISO's ADS securities at prices artificially inflated by the Exchange Act Defendants' wrongful conduct. Had Plaintiffs and the other Class members known the truth, they would not have purchased or otherwise acquired said ADSs or would not have purchased or otherwise acquired them at the inflated prices that were paid. At the time of the purchases and/or acquisitions by Plaintiffs and the Class, the true value of MINISO ADS securities was substantially lower than the prices paid by Plaintiffs and the other Class members. The market price of MINISO securities

declined sharply upon public disclosures of the frauds alleged herein, to the injury of Plaintiffs and Class members.

221. By reason of the conduct alleged herein, the Exchange Act Defendants knowingly or recklessly, directly or indirectly, have violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

222. As a direct and proximate result of the Exchange Act Defendants' wrongful conduct, Plaintiffs and the other Class members suffered damages in connection with their respective purchases, acquisitions, and sales of MINISO's ADS securities during the Class Period, upon the disclosures that MINISO had been disseminating materially false or misleading misstatements and omissions to the investing public.

## COUNT II

### For Violations Of Section 20(a) Of The Exchange Act Against Exchange Act Defendants Ye, Zhang, and Li

223. Plaintiffs repeat and reallege each and every allegation contained above as if fully set forth herein.

224. During the Class Period, Exchange Act Defendants Ye, Zhang, and Li participated in the operation and management of MINISO, and conducted and participated, directly and indirectly, in the conduct of MINISO's business affairs. Because of their senior positions, they knew the adverse non-public information about MINISO's business, operations, finances, and prospects, including without limitation the adverse non-public information about its Retail Partner and distributor models and its joint venture to purportedly build new headquarters.

225. As officers and/or directors of a publicly owned company, Exchange Act Defendants Ye, Zhang, and Li had a duty to disseminate accurate and truthful information with respect to MINISO's business, operations, financial condition, results of operations, and prospects,

including without limitation as regarded its Retail Partner and distributor models and its joint venture to purportedly build new headquarters, and to correct promptly any public statements issued by MINISO which had become materially false or misleading.

226. Because of their positions of control and authority as senior officers, Exchange Act Defendants Ye, Zhang, and Li were able to, and did, control the contents of the various reports, press releases, SEC filings, and other public statements that MINISO disseminated in the marketplace during the Class Period concerning its business, operations, financial condition, results of operations, and prospects, including without limitation as regarded its Retail Partner and distributor models and its joint venture to purportedly build new headquarters. Throughout the Class Period, Exchange Act Defendants Ye, Zhang, and Li exercised their power and authority to cause MINISO to engage in the wrongful acts complained of herein. They, therefore, were "controlling persons" of MINISO within the meaning of Section 20(a) of the Exchange Act. In this capacity, they participated in the unlawful conduct alleged herein that artificially inflated the market price of MINISO's ADS securities.

227. Each of Exchange Act Defendants Ye, Zhang, and Li, therefore, acted as a controlling person of MINISO. By reason of their senior management positions and/or being directors of MINISO, each of them had the power to direct the actions of, and exercised the same to cause, MINISO to engage in the unlawful acts and conduct complained of herein. Each of them exercised control over the general operations and business of MINISO and possessed the power to control the specific activities which comprise the primary violations about which Plaintiffs and the other Class members allege.

228. By reason of the above conduct, Exchange Act Defendants Ye, Zhang, and Li are liable pursuant to Section 20(a) of the Exchange Act for the violations committed by MINISO.

## III. SECURITIES ACT ALLEGATIONS

229. The claims addressed in this section (Counts III, IV and V, below) are brought by Plaintiffs pursuant to Sections 11 and 15 of the Securities Act of 1933 ("Securities Act"). Count III is brought against all Securities Act Defendants (defined in §III.B. below) and Count IV is brought against Securities Act Defendants Ye, Zhang, and Li. These claims are, in effect, a separate complaint. In the allegations and claims set forth herein, Plaintiffs assert strict liability claims pursuant to the Securities Act on behalf of themselves and the Securities Act Class (defined in §III.D.6. below). Plaintiffs' claims are not based on any allegations of intentional, knowing, or reckless misconduct on behalf of any of the Securities Act Defendants. Plaintiffs' claims do not, and are not intended to, allege fraud or sound in fraud, and Plaintiffs specifically disclaims any allegations of fraud, scienter, or recklessness in connection with these non-fraud claims.

### A. Jurisdiction And Venue

230. The Securities Act claims asserted herein arise under and pursuant to Sections 11 and 15 of the Securities Act, 15 U.S.C. §§77k and 77o, and rules promulgated thereunder by the SEC.

231. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1331 and Section 22 of the Securities Act (15 U.S.C. §77v(a)).

232. This Court has jurisdiction over each of the Securities Act Defendants named herein because each of them has sufficient minimum contacts with this District so as to render the exercise of jurisdiction by this Court permissible under traditional notions of fair play and substantial justice.

233. Venue is proper in this District pursuant to 28 U.S.C. §1391(b) and §22(a) of the Securities Act (15 U.S.C. §77v(a)) as a significant portion of the Securities Act Defendants' actions, and the subsequent damages took place within this District. Indeed, the parties transferred

the Action to this District based on a forum selection clause in the Depository Agreement governing the securities at issue. *See* No. 2:22-cv-05815-PA-MRW (C.D. Cal.), ECF No. 32.

234. In connection with the acts, conduct and other wrongs alleged in this complaint, the Securities Act Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including but not limited to, the United States mails, interstate telephone communications and the facilities of a national securities exchange. The Securities Act Defendants disseminated the statements alleged to be false and misleading herein into this District, and they solicited purchasers of MINISO securities in this District.

**B. The Securities Act Parties**

235. Lead Plaintiff Novia Scotia Health Employees' Pension Plan purchased American Depository Shares ("ADS") pursuant and/or traceable to the Registration Statement in connection with MINISO's initial public offering on or around October 15, 2020 ("IPO" or "Offering"). Lead Plaintiff suffered economic losses when the true facts about MINISO's financial condition were disclosed and the artificial inflation was removed from the price of the ADSs.

236. Plaintiff Adeel Ashraf purchased ADSs pursuant and/or traceable to the Registration Statement in connection with MINISO's IPO. Plaintiff Ashraf suffered economic losses when the true facts about MINISO's financial condition were disclosed and the artificial inflation was removed from the price of the ADSs.

237. Securities Act Defendant MINISO is incorporated in the Cayman Islands, and its head office is located at 25F, Heye Plaza, No.486, Kangwang Middle Road, Liwan District, Guangzhou 510140, Guangdong Province, People's Republic of China ("PRC"). MINISO's securities trade on the New York Stock Exchange ("NYSE") under the ticker symbol "MNSO."

238. Securities Act Defendant Guofu Ye ("Ye") is the founder of MINISO and served as MINISO's Chief Executive Officer and Chairman of the Board of Directors at the time of the

Offering and oversaw the drafting, preparation, and/or approval of various untrue and misleading statements contained or incorporated in the Offering Materials (defined in §III.D.2. below), as pled herein. Securities Act Defendant Ye reviewed, contributed to, and signed or caused to be signed the Registration Statement, attesting to the truth and accuracy of the various statements contained and incorporated therein, and that the Registration Statement and materials incorporated therein were free from misstatements or omissions of material fact.

239. Securities Act Defendant Saiyin Zhang ("Zhang") served as MINISO's Chief Financial Offer at the time of the Offering, has sat on MINISO's Board of Directors since December 2018, and oversaw the drafting, preparation, and/or approval of various untrue and misleading statements contained or incorporated in the Offering Materials (defined in §III.D.2. below), as pled herein. Securities Act Defendant Zhang reviewed, contributed to, and signed or caused to be signed the Registration Statement, attesting to the truth and accuracy of the various statements contained and incorporated therein, and that the Registration Statement and materials incorporated therein were free from misstatements or omissions of material fact.

240. Securities Act Defendant Minxin Li served on MINISO's Board of Directors since December 2018 and is MINISO's Executive Vice President. Securities Act Defendant Li was a Director at the time of the Offering and participated in the drafting, preparation, and/or approval of various untrue and misleading statements contained or incorporated in the Offering Materials (defined in §III.D.2. below), as pled herein. Securities Act Defendant Li reviewed, contributed to, and signed or caused to be signed the Registration Statement, attesting to the truth and accuracy of the various statements contained and incorporated therein, and that the Registration Statement and materials incorporated therein were free from misstatements or omissions of material fact.

241. Securities Act Defendant Donald J. Puglisi ("Puglisi") was MINISO's duly authorized representative in the U.S. at the time of the IPO. Securities Act Defendant Puglisi signed the false and misleading Registration Statement on his own behalf and on behalf of Securities Act Defendant Puglisi & Associates, which he founded and oversaw as Managing Director.

242. Securities Act Defendant Puglisi & Associates ("P & A") was MINISO's authorized U.S. representative for purposes of the IPO. Securities Act Defendant Puglisi, who signed the Registration Statement, was at all relevant times the Managing Director of P & A. As a result, Securities Act Defendant P & A is liable for the securities law violations committed by Securities Act Defendant Puglisi in his capacity as Managing Director and as a control person under the Securities Act.

243. Securities Act Defendant Goldman Sachs (Asia) L.L.C. ("Goldman Sachs") is an investment banking firm which acted as a representative underwriter of MINISO's IPO, helping to draft and disseminate the Offering Materials (defined in §III.D.2. below). Goldman Sach's address is 68th Floor, Cheung Kong Center, 2 Queen's Road, Central, Hong Kong, Special Administrative Region of the PRC. Goldman Sachs acted as an underwriter of the Offering, and pursuant to an underwriting agreement, agreed to purchase 15,200,000 ADSs in the Offering.

244. Securities Act Defendant BofA Securities, Inc. ("BOAS") is an investment banking firm which acted as a representative underwriter of MINISO's IPO, helping to draft and disseminate the Offering Materials (defined in §III.D.2. below). BOAS's address is One Bryant Park, New York, NY 10036. BOAS acted as an underwriter of the Offering, and pursuant to an underwriting agreement, agreed to purchase 15,200,000 ADSs in the Offering.

245. Goldman Sachs and BOAS are referred to herein as the "Securities Act Underwriter Defendants." Both are investment banking firms whose regular business includes, *inter alia*, underwriting public offerings of securities. As the underwriters of MINISO's IPO, they assisted Securities Act Defendants MINISO, Ye, Zhang, and Li in its planning and execution and, for their efforts, were paid lucrative underwriting fees and obtained indemnification commitments from MINISO. As underwriters, they met and spoke with analysts and potential IPO investors and presented highly favorable, but materially incorrect and/or materially misleading, information about MINISO and/or omitted to disclose material information required to be disclosed under the federal securities laws and applicable regulations promulgated thereunder. They further purported to conduct an adequate and reasonable "due diligence" investigation into MINISO, during which they and their agents and counsel had access both to confidential, non-public corporate documents and information concerning MINISO's business and operations and to Securities Act Defendants Ye, Zhang, and Li, and MINISO's other management, directors, and lawyers. They used such access to determine the strategy to accomplish the IPO, the IPO terms and pricing, the language to be used in the Offering Materials, and the responses to inquiries arising from the SEC's review of the Offering Materials. As a result of the foregoing, the Securities Act Underwriter Defendants should have known of MINISO's undisclosed then-existing problems and plans and the materially inaccurate, misleading, and incomplete statements and omissions in the Registration Statement and Offering Materials, as detailed herein.

246. The Securities Act Underwriter Defendants participated in the drafting and dissemination of the Offering Materials and collectively received discounts and commissions of approximately $1.10 per ADS in connection with the Offering. They caused the Registration Statement to be filed with the SEC and declared effective in connection with the IPO, so that they,

and the other Securities Act Defendants, could offer to sell, and sell, MINISO ADS securities to Plaintiffs and other members of the Class pursuant (or traceable) to the Offering Materials. Pursuant to the Securities Act, each Underwriter Defendant is liable for the materially inaccurate, misleading, and incomplete statements in the Registration Statement and Offering Materials.

247. Although not an element of Plaintiffs' Securities Act claims and an issue on which each Securities Act Underwriter Defendant bears the burden of proof to the extent it seeks to assert it as an affirmative defense, the Securities Act Underwriter Defendants failed to perform adequate due diligence in connection with the matters alleged herein and their role as underwriters and were negligent in failing to ensure that the Registration Statement and the Offering Materials were prepared properly, accurately, and free from misstatements or omissions of material fact. The Securities Act Underwriter Defendants' failure to conduct an adequate due diligence investigation was a substantial factor leading to the harm complained of herein, and they will accordingly be unable to establish a statutory "due diligence" affirmative defense under the Securities Act.

### C. Non-Party Confidential Witnesses (CWs)

248. CW 1 was Director of Operations at MINISO USA from September 2019 to August 2021, based in the Pasadena, California offices until the COVID pandemic prompted a switch to remote working. CW1 reported directly to Nancy Yang, President of MINISO USA, until she was replaced by the Andrew Xie, General Manager of MINISO North America, and Xie's "right hand man" in the U.S., Hunter Tian. CW1's job was to oversee the retail operations of MINISO USA. CW1 was heavily involved in opening new stores, worked on developing standard operating procedures for MINISO's U.S. operations, and worked on improving store efficiency and profitability.

249. CW2 worked at MINISO from November 2018 to September 2021 in the following positions: Inventory Control Analyst Assistant (Nov 2018 – July 2019), Inventory Control Analyst

(July 2019 – Jan 2020), Supply Chain Supervisor (Jan 2020 – March 2021), and Business Operations Specialist (March 2021 – Sept. 2021). While working in the supply chain positions, CW2 reported to Elvis Yang, Manager of Merchandise in North America. As a Business Operations Specialist, CW2 reported to CW1, Direction of Operations. CW2's jobs in supply chain and retail operations meant that CW2 dealt with all U.S. stores and was familiar with MINISO operations in Canada.

250. CW3 worked at MINISO as a District Manager from 2017 to 2020 overseeing U.S. stores and reviewing reports on MINISO's operations generated by Chinese consultants assigned by MINISO's Chinese headquarters. After a short hiatus, CW3 returned to MINISO as MINISO's U.S. National Operations Inspector from April 2021 to July 2022, in which capacity CW3 also visited stores.

251. CW4 worked as a Human Resources Business Partner at MINISO USA's Pasadena headquarters from March 2020 to May 2021. CW4 reported to superiors including Human Resources Manager Scarlett Wang and Jason Xie. CW4 was assigned to oversee human resources functions for 15 U.S. stores, including 14 in California and the franchise store in Las Vegas. CW4's job responsibilities included processing payroll for each of those stores and working with the stores to manage day-to-day personnel issues and disciplinary procedures. Each month, CW4 prepared an Excel spreadsheet tracking total payroll for each store, which was submitted to CW4's upper management.

252. CW5 worked at MINISO USA from June 2017 to September 2021 in several capacities. As a Multi-store Manager from June 2017 to June 2018, CW5 was responsible for overseeing day-to-day operations at several MINISO stores in the U.S., including assisting with recruiting, training, and staff management. As a Senior Operations Assistant from June 2018 to

April 2019, CW5 helped with the administrative aspects of business operations, with tasks including preparing sales reports, entering data in the company's database, preparing payroll and overtime reports, preparing daily sales reports, assisting with training, and creating policy and procedure forms and checklists. As a Field Operations Manager from April 2019 to September 2021, CW5's tasks included training employees at stores, overseeing Human Resources issues, and overseeing the opening and closing of stores. As part of CW5's operations jobs, CW5 interacted with MINISO franchisees or their representatives. CW5 worked at MINISO USA's headquarters in Pasadena, California. CW5 reported to MINISO USA District Manager Anushka Gunathunga; a woman named Vivian, who was a high-level operations manager at MINISO China; MINISO USA President Nancy Yang; and Director of Operations at MINISO USA CW1.

253. CW6 worked as Regional Operations Director at MINISO USA from February 2019 to September 2019, located at its Pasadena, California headquarters. CW6 initially reported to MINISO USA's Chief Operating Officer Ben Yu, who departed to work for MINISO Canada when his U.S. work visa expired. Thereafter, CW6 reported to MINISO USA President Nancy Yang, who in turn reported to James Dong. CW6's responsibilities included overseeing the retail stores in California, including oversight of procurement and expenditures for stores.

254. CW7 worked for MINISO in California from June 2019 to June 2022, in several capacities. CW7 worked as an Assistant Store Manager from June 2019 – April 2021 in the Alhambra, California retail location, where CW7 helped to manage the store's day-to-day operations, inventory, and staff and to address issues that arise during a work shift. CW7 was a Store Manager in the Pasadena and Arcadia, California retail locations from April 2021 – October 2021, managing day-to-day store operations but also reporting on the store's sales, inventory, and staffing needs to the District Managers to whom CW7 reported, including Sean Lindsay and Kyana

Ly. As an Assistant Area Manager from October 2021 – June 2022, CW7 worked at MINISO's U.S. headquarters in Pasadena, California, directly reported to Senior Operations Area Manager Joshua Larida, and oversaw seven retail stores in the Los Angeles, California metro area, with duties including reporting sales figures and ensuring that Store Managers performed their jobs correctly and met daily, weekly, and monthly goals.

255. CW8 worked as Director of Real Estate at MINISO USA from May 2019 to January 2022, overseeing the real estate aspect for store sites, in which capacity CW8 worked with franchises and potential franchisees.

## D. Securities Act Allegations

### 1. MINISO's Business And Operations

256. MINISO is a global value retailer offering a wide-range of design-led lifestyle products. Its business is conducted through three store operation models. The first store operation model is a direct operation model in which MINISO owns and operates its stores. Its second store operation model, the MINISO Retail Partner model, is a franchise-like store model with chain store characteristics. Under this model, MINISO's Retail Partners pay MINISO a fixed annual per-store license fee, based on the location of the store and how many stores the Retail Partner owns, and a pre-agreed portion of the sales proceeds while purportedly shouldering the capital expenditure associated with opening a new store and the ongoing operating expenses. In exchange, MINISO allows its Retail Partners to use its brand, provides them with operational guidance, and retains inventory ownership until it is sold to the final consumer. The third store operation model, the distributor model, is similar to the Retail Partner model, but is distinguishable based on MINISO's lesser operational involvement and the speed under which distributor partners obtain ownership over inventory. Unlike in the Retail Partner model, under the distributor model, MINISO's

distributors generally take ownership of inventory when it is either shipped from or delivered to the distributor locations.

257. MINISO represents that its growth is significantly dependent upon the opening of new stores and global expansion. For example, MINISO entered the growing pop toy market when on December 18, 2020, MINISO launched its sub-brand Top Toy, which operates toy stores that sell collectible art toys for children and young adults such as small vinyl figurines created by designers and brands often around MINISO's intellectual property products and external brands such as Marvel and Disney. In order to achieve this expansion, MINISO purportedly relies predominantly on its Retail Partner model and, to a lesser extent, its distributor model. MINISO contends that its independent Retail Partner and distributor models allow it to rapidly expand globally in an asset-light manner while maintaining consistent branding and consumer experience both domestically and overseas. In fact, MINISO has repeatedly stated that its growth domestically in China, which comprises a great majority of MINISO's revenue, is reliant upon MINISO's Retail Partner model. Additionally, MINISO has repeatedly emphasized its representation that it only directly owns a handful of its over 5,000 total stores globally and has made clear its strong preference not to directly own and operate stores.

258. On December 11, 2020, MINISO announced that it formed YGF Investment V Limited ("YGF Investment"), a joint venture in the British Virgin Islands, with YGF MC Limited ("YGF MC"), a company jointly controlled by MINISO's controlling shareholders, Securities Act Defendant Ye (MINISO's CEO and Chairman) and Yunyun Yang. The purported purpose of the joint venture was to acquire land use right of a parcel of land in Guangzhou, China to construct a new headquarters building for MINISO through the joint venture's subsidiary in Guangzhou. When the joint venture was formed, MINISO disclosed that it held 20% of the joint venture

company while YGF MC Limited held the remaining 80% of the shares of the joint venture company. Further, at the time the joint venture was announced, MINISO claimed that it invested RMB356 million in the joint venture company while ***YGF MC would invest RMB1,424 million in the joint venture***.

259. MINISO estimates that it will require a total investment of approximately RMB2,885 million to build its headquarters, inclusive of the cost for acquiring the land use right. In January 2021, the joint venture's subsidiary acquired land use right of a parcel of land in Guangzhou, China from the Chinese government for approximately RMB1,780 million. The land where the headquarters is being constructed is in the Pazhou Internet Innovation Zone, an area where many large new-economy companies in China are choosing to locate their headquarters. The new headquarters will cover approximately 104 thousand square meters in gross floor area and is estimated to be completed by 2025. The contract entered into between YGF Investment and the Chinese government for the land purchase, which is made publicly available by the Guangzhou Municipal Planning and Natural Resources Bureau, limits use of the purchased land to the construction of MINISO's regional headquarters. Significantly, the contract also explicitly prohibits the purchaser's change of ownership structure for 10 years after the contract is executed. Specifically, the contract states that "From the day when the bidder signs the 'State-owned Construction Land Use Right Transfer Contract,' the transferee's equity cannot be changed within 10 years."

260. On September 26, 2021, in direct violation of its contract with the Chinese government for the land purchase, MINISO announced that it entered into an agreement with YGF MC Limited, the company jointly controlled by MINISO's controlling shareholders, to acquire the remaining 80% equity stake in the joint venture for an estimated RMB700.4 million (equivalent to

roughly $108.3 million, based on the currency conversion ratio that day). According to MINISO, this agreement was approved by both the audit committee and MINISO's board of directors. Following completion of the transaction, MINISO owns YGF Investment in its entirety and will consolidate the financial results of YGF Investment into MINISO's own financial statements.

**2. MINISO's IPO**

261. Securities Act Defendant Ye and Yunyun Yang own a majority, and are the controlling shareholders of MINISO. MINISO sought to tap into the U.S. market, in an effort to generate substantial funding, by seeking to be publicly listed in the U.S. through the issuance of ADS and the correlating deposit of Class A shares. Each ADS represents four Class A ordinary shares. MINISO effectuated the IPO through the filing of the following documents with the SEC (together the "Offering Materials"), some of which are detailed further below, pursuant to the requirements for foreign issuers:

(a) MINISO filed a Form F-1 Registration Statement (the "Registration Statement") with the SEC, including a Preliminary Prospectus, on September 23, 2020. The Registration Statement was signed by Securities Act Defendants Ye, Li, Zhang and Puglisi.

(b) MINISO filed with the SEC a Form F-1/A for the first amendment of the Registration Statement on October 7, 2020 (the "10/7/2020 Form F-1/A"), a second Form F-1/A further amending the Registration Statement on October 13, 2020 (the "10/13/2020 Form F-1/A"), and a third Form-1/A further amending the Registration Statement on October 14, 2020 (the "10/14/2020 Form F-1/A") (together the "Registration Statement Amendments"). Each of the Registration Statement Amendments contained a Preliminary Prospectus. The Registration Statement Amendments were signed by Securities Act Defendants Ye, Li, Zhang and Puglisi.

(c) MINISO filed a 424B4 Prospectus with the SEC on October 15, 2020 (the "10/15/2020 Prospectus"), the date of the IPO. The Prospectus represents the final version of the prospectuses filed in conjunction with the Registration Statement.

(d) MINISO filed with the SEC a Form F-6 registration statement on October 6, 2020 (the "Form F-6") to register 500 million ADS. MINISO filed a Form F-6/A, which served as an amendment to the Form F-6, on October 13, 2020. The Form F-6 and Form F-6A were signed by Securities Act Defendants Ye, Zhang, Li and Puglisi.

262. Pursuant to the Registration Statement and other Offering Materials, MINISO completed the Offering on October 15, 2020, issuing 30,400,000 ADS to the Securities Act Class in the aggregate principal amount of $608,000,000. The Securities Act Underwriter Defendants agreed to purchase 30.4 million total ADS and were granted the right to purchase up to an additional 4.56 million ADS to cover over-allotments.

263. Analysts covering MINISO closely followed its IPO. For instance, on September 27, 2020, in its Pre-IPO Equity Research analyst report, Aequitas Research noted that MINISO is looking to raise "about US$1bn in its upcoming U.S. IPO." When evaluating MINISO in the report, Aequitas Research emphasized that despite MINISO's revenue taking a hit due to the COVID-19 pandemic, it liked "***MINISO's business due to its asset-light strategy***" and that it was "able to control costs and still improve profitability." The Aequitas Research report also placed specific emphasis on "the lack of historical financials" reported by MINISO leading up to the IPO and that "There could also be better disclosure of operating data with regards to Retail Partners and the split of revenue from distributors vs Retail Partners to help investors understand its revenue driver in detail." In its October 8, 2020 IPO Equity Research analyst report, Aequitas Research opined that "the company doesn't exactly need this cash from the IPO."

### 3. Misstatements And Omissions

#### a. IPO & Business Operations Misstatements And Omissions

264. On October 15, 2020, MINISO's ADS securities began to be publicly traded on the NYSE. In connection with the IPO, the Securities Act Defendants made the following materially false and misleading statements and omissions in and through MINISO's Form F-1 Registration Statement ("Registration Statement"), which was filed with the SEC on September 23, 2020 and signed by Securities Act Defendants Ye, Zhang, Li and Puglisi.

(a) The Registration Statement repeatedly touted MINISO's "***flexible business model***" and "***flexible store operation models***," which includes its Retail Partner and distributor models. It defined MINISO's Retail Partner model as "***a franchise-like store model with chain store characteristics, where the franchisee bears the store opening capital expenditure and stone operating expenses to join our 'MINISO' branded retail store franchise***." It also described the MINISO Retail Partner model as a "hybrid store operation model that takes advantageous elements from the franchise store model and the self-operated chain store model" and emphasized, several times, that this franchising business model is "***asset-light***." Throughout, it used the term franchisee and Retail Partner interchangeably to explain how MINISO's Retail Partner model operates. It emphasized, "***As of June 30, 2020, apart from seven directly operated stores, substantially all of our other stores in China were operated under our innovative MINISO Retail Partner model.***" It described MINISO's retail partners as its "customers" and touted that MINISO "usually choose[s] MINISO Retail Partners with financial strength and strong local ties who can secure optimal locations for new stores" while also considering "their management ability and industry experience." In describing MINISO's financial viability, it asserted that the company "focus[es] on long-term sustainability instead of short-term profits." It described how MINISO generates

revenue from its Retail Partner model by providing a specific breakdown of the terms of MINISO's contractual agreements with its Retail Partners, or Franchisees:

> Our contractual agreements with MINISO Retail Partners typically last for 3 years or less, and include the following material standard terms: (i) a store management and consultation services fee and a sales-based royalty, each equal to a low single-digit percentage of in-store sales proceeds, payable by MINISO Retail Partners at the close of every business day, (ii) MINISO Retail Partners keeping the remaining in-store sales proceeds after remitting a certain portion to us, (iii) a one-time refundable deposit to be paid by MINISO Retail Partners, (iv) a fixed annual license fee typically between RMB20,000 and RMB100,000 to be paid by MINISO Retail Partners, (v) us facilitating store renovation and decoration for the MINISO Retail Partners, with the associated costs being borne and prepaid in deposits by the latter, and (vi) MINISO Retail Partners paying for store operating expenses, including logistics costs from product delivery to their stores.

(b) The Registration Statement also provided a specific explanation as to when MINISO revenue is recognized under its Retail Partner model:

> We have entered into a series of agreements with certain retail partners, primarily in the PRC, which mainly include a license agreement and a sales agreement (collectively "Franchise Agreements"), whereby the retail partners are licensed to operate the retail partner stores and are authorized to sell, in their own retail stores, the products that they have purchased from us. ***Revenue from sales to these retail partners is recognized at the point when they obtain the legal title of the products and become obliged to pay for the products, which is when the retail partners sell the products to their customers in their own retail stores.***

It stated that MINISO's Retail Partner model allowed the company to allocate costs and risks away from itself and onto the shoulders of its Retail Partners, or franchisees. It emphasized that under the MINISO Retail Partner model, "the franchisee bears the store opening capital expenditure and store operating expenses to join our "MINISO" branded retail store franchise" and "[t]he retail partners employ and manage their own staff to operate the stores and serve their customers (i.e. end consumers who visit the stores), and bear the costs associated with the operation." It claimed that under the Retail Partner Model, retail partners are also "responsible for the placement, physical custody and condition of the merchandise that they have selected after the deliveries are accepted

in stores." It added, "For the products placed at franchisees' stores, [MINISO and its subsidiaries] bears inventory loss up to a pre-determined loss rate as agreed with franchisees. [MINISO and its subsidiaries] requires compensations from franchisees for the inventory losses in excess of the pre-determined loss rate."

(c) The Registration Statement emphasized that Retail Partners "shoulder the associated capital expenditure and operating expenses" to open and operate MINISO stores, and touted MINISO's Retail Partner model as a critical reason for its purported success:

> ***Our path to success in, our home market, China, depends on the effectiveness and scalability of our MINISO Retail Partner Model***. Under this innovative model, ***MINISO Retail Partners mobilize their resources to open and operate MINISO stores at optimal locations and shoulder the associated capital expenditure and operating expenses***, while we let them use our brand and provide them with valuable guidance on key aspects of store operation in exchange for a pre-agreed portion of in-store sales proceeds. The MINISO Retail Partners keep the remaining sales proceeds and we retain inventory ownership until in-store sale to consumers. The MINISO Retail Partner model aligns the interests and creates mutual benefits between us and the MINISO Retail Partners, ***where we achieve rapid store network expansion with consistent brand image and consumer experience in an asset-light manner***, and our MINISO Retail Partners attain attractive investment returns.

It emphasized the significance of the Retail Partner model to MINISO's business operations by listing MINISO's "highly effective and scalable MINISO retail partner model" as one of its bases for explaining why they believe MINISO is "positioned favorably against [its] competitors" and as one of MINISO's strengths.

(d) The Registration Statement emphasized the advantages of MINISO's asset-light, flexible Retail Partner model as compared to the direct sales model:

> In order to establish or strengthen brand recognition and further acquire market shares, ***branded variety retailers in China would continue to adopt the asset-light franchising business model, under which franchisees (or channel partners) take charge of store operations and bear operational costs*** so that branded variety retailers (or brand owners) could focus on updating product portfolio to cater to evolving consumer demand, improving supply chain efficiency, and optimizing

> network efficiency. ***Compared with the direct sales model, under which brand owners generally take charge of all aspects of business operations including product design, warehousing, logistics and product sales, the asset-light franchising model could help branded variety retailers expand in scale rapidly and respond to changes in market demand flexibly.*** The franchising model in China is widely adopted by branded variety retailers and is expected to help branded variety retailers achieve a higher penetration rate in low-tier cities.

It "largely" attributed MINISO's "***mutually beneficial and long-lasting relationships with MINISO Retail Partners***" to its "powerful brand, easy-to-operate model and attractive returns." It stated that "***MINISO Retail Partners are also motivated to maintain a loyal relationship with us***" and that "***[a]s of June 30, 2020, 488 of our 742 MINISO Retail Partners had invested in MINISO stores for over 3 years***."

(e) The Registration Statement represented that MINISO's Retail Partner model comprised almost all of its business in China, by touting that "Outside of ***seven*** MINISO stores directly operated by [MINISO], substantially all of the MINISO stores were operated under the MINISO Retail Partner model in China as of June 30, 2020." It added that MINISO's "ability to expand [its] store network, especially in China, is a key driver of [its] revenue growth" and MINISO's "store network expansion in China is primarily sustained by [its] continued success in enticing them to open more MINISO stores at optimal locations. As a result, the number of MINISO stores in China increased from 2,311 as of June 30, 2019 to 2,533 as of June 30, 2020."

(f) When explaining how MINISO primarily derived its revenue, the Registration Statement stated as follows:

> ***We primarily derive our revenue from sales of lifestyle products through sales to MINISO Retail Partners, sales to distributors***, retail sales in directly operated stores and through online channels. ***Other sources of revenue mainly include license fees from MINISO Retail Partners and distributors, and sales-based royalties and sales-based management and consultation service fees income from MINISO Retail Partners.***

(g) Registration Statement, when discussing MINISO's overseas store operations, emphasized that MINISO has "***adopted flexible store operation models, including*** direct operation, ***MINISO Retail Partner model and the distributor model as we expand our global footprints***, depending on the growth potential, local regulation and other factors in the markets." It touted that a majority of MINISO's expansion overseas is attributable to its distributor model:

> ***In the majority of international markets, we expand our store network by collaborating with local distributors with abundant local resources and retail experiences.*** When selecting local distributors, we prioritize those with financial strength and sufficient resources to open MINISO stores at optimal locations, while also considering the distributor's management ability and industry experience. Under the distributor model, we typically enter into a license agreement and a sales agreement with each of our local distributors

It added that "***In the majority of the international markets, we expand our store network by using the distributor model***" and explained that ***MINISO also utilizes its "Retail Partner model for international store network expansion.***" It also emphasized that "As of June 30, 2020, in international markets, there were over 120 stores directly operated by [MINISO] and over 1,500 MINISO Retail Partner stores and stores under the distributor model." Further, it touted the success of MINISO's overseas business, by stating that "The number of MINISO stores outside of China increased from 1,414 as of June 30, 2019 to 1,689 as of June 30, 2020," and referring to MINISO as a "***massive***" "***fast-growing global value retailer***" that is "***globally recognized***," which, *inter alia*, positioned MINISO favorably against competitors.

(h) The Registration Statement explained the purported differences between its Retail Partner and distributor models:

> The distributor model differs from the MINISO Retail Partner model in a few key facets. Operationally, although we have the right to supervise the operation of distributor stores to ensure that they adhere to certain operational standards, we do not provide store management and consultation services to distributors and have less operational involvement with them. ***In terms of product sales, inventory ownership is transferred to distributors when the inventory gets delivered to the***

> ***place specified by the distributors in their orders, while we retain inventory ownership until in-store sale to consumers under the MINISO Retail Partner model.*** In our agreements with MINISO Retail Partners, there is no equivalent to the performance targets in our license agreements with distributors, which usually specify the number of MINISO stores the distributors must open and successfully operate in their licensed territory within an agreed time frame.

(i) The Registration Statement also explained the fiduciary duties of MINISO's Board, as Directors of a company incorporated under the laws of the Cayman Islands, as compared to Delaware Corporate Law:

> As a matter of Cayman Islands law, a director of a Cayman Islands company is in the position of a fiduciary with respect to the company and therefore it is considered that he owes the following duties to the company—***a duty to act bona fide in the best interests of the company, a duty not to make a profit based on his position as director (unless the company permits him to do so), a duty not to put himself in a position where the interests of the company conflict with his personal interest or his duty to a third party***, and a duty to exercise powers for the purpose for which such powers were intended.

(j) When explaining how MINISO planned on using its IPO proceeds, the Registration Statement said that "***The primary purposes of this offering are to create a public market for our shares for the benefit of all shareholders, retain talented employees by providing them with equity incentives and obtain additional capital***." It continued by asserting that the balance remaining, beyond what would be allocated *to **expand MINISO's store network (approximately 30% of net proceeds)**, **invest in MINISO's warehouse and logistics network (approximately 30% of net proceeds)***, and ***invest in technologies and information systems (approximately 20% of net proceeds)***, "***may***" be used for "general corporate purposes," including among other purposes, ***"expanding and upgrading [MINISO's] office space and facilities by acquiring land to build an office building."*** It added, "***In using the proceeds of this offering, we are permitted under PRC laws and regulations as an offshore holding company to provide funding to our PRC***

***subsidiaries only through loans or capital contributions, subject to satisfaction of applicable government registration and approval requirements***."

(k) The Registration Statement also extensively listed "Related Party Transactions" and "Material related party transactions," including several involving Exchange Act Defendant Ye related to cash advances, repayment of loans, advanced payments, but ***omitted any reference*** to the JV transaction described herein that was purportedly related to the purchase of land for MINISO's corporate headquarters.

265. The misrepresentations and omissions in the September 23, 2020 Registration Statement, as alleged in the preceding paragraphs, were materially false and misleading, for the reasons set forth in ¶268 *infra*.

266. The Securities Act Defendants used identical language to describe MINISO's business operations as those contained in the Registration Statement, referenced in ¶264 above, in the following SEC filings:

(a) MINISO's Form F-1/A for the first amendment of the Registration Statement filed with the SEC on October 7, 2020. MINISO's second Form F-1/A further amending the Registration Statement filed with the SEC on October 13, 2020. MINISO's third Form-1/A further amending the Registration Statement filed with the SEC on October 14, 2020 (together the "Registration Statement Amendments"). The Registration Statement Amendments were signed by Securities Act Defendants Ye, Zhang, Li and Puglisi. In addition to all of the same misstatements contained in the Registration Statement, each of the Registration Statement Amendments specified that MINISO planned to use approximately ***30% of the offering proceeds to expand its store network***, ***30% of the offering proceeds to invest in its warehouse and logistics network***, ***20% of the offering proceeds to invest in technologies and information systems***, and

***the remaining approximately 20% of the offering proceeds on "general corporate purposes"*** which "may include," among other purposes, ***"expanding and upgrading [MINISO's] office space and facilities by acquiring land to build an office building."*** It repeated the statement, "***In using the proceeds of this offering, we are permitted under PRC laws and regulations as an offshore holding company to provide funding to our PRC subsidiaries only through loans or capital contributions, subject to satisfaction of applicable government registration and approval requirements***."

(b) MINISO's 424B4 Prospectus (the "Prospectus") filed with the SEC on October 15, 2020, which represents the final version of the prospectuses filed in conjunction with the Registration Statement. In addition to all of the same misstatements contained in the Registration Statement, the Prospectus also specified that MINISO planned to use approximately ***30% of the offering proceeds to expand its store network***, ***30% of the offering proceeds to invest in its warehouse and logistics network***, ***20% of the offering proceeds to invest in technologies and information systems***, and the remaining approximately ***20% of the offering proceeds on "general corporate purposes"*** which "may include," among other purposes, ***"expanding and upgrading [MINISO's] office space and facilities by acquiring land to build an office building."*** It also replicated the statement, "***In using the proceeds of this offering, we are permitted under PRC laws and regulations as an offshore holding company to provide funding to our PRC subsidiaries only through loans or capital contributions, subject to satisfaction of applicable government registration and approval requirements***."

267. The misrepresentations and omissions in the October 7, 2020, October 13, 2020 and October 14, 2020 Registration Statement Amendments and the October 15, 2020 Prospectus,

as alleged in the preceding paragraphs, were materially false and misleading, for the reasons set forth in ¶268 *infra*.

268. The foregoing IPO Misstatements and Omissions were materially false and misleading because, as detailed by the CW accounts pled in §III.D.4.a. *infra*; as detailed in the Blue Orca Report as pled in § III.D.4.b.; and as confirmed by Lead Plaintiff's investigation as pled in §III.D.4.c., (a) a material percentage of MINISO stores, both in China and globally, were owned by MINISO, Securities Act Defendants, Ye, Zhang, or Li, or other individuals closely tied to Securities Act Defendant Ye and were not franchise stores; (b) MINISO franchises were struggling to reach or maintain profitability and closing in large numbers; (c) MINISO was having significant difficulties attracting franchisees to open new franchise stores, despite its considerable efforts and concessions, which included lowering franchise fees and taking on store opening costs; (d) MINISO's revenues and profitability, on a per-store and overall basis were declining from peaks reached before its IPO; (e) MINISO's franchise model was not being faithfully executed and its benefits were not being realized; (f) the proceeds from MINISO's IPO would not be used as advertised; and (g) a huge portion of MINISO's IPO proceeds were paid to Securities Act Defendant Ye in a related party transaction.

**b. Reported Results Misstatements And Omissions**

269. The Securities Act Defendants made a series of filings and public statements, in connection with the IPO, reporting MINISO financial and operational metrics like revenues, profit, net loss, cost of sales, gross profit, the amount of MINISO stores, both in China and abroad, the amount of directly operated MINISO stores and stores owned by Retail Partners or distributors, and available cash. These Offering Materials contained false and misleading statements and omissions which gave investors an inaccurate and incomplete picture of MINISO's current position, its growth prospects, and negative underlying trends and risks.

270. On September 23, 2020, the Securities Act Defendants filed the Registration Statement in which MINISO's full-year 2020 financial results were reported. The Registration Statement was signed by Securities Act Defendants Ye, Zhang, Li and Puglisi. The Registration Statement, set forth MINISO's financial and operating results and metrics as follows.

(a) The Registration Statement reported a 2020 fiscal-year-end net loss of $36.825 million or 260.176 million RMB ($0.04 or 0.26 RMB per basic share) on total revenue of $1.2709 billion or 8.979 billion RMB, an improvement as compared to net loss of 294.409 million RMB (0.32 RMB per basic share) on total revenue of 9.3949 billion RMB for the prior year ended June 30, 2019. Of these amounts, it reported that China-based operations accounted for $855.487 billion or 6.0441 million RMB (equal to 67.3%) of 2020 revenue, with all markets outside of China combined accounting for $415.406 million or 2.9349 billion RMB (32.7%) of 2020 revenue. It stated that 2020 yearly revenue included $83.176 million or 587.644 million RMB in license fees, sales-based royalties, and management and consultation service fees. It also disclosed MINISO's "Cost of Sales," which it defined as cost of inventories (carrying amount of inventories sold and inventory write-down), which declined from 6.8839 billion RMB in 2019 to 6.2465 billion RMB in 2020, plus logistics expenses. It disclosed increasing "Gross Profit" as being $386.76 million or 2.7325 billion RMB in 2020, as compared to 2.511 billion RMB in 2019. It added:

> ***We primarily derive our revenue from sales of lifestyle products through sales to MINISO Retail Partners***, ***sales to distributors***, retail sales in directly operated stores and through online channels. ***Other sources of revenue mainly include license fees from MINISO Retail Partners and distributors, and sales-based royalties and sales-based management and consultation service fees income from MINISO Retail Partners***.

The Registration Statement also reported that, as of June 30, 2020, MINISO had $403.955 billion or 2.854 billion RMB in cash and cash equivalents.

(b) The Registration Statement also reported as "Key Operating Data" that MINISO had a total of 4,222 MINISO stores as of June 30, 2020 and that just ***129 of them*** were "directly operated stores" operated by MINISO itself. Specifically, as shown in *Figure 1* below, it said that ***only 7 out of 2,533 MINISO stores in China, and 122 out of 1,689 stores outside of China were "directly operated," while the rest were "third-party stores***," defined as "includ[ing] those operated under the MINISO Retail Partner model and those under the distributor model," adding that under the "MINISO Retail Partner model," "the retail partners are the customers of us [MINISO]" and "the franchisee bears the store opening capital expenditure and store operating expenses" while MINISO retains ownership of unsold inventory, receives fees for store management and consultation services, and receives a portion of in-store sale proceeds It also MINISO's flagship China operations:

> ***Our ability to expand our store network, especially in China, is a key driver of our revenue growth. Our revenue generated from China was RMB6,364.0 million and RMB6,044.1 million (US$855.5 million) in the fiscal years ended June 30, 2019 and 2020, accounting for 67.7% and 67.3% of our total revenue*** for the same periods, respectively. Outside of seven MINISO stores directly operated by us, ***substantially all of the MINISO stores were operated under the MINISO Retail Partner model in China as of June 30, 2020.*** Our store network expansion in China is primarily sustained by our continued success in enticing them to open more MINISO stores at optimal locations. As a result, the number of MINISO stores in China increased from 2,311 as of June 30, 2019 to 2,533 as of June 30, 2020.

*Figure 1*

| | As of | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | September 30, 2018 | December 31, 2018 | March 31, 2019 | June 30, 2019 | September 30, 2019 | December 31, 2019 | March 31, 2020 | June 30, 2020 |
| **Number of MINISO stores** | | | | | | | | |
| **China** | **2,159** | **2,254** | **2,273** | **2,311** | **2,384** | **2,543** | **2,535** | **2,533** |
| —Directly operated stores | 2 | 2 | 5 | 9 | 11 | 8 | 8 | 7 |
| —Third-party stores[(2)] | 2,157 | 2,252 | 2,268 | 2,302 | 2,373 | 2,535 | 2,527 | 2,526 |
| **Overseas[(1)]** | **1,019** | **1,205** | **1,280** | **1,414** | **1,529** | **1,668** | **1,688** | **1,689** |
| —Directly operated stores | 58 | 68 | 71 | 74 | 79 | 126 | 122 | 122 |
| —Third-party stores[(2)] | 961 | 1,137 | 1,209 | 1,340 | 1,450 | 1,542 | 1,566 | 1,567 |
| **Total** | **3,178** | **3,459** | **3,553** | **3,725** | **3,913** | **4,211** | **4,223** | **4,222** |

Notes:

(1) Overseas stores exclude a small number of stores under certain overseas businesses that we had disposed of as of June 30, 2020. We completed such business disposal during the period from December 2019 to April 2020. See "Management's Discuss and Analysis of Financial Condition and Results of Operations—Discontinued Operations." After the disposal, these excluded stores may continue to have business transactions with us.

(2) Third-party stores include those operated under the MINISO Retail Partner model and those under the distributor model.

(c) The Registration Statement also claimed that MINISO "focus[es] on long-term sustainability instead of short-term profits" and that "***Our path to success in our home market, China, depends on the effectiveness and scalability of our MINISO Retail Partner model.***" It touted that "Outside of seven MINISO stores directly operated by us [the company], ***substantially all of the MINISO stores were operated under the MINISO Retail Partner model in China*** as of June 30, 2020." It emphasized that "***Our store network expansion in China is primarily sustained by our continued success in enticing them to open more MINISO stores at optimal locations***." It added that the "number of MINISO stores outside of China increased from 1,414 as of June 30, 2019 to 1,689 as of June 30, 2020" and that ***"In the majority of the international markets, we expand our store network by using the distributor model."*** It emphasized that "As of June 30, 2020, in international markets, ***there were over 120 stores directly operated by us and over 1,500 MINISO Retail Partner stores and stores under the distributor model***.

271. The Securities Act Defendants reported identical full-year 2020 financial results and used identical language as was contained in the Registration Statement, as referenced in ¶270 above, in the following SEC filings:

(a) MINISO's Registration Statement Amendments filed with the SEC on October 7, 2020, October 13, 2020, and October 14, 2020. The Registration Statement Amendments were signed by Securities Act Defendants Ye, Li, Zhang and Puglisi.

(b) The Prospectus filed with the SEC on October 15, 2020.

272. The foregoing statements in ¶¶270-271 were materially false and misleading because they reported financial metrics and results like net income, net loss, loss per share, EBIDTA, and revenues from MINISO's operations and franchise model, as well as proceeds from offerings, without disclosing that these results were generated through improper practices,

unreported operational setbacks and alterations to its business model, and undisclosed negative trends, as alleged herein, including those detailed by the CW accounts pled in §III.D.4.a.; those uncovered by Blue Orca Capital as pled in §III.D.4.b.; and those confirmed by Lead Plaintiff's investigation as pled in §III.D.4.c. As alleged therein, the concealed facts included extensive ownership of MINISO stores by the company itself and by Securities Act Defendants Zhang, Li, or Ye, or insiders closely tied to Securities Act Defendant Ye, pervasive difficulties that MINISO was having in retaining and attracting franchisees, declines in franchise stores and franchise-derived revenues and profits, failure to faithfully execute MINISO's franchise model, and a plan to misuse IPO proceeds to enrich Securities Act Defendant Ye, which led to the underlying negative trends of a company with a declining brand, distressed financials, a non-functioning franchise model, misallocated IPO proceeds, and an overvalued ADS price.

273. Moreover, the Offering Materials failed to comply with Regulation S-K, Item 105, 17 C.F.R. §229.105(a), which requires a "discussion of the material factors that make an investment in the registrant or offering speculative or risky." Here, as detailed more fully by the CW accounts pled in §III.D.4.a., the findings of the Blue Orca Report as pled in §III.D.4.b., and the findings of Lead Plaintiff's investigation as pled in §III.D.4.c., the "material" factors that made MINISO's IPO more speculative or risky than advertised to investors included, at the time of the IPO, that: (a) a material percentage of MINISO stores, both in China and globally, were owned by MINISO or individuals closely tied to Securities Act Defendant Ye and were not franchise stores; (b) MINISO franchises were struggling to reach or maintain profitability and closing in large numbers; (c) MINISO was having significant difficulties attracting franchisees to open new franchise stores, despite its considerable efforts and concessions, which included lowering franchise fees and taking on store opening costs; (d) MINISO's revenues and profitability, on a

per-store and overall basis were declining from peaks reached before its IPO; (e) MINISO's franchise model was not being faithfully executed and its benefits were not being realized; (f) the proceeds from MINISO's IPO would not be used as advertised; (g) a huge portion of MINISO's IPO proceeds would be paid to Securities Act Defendant Ye in a related party transaction. By failing in the Offering Materials to disclose to investors that, as of the date of the IPO, these material, internally known trends and risks existed and/or were occurring, resulting in a host of financial problems and increased risks to investors, the Securities Act Defendants violated their duty of disclosure under Regulation S-K, Item 105, 17 C.F.R. §229.105(a).

### 4. Undisclosed Material Negative Facts And Risks

#### a. Undisclosed Facts And Risks Described By The CWs

274. CW1 said that MINISO corporate in China funded MINISO's U.S. operations and that of the 32 U.S. MINISO stores during CW1's tenure, 27 were owned by the company, with only 5 being franchises (one of which closed in 2019). CW1 believes that MINISO Canada had about 50 stores at the time, with the majority also company-owned. CW1 said that MINISO USA struggled to get people to open franchise stores. CW1 said that the father of MINISO USA President Nancy Yang was an investor in MINISO China and accompanied Securities Act Defendant Ye (MINISO's CEO), on visits to the U.S. CW1 believes the Yangs did not have direct investment in MINISO USA or any sort of franchise relationship, because MINISO USA was required to obtain approval from MINISO corporate in China for any significant expenditures or decisions regarding U.S. operations. For instance, CW1 said that when MINISO USA built out a new store, its Chinese headquarters had to approve each step, including contract review with any contractors and approval of any construction expenditures. Likewise, CW1 said that MINISO's Chinese headquarters exerted control over MINISO USA's personnel and payroll decisions, with headquarters approval needed on hirings and firings. According to CW1, all MINISO USA

requests for approval from headquarters were submitted via an internal network portal shared with MINISO China. CW1 also said that MINISO China dictated 80% of the inventory sent to U.S. stores, leaving MINISO USA only 20% that it could choose to be sent from China. For instance, if MINISO corporate launched a new product line, MINISO USA was permitted to select only 20% of the product line inventory that would be shipped to U.S. stores, while the rest was decided by MINISO's Chinese employees. CW1 said that U.S. franchisees had to order their inventory from MINISO USA. CW1 said that while Nancy Yang was out on maternity leave, MINISO China decided to combine MINISO USA and MINISO Canada operations into a single MINISO North America operation. CW1 said that MINISO China sent Andrew Xie, General Manager of MINISO Canada, to be the General Manager of MINISO North America, while Nancy Yang left the company. CW1 said that Mr. Xie brought with him Hunter Tian to be his "right hand man" to help oversee MINISO North America operations and Jason Xie, a VP at MINISO Canada, to oversee MINISO North America's Human Resources. CW1 said that MINISO China had ordered Mr. Xi to attempt to open more franchises, with the goal of opening 100 stores in the U.S. CW1 said that as part of that effort, the company was working to adjust its franchise contract, among other things to lower franchise fees and lessen the portion of sales paid over to MINISO corporate. CW1 knew of this work because of the potential impacts on opening new stores, a part of CW1's job responsibilities, which CW1 discussed with colleagues including MINISO USA's Director of Real Estate, CW8. CW1 also said that Mr. Xie switched MINISO North America's approach toward franchise stores, so that MINISO itself would find the location, build it out, stock it, hire staff, and open the store – tasks previously left to franchisees to handle – before attempting to bring in a franchisee to take over operations, payroll, and rent from MINISO.

275. CW2, who worked for MINISO from November 2018 to September 2021 in various U.S. supply chain and business operations roles, said that its U.S. footprint grew from a single California store in 2018 to a total of 38 U.S. stores, 35 of them in California, by September 2021. CW2 said that a franchise store opened in Las Vegas in February 2020 and two franchise stores opened in Florida, and that the franchise stores performed poorly compared to the other U.S. stores. CW2 dealt with all 38 MINISO stores in the U.S. and was familiar with MINISO's operations in Canada, where roughly 45 stores operated by September 2021. CW2 corroborated CW1 by saying that MINISO's Canada operations were run like its U.S. operations, and most Canadian stores were company-owned with few that were franchises. CW2 also corroborated CW1 in saying that Nany Yang, who had led MINISO's U.S. operations in Pasadena, was replaced by Andrew Xie, the former head of its Canadian operations who was named North America General Manager. CW2 added that Leo Liu led the Construction Department, oversaw buildout of new stores, and was based in the Pasadena offices.

276. CW3, who became MINISO's U.S. National Operations Inspector, said that MINISO USA's President was Nancy Yang, whose father bought into its operations and whose husband Calvin ran its financials. CW3 said that in early 2021, MINISO corporate headquarters in China bought the Yangs out of MINISO USA and combined it with MINISO Canada into the renamed North American operations. Corroborating CW1 and CW2, CW3 understood the U.S. stores to be owned and operated by MINISO, despite the Yangs' period of leadership of MINISO USA. Indeed, CW3 said the majority of MINISO's stores were company-owned and operated, which CW3 understood from internal spreadsheets and sales reports that CW3 saw as a District Manager up until 2019. CW3 said MINISO's China headquarters assigns internal "consultants" to each countries' operations to advise and assist with meeting corporate headquarters' goals.

CW3 said the Chinese consultants assigned to MINISO USA had meetings with U.S. operations management to discuss and compare performance of U.S. stores with global stores. CW3 said the Chinese consultants' reports compared national overall sales and profits for the different countries with year-to-date and year-over-year figures and showed data specific to countries or individual stores regarding, *inter alia*, shipping costs, P&Ls, rent amounts, and profit. CW3 described the documents as reporting national numbers that were all from corporate stores and did not reflect any separate revenue stream or data for franchise stores, and CW3 said the company's focus was on increasing profitability of company-owned stores. Given the foregoing, CW3 does not agree with the company's pre-IPO statements that 97% of its stores were franchisee-owned. Indeed, CW3 confirmed that MINISO opened no U.S. franchise stores for years and that only seven were opened – one in Las Vegas, two in Florida, two in California, and two in Texas. CW3 said all franchise owners were "miserable" and wanted to sell out, and CW3 confirmed that both California franchises ended. CW3 said that the Chinese consultants only provided a view of the documents to MINISO's U.S. employees – never an actual document that could be downloaded or printed out – and that the MINISO USA Franchise Department was secretive about its work. CW3 said that MINISO's Chinese headquarters brought in Lin "Tyrone" Li as a new General Manager to its North American operations to focus on transitioning company-owned stored into franchises. However, CW3 said that, despite a goal for more franchises, the company is still only opening MINISO owned and operated stores.

277. CW4, an HR Business Partner for MINISO USA, prepared monthly Excels tracking payroll for 15 U.S. stores. CW4 was given data written mostly in Chinese and instructed to plug certain payroll numbers into specific cells on the Excel. CW4 said that MINISO corporate leadership were Chinese, communicated with each other in Mandarin, and, due to the level of

communications between corporate headquarters in China and the U.S. Accounting Department, wanted to hire only Chinese nationals in the Accounting Department and turned down U.S.-based candidates to for open accounting positions – with the one exception being an Asian-American hire – in preference for sponsoring people from China to work in the U.S. CW4 said that the monthly reports included a tally of total payroll costs of all company-owned U.S. stores. CW4 said that MINISO corporate paid the wages and salaries for all company employees in the U.S., including store employees at company-owned stores, and said that MINISO owned about 35 stores in California that later closed. CW4 recalled only four MINISO franchises, including one in Las Vegas, two in Florida, and one in California. CW4 added that franchise stores made heavy demands on HR and said that franchisees paid the employee wages for their stores, with MINISO's payroll system processing the payments but the funds coming from the franchisees via paychecks withdrawn from the franchisee's bank account. CW4 corroborated other CWs in stating that Nancy Yang was head of MINISO USA operations, her father had a significant investment stake in MINISO's U.S. operations, Ms. Yang did not return to her role following her maternity leave, and that MINISO brought in Andrew Xie from MINISO Canada to oversee the combines U.S. and Canadian operations. CW4 estimated Nancy Yang's age at 34 years and said she "had no idea how to run a company." CW4 never saw or heard any indication that Ms. Yang or her father paid any wages for any MINISO employees, including employees at the company-owned stores. CW4 said that when the company opened a new store, it was done as a separate MINISO LLC, with Nancy Yang's husband Calvin, who left the company round the time of MINISO's IPO, working on the LLC filings. CW4 corroborated CW1 in stating that two other executives were also brought on from MINISO Canada at the same time as Mr. Xie – Hunter Tien to oversee day-to-day operations and Jason Xie to oversee HR and financials. CW4 said that when Andrew Xie took

over, the company also told U.S. employees that many of them were being overpaid, and some were fired. CW4 said that despite talk about opening more franchises, none were opened during CW4's tenure.

278. CW5 said that Nancy Yang was named President of MINISO USA because her father made a large investment in the U.S. operations of MINISO. CW5 said that the company-owned U.S. stores were all losing money and that was the reason MINISO China ousted Nancy Yang and her father. CW5 corroborated CW1 by stating that Nancy Yang was out on maternity leave in March or April 2021 when MINISO China sent Andrew Xie from the Canada operations to lead the Pasadena office and that, not long after, the company announced that Ms. Yang would not return and that Mr. Xie would be head of North America operations. CW5 corroborated CW1 and CW4 by stating that Andrew Xie brought in Hunter Tian and Jason Xie to assist him in doing so. As a Senior Operations Analyst, CW5 reported labor data, employees' hours and overtime, and sales figures to a high-level operations manager at MINISO China named Vivian, who was assigned to assist with U.S. operations and fix problems. CW5 said that franchisees who opened stores during CW5's tenure funded store operations on their own, including paying buildout costs, rent for their stores, and their employees' wages. CW5 corroborated CW4 by saying that the franchise stores were formed as individual LLCs and that MINISO USA helped the franchisees with an automated payroll software system, certain Human Resources services, and some marketing. CW5 said that only five U.S. franchise stores had opened by September 2021, including two in California, one of which closed due to poor performance, two in Florida in 2019, and one in Las Vegas in February 2020. CW5 said that MINISO USA's efforts to open more franchises, including formation of a "franchise department" later renamed the "business development" office, failed to yield results. CW5 said that the business development office looked

for store sites, tried to interest potential franchisees, and prepared reports about the potential store's location, surrounding demographics, expected foot traffic, and potential sales. However, CW5 said that once potential franchisees learned that monthly rent could be as high as $40,000 per month and that California's minimum wage was $15 per hour, they usually lost interest due to the cost.

279. CW6, Regional Operations Director at MINISO USA, described MINISO leadership as secretive and failing to keep CW6 in the loop beyond CW6's immediate job responsibilities. CW6 described Nany Yang as tightly controlling every dollar spent on MINISO USA operations and requiring approval for all expenditures. CW6 said that when the air conditioning broke at a store in August 2019 and CW6 called Ms. Yang to discuss getting it repaired, she suggested CW6 instead buy fans for the store. To avoid the time-consuming process of emailing a request and awaiting approval, CW6 simply brought a few fans from home to the store. CW6 said that when CW6 left the company in September 2019, MINISO USA had 36 stores in the U.S., 34 in California and two in Florida. CW6 said that all but four of those stores were company owned. CW6 said that both Florida stores and two of the California stores were franchises, and that the Las Vegas franchise was then-under development. CW6 said that Securities Act Defendant Ye visited MINISO USA's Pasadena, California offices a few weeks before CW6 was let go from the company. CW6 said that during this August or September 2019 visit, Securities Act Defendant Ye went to dinner with all of the Store Managers and MINISO USA's leadership from the Pasadena office. CW6 believes that Securities Act Defendant Ye wanted to discuss U.S. operations with CW6 but was prevented due to the language barrier arising because Securities Act Defendant Ye did not speak English and CW6 did not speak Mandarin, and

further believes that Securities Act Defendant Ye's frustration led to CW6's job termination. CW6 said that most of MINISO's leadership was either from China or spoke Mandarin.

280. CW7, an Assistant Area Manager at MINISO's U.S. headquarters in Pasadena, California, estimated that 30 people worked there, overseen by top executives Nancy Yang and then Andrew Xie. CW7 said that from 2017 until 2021, all of MINISO's U.S. stores were located in California, primarily in southern California. In harmony with CW1, CW2, and CW3, CW7 said that all MINISO stores in southern California were owned by the company and not by independent franchisees. CW7 said that by June 2022, MINISO had 20 stores in California. CW7 recognized MINISO was heading in the wrong direction when it sent a number of executives from China headquarters to the Pasadena offices in February and March 2022, for a few-month stay, which was still ongoing as of October 2022, as reported to CW7 then by a colleague still working at MINISO. CW7 saw the Chinese executives implement severe cutbacks to save money, with which CW7 disagreed, causing CW7 to endure frustration and stress before deciding to leave the company. CW7 observed the Chinese executives implement cutbacks on hiring staff, employee salaries, and basic store necessities, causing one of CW7's Store Managers to purchase toilet paper and cleaning supplies for the store out of her own pocket because the company would not pay for them. CW7 also observed the Chinese executives implement cutbacks on shipments to stores, which sometimes left them with depleted shelves and unable to maintain sales levels. CW7 knew of just one U.S. store, located in Las Vegas, owned by an independent franchisee who grew frustrated with MINISO during the cutbacks, due to late and incomplete inventory shipments to her store, and who raised the issue with Senior Operations Manager Josh Larida and National Operations executive CW3.

281. CW8, Director of Real Estate at MINISO USA, corroborated CW3's statements that MINISO USA President Nancy Yang and her father had an investment stake in MINISO USA and confirmed that it was not a franchise ownership of the U.S. operation and that there was no assigned franchisor or franchise operators of the MINISO USA operations as a whole. Corroborating the other CWs, CW8 said that all MINISO stores in the U.S. during CW8's tenure were operated by the company itself, except for five MINISO franchise stores (one later closed) that opened in Florida, Las Vegas, and California.

### b. Undisclosed Facts And Risks Described By Blue Orca Capital

282. As alleged in greater detail in §III.D.5., *infra*, Blue Orca Capital issued a report on July 26, 2022, which exposed numerous facts and risks about MINISO, many of which predated its IPO and all of which remained concealed until Blue Orca Capital's report. Broadly speaking, Blue Orca Capital revealed that MINISO had made materially false or misleading statements and omissions concerning several major areas of its business, which their conclusion: "In our view, not only does our evidence undermine the authenticity of MINISO's reported financials, but also suggests that MINISO should trade at a fraction of its current share price."

283. First, Blue Orca Capital debunked as a "lie" MINISO's "foundational narrative" that its "value proposition to investors is that it allegedly operates in an asset-light, high-margin independent franchise model" that "enables [it] to expand quickly while minimizing upfront capital costs," which "[i]n theory…allows MINISO to generate high margins without the operating expenses and complexity which can drag down profitability at traditional retailers." Instead:

> Fundamentally, this misrepresentation obscures MINISO's true business model, tricking the markets into applying an unjustified and unsustainable multiple on a mundane retail business model. ***MINISO is currently trading at 1.4x sales as an asset light and high margin business, a desirable proposition especially during Covid-19. Yet our due diligence shows that in reality, MINISO is more like a declining brick-and-mortar operator, and we think it should be valued as such***.

Blue Orca Capital claimed to have done on-the-ground work in China to completely disprove MINISO's "claims that 99% of its stores in China, its key market, are operated by franchisees independent from the Company." Blue Orca Capital's diligence took two forms.

(a) Blue Orca Capital took seven months to manually cross-check MINISO and Top Toy stores in China against the Chinese corporate registry, as well as online map and consumer data. Blue Orca Capital said that it "found over 620 supposedly independent franchises, which according to Chinese corporate records, are registered under the names of MINISO executives or individuals closely connected to the Company's chairman," Securities Act Defendant Ye. These included, among others, stores owned by Huang Zheng, MINISO's VP and Overseas COO (10 stores); Zhou Hongxia , MINISO's Shanghai subsidiary's legal representative (12 stores); Ye Tao, Supervisor of MINISO (Wuhan) Enterprise Management Consulting (15 stores); Lin Zongyou, legal representative to entities owned by Securities Act Defendant Ye, his wife, or a MINISO Executive Director (34 stores); Li Minxin, MINISO's Director and Executive Vice President (9 stores, some registered without any reference to MINISO). Blue Orca Capital also found that the Chinese corporate registry database contains 291 other entities that are still in operation and that share the same phone number as the one that both Li Minxim and Huang Zheng used to register MINISO stores. Blue Orca Capital said all this evidence indicates that the stores "are secretly owned and operated by the Company" or "by Company executives or individuals closely connected to MINISO and its chairman" Securities Act Defendant Ye, which is a way of "concealing the costs of such stores from investors," because "MINISO's real margins are likely significantly less than reported to investors."

(b) Blue Orca Capital's diligence found corroborating evidence from China predating MINISO's IPO at issue. Specifically, it identified interview statements made by

MINISO's brand director at a 2017 conference in China that most MINISO stores in tier one cities in China are owned and operated by MINISO, with franchising limited to lower tier cities, and it found a November 2019 article published by the financial news arm of the Chinese state-owned Shanghai Media Group stating that 40% of MINISO's stores were owned and operated by the company itself. Blue Orca Capital also spoke with a Chinese franchisee who had owned several MINISO stores since 2016 and who confirmed that MINISO had over 1,000 company-owned stores in 2019.

284. Second, Blue Orca Capital decried as "money for nothing" and a "naked transfer of shareholder money to the chairman" the fact that shortly after MINISO's IPO at issue, it set up a British Virgin Islands (a/k/a "BVI") joint venture with Securities Act Defendant Ye to build a Chinese headquarters, in which Securities Act Defendant Ye had an 80% stake despite contributing no funds and MINISO had only a 20% stake despite contributing 100% of the RMB 346 million deposit needed to purchase the land for its headquarters, and, just a year later, MINISO bought out Securities Act Defendant Ye's 80% interest for a massive sum. Blue Orca Capital noted that it was "highly unusual for a Chinese company to purchase land in China through a BVI intermediary" and that "[t]he principal advantage of the BVI is that it easily facilitates opaque offshore transfer of cash to insiders." Blue Orca Capital confirmed Securities Act Defendant Ye's not contributing any capital to the joint venture by finding Chinese government records from the National Enterprise Credit Information Publicity System stating that the joint venture's paid-in-capital remained at the level of MINISO's original contribution, which matched the initial deposit amount on the headquarters land purchase, until the day after MINISO bought out Securities Act Defendant Ye's stake on October 27, 2021. Blue Orca Capital found Chinese records showing that a day later, on October 28, 2021, the joint venture's paid-in-capital rose to RMB 1.8 billion –

when MINISO was its sole remaining shareholder. Significantly, the headquarters land purchase agreement, which Blue Orca Capital found in an online post by the local Chinese government, expressly prohibits a change of ownership structure in the land purchaser – *i.e.*, the joint venture – for 10 years. Thus, Blue Orca Capital observed that MINISO's buyout of Securities Act Defendant Ye risked breaching the land purchase agreement. Blue Orca Capital noted that MINISO had four other property developments in China valued at RMB 23 billion total, which appear to be owned by Securities Act Defendant Ye through similar layered BVI offshore holding structures and which appear to be a "template" for his siphoning additional future shareholder funds.

285. Third, Blue Orca Capital conducted extensive China-based research, including review of deleted but archived disclosures on MINISO's Chinese website, reports in Chinese media, and interviews with former MINISO employees, which uncovered "independent evidence" "that MINISO is a brand in serious peril." Blue Orca Capital found a deleted statement on MINISO's Chinese website evidencing that its revenues peaked at RMB 17 billion in 2018 and declined 40% thereafter – despite a 50% increase in store count (from 3,459 to 5,205 stores during the same time period) that implies a 60% same-store revenue decline. Blue Orca Capital also interviewed a former MINISO Regional Manager in China, who said MINISO's profitability peaked between 2017 and the first half of 2019 and who cited specific high-performing stores in China that suffered 75% - 80% declines in monthly revenues since then. Blue Orca Capital also interviewed a former MINISO Manager who said that "[m]ost franchisees were not able to make much money" due to factors like market saturation, competition, and high rents and that only 30% - 40% of the 100 new stores in China were profitable, and barely so. To confirm these accounts, Blue Orca Capital collected a sample of 620+ MINISO stores in China in November 2021 and observed that 120 of them (20%) had closed by July 2022, including 110 that "deregistered their

business licenses, suggesting permanent closure." Blue Orca Capital also spent months confirming a Chinese media report that, even before COVID, MINISO had closed 850 stores in China (one-third of its footprint there). Blue Orca Capital also found deleted statements from MINISO's Chinese website indicating that MINISO had lowered its franchising fee by 63% the preceding two years "in a desperate attempt to attract franchisees," which it termed "a telltale sign that the business is substantially less attractive to retail partners than it used to be" and a concern because "[f]ranchise fees are a cornerstone of MINISO's value proposition and are 100% margin revenue."

**c. Lead Plaintiff's Investigation Confirmed And Corroborated Blue Orca Capital's Findings**

286. Lead Plaintiff's investigation independently confirmed the core factual bases of the Blue Orca Capital report, likewise drawing from evidentiary sources in China. Thus, Lead Plaintiff separately reached the building block conclusions advanced in the Blue Orca Capital Report and likewise concluded that the Securities Act Defendants' public statements, including MINISO's reported financial and operating results and metrics, indeed were materially false and misleading, rendering its ADS price inflated at relevant times.

287. Beyond Lead Plaintiff's investigation of MINISO's U.S. operations, through CW interviews as described in §III.D.4.a. *supra*, Lead Plaintiff also investigated MINISO's China operations and confirmed Blue Orca Capital's assessment that the Securities Act Defendants falsely and misleadingly discussed MINISO's purported franchise-based business model.

(a) Lead Plaintiff's investigation confirmed, principally through examination of the Chinese corporate registry, not only their close relationship with Securities Act Defendant Ye, but also Huang Zheng's ownership of 10 stores (*see Figure 2* below); Zhou Hongxia's ownership of 12 stores (*see Figure 3* below); Ye Tao's ownership of 15 stores (*see Figure 4* below); Lin Zongyou's ownership of 34 stores (*see Figure 5* below); Li Minxin's ownership of 5

stores (*see Figure 6* below). Lead Plaintiff's investigation also uncovered suspicious recent changes to some of these stores in the weeks following the Blue Orca Capital Report's publication, including ownership of several of Zhou Hongxia's stores being changed to other owners and deregistration of three of Huang Zheng's stores, one of Zhou Hongxia's stores, two of Ye Tao's stores, and four of Lin Zongyou's stores. In addition, Lead Plaintiff's investigation confirmed that the Chinese corporate registry lists 630 entities that share the same phone number as one registered in Lin Minxin's name, 210 of which remain in operation (*see Figure 7* below).

*Figure 2*
*Huang Zheng store ownership*

| Entity Name | Entity Registered Address | MINISO Store | Validation | Additional Notes |
|---|---|---|---|---|
| 深圳市盐田区铮海日用品百货店 | 深圳市盐田区海山街道深盐路南面海山路北面壹海城二区负一层B104A、B105号 | https://www.dianping.com/shop/G6Aun6PqayXFn6up | https://www.qcc.com/firm/dc8b8302399a299cc295ca91ac809a66.html | Deregistered August 7th 2022. |
| 深圳市福田区卓铮铮百货店 | 深圳市福田区福田街道福华三路与金田路交汇处卓越世纪中心3、4号楼裙楼01层L111、L113-1号铺 | https://amap.com/place/B0FFHDU654 | https://www.qcc.com/firm/d50ee6805ee6c561e643296b951cf956.html | Deregistered August 7th 2022. |
| 深圳市罗湖区优品日用品店 | 深圳市罗湖区东门街道解放路2003号金世界商业中心一层B02、B03、B05-07、B15 | https://amap.com/place/B0G297QFCS | https://www.qcc.com/firm/d66294fdd8377fecd5c1af2c9d94fd52.html | Deregistered, no date. |
| 深圳市罗湖区铮铮优品百货店 | 深圳市罗湖区东门街道人民北路2055-2063文化娱乐中心大厦一楼 | https://www.job5156.com/comp/1639832 | https://www.qcc.com/firm/0f13d5e4cbe112bc03ea260ffe0d17bb.html | Deregistered, no date. Map gone. |
| 深圳市龙岗区铮爆了日用品店* | 深圳市龙岗区坂田街道环城南路与坂雪岗大道交汇处的嘉悦山花园7号楼L1层12号铺 | https://amap.com/place/B0FFIBJU76 | https://www.qcc.com/firm/c400f09cadc993f8e5b605147436684f.html | Deregistered, no date. Map gone. |
| 深圳市龙岗区龙铮日用品百货店* | 深圳市龙岗区横岗街道龙岗大道5008号横岗大厦商业1层19、20号 | https://amap.com/place/B0FFGE9TTO | https://www.qcc.com/firm/f4aff919d37cfdf2b1ddba04cea0f379.html | Deregistered, no date. |
| 深圳市宝安区新安宝铮日用百货店* | 深圳市宝安区新安街道宝安大道与裕安一路交汇处卡罗社区商业裙楼1层L1-07号 | https://amap.com/place/B0FFJXFU0F | https://www.qcc.com/firm/3491351f66c42a0fca0df456b043a68e.html | Deregistered, no date. |
| 深圳市光明新区铮铮日上百货店 | 深圳市光明新区公明街道公明天虹商场二楼5002、5003、5004、5006铺 | https://amap.com/place/B0FFL8KCHO | https://www.qcc.com/firm/0290ba8ec7c91242e80943f6eaba217e.html | Still operating. |
| 深圳市福田区铮福气百货店 | 深圳市福田区梅林街道上梅林中康路梅林路交汇处卓悦汇购物中心B2层07-08号 | See screenshot 1 in Appendix 2 | https://www.qcc.com/firm/1cf7b24626598f02423484f21af812bb.html | Deregistered, no date. |
| 深圳市龙华新区十铮十百货店 | 深圳市龙华新区民治街道民治大道与民丰路交汇处横岭工业区B栋天虹商场一楼1011A号 | https://you.ctrip.com/shopping/shenzhen26/1598026.html | https://www.qcc.com/firm/cfb17f20b990868d4e5fa4c25da76cde.html | Deregistered August 3rd 2022. Map gone. |

*Figure 3*

*Zhou Hongxia store ownership*

| Entity Name | Entity Registered Address | MINISO Store | Validation | Additional Notes |
|---|---|---|---|---|
| 北京亿来源商贸有限公司海淀第一分公司 | 北京市海淀区中关村大街19号新中关大厦M07 | Link | https://www.qcc.com/firm/e03792f3d7510012b096d2055bbf4fad.html | Registered owner changed, but was previously Hongxia Zhou. |
| 北京亿来源商贸有限公司 | 北京市朝阳区朝外大街怡景园北里3、4、5号楼1层B1内03 | Link | https://www.qcc.com/firm/493019dff497af5cdaca4cc195689852.html | Registered owner changed, but was previously Hongxia Zhou. |
| 北京时代佳丽商贸有限公司 | 北京市朝阳区建国路88号院7-10号楼1至2层2801 | Link | https://www.qcc.com/firm/e970a6534e7e050210818ae3ffa5594f.html | Registered owner changed, but was previously Hongxia Zhou. |
| 北京长阳优创百货店 | 北京市房山区广阳新路9号院1号楼2层201-L2024、L2026 | Link | https://www.qcc.com/firm/4021bf8029499a903e72ed84954f975d.html | Deregistered, no date. |
| 名创优品（广州）有限责任公司荔湾分公司 | 广州市荔湾区宝华路133号首层250、251、253、254(相连相通) | Link | https://www.qcc.com/firm/1f3a5e46abaab2776cb0171f8d92afb7.html | |
| 武汉市硚口区晋宜日用品店 | 武汉市硚口区长宜路1号购物中心4-12-11、12-SU单元 | Link | https://www.qcc.com/firm/76c935381887d14f88df8fa3a65f62a1.html | Deregistered, no date. |
| 深圳市罗湖区金红霞百货店 | 深圳市罗湖区南湖街道人民南路2028号金光华广场B1层003 | Link | https://www.qcc.com/firm/0132de02b99d345f28cb3f5c9d116295.html | Deregistered, no date. |
| 深圳市宝安区西乡霞红光百货店 | 深圳市宝安区西乡街道宝源路与海城路交汇处泰丰广场A栋时代城一楼F113号 | Link | https://www.qcc.com/firm/cf65dda368328e09e8e3170b4f2076b.html | Deregistered on August 3rd 2022. |
| 深圳市福田区霞光普照百货店 | 深圳市福田区福保街道石厦北二街89号石厦新港商城一层117号 | Link | https://www.qcc.com/firm/afa1c925831cc0ddd6081e8f574c0005.html | |
| 深圳市罗湖区万红霞百货店 | 深圳市罗湖区桂园街道地铁1号线大剧院C3通道ZY-90号商铺 | Link | https://www.qcc.com/firm/8007604d05683bb32840421cb3159d0f.html | |
| 西安市雁塔区旺霞莱百货店 (Top Toy) | 陕西省西安市雁塔区小寨西路和含光路南段交汇处momopark购物中心一楼F1-10二楼F2-12 | Link | https://www.qcc.com/firm/66b4d9320c7a8074c2341d8af649c16f.html | |
| 广州市黄埔区天石红霞百货店 (Deregistered) | 广州市黄埔区联和街科学大道46号101-45房、101-46房、101-47房 | Link | https://www.qcc.com/firm/e69dd3b888a3803f89aa1599526ffbc.html | Deregistered, no date. |

*Figure 4*
*Ye Tao store ownership*

| 企业名称 | 登记状态 | 法定代表人 | 成立日期 | 所属省份 | 电话 | 企业类型 | 所属行业 | Brand | Map | Link | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 东莞市南城名创优品日用品店 | 在业 | 叶涛 | 2013-12-26 | 广东省 | 18022381286 | 个体工商户 | 零售业 | MINISO | | https://www.qcc.com/firm/3d73b94757f44637171451c7b3adb7ff6.html | Deregistered. Date unknown. |
| 双塔区世耀生活用品店 | 存续 | 叶涛 | 2018-09-13 | 辽宁省 | 18742124573 | 个体工商户 | 零售业 | MINISO | https://ditu.amap.com/place/B0FFHS9UR9 | https://www.qcc.com/firm/e5495961580aca662dd6a624aecb3114.html | Deregistered. Date unknown. |
| 天山区中山路优侬轩百货店 | 存续 | 叶涛 | 2018-02-26 | 新疆维吾尔自治区 | 18022381286 | 个体工商户 | 零售业 | MINISO | https://ditu.amap.com/place/B0IUP1G000 | https://www.qcc.com/firm/84af9bde6f6dac3410141f66435ab2e5.html | Deregistered. Date unknown. |
| 朝阳区涛宗百货店 | 存续 | 叶涛 | 2016-12-21 | 吉林省 | 18022371286 | 个体工商户 | 零售业 | MINISO | https://ditu.amap.com/place/B0FFI68X51 | https://www.qcc.com/firm/82b5945958920dbfe30eae068acf75b8.html | Deregistered. Date unknown. |
| 杭州市上城区叶叶花百货店 | 存续 | 叶涛 | 2018-07-02 | 浙江省 | - | 个体工商户 | 零售业 | MINISO | | https://www.qcc.com/firm/6cd1eb72261cf616d6ac5da73461fe71.html | Deregistered. Date unknown. |
| 沙坪坝区涛哥百货经营部 | 存续 | 叶涛 | 2016-01-14 | 重庆市 | 18022381286 | 个体工商户 | 零售业 | MINISO | https://ditu.amap.com/place/B0FFPYCM17 | https://www.qcc.com/firm/080ee6653c196b7f66240978c72723c9.html | Deregistered. Date unknown. |
| 深圳市罗湖区桂园叶涛百货店 | 存续 | 叶涛 | 2011-07-08 | 广东省 | 13660843393 | 个体工商户 | 零售业 | MINISO | | https://www.qcc.com/firm/daa1f55badfa07ee553ef353f3c756fe.html | Deregistered on August 29th 2022. |
| 深圳罗湖区东门叶涛百货行 | 存续 | 叶涛 | 2012-08-01 | 广东省 | 15989421907 | 个体工商户 | 零售业 | MINISO | https://ditu.amap.com/place/B0FFG6AHHE | https://www.qcc.com/firm/8dc3e3d2b5c7c5e6b83a55b8d94e5639.html | Deregistered on August 31st 2022. |
| 渝中区诺若米便利店 | 存续 | 叶涛 | 2018-11-22 | 重庆市 | 18022381286 | 个体工商户 | 零售业 | MINISO | https://ditu.amap.com/place/B0FFG4EPY2 | https://www.qcc.com/firm/512b750c84b22e5f9b62cc73fb0082d0.html | Deregistered. Date unknown. |
| 朝阳区尚潮儿童玩具店 | 存续 | 叶涛 | 2021-04-15 | 吉林省 | - | 个体工商户 | 零售业 | Top Toy | https://ditu.amap.com/place/B0FFPYWA85 | https://www.qcc.com/firm/c68154676239cb558b91075b9f32bd2a.html | Deregistered. Date unknown. |
| 沙依巴克区友好北路叶涛百货店 | 存续 | 叶涛 | 2021-06-24 | 新疆维吾尔自治区 | - | 个体工商户 | 零售业 | Top Toy | https://ditu.amap.com/place/B0FFGNJIU8 | https://www.qcc.com/firm/691c41a4f09329f6835e50a33cd8e133.html | Deregistered. Date unknown. |
| 三河市宗涛百货店* | 注销 | 叶涛 | 2016-11-07 | 河北省 | 18022381286 | 个体工商户 | 零售业 | MINISO | https://ditu.amap.com/place/B0FFHHC4XJ | https://www.qcc.com/firm/8149cbee075aa3fd0d619af722952147.html | Deregistered. Date unknown. |
| 广州市增城富佳百货店* | 注销 | 叶涛 | 2016-06-28 | 广东省 | 18022381286 | 个体工商户 | 零售业 | MINISO | https://ditu.amap.com/place/B0FFH0XZKP | https://www.qcc.com/firm/4c6e5e476347fd17f57e8e44cc20131f.html | Deregistered on May 12th 2022. |
| 贵阳观山湖飞优潜百货店* | 注销 | 叶涛 | 2018-04-09 | 贵州省 | 18022381286 | 个体工商户 | 零售业 | MINISO | https://ditu.amap.com/place/B0I2TMSSZ5 | https://www.qcc.com/firm/60ffdc13072f68c1459780c6f406a472.html | Deregistered. Date unknown. |
| 呼和浩特回民区叶涛日用百货经销店* | 注销 | 叶涛 | 2015-07-29 | 内蒙古自治区 | 18022381286 | 个体工商户 | 零售业 | MINISO | | https://www.qcc.com/firm/ab363f08d9d91c3 | Deregistered. Date unknown. |

*Figure 5*
*Lin Zongyou store ownership*

| Entity Name | Entity Registered Address | MINISO/Top Toy Store | Validation | Notes |
|---|---|---|---|---|
| 东莞市虎门宗企日用品店 | 广东省东莞市虎门镇连升路82号2057室 | https://www.zhipin.com/job_detail/2004da01cd9a3c921nZ72N-FltR.html | https://www.qcc.com/firm/d85c855fc9547f7f0447029722cee742.html | Deregistered. Date unknown. |
| 佛山市禅城区东广宗友饰品店 | 佛山市禅城区文龙街10号夏宝石坦团首层A08、A14号(经营场所须经审批机关审批) | https://amap.com/place/B0FFIPT2MB | https://www.qcc.com/firm/68d1b56b09d312445e147cacc646a4cd.html | Deregistered. Date unknown. |
| 天津市广创商贸有限公司 | 天津市西青经济开发区友谊南路111号A区206号 | https://amap.com/place/B0FFGTC24Q | https://www.qcc.com/firm/3786eed45c5dd009622337d74472bfdd.html | Changed legal representative. |
| 天津广艾购商贸有限公司 | 天津市西青区中北镇阜盛道1号2层231号 | https://amap.com/place/B0FFH1BBLF | https://www.qcc.com/firm/d1c108f748e8426da3ac7537b156b654.html | Changed legal representative. |
| 广州市天河区珠江新城承恭百货店 | 广州市天河区兴民路222号自编裙楼商场地下负一层(铺位:127) | https://amap.com/place/B0FFI2SMEI | https://www.qcc.com/firm/29de96b03b777ba3675480045798ae7f.html | Deregistered. Date unknown. |
| 广州市天河区石牌娱优创名百货店 | 广州市天河区天河路621-625号裙楼负一至五层广州天娱广场二层2-63房 | http://gz.bendibao.com/wangdian/dian/4121393.shtm | https://www.qcc.com/firm/287b3b6351aaee28fffe0d0e70e779ac.html | Deregistered. Date unknown. |
| 广州市番禺区南村南宗杂货店 | 广州市番禺区南村镇万博中心10幢(A5)1楼003 | https://amap.com/place/B0FFIPRCFX | https://www.qcc.com/firm/34b10cab4278ef5c9bd8451985d05138.html | Deregistered. Date unknown. |
| 广州市番禺区小谷围南商友好饰物店 | 广州市番禺区小谷围街贝岗村贝岗村大街1号南商新天地商业广场一层第1101号商铺 | https://mp.weixin.qq.com/s/VAOIX7IfDGDMXr7iRb90IQ | https://www.qcc.com/firm/770ab6bc50b96417b534334f0661d4fb.html | Deregistered. Date unknown. |
| 广州市荔湾区友宗百货店 | 广州市荔湾区黄沙大道8号235、236房 | https://linkplazagz.linkreitchina.com/sc/shop/%E5%90%8D%E5%88%9B%E4%BC%98%E5%93%81-30448 | https://www.qcc.com/firm/3a81be2d989783c395706bf1c6e7e975.html | Deregistered. Date unknown. |
| 广州市荔湾区柏德来商业城创宗日用品店 | 广州市荔湾区康王北路903号负一层柏德来商业城1316、1317、1222、1223、1206、1207、1208号铺 | http://ctc.www.dianping.com/shop/k4WwOm9cWStyi61L | https://www.qcc.com/firm/f7f3ddc72bec0d9d6c477dc96cb40dd6.html | Deregistered. Date unknown. |
| 广州市越秀区晟宗百货店 | 广州市越秀区北京路238号108自编1832-1房 | https://ditu.so.com/?pid=ad0c05c047614e13&src=seo | https://www.qcc.com/firm/7496cd4db50e1ac034768d7c77816b0b.html | |
| 惠州市惠城区宗创日用百货商行 | 惠州市惠城区惠州大道11号佳兆业广场内二层L228号 | https://amap.com/place/B0FFGMQDFJ | https://www.qcc.com/firm/7abfe88d157891546b35115171aa94c0.html | Deregistered. Date unknown. |
| 惠州市惠阳区淡水宗创百货店 | 惠阳区淡水人民五路3号万联广场一楼5号铺 | https://amap.com/place/B0FFHDEXCV | https://www.qcc.com/firm/5a9a1a8fea3233f26e8945a4be0da97b.html | Deregistered. Date unknown. |
| 武江区益友日用品店 | 韶关市武江区惠民南路50号中环广场益华百货第一层A10A12号铺 | https://amap.com/place/B0FFHPZR9F | https://www.qcc.com/firm/44978b2a66d665931c52d5aa3c61770c.html | |
| 沙坪坝区林宗友百货店 | 重庆市南新区虎溪街道大学城北路97号龙湖U城时尚8馆B1-34a,南8馆-B1-35 | Appendix 2 Screenshot43 | https://www.qcc.com/firm/f3bc25128127930189a1339eea08ef6e.html | Deregistered. Date unknown. |
| 河源市源城区创优百货商行 | 河源市源城区中山大道218号万隆城购物中心一层1017A | https://amap.com/place/B0FFGMQ1FY | https://www.qcc.com/firm/1a08860f96785454bd446d895642107e.html | Deregistered on September 18th 2022. |
| 深圳市龙华新区龙华艾西欧商行 | 深圳市龙华新区龙华街道东环二路8号iCO时尚购物领地L3S-022铺 | https://amap.com/place/B0FFGE8O5D | https://www.qcc.com/firm/82bb3fd2292d47ed0ba1c2cef1009bed.html | Deregistered on August 28th 2022. |
| 深圳市龙岗区龙城百利康百货店 | 深圳市龙岗区龙城街道中心城龙翔大道龙城万科里B1层13号 | http://ctc.www.dianping.com/shop/kay6VzV4WUxc2fgh | https://www.qcc.com/firm/8faffad1ce7c1dabc50db5ec1c01cb7c.html | Deregistered on August 22nd 2022. |
| 深圳福田区卓山百货行 | 深圳市福田区福田街道福山社区福华三路与金田路交界处东南侧卓越世纪中心、皇岗商务中心卓越世纪中心1层L111 | https://amap.com/place/B0FFHDU654 | https://www.qcc.com/firm/cd13d3b0c569683063db5f93a76ecb6a.html | Deregistered on August 28th 2022. |
| 顺德区大良优创名品百货店 | 佛山市顺德区大良华盖路102号首层 | https://amap.com/place/B0FFG6VGOP | https://www.qcc.com/firm/c629deac2cd318fe48ab84f68f5c24e1.html | Deregistered. Date unknown. |
| 顺德区大良新一宗友日用品店 | 佛山市顺德区大良府又居委会东乐路268号新一城购物广场02层13/14号 | Appendix 2 Screenshot 55 | https://www.qcc.com/firm/b20653d6b8e773afea85adfdfec86234.html | Deregistered. Date unknown. |
| 东莞市厚街宗创日用品店 | 东莞市厚街镇宝屯村康乐北路6号万达广场内购物中心室内步行街一层1066B-1067号商铺 | https://amap.com/place/B0FFL52TRM | https://www.qcc.com/firm/1661dc6ab25fc5bd935d53702f2d776e.html | Deregistered. Date unknown. |
| 广州市海珠区友佳潮玩百货店 (Top Toy) | 广州市海珠区帷景路107号B101-10铺 | Appendix 2 Screenshot 22 | https://www.qcc.com/firm/0e12aaf9e96a2831f18a57aa208a64b6.html | Deregistered. Date unknown. |
| 深圳龙岗区和和盛世百货行， | 深圳市龙岗区龙城街道尚景社区龙岗大道万科里B1-13 | https://www.dianping.com/shop/l71Iyeeh PSSWZvan | https://www.qcc.com/firm/45cd8d2832313a901e66938a8f4280de.html | Deregistered on August 28th 2022. |
| 赛罕区创名百货店 (closed) | 内蒙古呼和浩特市赛罕区鄂尔多斯大街凯德MALL二楼 | http://map.baidu.com/detail?third_party=seo&qt=ninf&uid=4f508013a05a3d9d00ec017f&detail=shopping | https://www.qcc.com/firm/bbcdd1481f38d82b2f42b948aa19ebe1.html | Deregistered. Date unknown. |
| 中山市小榄镇唯爱百货店 (Deregistered) | 中山市小榄镇升平中路18号大信新都汇第1FA03号商铺 | https://amap.com/place/B0FFFFA8WW | https://www.qcc.com/firm/54ca5292234aaf834b79139632485852.html | Deregistered. Date unknown. |
| 佛山市三水名优百货店(Deregistered) | 佛山市三水区西南街新华路8号101 | https://m.dianzhangzhipin.com/store/2021-1XR53d-1E1JX.html | https://www.qcc.com/firm/0abc7a707a0c4c306807726d8f204b56.html | Deregistered. Date unknown. |
| 广州宗友商贸有限责任公司(Deregistered) | 广州市天河区天河路228号负一层至七层、七层夹层广州正佳商业广场3F-3C070-71号铺 | https://amap.com/place/B0HG0SWCUG | https://www.qcc.com/firm/c91b36c5e38eaa8ffd7008d34657af99.html | Deregistered on April 6th 2022. |
| 广州宗友商贸有限责任公司天河分公司(Deregistered) | 广州市天河区天河路208号天河城购物中心第四层426房 | https://ditu.amap.com/place/B0FFHS16HP | https://www.qcc.com/firm/9b837ee9e24b8c23bb185d1c2042705f.html | Deregistered on March 31st 2022. |
| 广州市番禺区大石兮濠食品店(Deregistered) | 广州市番禺区大石街105国道大石段426号首层之103 | https://amap.com/place/B0FFF8PEE6 | https://www.qcc.com/firm/5fb2a4be0af808c32f9d2e45f57a4f45.html | Deregistered. Date unknown. |
| 广州市白云区新市创宗百货店(Deregistered) | 广州市白云区机场路1309号百信广场第一层第H51-53、H55-57号商铺 | https://www.dianzhangzhipin.com/company/1nV53Q~~.html | https://www.qcc.com/firm/1ea957024143673a4e77944c9b4597ff.html | Deregistered. Date unknown. |
| 广州市花都区新华乐悠百货店(Deregistered) | 广州市花都区新华街商业大道15号首、二层(铺位:首层东面商铺由南至北第4间) | Appendix 2 Screenshot 26 | https://www.qcc.com/firm/d803fa0fec477bc2a811ba4ff7a9017e.html | Deregistered on February 9th 2022. |
| 顺德陈村宗创百货店(Deregistered) | 佛山市顺德区陈村镇合成居委会佛陈路一号1-7座顺联广场首层第1A-01铺位 | https://amap.com/place/B0HDJGSO4W | https://www.qcc.com/firm/79e2ca0d6906779b7d83481ce601537f.html | Deregistered on December 20th 2021. |
| 广州市海珠区友友百货店(Deregistered) | 广州市海珠区帷景路107号B2124 | https://amap.com/place/B0FFLOFDDB | https://www.qcc.com/firm/79bf57f1382b821e1d99c05f3177061b.html | Deregistered on March 24th 2022. |

*Figure 6*
*Lin Minxin store ownership*

当前担任 16 历史担任0 持股比例 ▾ 登记状态 ▾ 所属省份 ▾ 所属行业 ▾ 点击进行搜索 导出数据 企查查

| 序号 | 企业名称 | 注册资本 | 地区 | 行业 | 状态 | 持股比例 | 担任法定代表人起止时间 |
|---|---|---|---|---|---|---|---|
| 1 | 珠海米富管理咨询合伙企业（有限合伙） | 833.23万元人民币 | 广东省 | 软件和信息技术服务业 | 在业 | 4.7586% | 2018-06 至今 |
| 2 | 珠海米盛管理咨询合伙企业（有限合伙） | 148.48万元人民币 | 广东省 | 商务服务业 | 在业 | 16.1369% | 2018-07 至今 |
| 3 | 广州市增城西西和帝帝服装店 | - | 广东省 | 零售业 | 在业 | - | 2010-04 至今 |
| 4 | 珠海米润管理咨询合伙企业（有限合伙） | 271.78万元人民币 | 广东省 | 商务服务业 | 注销 | 19.8911% | 2018-06 至 2022-10 |
| 5 | 珠海米锦管理咨询合伙企业（有限合伙） | 10万元人民币 | 广东省 | 商务服务业 | 注销 | 99.00% | 2018-07 至 2022-10 |
| 6 | 深圳市龙岗区名创优品便利店 | Company Name Includes MINISO<br>1.5万元人民币 | 广东省 | 零售业 | 注销 | - | 截止 2022-08 |
| 7 | 广州市天河区天河峰正百货店 | - | 广东省 | 零售业 | 注销 | - | 截止 2016-11 |
| 8 | 长沙市天心区名创日用品店 | Company Name Includes MINISO<br>- | 湖南省 | 零售业 | 注销 | - | 截止 2016-04 |
| 9 | 广州市番禺区南村创敏日用品店 | - | 广东省 | 零售业 | 注销 | - | 截止 2020-07 |
| 10 | 广州市海珠区江南新地商业街伊美饰品店 | - | 广东省 | 零售业 | 注销 | - | 截止 2013-07 |

当前担任 16 历史担任0 持股比例 ▾ 登记状态 ▾ 所属省份 ▾ 所属行业 ▾ 点击进行搜索 导出数据 企查查

| 序号 | 企业名称 | 注册资本 | 地区 | 行业 | 状态 | 持股比例 | 担任法定代表人起止时间 |
|---|---|---|---|---|---|---|---|
| 11 | 广州市花都区新华创优日用品店 | Company Name Includes MINISO | [illegible] | [illegible] | 注销 | - | 截止 2019-03 |
| 12 | 广州市海珠区江南新地商业街名敏日用品店 | - | 广东省 | 零售业 | 注销 | - | 截止 2020-08 |
| 13 | 深圳市龙华新区观澜名创优品百货店 | Company Name Includes MINISO | [illegible] | [illegible] | 注销 | - | 截止 2014-04 |
| 14 | 锦江区敏信其他日用品店 | - | 四川省 | 零售业 | 注销 | - | 截止 2019-12 |
| 15 | 广州市萝岗区创来日用品店 | - | 广东省 | 零售业 | 注销 | - | 截止 2019-06 |
| 16 | 广州市花都区新华敏信服饰店 | - | 广东省 | 零售业 | 吊销 | - | 至今 |

*Figure 7*
*Shared phone number*




https://www.qcc.com/firm/514655bfc36a580a302158c110892f75.html







(b) Lead Plaintiff's investigation also corroborated Blue Orca's findings that statements by Securities Act Defendants MINISO, Ye, Zhang, and Li in China before their later preparations for MINISO's IPO admitted that the company itself owns a huge amount of the stores. On November 3, 2019, Yicai Media, the financial news arm of Shanghai Media Group, one of China's largest state-owned media conglomerates, published a Chinese language article, excerpted in *Figure 8* below, which corroborated Blue Orca Capital's finding that 40% of MINISO's Chinese stores were directly owned by the company and only 60% were franchise stores.

*Figure 8*

名创优品已进入盈利状态，年营业收入高速增长，综合利润率 8%左右。以深圳福田星河 COCO Park 购物中心漫威 IP 黑金店为例，其月营业额超 300 万，月坪效 12000 元，店铺实现日均客单量超过 1000 笔，日均客单价近 100 元。名创优品目前直营和加盟的比例约是 4：6。其加盟模式是"投资型加盟"，投资者不用参与门店日常经营，所有加盟店由名创优品总部统一运营管理。最关键的是，加盟商每日可获得所加盟门店前日营业额的 38%（食品为 33%）现金分账。

288. Lead Plaintiff's investigation confirmed that Securities Act Defendant Ye, through an entity he controlled called YGF MC Limited, owned 80% of the shares in the British Virgin Islands joint venture formed in December 2020 to acquire the land for MINISO's planned Guangzhou headquarters building. As illustrated in *Figure 9* and *Figure 10* below, Lead Plaintiff's investigation further confirmed, via a website inaccessible outside of China, that Blue Orca Capital's findings that MINISO contributed RMB 345.7 million to the joint venture on December 11, 2020, and that the joint venture's paid-in-capital remained at this level until October 28, 2021, one day after MINISO bought out Securities Act Defendant Ye's 80% share, when the paid-in-capital rose to RMB 1.8 billion at a time when MINISO was the sole remaining shareholder in the joint venture. Lead Plaintiff's investigation also analyzed the government contact pertaining to the headquarters land purchase, which is not accessible outside of China and confirmed Blue Orca Capital's conclusion that it prohibits changes in the ownership structure of the land purchaser (here, the joint venture) for a period of 10 years – as seen in the relevant excerpt shown in *Figure 11* below.

*Figure 9*

国家企业信用信息公示系统
National Enterprise Credit Information Publicity System

企业信用信息 | 经营异常名录 | 严重违法失信名单

请输入企业名称、统一社会信用代码或注册号

## 2020年度报告 2条修改记录

企业年报信息由该企业提供，企业对其年报信息的真实性、合法性负责

填报时间:2021年04月21日

### 基本信息

- 统一社会信用代码/注册号： 91440101MA9UWAJS4U
- 企业名称： 名优产业投资（广州）有限公司
- 企业通信地址： 广州市海珠区新港东路2429号首层自编003房
- 邮政编码： 510000
- 企业联系电话： 89318666
- 企业电子邮箱： hr@fenlibao.com
- 从业人数： 企业选择不公示
- 其中女性从业人数： 企业选择不公示
- 企业经营状态： 开业
- 企业控股情况： 企业选择不公示
- 是否有投资信息或购买其他公司股权： 否
- 是否有网站或网店： 否
- 是否有对外提供担保信息： 否
- 有限责任公司本年度是否发生股东股权转让： 否
- 企业主营业务活动： 商务服务业

### 网站或网店信息

暂无网站或网店信息

### 股东及出资信息

Paid-In Capital Time

Amendment

| 序号 | 股东 | 认缴出资额（万元） | 认缴出资时间 | 认缴出资方式 | 实缴出资额（万元） | 实缴出资时间 | 实缴出资方式 |
|---|---|---|---|---|---|---|---|
| 1 | YGF Investment V Hong Kong Limited | 100000 | 2030年12月31日 | 货币 | 34571 | 2020年12月11日 | 货币 |

*Figure 10*

### 修改信息

Amendment Before After

| 序号 | 修改事项 | 修改前 | 修改后 | 修改日期 |
|---|---|---|---|---|
| 6 | 实缴出资时间 Paid-in Date | 2021-10-28 | 2021-12-10 | 2022年4月14日 |
| 7 | 利润总额（万元） | 不公示 | 不公示 | 2022年4月14日 |
| 8 | 所有者权益合计（万元） | 不公示 | 不公示 | 2022年4月14日 |
| 9 | 从业人数是否公示 | 不公示 | 不公示 | 2022年6月9日 |
| 10 | 资产总额（万元） | 不公示 | 不公示 | 2022年6月9日 |

共 查询到 13 条记录 共 3 页 首页 ‹上一页 1 0 3 下一页› 末页

### 修改信息

| 序号 | 修改事项 | 修改前 | 修改后 | 修改日期 |
|---|---|---|---|---|
| 11 | 实缴出资额（万元） Paid-in Capital (RMB 10k) | 179901.33 RMB 1.799 Billion | 208401.33 | 2022年4月14日 |
| 12 | 负债总额（万元） | 不公示 | 不公示 | 2022年4月14日 |
| 13 | 从业人数是否公示 | 不公示 | 不公示 | 2022年4月14日 |

共 查询到 13 条记录 共 3 页 首页 ‹上一页 1 2 0 下一页› 末页

*Figure 11*

广州市规划和自然资源局国有土地使用权网上挂牌出让公告

穗规划资源挂出告字〔2020〕105号

经广州市人民政府批准，广州市规划和自然资源局以挂牌方式出让1宗地的国有土地使用权，现将有关事项公告如下：

一、挂牌出让宗地的基本情况和规划指标要求

| 宗地坐落 | 土地用途 | 宗地面积（平方米） | 地上计算容积率建筑面积（平方米） | 挂牌起始价(万元) | 增价幅度（万元） | 竞买保证金(万元) | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 人民币 | 港币 | 美元 |
| 海珠区琶洲西区AH04022 8地块 | 商务设施用地（B2）兼容商业设施用地（B1） | 6557 | 地上≤103879 | 172855 | 1000 | 34571 | 41000 | 5300 |

（一）需满足的其它出让条件如下：

1.该项目的产业须符合《琶洲地区发展规划（2019－2035年）》。

See translation below

2.竞得人或其关联企业在广州市海珠区注册设立的公司纳税强度须符合《琶洲人工智能与数字经济试验区产业用地项目引进工作指导意见》的要求。自竞得人签订《国有建设用地使用权出让合同》之日起，受让人10年内股权不得变更。

3.竞得人签订《国有建设用地使用权出让合同》之日起1个月内，竞得人或其关联企业须在广州市海珠区完成设立其区域总部，办理商事登记及税务登记。否则出让人有权单方面解除出让合同，收回国有建设用地使用权，竞得人已经支付出让价款中的竞买保证金不予退还，退还已经支付出让价款的其余部分（不计利息）。

4.项目建成后，竞得人自持物业不得低于项目计算容积率总建筑面积70%，自持物业的自持年限自首次登记之日起不少于10年。自持物业不得分割处分，抵押、转让须与本项目全部自持物业整体一并办理。

5.竞得人须采用装配式建筑的建造方式，实施装配式建筑的面积比例不低于该地块总建筑面积的70%，若地块分期开发，需在首期落实装配式建筑的

---

*自竞得人签订《国有建设用地使用权出让合同》之日起，受让人 10 年内股权不得变更。*

*From the date when the bidder signs the "State-owned Construction Land Use Right Transfer Contract", the transferee's equity shall not be changed within 10 years.*

---

289. Last, Lead Plaintiff's investigation, using the Wayback Machine, was able to replicate and confirm Blue Orca Capital's research as to MINISO's reported revenue trends, including that its 2018 revenue was 17 billion yuan, as seen in *Figure 12* below. Lead Plaintiff's investigation also confirmed Blue Orca Capital's citation to an August 8, 2019 report in China by Tencent Media, which is owned by China's biggest Internet company, that MINISO had closed

850 stores by March 2019, as seen in *Figure 13* below. That report provided a corroborating screenshot provided by a MINISO employee, seen in *Figure 14* below. Likewise, Lead Plaintiff's investigation of the Chines corporate registry showed that of the 630 stores that were opened and registered using a shared phone number, only 210 remain open, meaning that 420 of them (67%) were subsequently closed, as seen in *Figure 15* below. Lead Plaintiff's investigation revealed that the store closures remain ongoing, with another 80+ locations closed since the publication of Blue Orca Capital's report. Last, Lead Plaintiff's investigation confirmed Blue Orca Capital's findings regarding MINISO's dramatically lowering its franchise fees by 63% over two years, as seen in this chart and *Figure 16* below.

| Date | Licensed Trademark Use Fee (Annual) | Product Security Deposit (One-Time) |
|---|---|---|
| December 2, 2020 | 80,000 RMB | 750,000 RMB |
| January 25, 2021 | 50,000 RMB | 600,000 RMB |
| January 27, 2022 | 29,000 RMB | |

*Figure 12*




https://web.archive.org/web/20191022091748/http:/www.miniso.cn/Brand/History

*Figure 13*

---

*MINISO has always claimed to have opened more than 3,000 stores around the world. After investigation, MINISO, which claims to be expanding rapidly, closed 264 stores in 2016 alone!! ! What is even more astounding is that MINISO has closed more than 850 stores (as of March 2019) (excluding overseas) based on real data provided by MINISO ' s internal staff.*

---

*Figure 14*



(Screenshot of MINISO partial store closure information)

*Figure 15*




*Figure 16*

*December 2, 2020*




https://web.archive.org/web/20201202064303/https://www.miniso.cn/Shop/Stroe

*January 25, 2021*




https://web.archive.org/web/20210125011406/https://miniso.cn/Shop/Stroe

*January 27, 2022*




https://web.archive.org/web/20220127020225/https://miniso.cn/Shop/Stroe

### 5. The Truth Begins To Emerge

290. Loss causation is not an element of Plaintiffs' Securities Act claims, and they need not plead loss causation herein. No allegation herein is meant to serve or shall serve as a basis for eliminating, modifying, limiting, or shifting the burden away from the Securities Act Defendants to plead and prove the absence of loss causation and/or price impact as an affirmative defense at the appropriate stage of the litigation. The proper measure of Plaintiffs' and the Securities Act Class members' damages is a subject for expert analysis after discovery.

291. With that said, Plaintiffs' Securities Act claim damages are evidenced by, but not limited to, the market's reaction to certain revelations about the misstatements and omissions alleged herein.

292. After the IPO, analysts initiated positive coverage of MINISO based, in large part, on its asset-lean operations and Retail Partner Model. For example, BoA's November 9, 2020 analyst report initiated a buy rating and $29.20 price target since MINISO is "uniquely positioned to leverage China's edge as the world's factory [and] its superior supply chain capability and flexible business models to capitalize on opportunities from rising demand for branded value retail" given MINISO's "proven track record of global expansion" and its Retail Partner model which "could enable both scalable expansion in an asset-light manner, and strong control of store operations with direct access to retail and consumer data." It called store expansion "the key revenue driver" and expected a "margin expansion on operating leverage and rising mix from high-margin overseas market." It referenced MINISO's "asset-light business model (such as its retail partner model)" as a basis for differentiating it from its peers and a reason it was "likely to witness higher ROE and margins" than competitors. Critically, the report emphasized that MINISO has only "***129 directly operated stores (mostly in overseas markets) and the rest under third-party stores***," that "MINISO adopts the retail partner model for a [the] majority of stores in China," and

that "***Over 90% of MINISO stores in its global network were established and operated by MINISO retail partners and local distributors***." The report also emphasized that the "highly effective and scalable MINISO retail partner model" required retail partners to "shoulder the associated capital expenditure and operating expenses of stores."

293. The market was thus shocked when on December 28, 2020, Bloomberg reported in an article titled, "Pop Mart Falls on Report of Possible "Blind Box" Tampering" that over the holiday weekend, Chinese state media, Xinhua, issued a report warning of the dangers of "blind boxes," boxes that contain toys that do not show what toy/figurine is inside. According to the report, Xinhua wrote that blind boxes "breed addiction and gambling" and that "regulators should step up oversight of the 'blind box' business model and prevent a negative impact on society and young people." A crackdown on the sale of "blind boxes" would negatively impact the revenues and earnings derived from MINISO's product sales, either directly by MINISO or as a percentage of profits of sales made by franchisees, as MINISO saw sales of the blind box figurines increase 10 percent each month since it began selling the boxes in 2019, with sales totaling 25 million yuan by November 2020. Additionally, in its 12/18/2020 Form 6-K and 12/18/2020 Earnings Release, MINISO reported in its Q1 2021 financial results an increase of 33.4% in revenues from the previous fiscal quarter ended June 30, 2020 and an increase of 37.7% in gross profit from the previous fiscal quarter, both which would be negatively impacted by a reduction in sales of the blind boxes.

294. This news was muted by MINISO's announcement of its Q1 2021 financial results in its 12/18/2020 6-K and 12/18/2020 Earnings Release, about which, analysts remained positive. For example, its December 21, 2020 analyst report, BoA stated that MINISO's Q1 2021 results

were in line with expectations. BoA opined that "***MINISO deserves a premium to peers given faster growth, asset-light business model***" which enables higher NPM and ROE.

295. On this news, MINISO's ADS price fell $5.41 per ADS, or 17.43%, on exceptionally high volume, from a close of $31.04 per ADS on December 24, 2020, to close at $25.63 per ADS on December 28, 2020.

296. Investors and analysts remained positive about MINISO's prospects given its reported expansion rate and quarterly results. For example, in its August 20, 2021 analyst report, BoA reiterated its buy rating, following MINISO's 8/19/2021 Form 6-K and 8/19/2021 Earnings Release, largely based on its opinion that near-term uncertainties are largely reflected in the share price. The BoA analyst report noted that MINISO added 127 stores in China and 35 stores overseas during the quarter. BoA reiterated that MINISO's "retail partner model could enable scalable expansion at asset-light model." BoA also reiterated its opinion that ***MINISO deserves a "premium to peers given faster growth, asset-light business model***" which enables higher NPM and ROE.

297. Thus, the markets were surprised when on November 19, 2021, MINISO filed with the SEC its11/19/2021 Form 6-K and 11/18/2021 Earnings Release announcing its unaudited financial results for the first quarter of fiscal year 2022. In it, MINISO stated that gross margin was 27.4% which represented a decrease from 28.1% reported the previous third quarter of fiscal year 2021; selling and distribution expenses were up to US$52.9 million from US$45.3 million the previous quarter; general and administrative expenses were also up to US$32.8 million from US$25.9 million; and "as of September 30, 2021, the combined balance of the Company's cash, cash equivalents, restricted cash and other investments amounted to RMB6,138.5 million

(US$952.7 million)" as compared to MINISO's cash, cash equivalents, restricted cash and other investments the previous quarter which amounted to RMB7,027.1 million (US$1,072.5 million).

298. This news was muted by the certain of the Securities Act Defendants' public statements regarding MINISO's purportedly rapid expansion, and beneficial retail and franchise models. Analysts remained positive about MINISO's prospects and performance. For example, in its November 18, 2021 analyst report, BoA again reiterated its buy rating, on the basis that recovery was likely to continue. The report noted that MINISO added 96 stores in China and 26 stores overseas during the quarter. BoA reiterated that MINISO's "retail partner model could enable scalable expansion at asset-light model." BoA also reiterated its opinion that MINISO deserves a ***"premium to peers given faster growth, asset-light business model***" which enables higher NPM and ROE.

299. On this news, MINISO's ADS price fell $1.77 per ADS, or 11.17%, on exceptionally high volume, from a close of $15.85 per ADS on November 18, 2021, to close at $14.08 per ADS on November 19, 2021.

300. On November 25, 2021, Thanksgiving day in the U.S., a Spanish-language analyst report was issued by Mexican analysts at Punto Casa de Bolsa, Inc. Corp. noted (as translated) a "tight price adjustment in its stock since the IPO," assessed that MINISO's valuation was higher than the industry average, set a price target of $9.46 in 2022, and recommended selling its securities. The analysis was muted, however, by the analysts' clear, continued reliance upon the alleged misstatements, *e.g.*, the report noted that MINISO had 4,871 global stores, including 3,035 in China, and (as translated) "It is important to clarify that only 118 stores (2%) are directly owned by MNSO, the rest is operated by third parties."

301. On this news, MINISO's ADS price fell $0.80 per ADS, or 5.8%, on high volume, from a close of $13.82 per ADS on November 24, 2021, to close at $13.02 per ADS on November 26, 2021.

302. MINISO continued to tout MINISO's rapid expansion, franchise and retail partner model, swaying analyst opinion. For example, on January 11, 2022, Credit Suisse initiated its coverage of MINISO with an outperform rating ($15.10 price target). In its report, Credit Suisse attributed MINISO's success in part to its "***asset light business model to support rapid expansion, and generate healthy cash flow***." However, cracks began to show as 2022 progressed.

303. On February 14, 2022, B of A Global Research issued a mixed-message report expressing concern about MINISO's "bumpy recovery in China and overseas stores near term" stating, "We lower our FY22/23E non-IFRS EPS by 18%/10%" and "cut PO by 12% to USD 16.6" due to, among other things, "higher investments in branding in the coming 12 months." The report tempered these negatives by reference, *inter alia*, to MINISO's "flexible business model" that was the subject of ongoing misrepresentations and omissions as pled herein.

304. On this news, MINISO's ADS price fell $0.30 per ADS, or 3.1%, on high volume, from a close of $9.71 per ADS on February 11, 2022, to close at $9.41 per ADS on February 14, 2022.

305. On March 4, 2022, Soochow Securities issued a Chinese-language analyst report that noted "The MINISO brand's domestic [Chinese] single-store revenue was -7.4% year-on-year, mainly because the company has opened a large number of stores in the sinking market in the past year. These single stores have lower income." It also noted risks that included "store expansion less than expected." A Credit Suisse report issued on March 4, 2022 noted multiple

"downside risks" to its ADS price target and rating, including "failure to maintain good relationship with major distributors and retail partners."

306. On this news, MINISO's ADS price fell $0.76 per ADS, or 7.6%, on high volume, from a close of $9.96 per ADS on March 3, 2022, to close at $9.20 per ADS on March 4, 2022.

307. On March 9, 2022, after hours, Bloomberg reported that a Citic Securities Co., Ltd. analyst cut the rating on MINISO's ADSs.

308. On this news, MINISO's ADS price fell $0.41 per ADS, or 4.2%, on high volume, from a close of $9.71 per ADS on March 9, 2022, to close at $9.30 per ADS on March 10, 2022.

309. Nonetheless, the continuing effects of the alleged misstatements maintained a relatively positive outlook on MINISO. For instance, in its July 20, 2022 analyst report, Jefferies issued a buy rating emphasizing MINISO's net store openings and its "asset-light retail partner model in China [that] helps Miniso roll out its network rapidly under different retail brands." The report noted that while store openings in China were down because of COVID-19 outbreaks, store openings overseas remained well on track. Jefferies listed "store opening guidance" as one of MINISO's price catalysts.

310. Thus, the market was absolutely shocked when on July 26, 2022, during trading hours, news began to break that market researcher Blue Orca Capital published a report (the "Blue Orca Report"), alleging several issues with MINISO.

311. The Blue Orca Report stated the following, in pertinent part, regarding MINISO's business model, costs, and the amount of stores owned and controlled by Securities Act Defendants MINISO, Ye, Zhang, and Li or other insiders:

> ***Rather than operate an independent network of franchisees, our seven-month investigation of Chinese corporate records and store level data indicates, in our opinion, that hundreds of stores are secretly owned and operated by MINISO executives or individuals closely connected to the chairman.***

* * *

**1. MINISO Lies about its Core Business Model.** MINISO's value proposition to investors is that it allegedly operates an asset-light, high-margin independent franchise model. Supposedly, this enables the Company to expand quickly while minimizing upfront capital costs. In theory, this also allows MINISO to generate high margins without the operating expenses and complexity which drag down profitability at traditional retailers. ***We think that this foundational narrative is a lie.***

**a. Hundreds of Stores Registered to MINISO Executives or Persons Connected to Chairman.** MINISO claims that 99% of its stores in China, its key market, are operated by franchisees **independent** from the Company. To vet this claim, over the course of seven months, we **manually crosschecked MINISO and Top Toy stores in China with the Chinese corporate registry and online map and consumer data**. ***Through our investigation, first begun in November 2021, we found over 620 supposedly independent franchises, which, according to Chinese corporate records, are registered under the names of MINISO executives or individuals closely connected to the Company's chairman. Rather than independent franchises, we believe that such evidence indicates that these stores are secretly owned and operated by the Company.***

***b. MINISO Admitted in Chinese Media that 40% of Stores Directly Owned.*** Our due diligence is consistent with MINISO's disclosures before the Company began preparing for a U.S. listing. ***At a 2017 conference in China, MINISO's brand director said in an interview that most MINISO stores in tier one cities in China are owned and operated by the Company, and that franchising is only limited to lower tier cities. In November 2019, another article published by Chinese state-owned media reported that 40% of MINISO stores were owned and operated by the Company. This tracks with our investigation, and directly contradicts MINISO's disclosures to investors.***

* * *

***2. Money for Nothing: IPO Proceeds Siphoned by Chairman through Crooked Headquarters Deal.*** Shortly after going public, MINISO set up a BVI joint venture with its chairman to build a massive Chinese headquarters. ***Despite only holding a 20% interest in the JV, MINISO contributed all of the initial RMB 346 million deposit to purchase the land. Less than a year later, MINSO bought out the chairman's 80% interest in the JV. In our opinion, this transaction is a naked transfer of shareholder money to the chairman, as Chinese government records indicate that the chairman likely never contributed any capital to the JV. This means that when MINISO bought him out of his JV interest, it was effectively money for nothing. It is also highly unusual for a Chinese company to purchase land in China through a BVI intermediary. Why not purchase the land directly***

***in China without routing the deal either through the chairman or through the BVI? Unless the point was to siphon investor cash to the chairman using an opaque Caribbean jurisdiction***.

* * *

***3. Retailer in Decline: Shrinking Revenues, Falling Franchise Fees and Store Closures.*** Independent evidence, including archived disclosures on MINISO's Chinese website, reports in Chinese media and interviews with former employees, indicate that ***MINISO is a brand in serious peril***.

***a. Shrinking Revenue: In since deleted statements on MINISO's official website, archived by the Wayback Machine, MINISO admitted that its revenues peaked at RMB 17 billion in 2018. This means that MINISO's revenues have shrunk over 40% since then. We corroborated this trend through interviews with former MINISO managers, who confirmed that store revenues and profits have been declining for years and that longtime franchisees are leaving. Taken together, web archive disclosures and employee interviews indicate that revenues have declined precipitously since MINISO's pre-IPO peak.***

***b. Large-Scale Pre-Covid Store Closures***. Chinese media reported that even ***pre-Covid, MINISO closed 850 stores in China, more than a third of its stores in the country! Our months-long investigation corroborates this trend.***

***c. Franchise Fees Dropped by 63%, Indicating Lagging Interest.*** Archived disclosures on MINISO's Chinese website indicate that ***MINISO lowered its franchising fee by 63% over the past two years in a desperate effort to attract franchisees. This is a telltale sign that the business is substantially less attractive to retail partners than it used to be.***

* * *

***Ultimately, we believe that there is overwhelming evidence that MINISO misleads the market about its core business. Rather than operate an asset-light, high-margin franchise model, evidence indicates that hundreds of MINISO stores are owned and operated by Company executives or individuals closely connected to MINISO and its chairman. Accordingly, we believe that MINISO is concealing the costs of such stores from investors***.

***This likely explains why MINISO, despite reporting a large cash balance and a business which supposedly generates healthy cash flows from operations, recently tapped capital markets to raise $72 million through a secondary listing in Hong Kong***.

***In our view, not only does our evidence undermine the authenticity of MINISO's reported financials, but also suggests that MINISO should trade at a fraction of its current share price.***

312. The Blue Orca Report went on to provide scores of records garnered through its investigations and graphics that explicitly and clearly outlined MINISO's misrepresentation regarding its business model stating, in relevant part:

> In the following graphic, we summarize the results of our findings including the number of MINISO and Top Toy stores we believe are owned or operated by MINISO executives or insiders closely connected to the chairman or the Company.




| Name | MINISO | Top Toy | Closed | Total | Connections to MINISO |
|---|---|---|---|---|---|
| Huang Zheng | 7 | | 3 | 10 | MINISO VP and Overseas COO |
| Zhou Hongxia | 10 | 1 | 1 | 12 | Legal Rep of a MINISO Subsidiary and multiple MINISO branches |
| Ye Tao | 9 | 2 | 4 | 15 | Supervisor of a MINISO Subsidiary; Same surname with Chairman Ye |
| Lin Zongyou | 24 | | 10 | 34 | Legal Rep & Director of MINISO Corporation (90% owned by Chairman Ye) |
| Ye Xiao | 91 | | 3 | 94 | Shared Phone Number; Same surname with Chairman Ye |
| Li Zhibin | 25 | 6 | 3 | 34 | Supervisor of multiple Chairman Ye - controlled entities |
| Mo Cuifeng | 8 | 6 | 11 | 25 | Legal Rep of a Chairman Ye - controlled entity (Haydon (Shanghai) Technology) |
| Zhong Yinjia | 19 | 2 | 14 | 35 | Shared Phone Number; Business Partner with Li Zhibin |
| Wen Haian | 14 | 6 | 3 | 23 | Shared Phone Number; Business Partner with Li Zhibin & Zhong Yinjia |
| Zhang Shanshan | 11 | 3 | 3 | 17 | Shared Phone Number; Business Partner with Li Zhibin |
| Jiao Dongdong | 45 | | 13 | 58 | Shared Phone Number |
| Huang Zhengyi | 23 | | 6 | 29 | Shared Phone Number |
| Fu Zhongwen | 21 | | 1 | 22 | Shared Phone Number |

*Source: MINISO IPO Presentation, MINISO HK Prospectus, qcc.com, Online Search*

> We have also included a column showing the deregistered connected entities and closed stores in the last 7 months. It is unclear whether such store closures are temporary due to Covid lockdowns or permanent, but ***they are nevertheless***

***illustrative of the broader trend as they are clearly registered to either MINISO executives or individuals closely connected to the chairman and the Company.***

(a) The Blue Orca Report went on to provide a specific example of 10 MINISO stores owned by MINISO Senior VP and COO, stating:

> According to MINISO's IPO investor deck, ***Huang Zheng is MINISO's Vice President and Overseas Chief Operating Officer***.
>
> [Image omitted.]
>
> Chinese corporate registries show that ***Huang Zheng is the registered owner of 10 MINISO stores***, which we were able to confirm by matching entities owned by Huang from the Chinese corporate registry with the location of a MINISO store.
>
> **Chinese Corporate Registry Records**




> *Source:* [*https://amap.com/place/B0FFHDU654*](https://amap.com/place/B0FFHDU654), [*https://www.qcc.com/firm/d50ee6805ee6c561e643296b951cf956.html*](https://www.qcc.com/firm/d50ee6805ee6c561e643296b951cf956.html)
>
> In the following table, ***we include the Chinese entities owned by Huang, the registered addresses of his entities and the corresponding MINISO stores at those addresses***.

| Entity Name | Entity Registered Address | MINISO Store |
|---|---|---|
| 深圳市盐田区铮海日用品百货店 | 深圳市盐田区海山街道深盐路南面海山路北面壹海城二区负一层 B104A、B105 号 | https://www.dianping.com/shop/G6Aun6PqayXFn6up |
| 深圳市福田区卓铮铮百货店 | 深圳市福田区福田街道福华三路与金田路交汇处卓越世纪中心 3、4 号楼裙楼 01 层 L111、L113-1 号铺 | https://amap.com/place/B0FFHDU654 |
| 深圳市罗湖区优品日用品店 | 深圳市罗湖区东门街道解放路 2003 号金世界商业中心一层 B02、B03、B05-07、B15 | https://amap.com/place/B0G297QFCS |
| 深圳市罗湖区铮铮优品百货店 | 深圳市罗湖区东门街道人民北路 2055-2063 文化娱乐中心大厦一楼 | https://www.job5156.com/comp/1639832 |
| 深圳市龙岗区铮爆了日用品店* | 深圳市龙岗区坂田街道环城南路与坂雪岗大道交汇处的嘉悦山花园 7 号楼 L1 层 12 号铺 | https://amap.com/place/B0FFIBJU76 |
| 深圳市龙岗区龙铮日用品百货店* | 深圳市龙岗区横岗街道龙岗大道 5008 号横岗大厦商业 1 层 19、20 号 | https://amap.com/place/B0FFGE9TTO |
| 深圳市宝安区新安宝铮日用百货店* | 深圳市宝安区新安街道宝安大道与裕安一路交汇处卡罗社区商业裙楼 1 层 L1-07 号 | https://amap.com/place/B0FFJXFU0F |
| 深圳市光明新区铮铮日上百货店 | 深圳市光明新区公明街道公明天虹商场二楼 5002、5003、5004、5006 铺 | https://amap.com/place/B0FFL8KCHO |
| 深圳市福田区铮福气百货店 | 深圳市福田区梅林街道上梅林中康路梅林路交汇处卓悦汇购物中心 B2 层 07-08 号 | See screenshot 1 in Appendix 2 |
| 深圳市龙华新区十铮十百货店 | 深圳市龙华新区民治街道民治大道与民丰路交汇处横岭工业区 B 栋天虹商场一楼 1011A 号 | https://you.ctrip.com/shopping/shenzhen26/1598026.html |

*Source: qcc.com, Online Search*
**Entities are deregistered in 2022.*

***MINISO claims that its franchises are independent, yet Chinese corporate records, cross-checked with store level data, show that MINISO's vice president and chief operating officer of its overseas business is the registered owner of at least 10 MINISSO stores.*** Other examples abound.

(b) The Blue Orca Report continued by providing an example of 12 stores owned by a MINISO subsidiary legal representative, stating:

Chinese corporate records state that ***Zhou Hongxia is the legal representative of MINISO's Shanghai subsidiary as well as multiple other MINISO branches.***




*Source: qcc.com*




According to the Chinese corporate registry, ***as of November 2021, Zhou Hongxia owned 11 MINISO stores and 1 Top Toy store***, which we were able to confirm by matching the address of the entities he owns on the Chinese corporate registry with the location of a MINISO or Top Toy shop.

**北京亿来源商贸有限公司海淀第一分公司** 存续

小微企业

#批发和零售业 #零售业 #北京市 #海淀区

Legal Representative: Zhou Hongxia

负责人： 周红霞 关联50家企业 > 统一社会信用代码： 91110108MA01U49503

电话： 18022381286 同电话企业 99+ 官网： 暂无

邮箱： 2086624754@qq.com 地址： 北京市海淀区中关村大街19号新中关大厦M07




名创优品(新中关购物中心店)

★★★★★ 家居

北京市海淀区中关村大街19号新中关购物中心M层27号

15844750257 16619785318

Same Address

*Source: [https://www.qcc.com/firm/e03792f3d7510012b096d2055bbf4fad.html](https://www.qcc.com/firm/e03792f3d7510012b096d2055bbf4fad.html), [https://ditu.amap.com/place/B0FFFW5N30](https://ditu.amap.com/place/B0FFFW5N30)*

**Zhou Hongxia is the Registered Owner of 11 MINISO Stores and 1 Top Toy Store**

| Entity Name | Entity Registered Address | MINISO Store |
|---|---|---|
| 北京亿来源商贸有限公司海淀第一分公司 | 北京市海淀区中关村大街 19 号新中关大厦 M07 | Link |
| 北京亿来源商贸有限公司 | 北京市朝阳区朝外大街怡景园北里 3、4、5 号楼 1 层 B1 内 03 | Link |
| 北京时代佳丽商贸有限公司 | 北京市朝阳区建国路 88 号院 7-10 号楼 1 至 2 层 2801 | Link |
| 北京长阳优创百货店 | 北京市房山区广阳新路 9 号院 1 号楼 2 层 201-L2024、L2026 | Link |
| 名创优品（广州）有限责任公司荔湾分公司 | 广州市荔湾区宝华路 133 号首层 250、251、253、254(相连相通) | Link |
| 武汉市硚口区晋宜日用品店 | 武汉市硚口区长宜路 1 号购物中心 4-12-11、12-SU 单元 | Link |
| 深圳市罗湖区金红霞百货店 | 深圳市罗湖区南湖街道人民南路 2028 号金光华广场 B1 层 003 | Link |
| 深圳市宝安区西乡霞红光百货店 | 深圳市宝安区西乡街道宝源路与海城路交汇处泰丰广场 A 栋时代城一楼 F113 号 | Link |
| 深圳市福田区霞光普照百货店 | 深圳市福田区福保街道石厦北二街 89 号石厦新港商城一层 117 号 | Link |
| 深圳市罗湖区万红霞百货店 | 深圳市罗湖区桂园街道地铁 1 号线大剧院 C3 通道 2Y-90 号商铺 | Link |
| 西安市雁塔区旺载莱百货店 (Top Toy) | 陕西省西安市雁塔区小寨西路和含光路南段交汇处 momopark 购物中心一楼 F1-10 二楼 F2-12 | Link |
| 广州市黄埔区天石红霞百货店 (Deregistered) | 广州市黄埔区联和街科学大道 46 号 101-45 房、101-46 房、101-47 房 | Link |

*Source: qcc.com, Online Search*

(c) The Blue Orca Report provided another example of 15 MINISO stores owned by an executive of a MINISO subsidiary, stating:

> MINISO (Wuhan) Enterprise Management Consulting ("MINISO Wuhan") is a MINISO subsidiary. According to the Chinese corporate registry, MINISO Wuhan's supervisor is Ye Tao. ***Ye Tao not only shares the same surname with MINISO Chairman (Ye Guofu), but he is also the supervisor of multiple other companies owned and controlled by MINISO's chairman.***
>
> According to the Chinese corporate registry, ***Ye Tao is the owner of 15 MINISO stores***.

**Ye Tao Owns 13 MINISO Stores and 2 Top Toy Sores (4 are Deregistered)**

| 企业名称 | 登记状态 | 法定代表人 | 成立日期 | 所属省份 | 电话 | 企业类型 | 所属行业 | Brand |
|---|---|---|---|---|---|---|---|---|
| 东莞市南城名创优品日用品店 | 在业 | 叶涛 | 2013-12-26 | 广东省 | 18022381286 | 个体工商户 | 零售业 | MINISO |
| 双塔区世耀生活用品店 | 存续 | 叶涛 | 2018-09-13 | 辽宁省 | 18742124573 | 个体工商户 | 零售业 | MINISO |
| 天山区中山路优依轩百货店 | 存续 | 叶涛 | 2018-02-26 | 新疆维吾尔自治区 | 18022381286 | 个体工商户 | 零售业 | MINISO |
| 朝阳区涛宗百货店 | 存续 | 叶涛 | 2016-12-21 | 吉林省 | 18022371286 | 个体工商户 | 零售业 | MINISO |
| 杭州市上城区叶叶花百货店 | 存续 | 叶涛 | 2018-07-02 | 浙江省 | - | 个体工商户 | 零售业 | MINISO |
| 沙坪坝区涛哥百货经营部 | 存续 | 叶涛 | 2016-01-14 | 重庆市 | 18022381286 | 个体工商户 | 零售业 | MINISO |
| 深圳市罗湖区桂园叶涛百货店 | 存续 | 叶涛 | 2011-07-08 | 广东省 | 13660843393 | 个体工商户 | 零售业 | MINISO |
| 深圳罗湖区东门叶涛百货行 | 存续 | 叶涛 | 2012-08-01 | 广东省 | 15989421907 | 个体工商户 | 零售业 | MINISO |
| 渝中区诺若米便利店 | 存续 | 叶涛 | 2018-11-22 | 重庆市 | 18022381286 | 个体工商户 | 零售业 | MINISO |
| 朝阳区尚潮儿童玩具店 | 存续 | 叶涛 | 2021-04-15 | 吉林省 | - | 个体工商户 | 零售业 | Top Toy |
| 沙依巴克区友好北路叶涛百货店 | 存续 | 叶涛 | 2021-06-24 | 新疆维吾尔自治区 | - | 个体工商户 | 零售业 | Top Toy |
| 三河市宗涛百货店* | 注销 | 叶涛 | 2016-11-07 | 河北省 | 18022381286 | 个体工商户 | 零售业 | MINISO |
| 广州市增城富挂百货店* | 注销 | 叶涛 | 2016-06-28 | 广东省 | 18022381286 | 个体工商户 | 零售业 | MINISO |
| 贵阳观山湖飞优潜百货店* | 注销 | 叶涛 | 2018-04-09 | 贵州省 | 18022381286 | 个体工商户 | 零售业 | MINISO |
| 呼和浩特回民区叶涛日用百货经销店* | 注销 | 叶涛 | 2015-07-29 | 内蒙古自治区 | 18022381286 | 个体工商户 | 零售业 | MINISO |

*Source: qcc.com*
**Deregistered*




*Source: qcc.com, MINISO HK Prospectus*
**Ye Guofu owned 99% of 199 Global Holding (Guangzhou) until March 28, 2022*

> ***As an executive of a MINISO's subsidiary and multiple Chairman-owned entities, Ye Tao appears far from an independent third party. Yet undisclosed to investors, this insider is the registered owner of 15 supposedly independent franchises.***

(d) The Blue Orca Report went on to provide a specific example of 34 stores owned by MINISO chairman's legal representative, stating:

> ***We have identified what we believe to be another undisclosed related party, Lin Zongyou.*** We summarized some of Lin Zongyou's many connections to MINISO below, including Chinese corporate records which indicate that ***he is the legal representative of almost a dozen entities owned (or recently owned) by MINISO's chairman, his wife or a MINISO executive director.*** [Footnote omitted]




Source: qcc.com

***Similar to Ye Tao, Lin Zongyou is the registered owner of 34 MINISO stores.***

## Lin Zongyou Owns 34 MINISO Stores (9 entities are Deregistered and 1 store is closed)

| Entity Name | Entity Registered Address | MINISO/Top Toy Store |
|---|---|---|
| 东莞市虎门宗企日用品店 | 广东省东莞市虎门镇连升路 82 号 2057 室 | https://www.zhipin.com/job_detail/2004da01cd9a3c921nZ72N--FltR.html |
| 佛山市禅城区东广宗友饰品店 | 佛山市禅城区文龙街 10 号蓝宝石组团首层 A08、A14 号(经营场所须经审批机关审批) | https://amap.com/place/B0FFIPT2MB |
| 天津市广创商贸有限公司 | 天津市西青经济开发区友谊南路 111 号 A 区 206 号 | https://amap.com/place/B0FFGTC24Q |
| 天津广艾购商贸有限公司 | 天津市西青区中北镇阜盛道 1 号 2 层 231 号 | https://amap.com/place/B0FFH1BBLF |
| 广州市天河区珠江新城承恭百货店 | 广州市天河区兴民路 222 号自编裙楼商场地下负一层(部位:127) | https://amap.com/place/B0FFI2SMEI |
| 广州市天河区石牌娱优创名百货店 | 广州市天河区天河路 621-625 号裙楼负一至五层广州天娱广场二层 2-63 房 | http://gz.bendibao.com/wangdian/dian/4121393.shtm |
| 广州市番禺区南村南宗杂货店 | 广州市番禺区南村镇万博中心 10 幢(A5)1 楼 003 | https://amap.com/place/B0FFIPRCFX |
| 广州市番禺区小谷围高高友好饰物店 | 广州市番禺区小谷围街贝岗村贝岗村大街 1 号高高新天地商业广场一层第 1101 号商铺 | https://mp.weixin.qq.com/s/VAOlX7IfDGDMXr7iRb90IQ |
| 广州市荔湾区友宗百货店 | 广州市荔湾区黄沙大道 8 号 235、236 房 | https://linkplazaqz.linkreitchina.com/sc/shop/%E5%90%8D%E5%88%9B%E4%BC%98%E5%93%81-30448 |
| 广州市荔湾区柏德来商业城创宗日用品店 | 广州市荔湾区康王北路 903 号负一层柏德来商业城 1316、1317、1222、1223、1206、1207、1208 号铺 | http://ctc.www.dianping.com/shop/k4WwOm9cWStyi61L |
| 广州市越秀区晟宗百货店 | 广州市越秀区北京路 238 号 108 自编 1B32-1 房 | https://ditu.so.com/?pid=ad0c05c047614e13&src=seo |
| 惠州市惠城区宗创日用百货商行 | 惠州市惠城区惠州大道 11 号佳兆业广场内二层 L228 号 | https://amap.com/place/B0FFGMQDFJ |
| 惠州市惠阳区淡水宗创百货店 | 惠阳区淡水人民五路 3 号万联广场一楼 5 号铺 | https://amap.com/place/B0FFHDEXCV |
| 武江区益友日用品店 | 韶关市武江区惠民南路 50 号中环广场益华百货第一层 A10-A12 号铺 | https://amap.com/place/B0FFHPZR9F |
| 沙坪坝区林宗友百货店 | 重庆市高新区虎溪街道大学城北路 97 号龙湖 U 城 B 馆南 8 馆-B1-34a,南 8 馆-B1-35 | Appendix 2 Screenshot43 |
| 河源市源城区创优百货商行 | 河源市源城区中山大道 218 号万隆城购物中心一层 1017A | https://amap.com/place/B0FFGMQ1FY |
| 深圳市龙华新区龙华艾西欧商行 | 深圳市龙华新区龙华街道东环二路 8 号 iCO 时尚购物领地 L3S-022 铺 | https://amap.com/place/B0FFGE8O5D |
| 深圳市龙岗区龙城百利家百货店 | 深圳市龙岗区龙城街道中心城龙翔大道龙城万科里 B1 层 13 号 | http://ctc.www.dianping.com/shop/kay6VzV4WUxc2fgh |

| | | |
|---|---|---|
| 深圳福田区卓山百货行 | 深圳市福田区福田街道福山社区福华三路与金田路交界处东南侧卓越世纪中心、皇岗商务中心卓越世纪中心 1 层 L111 | https://amap.com/place/B0FFHDU654 |
| 顺德区大良优创名品百货店 | 佛山市顺德区大良华盖路 102 号首层 | https://amap.com/place/B0FFG6VGOP |
| 顺德区大良新一宗友日用品店 | 佛山市顺德区大良府又居委会东乐路 268 号新一城购物广场 02 层 13/14 号 | Appendix 2 Screenshot 55 |
| 东莞市厚街宗创日用品店 | 东莞市厚街镇宝屯村康乐北路 6 号万达广场内购物中心室内步行街一层 1066B-1067 号商铺 | https://amap.com/place/B0FFL52TRM |
| 广州市海珠区友佳潮玩百货店 (Top Toy) | 广州市海珠区榕景路 107 号 B101-10 铺 | Appendix 2 Screenshot 22 |
| 深圳龙岗区扣扣盛世百货行[9] | 深圳市龙岗区龙城街道尚景社区龙岗大道万科里 B1-13 | https://www.dianping.com/shop/l71lyeehPSSWZyan |
| 赛罕区创名百货店 (closed) | 内蒙古呼和浩特市赛罕区鄂尔多斯大街凯德 MALL 二楼 | http://map.baidu.com/detail?third_party=seo&qt=ninf&uid=4f508013a05a3d9d00ec017f&detail=shopping |
| 中山市小榄镇唯爱百货店 (Deregistered) | 中山市小榄镇升平中路 18 号大信新都汇第 1FA03 号商铺 | https://amap.com/place/B0FFFFA8WW |
| 佛山市三水名优百货店(Deregistered) | 佛山市三水区西南街新华路 8 号 101 | https://m.dianzhangzhipin.com/store/2021-1XR53d-1E1JX.html |
| 广州宗友商贸有限责任公司 (Deregistered) | 广州市天河区天河路 228 号负一层至七层、七层夹层广州正佳商业广场 3F-3C070-71 号铺 | https://amap.com/place/B0HG0SWCUG |
| 广州宗友商贸有限责任公司天河分公司 (Deregistered) | 广州市天河区天河路 208 号天河城购物中心第四层 426 房 | https://ditu.amap.com/place/B0FFHS16HP |
| 广州市番禺区大石兮濠食品店 (Deregistered) | 广州市番禺区大石街 105 国道大石段 426 号首层之 103 | https://amap.com/place/B0FFF8PEE6 |
| 广州市白云区新市创宗百货店 (Deregistered) | 广州市白云区机场路 1309 号百信广场第一层第 H51-53、H55-57 号商铺 | https://www.dianzhangzhipin.com/company/1nV53Q~~.html |
| 广州市花都区新华乐悠百货店 (Deregistered) | 广州市花都区新华街商业大道 15 号首、二层(部位:首层东面商铺由南至北第 4 间) | Appendix 2 Screenshot 26 |
| 顺德陈村宗创百货店(Deregistered) | 佛山市顺德区陈村镇合成居委会佛陈路一号 1-7 座顺联广场首层第 1A-01 铺位 | https://amap.com/place/B0HDJGSO4W |
| 广州市海珠区友友百货店(Deregistered) | 广州市海珠区榕景路 107 号 B2124 | https://amap.com/place/B0FFLOFDDB |

*Source: Qcc.com*

(e) The Blue Orca Report identified that hundreds of entities share overlapping registration information, stating:

> In another example, ***Li Minxin, MINISO's director and executive vice president, has a MINISO store registered under his name in the database as Shenzhen Longgang Miniso Store (the "LG Store")***. We cross-checked the registered address of the store (深圳市龙岗区平湖街道凤凰社区守珍街 165 号) and confirmed that there was a MINISO store at this location. [Footnote omitted]




*Source: MINISO F-1,* [*https://www.qcc.com/firm/514655bfc36a580a302158c110892f75.html*](https://www.qcc.com/firm/514655bfc36a580a302158c110892f75.html), [*http://www.dianping.com/shop/H1ZmbzZgerSrPvjo*](http://www.dianping.com/shop/H1ZmbzZgerSrPvjo)

In addition to the LG Store, ***MINISO executive Li Minxin is the registered owner of 8 other entities that we suspect were former MINISO stores*** that were shut down over the years. Some of the entities have the word "MINISO" in their names; all of them were in the retail business and were established after 2013, the year that MINISO was founded.

***Rather than being independent franchises, as the Company claims, these stores are registered under the name of MINISO's director and executive vice president***.

We also noticed that many of the MINISO stores owned by MINISO executives Li Minxin and Huang Zheng use the same registered phone number.

Same Phone Number

| 企业名称 | 登记状态 | 法定代表人 | 注册资本 | 成立日期 | 核准日期 | 所属省份 | 所属城市 | 所属区县 | 电话 | 企业类型 | 所属行业 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 深圳市龙岗区名创优品便利店 | 存续 | 李敏信 | 1.5万元人 | 2014-02-26 | 2014-02-26 | 广东 | 深圳市 | 龙岗区 | 18022381286 | 个体工商户 | 零售业 |
| 锦江区敏信其他日用品店 | 注销 | 李敏信 | - | 2015-11-04 | 2018-01-10 | 四川 | 成都市 | 锦江区 | 18022381286 | 个体工商户 | 零售业 |
| 广州市萝岗区创宗日用品店 | 注销 | 李敏信 | - | 2014-05-19 | 2019-06-04 | 广东 | 广州市 | 黄埔区 | 18022381286 | 个体工商户 | 零售业 |
| 广州市海珠区江南新地商业街名敏日用品店 | 注销 | 李敏信 | - | 2014-04-02 | 2020-08-24 | 广东 | 广州市 | 海珠区 | 18022381286 | 个体工商户 | 零售业 |
| 惠州市惠城区铮创百货店 | 在业 | 黄铮 | - | 2016-03-25 | 2016-03-25 | 广东省 | 惠州市 | 惠城区 | 18022381286 | 个体工商户 | 零售业 |
| 深圳市盐田区铮海日用品百货店 | 存续 | 黄铮 | 3万元人民 | 2015-10-12 | 2015-10-12 | 广东省 | 深圳市 | 盐田区 | 18022381286 | 个体工商户 | 零售业 |
| 深圳市福田区卓铮铮百货店 | 存续 | 黄铮 | 2万元人民 | 2015-08-11 | 2015-08-11 | 广东省 | 深圳市 | 福田区 | 18022381286 | 个体工商户 | 零售业 |
| 深圳市罗湖区优品日用品店 | 存续 | 黄铮 | 5万元人民 | 2014-06-13 | 2014-06-13 | 广东省 | 深圳市 | 罗湖区 | 18022381286 | 个体工商户 | 零售业 |
| 深圳市罗湖区铮铮优品百货店 | 存续 | 黄铮 | 5万元人民 | 2015-02-11 | 2015-02-11 | 广东省 | 深圳市 | 罗湖区 | 18022381286 | 个体工商户 | 零售业 |
| 深圳市龙岗区铮爆了日用品店 | 存续 | 黄铮 | 5万元人民 | 2015-10-21 | 2015-10-21 | 广东省 | 深圳市 | 龙岗区 | 18022381286 | 个体工商户 | 零售业 |
| 深圳市龙岗区龙铮日用品百货店 | 存续 | 黄铮 | 3万元人民 | 2015-10-13 | 2015-10-13 | 广东省 | 深圳市 | 龙岗区 | 18022381286 | 个体工商户 | 零售业 |
| 深圳市龙岗区龙河名创百货店 | 注销 | 黄铮 | 0.1万元人 | 2014-04-11 | 2020-05-09 | 广东省 | 深圳市 | 龙岗区 | 18022381286 | 个体工商户 | 零售业 |
| 阳春市春城名创日用品店 | 注销 | 黄铮 | - | 2014-05-21 | 2021-10-26 | 广东省 | 阳江市 | 阳春市 | 18022381286 | 个体工商户 | 零售业 |

*Source: qcc.com*

Entities which share the same registered phone number typically are connected to each other, sharing overlapping control or common ownership. The Chinese corporate registry database shows that there are in total 556 entities sharing this phone number, among them, 291 entities are still in operation.

| | |
|---|---|
| 已选条件 关键词：18022381286 | 已选条件 关键词：18022381286 登记状态：存续,在业,迁入,迁出,设立 |
| Search by: 18022381286 | Search by: 18022381286, Status: In Operation |
| 小查为您找到 556 条相关结果 | 小查为您找到 291 条相关结果 |
| We found 556 results | We found 291 results |

*Source: qcc.com*

This led us to more undisclosed related parties of the Company that own a significant number of MINISO stores.

Things appear no different with respect to MINISO's new Top Toy brand, introduced by the Company in December 2020 catering to the top toy market. MINISO reported that as of March 2022, there are 92 Top Toy stores in China and only 4 are stores directly operated by the Company.

| | |
|---|---|
| **Number of TOP TOY stores** | **92** |
| Directly operated stores | 4 |
| Stores operated under MINISO Retail Partner model | 88 |

*Source: MINISO HK Prospectus*

Yet similar to MINISO stores, our due diligence indicates that ***34 Top Toy stores, or 37% of all Top Toy stores, are secretly owned by related parties of the Company***.

**Top Toy Stores Owned by Undisclosed Related Parties**

| Name | Top Toy | Connections to MINISO |
|---|---|---|
| Zhou Hongxia | 1 | Legal Rep of a MINISO Subsidiary and multiple MINISO branches |
| Ye Tao | 2 | Supervisor of a MINISO Subsidiary; Same surname with Chairman Ye |
| Li Zhibin | 6 | Supervisor of multiple Chairman Ye - controlled entities |
| Mo Cuifeng | 6 | Legal Rep of a Chairman Ye - controlled entity (Haydon (Shanghai) Technology) |
| Zhong Yinjia | 2 | Shared Phone Number; Business Partner with Li Zhibin |
| Wen Haian | 6 | Shared Phone Number; Business Partner with Li Zhibin & Zhong Yinjia |
| Zhang Shanshan | 3 | Shared Phone Number; Business Partner with Li Zhibin |
| Cui Hongbang | 2 | Shared Phone Number |
| Long Chuanfen | 2 | Shared Phone Number |
| Yao Linlin | 1 | Shared Phone Number |
| Li Hong | 1 | Shared Phone Number |
| Fan Xueyan | 1 | Shared Phone Number |
| Tan Huimin | 1 | Shared Phone Number |

*Source: Qcc.com, Online Search*

(f) According to the Blue Orca Report, MINISO admitted in Chinese media that 40% of MINISO stores are directly owned, stating:

> ***Notably, our findings are consistent with MINISO's disclosures before the Company began preparing for a U.S. listing. At a 2017 conference in China, MINISO's brand director said in an interview that most MINISO stores in Tier 1 cities in China are operated by the Company and that franchising is only limited to lower tier cities.***

**《联商网》：国内投资一家店需要多少成本，产出怎么样，多长时间盈利？**

**成金兰：**目前一线城市的繁华地段基本上都是直营店，二线城市可以做加盟店。目前品牌使用费为8万元/年，一次性需要交3年，货品保证金75万元。由公司统一安排装修，装修费按2800元/平方预收，基本店铺的面积要在200平米左右，一家店铺启动的整体投资预算在200万左右。

Cheng Jinlan (Brand Director of MINISO): **Currently, most stores in the more prosperous areas in Tier 1 cities are directly operated by the company**, while franchised stores can be established in tier 2 cities.

*Source: http://www.linkshop.com/news/2017382880.shtml*

In another article published in November 2019, Chinese media reported that 40% of MINISO stores are owned by the Company.

第一财经从名创优品内部了解到，其门店基本都设在大型购物中心，或人流密集的商业步行街，不同位置的门店年租金不同，几十万到上百万不等。一间250平方米左右的门店的员工基本配置为6~7个人。装修和日常成本也是因门店而异，包括门店所属地区和位置、面积、人工成本等因素差异。名创优品已进入盈利状态，年营业收入高速增长，综合利润率8%左右。以深圳福田星河COCO Park购物中心漫威IP黑金店为例，其月营业额超300万，月坪效12000元，店铺实现日均客单量超过1000笔，日均客单价近100元。名创优品目前直营和加盟的比例约是4：6，其加盟模式是“投资型加盟”，投资者不用参与门店日常经营，所有加盟店由名创优品总部统一运营管理。最关键的是，加盟商每日可获得所加盟门店前日营业额的38%（食品为33%）现金分账。The current ratio between corporate-owned stores and franchise-owned stores is 4:6

Source: https://www.yicai.com/news/100388597.html

The article is highly credible as it appeared in the financial news arm of the Shanghai Media Group, a state-owned enterprise. ***This November 2019 account in Chinese state-owned media stating that 40% of MINISO stores are owned and operated by the Company directly contradicts MINISO's disclosures to investors, in which the Company stated that less 1% of stores in China were directly operated by the Company in 2019.***

[Image omitted]

We also spoke to a MINISO franchisee who had owned several MINISO stores since 2016. He confirmed to us that ***MINISO had more than 1,000 company-owned stores in China in 2019***, although many stores have closed down because of Covid-19.

* * *

Yet these candid statements in Chinese media are consistent with our due diligence, which found ***hundreds of stores owned by Company insiders or those closely connected to the chairman***.

* * *

But based on the independent evidence, we think that this foundational narrative is a lie. ***We found at least 620 supposedly independent MINISO stores in China which are owned and operated by either MINISO executives or individuals closely connected to the chairman. We suspect that these stores are likely controlled and funded by the Company. This suggests that MINISO's real margins are likely significantly less than reported to investors.***

Fundamentally, this misrepresentation obscures MINISO's true business model, tricking the markets into applying an unjustified and unsustainable multiple on a mundane retail business model**.** ***MINISO is currently trading at 1.4x sales as an asset light and high margin business, a desirable proposition especially during***

***Covid-19. Yet our due diligence shows that in reality, MINISO is more like a declining brick-and-mortar operator, and we think it should be valued as such***.

313. The Blue Orca Report stated the following, in pertinent part, regarding MINISO's and Securities Act Defendant Ye's unusual transactions and risks thereof:

***Money for Nothing: IPO Proceeds Siphoned by Chairman through Crooked Headquarters Deal***

In December 2020, MINISO announced the formation of a BVI-based joint venture between the Company and Chairman Ye to build a new headquarters in China. According to the announcement, Chairman Ye held 80% of the JV through an entity solely owned by him, and MINISO held the remaining 20%. Less than one year later, in October 2021, MINISO bought out the chairman's remaining 80% share for RMB 695 million. [Ye Guofu is the sole shareholder of YGF MC Limited, which held 80% of the BVI JV.]




*Source: MINISO Public Filings,* *https://www.qcc.com/firm/237c0d23657dc0d32b5dc874d233a8e6.html*

***More importantly, it appears from Chinese corporate records that the chairman never put any money toward the purchase. He received the benefits, but MINISO put forward the cash.***

Initially, MINISO reported that while the Company had **already** contributed its portion of the required capital to the JV (RMB 356 million), ***the chairman had yet to invest his portion of the cash to JV even though he owned 80% of the newly formed entity. Although the chairman held 80% of the equity of the JV, it was***

***only the Company that contributed the cash to buy the land despite its minority stake in the BVI entity.***

[Image omitted]

***Chinese filings confirm that it was the Company, not the chairman, which put forth the cash for the land.*** In January 2021, the Chinese subsidiary of the JV, Mingyou Industrial Investment (Guangzhou) Co., Ltd ("Mingyou Industrial"), acquired land rights in Guangzhou at a value of RMB 1.73 billion through a public bidding process. According to local media, the bidding deposit was RMB 346 million, or 20% of the purchase price.

| 宗地坐落 | 土地用途 | 宗地面积（平方米） | 地上计算容积率建筑面积（平方米） | 挂牌起始价（万元） | 增价幅度（万元） | 竞买保证金（万元）<br>Bidding Deposit (RMB 10K) | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 人民币<br>RMB | 港币 | 美元 |
| 海珠区琶洲西区AH040228地块 | 商务设施用地（B2）兼容商业设施用地（B1） | 6557 | 地上≤103879 | 172855 | 1000 | 34571<br>RMB 345.7 Million | 41000 | 5300 |

*Source:* *https://finance.sina.com.cn/stock/relnews/us/2021-01-04/doc-iiznezxt0458160.shtml*

The deposit for the land (RMB 346 million) matches almost exactly the amount initially MINISO contributed to the JV according to Chinese corporate records, indicating that ***it was the Company's cash, not the chairman's, that paid the deposit for the land.***

There is evidence to suggest that the ***chairman, despite owning 80% of the JV, likely never contributed any cash to the entity***. According to MINISO's Hong Kong prospectus, the Company bought out the chairman's 80% interest in the JV on October 27, 2021, for RMB 695 million.

[Image omitted]

***According to corporate data publicly available in the National Enterprise Credit Information Publicity System, the paid-in capital of the JV's Chinese subsidiary remained at RMB 345.7 million (the initial deposit amount) until the day after MINISO acquired the chairman's 80% share.***

企业名称：名优产业投资（广州）有限公司 Mingyou Industrial Investment (Guangzhou) Co., Ltd

股东及出资信息

Subscribed Capital (RMB 10K) | Paid-in Capital (RMB 10K) | Paid-in Date

| 序号 | 股东 | 认缴出资额(万元) | 认缴出资时间 | 认缴出资方式 | 实缴出资额(万元) | 实缴出资时间 | 实缴出资方式 |
|---|---|---|---|---|---|---|---|
| 1 | YGF Investment V Hong Kong Limited | 100000万人民币元 | 2030年12月31日 | 货币 | 34571万人民币元 | 2020年12月11日 | 货币 |

RMB 1 billion | RMB 345.7 million | Dec. 11, 2020

*Source: National Enterprise Credit Information Publicity System*

***Chinese public records show that on October 28, 2021, one day after MINISO acquired the chairman's stake in the JV, the paid in capital increased to RMB 1.8 billion.*** To be clear, paid-in capital represents the actual amount of money that a company has received from shareholders. Any change to the paid-in capital is registered with the local government and is generally indicative of whether and what extent shareholders have funded the entity.

企业名称：名优产业投资（广州）有限公司 Mingyou Industrial Investment (Guangzhou) Co., Ltd

修改信息

| 序号 | 修改事项 (Amendment) | 修改前 (Before) | 修改后 (After) | 修改日期 |
|---|---|---|---|---|
| 1 | 从业人数是否公示 | 不公示 | 不公示 | 2022年06月09日 |
| 2 | 从业人数是否公示 | 不公示 | 不公示 | 2022年04月14日 |
| 3 | 实缴出资额（万元） | 179901.33 | 208401.33 | 2022年04月14日 |
| 4 | 从业人数是否公示 | 不公示 | 不公示 | 2022年04月14日 |
| 5 | 实缴出资时间 | 2021-10-28 | 2021-12-10 | 2022年04月14日 |
| 6 | | | 外商控股 | 2022年04月14日 |

Subscribed Capital (RMB 10K) — RMB 1.799 billion; Paid-in Date — Oct. 28, 2021

*Source: National Enterprise Credit Information Publicity System*

名优产业投资（广州）有限公司 在业 Mingyou Industrial Investment (Guangzhou) Co., Ltd

Paid-in Capital (RMB 10K) | Paid-in Date

| 序号 | 发起人 | 认缴出资额(万元) | 认缴出资日期 | 认缴出资方式 | 实缴出资额(万元) | 实缴出资日期 | 实缴出资方式 |
|---|---|---|---|---|---|---|---|
| 1 | YGF Investment V Hong Kong Limited | 230000 | 2030-12-31 | 货币 | 179901.33 | 2021-10-28 | 货币 |

RMB 1.799 billion | Oct. 28, 2021

*Source: https://www.qcc.com/creport/237c0d23657dc0d32b5dc874d233a8e6.html*

***MINISO admits in its public filings that it contributed the initial deposit to purchase the land in December 2020. Government records highlighted above show that no additional capital was contributed to the JV until after MINISO bought out the chairman in October 2021. To us, the corporate records clearly indicate that the chairman did not contribute money to the JV. That means that when MINISO paid him out for his JV interest, we think this was simply a naked transfer of shareholder wealth to the chairman. Money for nothing.***




*Source: MINISO public filings, [National Enterprise Credit Information Publicity System, Sina News Article]*

Chinese corporate records show that until MINISO purchased the chairman's portion of the JV, the only cash contributed to the JV was the initial land deposit contributed by MINISO in December 2020. ***We don't believe the chairman ever contributed any cash to the JV, as the paid-in capital increase took place only after MINISO purchased his 80% interest in the JV. To us, the transaction appears to be designed to simply siphon public money to the chairman.***

***This financial maneuvering also put MINISO at potential risk of breaching its contract with the Chinese government.*** The contract for the land purchase was published by the local government online and is accessible for anyone who wishes to check. **The contract specifically <u>prohibits the purchaser's change of ownership structure for 10 years.</u>**

**Contract for Assignment of the Right to the Use of State-owned Construction Land**

**国有建设用地使用权出让合同**

（海珠区琶洲西区 AH040228 地块）

三十一、受让人或其关联企业在广州市海珠区注册设立的公司纳税强度须符合《琶洲人工智能与数字经济试验区产业用地项目引进工作指导意见》的要求。自受让人签订本合同之日起，受让人 10 年内股权不得变更。

The shareholding structure of the purchaser shall not change within 10 years of signing this contract.

*Source: http://www.gzggzy.cn/cms/wz/view/index/layout3/index.jsp?siteId=1&infoId=2177552&channelId=404*

***MINISO risked breaching its contract with the Chinese government by routing the land purchase through opaque BVI entities to accommodate a series of related party transactions with its chairman. We believe that the only reason the Company undertook this risk was to permit the chairman to siphon hundreds of millions from the public company.***

314. The Blue Orca Report stated the following, in pertinent part, regarding MINISO's shrinking revenues and imminent and drastic franchise fee decline:

> Using the web archive Wayback Machine, we found disclosures by the Company on its official Chinese website, since removed, stating that MINISO achieved revenues of over RMB 17 billion in 2018.




*Source:* https://web.archive.org/web/20191022091748/http://www.miniso.cn/Brand/History

> ***These disclosures were provided by the Company on its official website, and thus should be credible. MINISO's most recent quarterly report shows that revenue in the last twelve months was just RMB 10 billion, a 40% decline from peak revenues in 2018. Put simply, MINISO's own disclosures indicate that revenues have fallen precipitously from the peak, likely why such disclosures were scrubbed from MINISO's official website.***




*Source: MINISO Public Filings, MINISO Official Website*

***This fall in revenue occurred despite MINISO's store count increasing by 50% from 3,459 to 5,205 during the same period, implying a same store revenue decline of 60%.***

| | CY 2018 | FY 2019 | FY 2020 | FY 2021 | LTM Mar'22 |
|---|---|---|---|---|---|
| Revenue (RMB M) | 17,000 | 9,395 | 8,979 | 9,072 | 10,240 |
| *Cumulative Change* | | *-45%* | *-47%* | *-47%* | *-40%* |
| Store Count | 3,459 | 3,725 | 4,222 | 4,782 | 5,205 |
| *Cumulative Change* | | *8%* | *22%* | *38%* | *50%* |
| Same Store Revenue (RMB M) | 5 | 3 | 2 | 2 | 2 |
| *Cumulative Change* | | *-49%* | *-57%* | *-61%* | *-60%* |

*Source: MINISO Public Filings, MINISO Official Website*

(a) The Blue Orca Report provided information from former employees corroborating MINISO's declining revenues, stating:

> Based on MINISO's own disclosures, we can see that MINISO's revenues and same store sales have been declining. This corroborates not only our interviews

with former employees but also aligns with other evidence of large-scale store closures and falling franchise fees.
***We spoke with a former MINISO regional manager who told us point blank that MINISO has passed its peak and is a brand in serious decline. When asked about store level performance, the former manager told us that the best years for MINISO were between 2017 and the first half of 2019; she also said that, beginning in second half of 2019, MINISO stores have experienced shrinking revenue and profitability. This tracks perfectly with the web archived disclosures on MINISO's website.***

*"**In terms of gross profit and profitability, by 2019, the peak was basically over. In fact, from the second half of 2019, to 2020 and 2021, the profitability is in a downward trend.** Because most of our peak period is the two years between 2017 to and the first half of 2019."*
- Former MINISO Manager

The manager also gave us specific examples of ***drastic same store sales declines.*** Notably, her examples include stores that are supposedly MINISO's best performing stores. ***If some of MINISO's best performing stores are showing sales decline of over 75%, then the general level of same store sales decline must be severe across the board.***

"The best performance is by the first half of 2019, because at that time, there were still quite a few million-dollar-revenue stores…. There used to ***be a store in Beijing that could reach [monthly revenues] of RMB 4 million, and now it may only have [monthly revenues of] RMB 0.8 million. Guangzhou used to have a store with more than RMB 2.8 million [in monthly revenue], but now it may be able to make RMB 0.7 million [in monthly revenue]."***
- Former MINISO Manager

***The same store sales decline highlighted by the former MINISO manager supports archived admissions by the Company, since scrubbed from its website, showing significant revenue and same-store sales declines.***

(b) The Blue Orca Report described large-scale store closures as further corroboration of decline in revenues, stating:

We interviewed a former MINISO manager who said that due to market saturation and competition as well as high rental costs, many franchises were barely making any money.

***"By 2020, the overall profitability was weaker. Most franchisees were not able to make much money because of the saturation of the market, the strength of competing brands, and the epidemic…"***

* * * *

***"This year, we opened roughly more than 100 stores across the country, but in fact, in terms of profitability... thirty or forty stores are profitable. The highest profit is only RMB 50,000 [a month], and the lower ranges are between RMB 5,000 to RMB 10,000 or RMB 20,000 [a month]."***

***- Former MINISO Manager***

Our own due diligence validates the former MINISO manager's account. ***In November 2021, we collected a sample of 620+ operating MINISO and Top Toy stores in China. By July 2022, we observed that 120 stores, or approximately 20% of the sample, appear to have closed down. Among them, more than 110 stores have deregistered their business licenses, suggesting permanent closure.***

(c) The Blue Orca Report continued noting that franchise fees dropping by 63% suggested lagging interest thereby leading to a decline in revenues, stating:

***Franchise fees are a cornerstone of MINISO's value proposition and are 100% margin revenue***. Yet archived disclosures on MINISO's Chinese website, discovered through the Wayback Machine, indicates that ***the Company dropped franchise fees by 63% over the last two year.***

According to archived disclosures on MINISO official Chinese website, each potential MINISO franchisee needs to pay a fixed deposit and an annual franchising fee. As of December 2, 2020, the franchising fee advertised to potential franchisees in China was RMB 80,000 per year and required a product deposit of RMB 750,000.




*Source:* *https://web.archive.org/web/20201202064303/https://www.miniso.cn/Shop/Stroe*

***Yet beginning in 2021, MINISO slashed franchising fee from RMB 80,000 per year to 50,000 per year. The product deposit was also reduced from RMB 750,000 to RMB 6000,000.***




*Source:* *https://web.archive.org/web/20210125011406/https://miniso.cn/Shop/Stroe*

In 2022, MINISO's website shows that the franchising fee is further reduced to RMB 29,800 per year for city-level stores, 63% down from two years ago. The product deposit is also reduced to RMB 350,000. [Footnote omitted]




City-level store investment: RMB 29,800 per year for the use of the franchised trademark (investors pay annually) and RMB 350,000 goods deposit (one-time collection). County-level store investment: RMB 19,800 per year for the use of the franchised trademark (investors pay annually) and RMB 250,000 goods deposit (one-time collection)

*Source: MINISO Website, January 2022*




*Source:* MINISO *Website*

***We believe this drastic franchise fee reduction signals the declining brand value of MINISO to both its customers and franchisees. Further, it erodes the financial health of MINISO moving forward. From the franchise fee drop alone, the Company faces an annual loss of RMB 159 million in revenue and profit at the current franchise-owned store count of 3,169.***

[Image omitted]

***This undercuts MINISO's claims of a thriving brand and a growing business. Rather, such independent evidence indicates that MINISO is a brand and business in decline, with falling revenues, large scale store closures and falling franchise fees*.**

***This evidence is also consistent with our investigation into MINISO store ownership which indicates that contrary to the Company's claims, many MINISO stores are secretly owned by or connected to Company executives and insiders. This makes sense: if the brand is in decline, and the stores are struggling, then MINISO will struggle to attract franchisees. In order to show store growth to investors, the Company likely has no choice but to secretly own and operate stores, given that franchisees no longer view it as an attractive opportunity.***

***Ultimately, we believe that there is overwhelming evidence that MINISO misleads the market about its business. Rather than operate an asset-light, high-margin franchise model, evidence indicates that hundreds of MINISO stores are owned and operated by Company executives or individuals closely connected to MINISO***

> ***and its chairman. Accordingly, we believe that MINISO is concealing the costs of such stores from investors.***
>
> ***This likely explains why MINISO, despite reporting a large cash balance and a business which supposedly generates healthy cash flows from operations, recently tapped capital markets to raise $72 million through a secondary listing in Hong Kong.***
>
> ***In our view, not only does our evidence undermine the authenticity of MINISO's reported financials, but also suggests that MINISO should trade at a fraction of its current share price.***

315. On this news, MINISO's ADS price sharply fell $1.08 per ADS, or 14.98%, on extremely high volume, from a close of $7.21 per ADS on July 25, 2022, to close at $6.13 per ADS on July 26, 2022.

316. While investors and analysts were still digesting this blockbuster news, on July 27, 2022, MINISO filed with the SEC a Form 6-K (the "7/27/2022 Form 6-K) that attached as Exhibit 99.1 a press release (the "7/27/2022 Press Release) announcing that the Blue Orca Report was published the previous day. In the 7/27/2022 Press Release, certain of the Securities Act Defendants' statements muted the effects of the devastating news of the Blue Orca Report by stating it is "without merit and contains misleading conclusions and interpretations regarding information relating to the Company." MINISO also stated that the "Board [of Directors], at the recommendation of the management of the Company and in order to protect the interests of all shareholders, has decided to form an independent committee [] consisting of independent directors Ms. Xu Lili, Mr. Zhu Yonghua and Mr. Wang Yongping, to oversee an independent investigation regarding the allegations made in the report." It added, "[t]he Company emphasizes its continued and unwavering commitment to maintaining high standards of corporate governance and internal control, as well as transparent and timely disclosure in compliance with applicable rules and regulations."

317. On this news, MINISO's ADS price fell $0.47 per share, or 7.67%, on extremely high volume, from a close of $6.13 per ADS on July 26, 2022, to close at $5.66 per ADS on July 27, 2022.

318. As a result of the Securities Act Defendants' wrongful acts and omissions, and the precipitous decline in the market value of MINISO ADS securities following MINISO's IPO, Plaintiffs and the other Securities Act Class Members suffered significant losses and damages.

**6. Plaintiffs' Securities Act Class Action Allegations**

319. Plaintiffs bring this action as a class action pursuant to Rule 23(a) and (b)(3) of the Federal Rules of Civil Procedure alleging violations of Sections 11 and 15 of the Securities Act, and rules promulgated thereunder by the SEC, on behalf of all persons and entities that purchased or acquired MINISO American Depository Shares (ADSs) pursuant or traceable to the Registration Statement ("Securities Act Class"). Excluded from the Securities Act Class are: (i) the Securities Act Defendants; (ii) members of the immediate family of any Securities Act Individual Defendant; (iii) any person who was an officer or director of MINISO between October 15, 2020 and July 26, 2022; (iv) any firm, trust, corporation, or other entity in which any Securities Act Defendant has or had a controlling interest; (v) MINISO's affiliates, including its employee retirement or benefit plan(s) and their participants or beneficiaries to the extent they purchased or otherwise acquired MINISO ADSs pursuant or traceable to the Registration Statement; and (vi) the legal representatives, affiliates, heirs, successors-in-interest, or assigns of any such excluded person.

320. Members of the Securities Act Class are so numerous that joinder of all members is impracticable. MINISO issued 30,400,000 ADS in the Offering. While the exact number of Securities Act Class members can only be determined by appropriate discovery, Plaintiffs believe that the Securities Act Class members number at least in the thousands and that they are geographically dispersed. Record owners and other members of the Securities Act Class may be

identified from records maintained by MINISO or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

321. Plaintiffs' claims are typical of the claims of the members of the Securities Act Class, as all members of the Securities Act Class are similarly affected by the Securities Act Defendants' wrongful conduct in violation of federal law that is complained of herein.

322. Plaintiffs will fairly and adequately protect the interests of the members of the Securities Act Class and have retained counsel competent and experienced in class and securities litigation. Plaintiffs have no interests that are contrary to, or in conflict with, the members of the Securities Act Class that Plaintiffs seek to represent.

323. Questions of law and fact common to Securities Act Class members predominate over any questions that may affect only individual members in that the Securities Act Defendants have acted on grounds generally applicable to the entire Securities Act Class. Among the questions of law and fact common to the Securities Act Class are:

(a) whether the Securities Act Defendants violated the federal securities laws as alleged herein;

(b) whether the Offering Materials contained or incorporated material misrepresentations;

(c) whether the Securities Act Defendants failed to convey material facts in the Offering Materials or to correct material facts previously disseminated;

(d) whether the price of MINISO's ADS securities was artificially inflated due to the material nondisclosures and/or misrepresentations contained or incorporated in the Offering Materials; and

(e) whether the members of the Securities Act Class have sustained damages as a result of the decline in value of MINISO ADS securities when the truth was revealed and the artificial inflation came out, and, if so, what is the appropriate measure of damages.

324. A class action us superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Securities Act Class members may be relatively small, the expense and burden of individual litigation make it impossible for Securities Act Class members to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

### 7. Securities Act Claims For Relief

### COUNT III

### For Violations Of Section 11 Of The Securities Act Against All Of The Securities Act Defendants

325. Plaintiffs repeats and realleges the allegations set forth in ¶¶229-324 contained above as if fully set forth herein.

326. This Count is brought pursuant to Section 11 of the Securities Act on behalf of the Securities Act Class against all of the Securities Act Defendants.

327. The Registration Statement was inaccurate and misleading, contained untrue statements of material facts, omitted to state other facts necessary to make the statements made not misleading, and omitted to state material facts required to be stated therein.

328. This cause of action does not sound in fraud. For purposes of their Securities Act claims, Plaintiffs do not allege that any of the Securities Act Defendants committed intentional or reckless misconduct or that any of the Securities Act Defendants acted with scienter or fraudulent intent, which are not elements of a Section 11 claim. Plaintiffs expressly disclaim any allegations

of scienter or fraudulent intent in these non-fraud claims except that any challenged statements of opinion or belief made in connection with the Offering are alleged to have been materially misstated statements of opinion or belief when made.

329. The Securities Act Defendants are strictly liable to Plaintiffs and the other members of the Securities Act Class for the misstatements and omissions.

330. None of the Securities Act Defendants named herein made a reasonable investigation or possessed reasonable grounds for the belief that the statements contained in the Registration Statement were true and without omissions of any material facts and were not misleading.

331. By reason of the conduct herein alleged, the Securities Act Defendants each violated, and/or controlled a person who violated, Section 11 of the Securities Act.

332. Plaintiffs purchased ADS securities in the Offering.

333. Plaintiffs and the other members of the Securities Act Class have sustained damages. The value of MINISO ADS securities has declined substantially subsequent to and due to the violations of the Securities Act Defendants.

334. At the time of their purchases of MINISO ADS securities, Plaintiffs and the other Securities Act Class members were without knowledge of the facts concerning the wrongful conduct alleged herein and could not have reasonably discovered those facts prior to the disclosures herein. Less than one year has elapsed from the time Plaintiffs discovered or reasonably could have discovered the facts upon which this Complaint is based to the time Plaintiffs commenced this action. Fewer than three years has elapsed between the time the ADS securities upon which this Count is brought were offered to the public and the time Plaintiffs commenced this action.

## COUNT IV

### For Violations Of Section 15 Of The Securities Act Against Securities Act Defendants Ye, Zhang, And Li

335. Plaintiffs repeats and realleges the allegations set forth in ¶¶229-334 contained above as if fully set forth herein.

336. This Count is brought pursuant to Section 15 of the Securities Act on behalf of the Securities Act Class against Securities Act Defendants Ye, Zhang, and Li.

337. Securities Act Defendants Ye, Zhang, and Li each were control persons of MINISO by virtue of their positions as directors and/or senior officers of MINISO. Securities Act Defendants Ye, Zhang, and Li each had a series of direct and/or indirect business and/or personal relationships with other directors and/or officers and/or major shareholders of MINISO.

338. Securities Act Defendants Ye, Zhang, and Li each were culpable participants in the violations of Section 11 of the Securities Act alleged in Count III above, based on their having signed or authorized the signing of the Registration Statement and having otherwise participated in the process which allowed the Offering to be successfully completed.

339. The Registration Statement was inaccurate and misleading, contained untrue statements of material facts, omitted to state other facts necessary to make the statements made not misleading, and omitted to state material facts required to be stated therein.

340. Securities Act Defendants Ye, Zhang, and the Li are strictly liable to Plaintiffs and the other members of the Securities Act Class for the misstatements and omissions.

341. None of the Securities Act Defendants named herein made a reasonable investigation or possessed reasonable grounds for the belief that the statements contained in the

Registration Statement were true and without omissions of any material facts and were not misleading.

342. By reason of the conduct herein alleged, Securities Act Defendants Ye, Zhang, and Li each violated, and/or controlled a person who violated, Section 15 of the Securities Act.

343. Plaintiffs purchased ADS securities in the Offering.

344. Plaintiffs and the other members of the Securities Act Class have sustained damages. The value of MINISO ADS securities has declined substantially subsequent to and due to the violations of Securities Act Defendants Ye, Zhang, and Li.

345. At the time of their purchases of MINISO ADS securities, Plaintiffs and the other Securities Act Class members were without knowledge of the facts concerning the wrongful conduct alleged herein and could not have reasonably discovered those facts prior to the disclosures herein. Less than one year has elapsed from the time Plaintiffs discovered or reasonably could have discovered the facts upon which this Complaint is based to the time Plaintiffs commenced this action. Fewer than three years has elapsed between the time the ADS securities upon which this Count is brought were offered to the public and the time Plaintiffs commenced this action.

## IV. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment as follows:

A. Determining that the instant action may be maintained as a class action under Fed. R. Civ. P. 23 and certifying Plaintiffs as the Class representatives;

B. Requiring the Securities Act Defendants to pay damages sustained by Plaintiffs and the Class by reason of the acts and transactions alleged herein;

C. Awarding Plaintiffs and the other Class members prejudgment and post-judgment interest, as well as their reasonable attorneys' fees, expert fees and other costs; and

D. Awarding such other and further relief as this Court may deem just and proper.

## V. JURY DEMAND

Plaintiffs demand a trial by jury.

Dated: April 24, 2023

Respectfully Submitted,

**POMERANTZ LLP**

*/s/ Matthew L. Tuccillo*
Jeremy A. Lieberman
Matthew L. Tuccillo
J. Alexander Hood II
Jennifer Banner Sobers
Brandon M. Cordovi
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
mltuccillo@pomlaw.com
ahood@pomlaw.com
jsobers@pomlaw.com
bcordovi@pomlaw.com

*Counsel for Lead Plaintiff the Nova Scotia Health Employees' Pension Plan and Lead Counsel for Plaintiffs and the Class*

**THE ROSEN LAW FIRM, P.A.**

Laurence M. Rosen
Phillip Kim
275 Madison Avenue
40th Floor
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
lrosen@rosenlegal.com
pkim@rosenlegal.com

*Additional Counsel for Plaintiff Adeel Ashraf*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 24, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Matthew L. Tuccillo*
Matthew L. Tuccillo