UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                 :
                                 :

IN RE MINISO GROUP HOLDING LIMITED  :   22-cv-9864 (ER)
SECURITIES LITIGATION                      :
                                 :

------------------------------------------------------------- x

### DECLARATION OF ROBERT A. FUMERTON
### IN SUPPORT OF MINISO AND THE PUGLISI DEFENDANTS'
### MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

I, Robert A. Fumerton, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a member of the bar of this Court and of the firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants MINISO Group Holding Ltd., Donald J. Puglisi, and Puglisi & Associates in this Action.

2.      I respectfully submit this declaration in support of MINISO and Puglisi Defendants' Motion to Dismiss the Second Amended Complaint, filed concurrently herewith, and to transmit true and correct copies of the following documents:

Exhibit A...................MINISO Initial Public Offering Prospectus filed on Form 424(b)(4) (October 15, 2020)

Exhibit B ..................MINISO Initial Public Offering Third Amended Registration Statement filed on Form F-1/A (October 14, 2020)

Exhibit C ..................MINISO Press Release filed on Form 6-K (December 11, 2020)

Exhibit D..................MINISO Annual Report for the Fiscal Year Ended June 30, 2021, filed on Form 20-F (September 17, 2021)

Exhibit E ..................MINISO Press Release filed on Form 6-K (September 27, 2021)

Exhibit F...................Blue Orca Capital, *Blue Orca is Short MINISO Group Holding Limited (NYSE: MNSO)* (July 26, 2022)

Exhibit G..................MINISO Press Release filed on Form 6-K (July 28, 2022)

Exhibit H.................MINISO Press Release filed on Form 6-K (September 15, 2022)

Exhibit I ....................MINISO Historical Stock Prices (October 15, 2020–June 22, 2023)

Exhibit J ....................Jinshan Hong, et al., *Former Pipe Factory Worker Becomes a Budget Store Billionaire*, Bloomberg (October 15, 2020)

Exhibit K...................Marc Nelkin, *U.S. Market 'Big' Part of Miniso's Growth Plan, CFO Says (Video)*, Bloomberg (October 16, 2020)

Exhibit L ...................Charlie Zhu, et al., *China's Budget Store Takes on Toys 'R' Us (Correct)*, Bloomberg (December 3, 2020)

Exhibit M .................MINISO Press Release Announcing Q1 2021 Financial Results filed on Form 6-K (December 18, 2020)

Exhibit N...................MINISO Press Release Announcing Q2 2021 Financial Results filed on Form 6-K (February 25, 2021)

Exhibit O...................MINISO Q3 2021 Earnings Call Transcript (May 19, 2021)

Exhibit P...................MINISO Press Release Announcing Q3 2021 Financial Results filed on Form 6-K (May 20, 2021)

Exhibit Q...................MINISO Q4 and FY 2021 Earnings Call Transcript (August 19, 2021)

Exhibit R..................MINISO Press Release Announcing Q4 and FY 2021 Financial Results filed on Form 6-K (August 19, 2021)

Exhibit S...................Qiu Quanlin, *Miniso 4th quarter revenue reaches 2.47b yuan*, China Daily (August 24, 2021)

Exhibit T ..................MINISO Q1 2022 Earnings Call Transcript (November 18, 2021)

Exhibit U..................MINISO Press Release Announcing Q1 2022 Financial Results filed on Form 6-K (November 19, 2021)

Exhibit V..................MINISO Amended Press Release Announcing Q4 and FY 2021 Financial Results filed on Form 6-K/A (November 19, 2021)

Exhibit W.................MINISO Press Release filed on Form 6-K (December 23, 2021)

Exhibit X..................MINISO Press Release Announcing Q2 2022 Financial Results filed on Form 6-K (March 4, 2022)

Exhibit Y..................MINISO First Supplemental and Updated Disclosures to 2021 Form 20-F filed on Form 6-K (March 31, 2022)

Exhibit Z .................MINISO Q3 2022 Earnings Call Transcript (May 26, 2022)

Exhibit AA ................MINISO Press Release Announcing Q3 2022 Financial Results
filed on Form 6-K (May 26, 2022)

Exhibit BB.................MINISO Press Release filed on Form 6-K (June 7, 2022)

Exhibit CC.................MINISO Press Release filed on Form 6-K (June 21, 2022)

Exhibit DD ................MINISO Second Supplemental and Updated Disclosures to 2021
Form 20-F (June 27, 2022)

Exhibit EE.................MINISO Press Release filed on Form 6-K (July 11, 2022)


I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 23, 2023, in New York, New York.


/s/ Robert A. Fumerton
Robert A. Fumerton