# Exhibit F



*THIS RESEARCH REPORT EXPRESSES SOLELY OUR OPINIONS. We are short sellers. We are biased. So are long investors. So is MINISO. So are the banks that raised money for the Company. If you are invested (either long or short) in MINISO, so are you. Just because we are biased does not mean that we are wrong. Use BOC Texas, LLC's research opinions at your own risk. This report and its contents are not intended to be and do not constitute or contain any financial product advice. Investors should seek their own financial, legal and tax advice in respect of any decision regarding any securities discussed herein. You should do your own research and due diligence before making any investment decisions, including with respect to the securities discussed herein. We have a short interest in MINISO's stock and therefore stand to realize significant gains in the event that the price of such instrument declines. Please refer to our full disclaimer located on the last page of this report.*

**COMPANY:** MINISO Group Holding Limited │ NYSE: MNSO
**INDUSTRY:** Retail

| |
|---|
| PRICE (AS OF CLOSE 7/25/2022) |
| **USD 7.21** |
| MARKET CAP |
| **USD 2.3 BN** |

We are short MINISO Group Holding Limited (the "Company" or "MINISO"), a global retailer based in China which claims to operate an asset-light, high-margin network of over 5,000 allegedly independent franchise stores selling stuffed animals, plush toys and knickknacks.

Rather than operate an independent network of franchisees, our seven-month investigation of Chinese corporate records and store level data indicates, in our opinion, that hundreds of stores are secretly owned and operated by MINISO executives or individuals closely connected to the chairman.

Chinese corporate filings also indicate, in our view, that the chairman siphoned hundreds of millions from the public company through opaque Caribbean jurisdictions as the middleman in a crooked headquarters deal. Against this backdrop, archived MINISO website disclosures, former employee interviews and media reports in China indicate that MINISO is a brand in decline, with revenues down 40% from pre-IPO peak, large-scale pre-Covid store closures and franchise fees which have fallen 63% over the past two years.

Not only does this undermine the authenticity of MINISO's reported financials, but also suggests that MINISO should trade at a fraction of its current share price.

1. **MINISO Lies about its Core Business Model**. MINISO's value proposition to investors is that it allegedly operates an asset-light, high-margin independent franchise model. Supposedly, this enables the Company to expand quickly while minimizing upfront capital costs. In theory, this also allows MINISO to generate high margins without the operating expenses and complexity which drag down profitability at traditional retailers. We think that this foundational narrative is a lie.

   a. **Hundreds of Stores Registered to MINISO Executives or Persons Connected to Chairman**. MINISO claims that 99% of its stores in China, its key market, are operated by franchisees **independent** from the Company. To vet this claim, over the course of seven months, we **manually crosschecked MINISO and Top Toy stores in China with the Chinese corporate registry and online map and consumer data**. Through our investigation, first begun in November 2021, we found over 620 supposedly independent franchises, which, according to Chinese corporate records, are registered under the names of MINISO executives or individuals closely connected to the Company's chairman. Rather than independent franchises, we believe that such evidence indicates that these stores are secretly owned and operated by the Company.

   b. **MINISO Admitted in Chinese Media that 40% of Stores Directly Owned**. Our due diligence is consistent with MINISO's disclosures before the Company began preparing for a U.S. listing. At a 2017 conference in China, MINISO's brand director said in an interview that most MINISO stores in tier one cities in China are owned and operated by the Company, and that franchising is only limited to lower tier cities. In November 2019, another article published by Chinese state-owned media reported that 40% of MINISO stores were owned and operated by the Company. This tracks with our investigation, and directly contradicts MINISO's disclosures to investors.

2. **Money for Nothing: IPO Proceeds Siphoned by Chairman through Crooked Headquarters Deal**. Shortly after going public, MINISO set up a BVI joint venture with its chairman to build a massive Chinese headquarters. Despite only holding a 20% interest in the JV, MINISO contributed all of the initial RMB 346 million deposit to purchase the land. Less than a year later, MINISO bought out the chairman's 80% interest in the JV. In our opinion, this transaction is a naked transfer of shareholder money to the chairman, as Chinese government records indicate that the chairman likely never contributed *any capital to the JV*. This means that when MINISO bought him out of his JV interest, it was effectively money for nothing. It is also highly unusual for a Chinese company to purchase land in China through a BVI intermediary. Why not purchase the land

directly in China without routing the deal either through the chairman or through the BVI?  Unless the point was to siphon investor cash to the chairman using an opaque Caribbean jurisdiction.

a.   **More Off-Balance Sheet Transactions Coming to Enrich Chairman**.  The crooked headquarters deal appears to be a template for future transactions.  We have identified four other MINISO property developments in China, including a RMB 10 billion logistics and R&D center, which we believe are owned not by the Company but by the chairman through a layered BVI offshore holding structure.  Although these projects carry the MINISO name and are being developed explicitly for the Company, these developments are not, to our knowledge, disclosed to investors in either MINISO's Hong Kong or SEC filings.  These deals together have an announced value of RMB 23 billion, and in our opinion, are structured to enable the chairman to siphon further shareholder money as an intermediary in Chinese development deals.

3.   **Retailer In Decline: Shrinking Revenues, Falling Franchise Fees and Store Closures**.  Independent evidence, including archived disclosures on MINISO's Chinese website, reports in Chinese media and interviews with former employees, indicate that MINISO is a brand in serious peril.

a.   **Shrinking Revenues**.  In since deleted statements on MINISO's official website, archived by the Wayback Machine, MINISO admitted that its revenues peaked at RMB 17 billion in 2018.  This means that MINISO's revenues have shrunk over 40% since then.  We corroborated this trend through interviews with former MINISO managers, who confirmed that store revenues and profits have been declining for years and that longtime franchisees are leaving.  Taken together, web archive disclosures and employee interviews indicate that revenues have declined precipitously since MINISO's pre-IPO peak.

b.   **Large-Scale Pre-Covid Store Closures**.  Chinese media reported that even pre-Covid, MINISO closed 850 stores in China, more than a third of its stores in the country!  Our months-long investigation corroborates this trend.

c.   **Franchise Fees Dropped by 63%, Indicating Lagging Interest**. Archived disclosures on MINISO's Chinese website indicate that MINISO lowered its franchising fee by 63% over the past two years in a desperate effort to attract franchisees.  This is a telltale sign that the business is substantially less attractive to retail partners than it used to be.

Together, such evidence indicates a retail brand in stark decline.  This evidence is also consistent with our investigation into MINISO store ownership which indicates that contrary to the Company's claims, many MINISO stores are secretly owned by Company executives or insiders closely connected to the chairman.  This makes sense: if the brand is in decline, and the stores are struggling, then MINISO will struggle to attract franchisees.  In order to show store growth to investors, the Company likely has no choice but to secretly open and operate stores, given that franchisees no longer view them as an attractive opportunity.

Ultimately, we believe that there is overwhelming evidence that MINISO misleads the market about its core business.  Rather than operate an asset-light, high-margin franchise model, evidence indicates that hundreds of MINISO stores are owned and operated by Company executives or individuals closely connected to MINISO and its chairman.  Accordingly, we believe that MINISO is concealing the costs of such stores from investors.

This likely explains why MINISO, despite reporting a large cash balance and a business which supposedly generates healthy cash flows from operations, recently tapped capital markets to raise $72 million through a secondary listing in Hong Kong.

In our view, not only does our evidence undermine the authenticity of MINISO's reported financials, but also suggests that MINISO should trade at a fraction of its current share price.

**MINISO Lies about its Business Model**

MINISO's value proposition to investors is that it allegedly operates an asset-light, high-margin franchise model. Supposedly, this enables the Company to expand quickly while minimizing upfront capital costs. In theory, this structure enables MINISO to generate high margins without the operating expenses and complexity which drag down profitability at traditional retailers. We think that this foundational narrative is a lie.

MINISO claims that as of March 31, 2022, 97% of its stores are operated by independent franchisees. Under the franchise model, MINISO claims it can generate higher margins with lower cost and lower risk, as the franchisee bears not only the capital expenditures to build the store but also rental costs, labor costs and other operating expenses.

In China, the percentage is even higher, with the Company claiming that 99% of MINISO stores are owned and operated by franchisees. MINISO claims that as of March 31, 2022, it directly owns and operates only 11 MINISO stores and 4 Top Toy stores. The remaining 3,274 stores in China are purportedly owned and operated by franchisees, which MINISO calls "retail partners." **MINISO explicitly tells investors that its retail partners are independent from the Company.**

The following table provides a breakdown of the number of MINISO and TOP TOY stores as of March 31, 2022:

| | |
|---|---|
| **Number of MINISO stores** | **5,113** |
| **China** | **3,197** |
| Directly operated stores | 11 |
| Stores operated under MINISO Retail Partner model | 3,169 |
| Stores operated under distributor model | 17 |
| **Overseas** | **1,916** |
| Directly operated stores | 136 |
| Stores operated under MINISO Retail Partner model | 207 |
| Stores operated under distributor model | 1,573 |
| **Number of TOP TOY stores** | **92** |
| Directly operated stores | 4 |
| Stores operated under MINISO Retail Partner model | 88 |

directly affect our results of operations. However, our MINISO Retail Partners and local distributors are independent from us and we cannot control many factors that impact the profitability of their MINISO stores. Despite the fact that we have direct access to key

*Source: MINISO HK Prospectus*

As of the Latest Practicable Date, to our knowledge, all of our MINISO Retail Partners in China were Independent Third Parties. We are the seller of products in our relationship with MINISO Retail Partners. We believe that our sales to MINISO Retail Partners during the Track Record Period reflected genuine market demand and there was effective management and control over the inventory levels. We recognize revenue from product sales to MINISO Retail Partners when they sell the products to end customers in their own MINISO or TOP TOY stores. For more details regarding our revenue recognition policies, please refer to note 2(u)(i) to the Accountants' Report in Appendix I to this document.

*Source: MINISO SEC 6K 3/31/2022*

To vet this claim, over the course of seven months, we **manually crosschecked MINISO and Top Toy stores in China with the Chinese corporate registry and online map and consumer data**. Through our investigation, first begun in November 2021, we found at least 620 supposedly independent franchises, which, according to Chinese corporate records, are registered under the names of MINISO executives or individuals closely connected to the Company's chairman. Rather than independent franchises, we believe that such evidence indicates that these stores are owned and operated by the Company.

In the following graphic, we summarize the results of our findings, including the number of MINISO and Top Toy stores we believe are owned or operated by MINISO executives or insiders closely connected to the chairman or the Company.

3



MINISO Group Holding Limited │ NYSE: MNSO                                        www.blueorcacapital.com

| Name | MINISO | Top Toy | Closed | Total | Connections to MINISO |
|------|--------|---------|--------|-------|------------------------|
| Huang Zheng | 7 | | 3 | 10 | MINISO VP and Overseas COO |
| Zhou Hongxia | 10 | 1 | 1 | 12 | Legal Rep of a MINISO Subsidiary and multiple MINISO branches |
| Ye Tao | 9 | 2 | 4 | 15 | Supervisor of a MINISO Subsidiary; Same surname with Chairman Ye |
| Lin Zongyou | 24 | | 10 | 34 | Legal Rep & Director of MINISO Corporation (90% owned by Chairman Ye) |
| Ye Xiao | 91 | | 3 | 94 | Shared Phone Number; Same surname with Chairman Ye |
| Li Zhibin | 25 | 6 | 3 | 34 | Supervisor of multiple Chairman Ye - controlled entities |
| Mo Cuifeng | 8 | 6 | 11 | 25 | Legal Rep of a Chairman Ye - controlled entity (Haydon (Shanghai) Technology) |
| Zhong Yinjia | 19 | 2 | 14 | 35 | Shared Phone Number; Business Partner with Li Zhibin |
| Wen Haian | 14 | 6 | 3 | 23 | Shared Phone Number; Business Partner with Li Zhibin & Zhong Yinjia |
| Zhang Shanshan | 11 | 3 | 3 | 17 | Shared Phone Number; Business Partner with Li Zhibin |
| Jiao Dongdong | 45 | | 13 | 58 | Shared Phone Number |
| Huang Zhengyi | 23 | | 6 | 29 | Shared Phone Number |
| Fu Zhongwen | 21 | | 1 | 22 | Shared Phone Number |

*Source: MINISO IPO Presentation, MINISO HK Prospectus, qcc.com, Online Search*

We have also included a column showing the deregistered connected entities and closed stores in the last 7 months. It is unclear whether such store closures are temporary due to Covid lockdowns or permanent, but they are nevertheless illustrative of the broader trend as they are clearly registered to either MINISO executives or individuals closely connected to the chairman and the Company.

- **10 MINISO Stores Owned by MINISO Senior VP and COO**

According to MINISO's IPO investor deck, Huang Zheng is MINISO's Vice President and Overseas Chief Operating Officer.



*Source: MINISO IPO Slide Deck*

Chinese corporate registries show that Huang Zheng is the registered owner of 10 MINISO stores, which we were able to confirm by matching entities owned by Huang from the Chinese corporate registry with the location of a MINISO store.

**Chinese Corporate Registry Records**



*Source: https://amap.com/place/B0FFHDU654,*
*https://www.qcc.com/firm/d50ee6805ee6c561e643296b951cf956.html*

In the following table, we include the Chinese entities owned by Huang, the registered addresses of his entities and the corresponding MINISO stores at those addresses.

| Entity Name | Entity Registered Address | MINISO Store |
|---|---|---|
| 深圳市盐田区铮海日用品百货店 | 深圳市盐田区海山街道深盐路南面海山路北面壹海城二区负一层 B104A、B105 号 | https://www.dianping.com/shop/G6Aun6PqayXFn6up |
| 深圳市福田区卓铮铮百货店 | 深圳市福田区福田街道福华三路与金田路交汇处卓越世纪中心 3、4 号楼裙楼 01 层 L111、L113-1 号铺 | https://amap.com/place/B0FFHDU654 |
| 深圳市罗湖区优品日用品店 | 深圳市罗湖区东门街道解放路 2003 号金世界商业中心一层 B02、B03、B05-07、B15 | https://amap.com/place/B0G297QFCS |
| 深圳市罗湖区铮铮优品百货店 | 深圳市罗湖区东门街道人民北路 2055-2063 文化娱乐中心大厦一楼 | https://www.job5156.com/comp/1639832 |
| 深圳市龙岗区铮爆了日用品店* | 深圳市龙岗区坂田街道环城南路与坂雪岗大道交汇处的嘉悦山花园 7 号楼 L1 层 12 号铺 | https://amap.com/place/B0FFIBJU76 |
| 深圳市龙岗区龙铮日用品百货店* | 深圳市龙岗区横岗街道龙岗大道 5008 号横岗大厦商业 1 层 19、20 号 | https://amap.com/place/B0FFGE9TTO |
| 深圳市宝安区新安宝铮日用百货店* | 深圳市宝安区新安街道宝安大道与裕安一路交汇处卡罗社区商业裙楼 1 层 L1-07 号 | https://amap.com/place/B0FFJXFU0F |
| 深圳市光明新区铮铮日上百货店 | 深圳市光明新区公明街道公明天虹商场二楼 5002、5003、5004、5006 铺 | https://amap.com/place/B0FFL8KCHO |
| 深圳市福田区铮福气百货店 | 深圳市福田区梅林街道上梅林中康路梅林路交汇处卓悦汇购物中心 B2 层 07-08 号 | See screenshot 1 in Appendix 2 |
| 深圳市龙华新区十铮十百货店 | 深圳市龙华新区民治街道民治大道与民丰路交汇处横岭工业区 B 栋天虹商场一楼 1011A 号 | https://you.ctrip.com/shopping/shenzhen26/1598026.html |

*Source: qcc.com, Online Search*
*\*Entities are deregistered in 2022.*

6

MINISO Group Holding Limited ｜ NYSE: MNSO                                              www.blueorcacapital.com

MINISO claims that its franchisees are independent, yet Chinese corporate records, cross-checked with store level data, show that MINISO's vice president and chief operating officer of its overseas business is the registered owner of at least 10 MINISO stores. Other examples abound.

- **12 Stores Owned by MINISO Subsidiary Legal Representative**

Chinese corporate records state that Zhou Hongxia is the legal representative of MINISO's Shanghai subsidiary as well as multiple other MINISO branches.



*Source: qcc.com*

According to the Chinese corporate registry, as of November 2021, Zhou Hongxia owned 11 MINISO stores and 1 Top Toy store, which we were able to confirm by matching the address of the entities he owns on the Chinese corporate registry with the location of a MINISO or Top Toy shop.



*Source: https://www.qcc.com/firm/e03792f3d7510012b096d2055bbf4fad.html,*
*https://ditu.amap.com/place/B0FFFW5N30*

**Zhou Hongxia is the Registered Owner of 11 MINISO Stores and 1 Top Toy Store**

| Entity Name | Entity Registered Address | MINISO Store |
|---|---|---|
| 北京亿来源商贸有限公司海淀第一分公司 | 北京市海淀区中关村大街 19 号新中关大厦 M07 | Link |
| 北京亿来源商贸有限公司 | 北京市朝阳区朝外大街怡景园北里 3、4、5 号楼 1 层 B1 内 03 | Link |
| 北京时代佳丽商贸有限公司 | 北京市朝阳区建国路 88 号院 7-10 号楼 1 至 2 层 2801 | Link |
| 北京长阳优创百货店 | 北京市房山区广阳新路 9 号院 1 号楼 2 层 201-L2024、L2026 | Link |
| 名创优品（广州）有限责任公司荔湾分公司 | 广州市荔湾区宝华路 133 号首层 250、251、253、254(相连相通) | Link |
| 武汉市硚口区晋宜日用品店 | 武汉市硚口区长宜路 1 号购物中心 4-12-11、12-SU 单元 | Link |
| 深圳市罗湖区金红霞百货店 | 深圳市罗湖街道人民南路 2028 号金光华广场 B1 层 003 | Link |
| 深圳市宝安区西乡霞红光百货店 | 深圳市宝安区西乡街道宝源路与海城路交汇处泰丰广场 A 栋时代城一楼 F113 号 | Link |
| 深圳市福田区霞光普照百货店 | 深圳市福田区福保街道石厦北二街 89 号石厦新港商城一层 117 号 | Link |
| 深圳市罗湖区万红霞百货店 | 深圳市罗湖区桂园街道地铁 1 号线大剧院 C3 通道 2Y-90 号商铺 | Link |
| 西安市雁塔区旺载莱百货店 (Top Toy) | 陕西省西安市雁塔区小寨西路和含光路南段交汇处 momopark 购物中心一楼 F1-10 二楼 F2-12 | Link |
| 广州市黄埔区天石红霞百货店 (Deregistered) | 广州市黄埔区联和街科学大道 46 号 101-45 房、101-46 房、101-47 房 | Link |

*Source: qcc.com, Online Search*

- **Registered owner of 15 stores is an executive of a MINISO subsidiary**

MINISO (Wuhan) Enterprise Management Consulting ("MINISO Wuhan") is a MINISO subsidiary. According to the Chinese corporate registry, MINISO Wuhan's supervisor is Ye Tao. Ye Tao not only shares the same surname with MINISO Chairman (Ye Guofu), but he is also the supervisor of multiple other companies owned and controlled by MINISO's chairman.

According to the Chinese corporate registry, Ye Tao is the owner of 15 MINISO stores.[1]

---

[1] 13 MINISO stores and 2 Top Toy stores. See Appendix 1 for a list of stores and entities. Four entities are deregistered.

MINISO Group Holding Limited ｜ NYSE: MNSO                                    www.blueorcacapital.com



*Source: qcc.com, MINISO HK Prospectus*
*\*Ye Guofu owned 99% of 199 Global Holding (Guangzhou) until March 28, 2022*

As an executive of a MINISO's subsidiary and multiple Chairman-owned entities, Ye Tao appears far from an independent third party. Yet undisclosed to investors, this insider is the registered owner of 15 supposedly independent franchises.

- **34 Stores Owned by Chairman's Legal Representative**

We have identified what we believe to be another undisclosed related party, Lin Zongyou. We summarized some of Lin Zongyou's many connections to MINISO below, including Chinese corporate records which indicate that he is the legal representative of almost a dozen entities owned (or recently owned) by MINISO's chairman, his wife or a MINISO executive director.[2]



*Source: qcc.com*

---

[2] Guangdong Quickpay Internet Technology, Guangzhou Miniso International Travel, Guangdong Baoyang Investment Management and Renren Financial Holding Group are deregistered. Chairman Ye transferred his ownership of Guandgong Saiman Investment and Guangzhou Jiyou Fast Fashion to an individual in March 2022.

9

MINISO Group Holding Limited │ NYSE: MNSO                           www.blueorcacapital.com

Similar to Ye Tao, Lin Zongyou is the registered owner of 34 MINISO stores.[3]

- **Hundreds of Entities Share Overlapping Registration Information**

In another example, Li Minxin, **MINISO's director and executive vice president**, has a MINISO store registered under his name in the database as Shenzhen Longgang Miniso Store (the "LG Store"). We cross-checked the registered address of the store (深圳市龙岗区平湖街道凤凰社区守珍街 165 号) and confirmed that there was a MINISO store at this location.[4]



*Source: MINISO F-1, https://www.qcc.com/firm/514655bfc36a580a302158c110892f75.html,*
*http://www.dianping.com/shop/H1ZmbzZgerSrPvjo*

In addition to the LG Store, MINISO executive Li Minxin is the registered owner of 8 other entities that we suspect were former MINISO stores that were shut down over the years. Some of the entities have the word "MINISO" in their names; all of them were in the retail business and were established after 2013, the year that MINISO was founded. Rather than being independent franchises, as the Company claims, these stores are registered under the name of MINISO's director and executive vice president.

We also noticed that many of the MINISO stores owned by MINISO executives Li Minxin and Huang Zheng use the same registered phone number.

| 企业名称 | 登记状态 | 法定代表人 | 注册资本 | 成立日期 | 核准日期 | 所属省份 | 所属城市 | 所属区县 | 电话 | 企业类型 | 所属行业 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 深圳市龙岗区名创优品便利店 | 存续 | 李敏信 | 1.5万元人 | 2014-02-26 | 2014-02-26 | 广东 | 深圳市 | 龙岗区 | 18022381286 | 个体工商户 | 零售业 |
| 锦江区敏信其他日用品店 | 注销 | 李敏信 | - | 2015-11-04 | 2018-01-10 | 四川 | 成都市 | 锦江区 | 18022381286 | 个体工商户 | 零售业 |
| 广州市萝岗区创宗日用品店 | 注销 | 李敏信 | - | 2014-05-19 | 2019-06-04 | 广东 | 广州市 | 黄埔区 | 18022381286 | 个体工商户 | 零售业 |
| 广州市海珠区江南新地商业街名敏日用品店 | 注销 | 李敏信 | - | 2014-04-02 | 2020-08-24 | 广东 | 广州市 | 海珠区 | 18022381286 | 个体工商户 | 零售业 |
| 惠州市惠城区铮创百货店 | 在业 | 黄铮 | - | 2016-03-25 | 2016-03-25 | 广东省 | 惠州市 | 惠城区 | 18022381286 | 个体工商户 | 零售业 |
| 深圳市盐田区铮海日用品百货店 | 存续 | 黄铮 | 3万元人民 | 2015-10-12 | 2015-10-12 | 广东省 | 深圳市 | 盐田区 | 18022381286 | 个体工商户 | 零售业 |
| 深圳市福田区卓铮铮百货店 | 存续 | 黄铮 | 2万元人民 | 2015-08-11 | 2015-08-11 | 广东省 | 深圳市 | 福田区 | 18022381286 | 个体工商户 | 零售业 |
| 深圳市罗湖区优品日用品店 | 存续 | 黄铮 | 5万元人民 | 2014-06-13 | 2014-06-13 | 广东省 | 深圳市 | 罗湖区 | 18022381286 | 个体工商户 | 零售业 |
| 深圳市罗湖区铮铮优品百货店 | 存续 | 黄铮 | 5万元人民 | 2015-02-11 | 2015-02-11 | 广东省 | 深圳市 | 罗湖区 | 18022381286 | 个体工商户 | 零售业 |
| 深圳市龙岗区铮爆了日用品店 | 存续 | 黄铮 | 5万元人民 | 2015-10-21 | 2015-10-21 | 广东省 | 深圳市 | 龙岗区 | 18022381286 | 个体工商户 | 零售业 |
| 深圳市龙岗区龙铮日用品百货店 | 存续 | 黄铮 | 3万元人民 | 2015-10-13 | 2015-10-13 | 广东省 | 深圳市 | 龙岗区 | 18022381286 | 个体工商户 | 零售业 |
| 深圳市龙岗区龙河名创百货店 | 注销 | 黄铮 | 0.1万元人 | 2014-04-11 | 2020-05-09 | 广东省 | 深圳市 | 龙岗区 | 18022381286 | 个体工商户 | 零售业 |
| 阳春市春城名创日用品店 | 注销 | 黄铮 | - | 2014-05-21 | 2021-10-26 | 广东省 | 阳江市 | 阳春市 | 18022381286 | 个体工商户 | 零售业 |

*Source: qcc.com*

---

[3] See Appendix 1 for a list of stores and entities. 9 entities are deregistered, and 1 store are closed.

[4] This store is currently closed, although it is unclear whether this a temporary closure due to Covid or a permanent closure.

10

Entities which share the same registered phone number typically are connected to each other, sharing overlapping control or common ownership. The Chinese corporate registry database shows that there are in total 556 entities sharing this phone number; among them, 291 entities are still in operation.



*Source: qcc.com*

This led us to more undisclosed related parties of the Company that own a significant number of MINISO stores.

Things appear no different with respect to MINISO's new Top Toy brand, introduced by the Company in December 2020 catering to the top toy market. MINISO reported that as of March 2022, there are 92 Top Toy stores in China and only 4 are stores directly operated by the Company.

| Number of TOP TOY stores | 92 |
|---|---|
| Directly operated stores | 4 |
| Stores operated under MINISO Retail Partner model | 88 |

*Source: MINISO HK Prospectus*

Yet similar to MINISO stores, our due diligence indicates that 34 Top Toy stores, or 37% of all Top Toy stores, are secretly owned by related parties of the Company.[5]

- **MINISO Admitted in Chinese Media that 40% of Stores Directly Owned**.

Notably, our findings are consistent with MINISO's disclosures before the Company began preparing for a U.S. listing. At a 2017 conference in China, MINISO's brand director said in an interview that most MINISO stores in Tier 1 cities in China are operated by the Company and that franchising is only limited to lower tier cities.

《联商网》：国内投资一家店需要多少成本，产出怎么样，多长时间盈利？

成金兰：目前一线城市的繁华地段基本上都是直营店，二线城市可以做加盟店。目前品牌使用费为8万元/年，一次性需要交3年，货品保证金75万元。由公司统一安排装修，装修费按2800元/平方预收，基本店铺的面积要在200平米左右，一家店铺启动的整体投资预算在200万左右。

Cheng Jinlan (Brand Director of MINISO): Currently, most stores in the more prosperous areas in Tier 1 cities are directly operated by the company, while franchised stores can be established in tier 2 cities.

*Source: http://www.linkshop.com/news/2017382880.shtml*

In another article published in November 2019, Chinese media reported that 40% of MINISO stores are owned by the Company.

---

[5] See table in Appendix 1.

第一财经从名创优品内部了解到，其门店基本都设在大型购物中心，或人流密集的商业步行街，不同位置的门店年租金不同，几十万到上百万不等。一间250平方米左右的门店的员工基本配置为6~7个人。装修和日常成本也是因门店而异，包括门店所属地区和位置、面积、人工成本等因素差异。名创优品已进入盈利状态，年营业收入高速增长，综合利润率8%左右。以深圳福田星河COCO Park购物中心漫威IP黑金店为例，其月营业额超300万，月坪效12000元，店铺实现日均客单量超过1000笔，日均客单价近100元。名创优品目前直营和加盟的比例约是4：6，其加盟模式是"投资型加盟"，投资者不用参与门店日常经营，所有加盟店由名创优品总部统一运营管理。最关键的是，加盟商每日可获得所加盟门店前日营业额的38%（食品为33%）现金分账。The current ratio between corporate-owned stores and franchise-owned stores is 4:6

*Source: https://www.yicai.com/news/100388597.html*

The article is highly credible as it appeared in the [financial news arm](#) of the Shanghai Media Group, a state-owned enterprise. This November 2019 account in Chinese state-owned media stating that 40% of MINISO stores are owned and operated by the Company **directly contradicts MINISO's disclosures to investors,** in which the Company stated that less 1% of stores in China were directly operated by the Company in 2019.

| | As of June 30, | | |
| --- | --- | --- | --- |
| | 2019 | 2020 | 2021 |
| **Number of MINISO stores**[1] | | | |
| **China** | **2,311** | **2,533** | **2,939** |
| Directly operated stores | 9 | 7 | 5 |
| Stores operated under MINISO Retail Partner model | 2,288 | 2,513 | 2,919 |
| Stores operated under distributor model | 14 | 13 | 15 |
| **Overseas**[2] | **1,414** | **1,689** | **1,810** |
| Directly operated stores | 74 | 122 | 127 |
| Stores operated under MINISO Retail Partner model | 165 | 193 | 195 |
| Stores operated under distributor model | 1,175 | 1,374 | 1,488 |
| **Total** | **3,725** | **4,222** | **4,749** |

*Source: [MINISO HK Prospectus](#)*

We also spoke to a MINISO franchisee who had owned several MINISO stores since 2016. He confirmed to us that **MINISO had more than 1,000 company-owned stores in China in 2019,** although many stores have closed down because of Covid-19.

Before MINISO went public in the U.S., it told Chinese media that most MINISO stores in tier one cities were owned and operated by the Company. Our suspicion is that MINISO realized early in the pre-IPO process that a brick-and-mortar retailer would be far less attractive to investors than an asset-light franchise business, so we think that the Company simply lied about these stores.

Yet these candid statements in Chinese media are consistent with our due diligence, which found hundreds of stores owned by Company insiders or those closely connected to the chairman.

The implications for MINISO investors are plainly massive.

MINISO's central claim to investors is that it operates an asset-light franchise model, which supposedly allows the Company to maintain high margins while insulating the business from capital expenditures, operating losses and the risks and complexity of presiding over a sprawling network of retail outlets.

But based on the independent evidence, we think that this foundational narrative is a lie. We found at least 620 supposedly independent MINISO stores in China which are owned and operated by either MINISO executives or individuals closely connected to the chairman. We suspect that these stores are likely controlled and funded by the Company. This suggests that MINISO's real margins are likely significantly less than reported to investors.

Fundamentally, this misrepresentation obscures MINISO's true business model, tricking the markets into applying an unjustified and unsustainable multiple on a mundane retail business model. MINISO is currently trading at 1.4x sales as an asset light and high margin business, a desirable proposition especially during Covid-19. Yet our due diligence shows that in reality, MINISO is more like a declining brick-and-mortar operator, and we think it should be valued as such.



*Source: Capital IQ (as of July 25, 2022)*

Ultimately, we believe that there is overwhelming evidence that MINISO misleads the market about its business. Rather than operate an asset-light, high-margin franchise model, evidence indicates that hundreds of MINISO stores are owned and operated by Company executives or individuals closely connected to MINISO and its chairman. Accordingly, we believe that MINISO is concealing the costs of such stores from investors.

Not only does this undermine the authenticity of MINISO's reported financials, but suggests that MINISO should trade at a fraction of its current share price.

13

**Money for Nothing: IPO Proceeds Siphoned by Chairman through Crooked Headquarters Deal**

MINISO listed on the New York Stock Exchange in October 2020. Shortly thereafter, we believe that MINISO's chairman, Ye Guofu, bilked hundreds of millions of freshly raised capital from public investors through a series of crooked transactions revolving around the purchase and construction of a massive headquarters in China.

In December 2020, MINISO announced the formation of a BVI-based joint venture between the Company and Chairman Ye to build a new headquarters in China. According to the announcement, Chairman Ye held 80% of the JV through an entity solely owned by him[6], and MINISO held the remaining 20%. Less than one year later, in October 2021, MINISO bought out the chairman's remaining 80% share for RMB 695 million.



Source: MINISO Public Filings, *https://www.qcc.com/firm/237c0d23657dc0d32b5dc874d233a8e6.html*

Right off the bat, this transaction appeared deeply suspicious. If MINISO wanted to buy a new headquarters in China, why not buy the land directly? Why purchase the land through the chairman? In our experience, the only reason for a Chinese company to route a land purchase through insiders is to siphon public company funds through the transaction.

Second, if the land for the headquarters is in China, why would MINISO form an offshore JV in the BVI to purchase the land and develop the property? To us, the explanation is obvious. The BVI is an extremely opaque jurisdiction which does not provide meaningful disclosures to auditors and investors. The principal advantage of the BVI is that it easily facilitates opaque offshore transfer of cash to insiders. Otherwise, why wouldn't a Chinese company just buy land in China through a Chinese entity?

More importantly, it appears from Chinese corporate records that the chairman never put any money toward the purchase. He received the benefits, but MINISO put forward the cash.

Initially, MINISO reported that while the Company had **already** contributed its portion of the required capital to the JV (RMB 356 million), the **chairman had yet to invest his portion of the cash to JV** even though he owned 80% of the newly formed entity. Although the chairman held 80% of the equity of the JV, it was only the Company that contributed the cash to buy the land despite its minority stake in the BVI entity.

---

[6] Ye Guofu is the sole shareholder of YGF MC limited, which held 80% of the BVI JV.

GUANGZHOU, China, Dec. 11, 2020 /PRNewswire/ -- MINISO Group Holding Limited ("MINISO," or the "Company") (NYSE: MNSO), a fast-growing global value retailer offering a variety of design-led lifestyle products, today announced that it has formed a joint venture in the British Virgin Islands with YGF MC Limited, a company jointly controlled by the Company's controlling shareholders, Mr. Guofu Ye and Ms. Yunyun Yang, to acquire land use right of a parcel of land in Guangzhou and to establish a new headquarters building for MINISO through such joint venture's subsidiary in Guangzhou. The Company holds 20% of the shares of the joint venture company while YGF MC Limited holds the remaining 80% of the shares of the joint venture company. After the formation of the joint venture company, the Company invested RMB356 million in the joint venture company. YGF MC Limited will invest RMB1,424 million in the joint venture company.

*Source: MINISO Press Release, December 11, 2020*

Chinese filings confirm that it was the Company, not the chairman, which put forth the cash for the land. In January 2021, the Chinese subsidiary of the JV, Mingyou Industrial Investment (Guangzhou) Co., Ltd ("Mingyou Industrial"), acquired land rights in Guangzhou at a value of RMB 1.73 billion through a public bidding process. According to local media, the bidding deposit was RMB 346 million, or 20% of the purchase price.

| 宗地坐落 | 土地用途 | 宗地面积（平方米） | 地上计算容积率建筑面积(平方米) | 挂牌起始价(万元) | 增价幅度（万元） | 竞买保证金(万元) Bidding Deposit (RMB 10K) | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 人民币 RMB | 港币 | 美元 |
| 海珠区琶洲西区 AH040228地块 | 商务设施用地（B2）兼容商业设施用地（B1） | 6557 | 地上≤103879 | 172855 | 1000 | 34571 RMB 345.7 Million | 41000 | 5300 |

*Source: https://finance.sina.com.cn/stock/relnews/us/2021-01-04/doc-iiznezxt0458160.shtml*

The deposit for the land (RMB 346 million) **matches** almost exactly the amount initially MINISO contributed to the JV according to Chinese corporate records, indicating that it was the Company's cash, not the chairman's, that paid the deposit for the land.

There is evidence to suggest that the chairman, despite owning 80% of the JV, likely never contributed any cash to the entity. According to MINISO's Hong Kong prospectus, the Company bought out the chairman's 80% interest in the JV on October 27, 2021, for RMB 695 million.

On October 27, 2021, we acquired the remaining 80% equity interest in YGF Investment. The purpose of this acquisition was for the project of establishing our new headquarters building. The total consideration of this transaction is RMB694.5 million, representing the lower of the actual investment amount by YGF MC Limited as of August 31, 2021 and the appraisal value of the equity interests confirmed by a third-party valuation firm, deducted by

*Source: MINISO HK Prospectus*

According to corporate data publicly available in the National Enterprise Credit Information Publicity System, the paid-in capital of the JV's Chinese subsidiary remained at RMB 345.7 million (the initial deposit amount) until *the day after* MINISO acquired the chairman's 80% share.



*Source: National Enterprise Credit Information Publicity System*

Chinese public records show that on October 28, 2021, **one day after MINISO acquired the chairman's stake in the JV**, the paid in capital increased to RMB 1.8 billion. To be clear, paid-in capital represents the actual amount of money that a company has received from shareholders. Any change to the paid-in capital is registered with the local government and is generally indicative of whether and what extent shareholders have funded the entity.



*Source: National Enterprise Credit Information Publicity System*



*Source: https://www.qcc.com/creport/237c0d23657dc0d32b5dc874d233a8e6.html*

MINISO admits in its public filings that it contributed the initial deposit to purchase the land in December 2020. Government records highlighted above show that no additional capital was contributed to the JV until **_after_** MINISO bought out the chairman in October 2021. To us, the corporate records clearly indicate that the chairman did not contribute money to the JV. That means that when MINISO paid him out for his JV interest, we think this was simply a naked transfer of shareholder wealth to the chairman. **Money for nothing.**



*Source: MINISO public filings, National Enterprise Credit Information Publicity System, Sina News Article*

16

Chinese corporate records show that until MINISO purchased the chairman's portion of the JV, the only cash contributed to the JV was the initial land deposit contributed by MINISO in December 2020. We don't believe the chairman ever contributed any cash to the JV, as the paid-in capital increase took place only after MINISO purchased his 80% interest in the JV. To us, the transaction appears to be designed to simply siphon public money to the chairman.

This financial maneuvering also put MINISO at potential risk of breaching its contract with the Chinese government. The contract for the land purchase was published by the local government online and is accessible for anyone who wishes to check. The contract specifically **prohibits the purchaser's change of ownership structure for 10 years**.

**Contract for Assignment of the Right to the Use of State-owned Construction Land**

# 国有建设用地使用权出让合同

（海珠区琶洲西区 AH040228 地块）

三十一、受让人或其关联企业在广州市海珠区注册设立的

公司纳税强度须符合《琶洲人工智能与数字经济试验区产业用

地项目引进工作指导意见》的要求。自受让人签订本合同之日

起，受让人 10 年内股权不得变更。

The shareholding structure of the purchaser shall not change within 10 years of signing this contract.

*Source: http://www.gzggzy.cn/cms/wz/view/index/layout3/index.jsp?siteId=1&infoId=2177552&channelId=404*

MINISO risked breaching its contract with the Chinese government by routing the land purchase through opaque BVI entities to accommodate a series of related party transactions with its chairman. We believe that the only reason the Company undertook this risk was to permit the chairman to siphon hundreds of millions from the public company.

- **More Off-Balance Sheet Assets for Chairman's Personal Enrichment**

The crooked headquarters deal appears to be a template for future transactions. Based on Chinese corporate records, we have identified four other property developments that are currently owned by the chairman.[7] Although these developments have not, to our knowledge, been disclosed to investors, they are clearly MINISO projects. Much like the headquarters deal discussed above, we suspect that they are structured through BVI intermediaries to allow the chairman to siphon off more money from the public company through future sales of these developments to MINISO.

For example, MINISO's official Chinese website issued a press release in January 2020 announcing a groundbreaking ceremony for a new MINISO Industrial Park, a RMB 10 billion research and logistics center. Both MINISO executives and local government officials attended the ceremony.

---

[7] One of the property holding companies deregistered in July 2022. Yet as MINISO did not announce any land purchase in the past few months, we believe that the land is transferred to another chairman's private companies.



2020年1月4日，恰逢辞旧迎新、万象更新之时，名创优品肇庆市高新区一带一路产业园项目宣布正式动土，

总投资过百亿。肇庆市高新区党工委委员、纪工委书记罗文军，肇庆市高新区招商局钟怡伟，名创优品创始人兼首

席执行官叶国富等数十位政府领导及集团高管、项目相关负责人出席了此次动土仪式。

On January 4, 2020, MINISO announced the official groundbreaking of the MINISO One Belt One Road Industrial Park project in the Zhaoqing High-tech Zone, with a total investment of more than RMB 10 billion. Luo Wenjun, member of the Party Working Committee and secretary of the Disciplinary Work Committee of Zhaoqing High-tech Zone, Zhong Yiwei, Investment Promotion Bureau of Zhaoqing High-tech Zone, Ye Guofu, the founder and CEO of MINISO, and dozens of government leaders, company executives, and the project-related persons attended the groundbreaking ceremony.

*Source: https://www.miniso.cn/News/Details?id=100000228647363*

This is clearly a MINISO project, as it is disclosed on MINISO's Chinese website, and the groundbreaking ceremony was attended by MINISO executives. At a cost of RMB 10 billion, this development is designed to be a research and design facility, a manufacturing center, and a logistics center for MINISO.

However, this billion-dollar investment project is not disclosed, to our knowledge, in any of MINISO's SEC or Hong Kong regulatory filings. In fact, Chinese corporate records show that this Company project is not even owned by MINISO. According to Chinese corporate registries, MINISO (Zhaoqing) Industrial Investment Co., Ltd ("MINISO Zhaoqing") purchased the land in June 2018 for RMB 89 million.



*Source: https://www.qcc.com/crun/6dd087215d215bd543c46b3580a62ce1.html*

MINISO Zhaoqing is still listed as the owner of the Industrial Park Project according to the local government's website.

Despite having the word MINISO in its name, MINISO Zhaoqing is not a Company subsidiary. The legal representative of MINISO Zhaoqing is the chairman, and we believe MINISO Zhaoqing is ultimately controlled by

Ye Guofu through several layers of offshore entities. The corporate ownership structure is almost identical to the headquarters deal: with the Chinese asset held through a layer of Hong Kong and BVI entities with a similar name (YGF Investment).



Source: [MINISO HK Prospectus](), qcc.com

Again, we question why wouldn't MINISO simply create its own subsidiary to build its own logistics and research center? And why wouldn't MINISO purchase and hold the assets directly in China, rather than setting up a BVI holding company in jurisdiction where little information is publicly available regarding ownership and cash payments?

To us, the transaction structure appears similar to the headquarters deal, and we think it is obviously set up to route property developments through a complicated BVI structure to enable the chairman to siphon shareholder money from shareholders.

In total, **we have identified five entities** which held significant land assets in China explicitly for MINISO. Although these projects appear explicitly designed for the Company, we believe that all of these entities are owned by MINISO chairman through an opaque web of BVI holding companies. So far, MINISO has bought one entity from its chairman for hundreds of millions of RMB. We predict MINISO is likely going to do the same for the other entities.

| PRC Entity | Land Purchase Date | Land Price (RMB M) | Project Name | Investment Amount (RMB M) |
|---|---|---|---|---|
| 名创优品科技（广州）有限公司 | 12/10/2017 | 159 | MINISO Baishahe Tech Building Project | 620 |
| 名创优品（肇庆）产业投资有限公司 | 6/24/2018 | 89 | MINISO Zhaoqing One Belt One Road Industrial Park | 10,000 |
| 名实（中山）产业发展有限公司* | 2/8/2021 | 246 | MINISO Zhongshan APAC HQ Project | 2,800 |
| 名创优品科技（武汉）有限公司 | 12/16/2018 | 83 | MINISO One Belt One Road Industrial Ecopark Project | 6,500 |
| 名优产业投资（广州）有限公司 | 1/11/2021 | 1,729 | MINISO Global HQ | 3,500 |
| **Total** | | **2,307** | | **23,420** |

Source: qcc.com

*名实（中山）产业发展有限公司 Mingshi (Zhongshan) Industrial Development was deregistered in July 2022, but we believe the development project was transferred to another Ye's private entity.

Chinese corporate records show at least four other major development projects, with MINISO in the name and clearly affiliated with the public company, which corporate records suggest are owned by the chairman.

Although these developments appear purposely built for the Company, the assets are held through a complicated offshore BVI structure designed to route any subsequent capital flows offshore where the recipients and amounts are far more difficult to track. Other than already completed headquarters transaction, these other projects are not disclosed to investors. Not only do we believe that MINISO siphoned public company funds to the chairman through a crooked headquarters deal, but through these other undisclosed developments, it is poised to do so again.

19

**Retailer in Decline: Shrinking Revenues, Store Closures and Falling Franchise Fees**

MINISO is a retailer in decline. Interviews with former MINISO managers show that store revenues and profits are falling and that longtime franchisees are leaving. MINISO's archived financial disclosures show that revenues are down 40% from peak and that same store sales have been shrinking since 2019. Further, both Chinese corporate registry data and local media reports suggest that MINISO has gone through and is most likely still facing large-scale store closures. In what is surely a sign of a retail business in trouble, MINISO lowered its franchising fee by 63% in the past two years in a desperate effort to attract franchisees.

    a.   **Shrinking Revenues**

Using the web archive (Wayback Machine), we found disclosures by the Company on its official Chinese website, since removed, stating that MINISO achieved revenues of over RMB 17 billion in 2018.



*Source: https://web.archive.org/web/20191022091748/http://www.miniso.cn/Brand/History*

These disclosures were provided by the Company on its official website, and thus should be credible. MINISO's most recent quarterly report shows that revenue in the last twelve months was just RMB 10 billion, a 40% decline from peak revenues in 2018. Put simply, MINISO's own disclosures indicate that revenues have fallen precipitously from the peak, likely why such disclosures were scrubbed from MINISO's official website.



*Source: MINISO Public Filings, MINISO Official Website*

This fall in revenue occurred despite MINISO's store count increasing by 50% from 3,459 to 5,205 during the same period, implying a same store revenue decline of 60%.

|  | CY 2018 | FY 2019 | FY 2020 | FY 2021 | LTM Mar'22 |
|---|---|---|---|---|---|
| Revenue (RMB M) | 17,000 | 9,395 | 8,979 | 9,072 | 10,240 |
| *Cumulative Change* |  | *-45%* | *-47%* | *-47%* | *-40%* |
| Store Count | 3,459 | 3,725 | 4,222 | 4,782 | 5,205 |
| *Cumulative Change* |  | *8%* | *22%* | *38%* | *50%* |
| Same Store Revenue (RMB M) | 5 | 3 | 2 | 2 | 2 |
| *Cumulative Change* |  | *-49%* | *-57%* | *-61%* | *-60%* |

*Source: MINISO Public Filings, MINISO Official Website*

Based on MINISO's own disclosures, we can see that MINISO's revenues and same store sales have been declining. This corroborates not only our interviews with former employees but also aligns with other evidence of large-scale store closures and falling franchise fees.

We spoke with a former MINISO regional manager who told us point blank that MINISO has passed its peak and is a brand in serious decline. When asked about store level performance, the former manager told us that the best years for MINISO were between 2017 and the first half of 2019; she also said that, beginning in second half of 2019, MINISO stores have experienced shrinking revenue and profitability. This tracks perfectly with the web archived disclosures on MINISO's website.

> *"In terms of gross profit and profitability, by 2019, the peak was basically over. **In fact, from the second half of 2019, to 2020 and 2021, the profitability is in a downward trend.** Because most of our peak period is the two years between 2017 to and the first half of 2019."*

> -   ***Former MINISO Manager***

The manager also gave us specific examples of drastic same store sales declines. Notably, her examples include stores that are supposedly MINISO's best performing stores. If some of MINISO's best performing stores are showing sales decline of over 75%, then the general level of same store sales decline must be severe across the board.

> *"The best performance is by the first half of 2019, because at that time, there were still quite a few million-dollar-revenue stores…. There used to **be a store in Beijing that could reach [monthly revenues] of RMB 4 million, and now it may only have [monthly revenues of] RMB 0.8 million.** Guangzhou used to have a store with more than RMB 2.8 million [in monthly revenue], but now it may be able to make RMB 0.7 million [in monthly revenue]."*

> -   ***Former MINISO Manager***

The same store sales decline highlighted by the former MINISO manager supports archived admissions by the Company, since scrubbed from its website, showing significant revenue and same-store sales declines.

### b.  Large-Scale Store Closures

When franchisees do not make money from operating MINISO stores, they close. Even before Covid-19, Chinese media reported that MINISO was facing large-scale store closure. Based on internal data provided by a MINISO employee, local media reported that MINISO closed more than 850 stores in China as of March 2019, more than a third of its existing store count at the time!

Although not disclosed to investors, this report of store closures was published in Chinese language media and was based on data provided to Chinese media by a MINISO employee.

名创优品一直对外号称全球开店三千多家，经调查发现，号称高速扩张的名创优品，仅2016年就关闭门店264家店！！！更让人咋舌的是，来自名创优品内部员工提供的真实数据，成立六年的名创优品已关店超过850家（截至2019年3月）（不含海外）。

MINISO has always claimed to have opened more than 3,000 stores worldwide. After investigation, it was found that MINISO, which claims to be expanding rapidly, closed 264 stores in 2016 alone! ! ! What is even more staggering is that according to the real data provided by an internal staff of MINISO, the six-year-old MINISO has closed more than 850 stores (as of March 2019) (excluding overseas).

以下是名创公司员工老臧（化名）提供的真实数据，笔者摘取了一部分。

The following is the real data provided by Lao Zang (pseudonym), an employee of MINISO.

Screenshot of Closed MINISO Stores (Partial)　（名创优品部分关店信息截图）

*Source: https://page.om.qq.com/page/Oa8b5ymqSvZ5EXVHd-XvsqeQ0*

The situation does not appear to be improving. We interviewed a former MINISO manager who said that due to market saturation and competition as well as high rental costs, many franchisees were barely making any money.

*"By 2020, the overall profitability was weaker. **Most franchisees were not able to make much money because of the saturation of the market, the strength of competing brands, and the epidemic…"***

*"Looking at the national level, currently, [markets in] large cities such as Beijing, Shanghai, Guangzhou and Shenzhen are very saturated. In addition, our rents are relatively high, so there is less room for making money, which has also led to many store closures."*

*"This year, we opened roughly more than 100 stores across the country, but in fact, in terms of profitability... thirty or forty stores are profitable. The highest profit is only RMB 50,000 [a month], and the lower ranges are between RMB 5,000 to RMB 10,000 or RMB 20,000 [a month]."*

*-　**Former MINISO Manager***

MINISO Group Holding Limited ｜ NYSE: MNSO                                    www.blueorcacapital.com

Our own due diligence validates the former MINISO manager's account.  In November 2021, we collected a sample of 620+ operating MINISO and Top Toy stores in China.  By July 2022, we observed that 120 stores, or approximately 20% of the sample, appear to have closed down. Among them, more than 110 stores have deregistered their business licenses, suggesting permanent closure.

**A Partial List of MINISO Stores That Have Been Deregistered in 2022**

| 企业名称 | 登记状态 | 法定代表人 | 注销月份 | 所属省份 | 所属城市 | 电话 | 企业类型 | 所属行业 |
|---|---|---|---|---|---|---|---|---|
| | Registration Status: Deregistered | | Deregistered Month | | | | | Industry: Retail |
| 佛山市南海区思州百货店 | 注销 | 姚思达 | Jun-22 | 广东省 | 佛山市 | - | 个体工商户 | 零售业 |
| 中山市小榄镇唯爱百货店 | 注销 | 林宗友 | Jun-22 | 广东省 | 中山市 | 13678952591 | 个体工商户 | 零售业 |
| 深圳市卡罗色界贸易有限公司沙河益田分公司 | 注销 | 谭慧敏 | Jun-22 | 广东省 | 深圳市 | - | 有限责任公 | 零售业 |
| 上海琉峥商贸有限公司共和新路分公司 | 注销 | 焦冬冬 | Jun-22 | 上海市 | 上海市 | 18101934078 | 有限责任公 | 零售业 |
| 昆山优康百货乌兰道店 | 注销 | 蒋海彦 | Jun-22 | 内蒙古自治区 | 包头市 | 18022381086 | 个体工商户 | 零售业 |
| 贵阳观山湖飞优潜百货店 | 注销 | 叶涛 | Jun-22 | 贵州省 | 贵阳市 | 18022381286 | 个体工商户 | 零售业 |
| 上海琉峥商贸有限公司静安区第一分公司 | 注销 | 焦冬冬 | Jun-22 | 上海市 | 上海市 | 18101934078 | 有限责任公 | 零售业 |
| 上海夷凯百货商行第五分店 | 注销 | 李智斌 | Jun-22 | 上海市 | 上海市 | 18221917323 | 个人独资企 | 零售业 |
| 银川市金凤区月明小百货店 | 注销 | 苏鼎 | Jun-22 | 宁夏回族自治区 | 银川市 | 18022381286 | 个体工商户 | 零售业 |
| 吴中区郭巷钟颖嘉百货店 | 注销 | 钟颖嘉 | Jun-22 | 江苏省 | 苏州市 | - | 个体工商户 | 零售业 |
| 蓬江区沐清饰品店 | 注销 | 崔鸿榜 | Jun-22 | 广东省 | 江门市 | - | 个体工商户 | 零售业 |
| 沈阳市和平区有宜小船日用品零售店 | 注销 | 李智斌 | Jun-22 | 辽宁省 | 沈阳市 | 18022371286 | 个体工商户 | 零售业 |
| 深圳市三宅商事贸易有限公司南山天利店 | 注销 | 黄正怡 | Jun-22 | 广东省 | 深圳市 | 17304460051 | 有限责任公 | 零售业 |
| 深圳市三宅商事贸易有限公司粤海保利店 | 注销 | 黄正怡 | Jun-22 | 广东省 | 深圳市 | 17304460051 | 有限责任公 | 零售业 |
| 广州市番禺区大石兮漾食品店 | 注销 | 林宗友 | Jun-22 | 广东省 | 广州市 | 18022381286 | 个体工商户 | 零售业 |
| 深圳市南山区菲欧娜百货行 | 注销 | 龙传芬 | Jun-22 | 广东省 | 深圳市 | 15989421907 | 个体工商户 | 零售业 |
| 上海琉峥商贸有限公司陆家嘴西路分公司 | 注销 | 焦冬冬 | Jun-22 | 上海市 | 上海市 | 18101934078 | 有限责任公 | 零售业 |
| 广州市荔湾区怡优百货店 | 注销 | 黄正怡 | Jun-22 | 广东省 | 广州市 | 18022381286 | 个体工商户 | 零售业 |
| 北京朝晖鸿利科技有限公司昆山万象汇分公司 | 注销 | 焦冬冬 | Jun-22 | 江苏省 | 苏州市 | 18800300086 | 有限责任公 | 零售业 |

*Source: qcc.com*

We have also observed an uptick in store deregistration in recent months.

Our own due diligence corroborates the former MINISO manager's account and reports in Chinese media that even before COVID, MINISO was plagued by large-scale store closures.

### c.   Franchise Fees Dropped by 63%, Suggesting Lagging Interest

Franchise fees are a cornerstone of MINISO's value proposition and are 100% margin revenue.  Yet archived disclosures on MINISO's Chinese website, discovered through the Wayback Machine, indicates that the Company dropped franchise fees by 63% over the last two year.

According to archived disclosures on MINISO official Chinese website, each potential MINISO franchisee needs to pay a fixed deposit and an annual franchising fee.  As of December 2, 2020, the franchising fee advertised to potential franchisees in China was RMB 80,000 per year and required a product deposit of RMB 750,000.



*Source: https://web.archive.org/web/20201202064303/https://www.miniso.cn/Shop/Stroe*

Yet beginning in 2021, MINISO slashed franchising fee from RMB 80,000 per year to RMB 50,000 per year. The product deposit was also reduced from RMB 750,000 to RMB 600,000.

23

MINISO Group Holding Limited │ NYSE: MNSO                    www.blueorcacapital.com



*Source: https://web.archive.org/web/20210125011406/https://miniso.cn/Shop/Stroe*

In 2022, MINISO's website shows that the franchising fee is further reduced to RMB 29,800 per year for city-level stores, 63% down from two years ago[8]. The product deposit is also reduced to RMB 350,000.



*Source: MINISO Website, January 2022*



*Source: MINISO Website*

We believe this drastic franchise fee reduction signals the declining brand value of MINISO to both its customers and franchisees. Further, it erodes the financial health of MINISO moving forward. From the franchise fee drop alone, the Company faces an annual loss of RMB 159 million in revenue and profit at the current franchise-owned store count of 3,169.

| RMB | Pre-2021 | 2021 | 2022 | $ Change | % Change |
|---|---|---|---|---|---|
| Franchising Fee | 80,000 | 50,000 | 29,800 | (50,200) | -63% |
| # of MINISO franchise-owned stores | | | | 3,169 | |
| **Est. Loss on Revenue and Profit (RMB M)** | | | | **(159)** | |

*Source: MINISO Public Filings, MINISO Website*

This undercuts MINISO's claims of a thriving brand and a growing business. Rather, such independent evidence indicates that MINISO is a brand and business in decline, with falling revenues, large scale store closures and falling franchise fees.

---

[8] For county-level stores, the franchising fee is only RMB 19,800 and the product deposit is RMB 250,000.

This evidence is also consistent with our investigation into MINISO store ownership which indicates that contrary to the Company's claims, many MINISO stores are secretly owned by or connected to Company executives and insiders. This makes sense: if the brand is in decline, and the stores are struggling, then MINISO will struggle to attract franchisees.  In order to show store growth to investors, the Company likely has no choice but to secretly own and operate stores, given that franchisees no longer view it as an attractive opportunity.

Ultimately, we believe that there is overwhelming evidence that MINISO misleads the market about its business. Rather than operate an asset-light, high-margin franchise model, evidence indicates that hundreds of MINISO stores are owned and operated by Company executives or individuals closely connected to MINISO and its chairman. Accordingly, we believe that MINISO is concealing the costs of such stores from investors.

This likely explains why MINISO, despite reporting a large cash balance and a business which supposedly generates healthy cash flows from operations, recently tapped capital markets to raise $72 million through a secondary listing in Hong Kong.

In our view, not only does our evidence undermine the authenticity of MINISO's reported financials, but also suggests that MINISO should trade at a fraction of its current share price.

25

MINISO Group Holding Limited ｜ NYSE: MNSO                www.blueorcacapital.com

**Appendix 1**

**Ye Tao Owns 13 MINISO Stores and 2 Top Toy Sores (4 are Deregistered)**

| 企业名称 | 登记状态 | 法定代表人 | 成立日期 | 所属省份 | 电话 | 企业类型 | 所属行业 | Brand |
|---|---|---|---|---|---|---|---|---|
| 东莞市南城名创优品日用品店 | 在业 | 叶涛 | 2013-12-26 | 广东省 | 18022381286 | 个体工商户 | 零售业 | MINISO |
| 双塔区世耀生活用品店 | 存续 | 叶涛 | 2018-09-13 | 辽宁省 | 18742124573 | 个体工商户 | 零售业 | MINISO |
| 天山区中山路优依轩百货店 | 存续 | 叶涛 | 2018-02-26 | 新疆维吾尔自治区 | 18022381286 | 个体工商户 | 零售业 | MINISO |
| 朝阳区涛宗百货店 | 存续 | 叶涛 | 2016-12-21 | 吉林省 | 18022371286 | 个体工商户 | 零售业 | MINISO |
| 杭州市上城区叶叶花百货店 | 存续 | 叶涛 | 2018-07-02 | 浙江省 | - | 个体工商户 | 零售业 | MINISO |
| 沙坪坝区涛哥百货经营部 | 存续 | 叶涛 | 2016-01-14 | 重庆市 | 18022381286 | 个体工商户 | 零售业 | MINISO |
| 深圳市罗湖区桂园叶涛百货店 | 存续 | 叶涛 | 2011-07-08 | 广东省 | 13660843393 | 个体工商户 | 零售业 | MINISO |
| 深圳罗湖区东门叶涛百货行 | 存续 | 叶涛 | 2012-08-01 | 广东省 | 15989421907 | 个体工商户 | 零售业 | MINISO |
| 渝中区诺若米便利店 | 存续 | 叶涛 | 2018-11-22 | 重庆市 | 18022381286 | 个体工商户 | 零售业 | MINISO |
| 朝阳区尚潮儿童玩具店 | 存续 | 叶涛 | 2021-04-15 | 吉林省 | - | 个体工商户 | 零售业 | Top Toy |
| 沙依巴克区友好北路叶涛百货店 | 存续 | 叶涛 | 2021-06-24 | 新疆维吾尔自治区 | - | 个体工商户 | 零售业 | Top Toy |
| 三河市宗涛百货店* | 注销 | 叶涛 | 2016-11-07 | 河北省 | 18022381286 | 个体工商户 | 零售业 | MINISO |
| 广州市增城富挂百货店* | 注销 | 叶涛 | 2016-06-28 | 广东省 | 18022381286 | 个体工商户 | 零售业 | MINISO |
| 贵阳观山湖飞优潜百货店* | 注销 | 叶涛 | 2018-04-09 | 贵州省 | 18022381286 | 个体工商户 | 零售业 | MINISO |
| 呼和浩特回民区叶涛日用百货经销店* | 注销 | 叶涛 | 2015-07-29 | 内蒙古自治区 | 18022381286 | 个体工商户 | 零售业 | MINISO |

*Source: qcc.com*

*\*Deregistered*

**Lin Zongyou Owns 34 MINISO Stores (9 entities are Deregistered and 1 store is closed)**

| Entity Name | Entity Registered Address | MINISO/Top Toy Store |
|---|---|---|
| 东莞市虎门宗企日用品店 | 广东省东莞市虎门镇连升路 82 号 2057 室 | https://www.zhipin.com/job_detail/2004da01cd9a3c921nZ72N--FltR.html |
| 佛山市禅城区东广宗友饰品店 | 佛山市禅城区文龙街 10 号蓝宝石组团首层 A08、A14 号(经营场所须经审批机关审批) | https://amap.com/place/B0FFIPT2MB |
| 天津市广创商贸有限公司 | 天津市西青经济开发区友谊南路 111 号 A 区 206 号 | https://amap.com/place/B0FFGTC24Q |
| 天津广艾购商贸有限公司 | 天津市西青区中北镇阜盛道 1 号 2 层 231 号 | https://amap.com/place/B0FFH1BBLF |
| 广州市天河区珠江新城承恭百货店 | 广州市天河区兴民路 222 号自编裙楼商场地下负一层(部位:127) | https://amap.com/place/B0FFI2SMEI |
| 广州市天河区石牌娱优创名百货店 | 广州市天河区天河路 621-625 号裙楼负一至五层广州天娱广场二层 2-63 房 | http://gz.bendibao.com/wangdian/dian/4121393.shtm |
| 广州市番禺区南村南宗杂货店 | 广州市番禺区南村镇万博中心 10 幢(A5)1 楼 003 | https://amap.com/place/B0FFIPRCFX |
| 广州市番禺区小谷围高高友好饰物店 | 广州市番禺区小谷围街贝岗村贝岗村大街 1 号高高新天地商业广场一层第 1101 号商铺 | https://mp.weixin.qq.com/s/VAOIX7lfDGDMXr7iRb90IQ |
| 广州市荔湾区友宗百货店 | 广州市荔湾区黄沙大道 8 号 235、236 房 | https://linkplazagz.linkreitchina.com/sc/shop/%E5%90%8D%E5%88%9B%E4%BC%98%E5%93%81-30448 |
| 广州市荔湾区柏德来商业城创宗日用品店 | 广州市荔湾区康王北路 903 号负一层柏德来商业城 1316、1317、1222、1223、1206、1207、1208 号铺 | http://ctc.www.dianping.com/shop/k4WwOm9cWStyi61L |
| 广州市越秀区晟宗百货店 | 广州市越秀区北京路 238 号 108 自编 1B32-1 房 | https://ditu.so.com/?pid=ad0c05c047614e13&src=seo |
| 惠州市惠城区宗创日用百货商行 | 惠州市惠城区惠州大道 11 号佳兆业广场内二层 L228 号 | https://amap.com/place/B0FFGMQDFJ |
| 惠州市惠阳区淡水宗创百货店 | 惠阳区淡水人民五路 3 号万联广场一楼 5 号铺 | https://amap.com/place/B0FFHDEXCV |
| 武江区益友日用品店 | 韶关市武江区惠民南路 50 号中环广场益华百货第一层 A10-A12 号铺 | https://amap.com/place/B0FFHPZR9F |
| 沙坪坝区林宗友百货店 | 重庆市高新区虎溪街道大学城北路 97 号龙湖 U 城 B 馆南 8 馆-B1-34a,南 8 馆-B1-35 | Appendix 2 Screenshot43 |
| 河源市源城区创优百货商行 | 河源市源城区中山大道 218 号万隆城购物中心一层 1017A | https://amap.com/place/B0FFGMQ1FY |
| 深圳市龙华新区龙华艾西欧商行 | 深圳市龙华新区龙华街道东环二路 8 号 iCO 时尚购物领地 L3S-022 铺 | https://amap.com/place/B0FFGE8O5D |
| 深圳市龙岗区龙城百利家百货店 | 深圳市龙岗区龙城街道中心城龙翔大道龙城万科里 B1 层 13 号 | http://ctc.www.dianping.com/shop/kay6VzV4WUxc2fgh |

| | | |
|---|---|---|
| 深圳福田区卓山百货行 | 深圳市福田区福田街道福山社区福华三路与金田路交界处东南侧卓越世纪中心、皇岗商务中心卓越世纪中心 1 层 L111 | https://amap.com/place/B0FFHDU654 |
| 顺德区大良优创名品百货店 | 佛山市顺德区大良华盖路 102 号首层 | https://amap.com/place/B0FFG6VGOP |
| 顺德区大良新一宗友日用品店 | 佛山市顺德区大良府又居委会东乐路 268 号新一城购物广场 02 层 13/14 号 | Appendix 2 Screenshot 55 |
| 东莞市厚街宗创日用品店 | 东莞市厚街镇宝屯村康乐北路 6 号万达广场内购物中心室内步行街一层 1066B-1067 号商铺 | https://amap.com/place/B0FFL52TRM |
| 广州市海珠区友佳潮玩百货店 (Top Toy) | 广州市海珠区榕景路 107 号 B101-10 铺 | Appendix 2 Screenshot 22 |
| 深圳龙岗区扣扣盛世百货行[9] | 深圳市龙岗区龙城街道尚景社区龙岗大道万科里 B1-13 | https://www.dianping.com/shop/l71lyeehPSSWZvan |
| 赛罕区创名百货店 (closed) | 内蒙古呼和浩特市赛罕区鄂尔多斯大街凯德 MALL 二楼 | http://map.baidu.com/detail?third_party=seo&qt=ninf&uid=4f508013a05a3d9d00ec017f&detail=shopping |
| 中山市小榄镇唯爱百货店 (Deregistered) | 中山市小榄镇升平中路 18 号大信新都汇第 1FA03 号商铺 | https://amap.com/place/B0FFFFA8WW |
| 佛山市三水名优百货店(Deregistered) | 佛山市三水区西南街新华路 8 号 101 | https://m.dianzhangzhipin.com/store/2021-1XR53d-1E1JX.html |
| 广州宗友商贸有限责任公司 (Deregistered) | 广州市天河区天河路 228 号负一层至七层、七层夹层广州正佳商业广场 3F-3C070-71 号铺 | https://amap.com/place/B0HG0SWCUG |
| 广州宗友商贸有限责任公司天河分公司 (Deregistered) | 广州市天河区天河路 208 号天河城购物中心第四层 426 房 | https://ditu.amap.com/place/B0FFHS16HP |
| 广州市番禺区大兮濠食品店 (Deregistered) | 广州市番禺区大石街 105 国道大石段 426 号首层之 103 | https://amap.com/place/B0FFF8PEE6 |
| 广州市白云区新市创宗百货店 (Deregistered) | 广州市白云区机场路 1309 号百信广场第一层第 H51-53、H55-57 号商铺 | https://www.dianzhangzhipin.com/company/1nV53Q~~.html |
| 广州市花都区新华乐悠百货店 (Deregistered) | 广州市花都区新华街商业大道 15 号首、二层(部位:首层东面商铺由南至北第 4 间) | Appendix 2 Screenshot 26 |
| 顺德陈村宗创百货店(Deregistered) | 佛山市顺德区陈村镇合成居委会佛陈路一号 1-7 座顺联广场首层第 1A-01 铺位 | https://amap.com/place/B0HDJGSO4W |
| 广州市海珠区友友百货店(Deregistered) | 广州市海珠区榕景路 107 号 B2124 | https://amap.com/place/B0FFLOFDDB |

*Source: Qcc.com*

**Top Toy Stores Owned by Undisclosed Related Parties**

| Name | Top Toy | Connections to MINISO |
|---|---|---|
| Zhou Hongxia | 1 | Legal Rep of a MINISO Subsidiary and multiple MINISO branches |
| Ye Tao | 2 | Supervisor of a MINISO Subsidiary; Same surname with Chairman Ye |
| Li Zhibin | 6 | Supervisor of multiple Chairman Ye - controlled entities |
| Mo Cuifeng | 6 | Legal Rep of a Chairman Ye - controlled entity (Haydon (Shanghai) Technology) |
| Zhong Yinjia | 2 | Shared Phone Number; Business Partner with Li Zhibin |
| Wen Haian | 6 | Shared Phone Number; Business Partner with Li Zhibin & Zhong Yinjia |
| Zhang Shanshan | 3 | Shared Phone Number; Business Partner with Li Zhibin |
| Cui Hongbang | 2 | Shared Phone Number |
| Long Chuanfen | 2 | Shared Phone Number |
| Yao Linlin | 1 | Shared Phone Number |
| Li Hong | 1 | Shared Phone Number |
| Fan Xueyan | 1 | Shared Phone Number |
| Tan Huimin | 1 | Shared Phone Number |

*Source: Qcc.com, Online Search*

---

[9] Changed registered address to 深圳市龙岗区龙城街道尚景社区龙岗大道万科里 B1-13 in June 2022. In Nov 2021, its registered address was 深圳市龙华新区民治街道星河盛世商场 B1-001 星河 COCOCity 二楼 L2S-026C L2S-026D 号. The MINISO store at the address and is still operating.

27

MINISO Group Holding Limited ｜ NYSE: MNSO                    www.blueorcacapital.com

**Appendix 2**

**1.**   深圳市福田区铮福气百货店 Screenshot 1



B2 07,08

*Source: Zhuoyuehui Shopping Center 卓悦汇购物中心 app*

2.   广州市海珠区友佳潮玩百货店 Screenshot 22



*Source: Dianping App*

3.   广州市花都区新华乐悠百货店 Screenshot 26



*Source: Dianping App*

4.   沙坪坝区林宗友百货店 Screenshot 43

28

MINISO Group Holding Limited │ NYSE: MNSO                    www.blueorcacapital.com



*Source: WeChat*

5.   顺德区大良新一宗友日用品店 Screenshot 55



*Source: WeChat*

29

**DISCLAIMER**

*We are short sellers. We are biased. So are long investors. So is MINISO. So are the banks that raised money for the Company. If you are invested (either long or short) in MINISO, so are you. Just because we are biased does not mean that we are wrong. We, like everyone else, are entitled to our opinions and to the right to express such opinions in a public forum. We believe that the publication of our opinions about the public companies we research is in the public interest.*

*You are reading a short-biased opinion piece. Obviously, we will make money if the price of MINISO stock declines. This report and all statements contained herein are solely the opinion of BOC Texas, LLC, a Texas limited liability company, and are not statements of fact. Our opinions are held in good faith, and we have based them upon publicly available evidence, which we set out in our research report to support our opinions. We conducted research and analysis based on public information in a manner that any person could have done if they had been interested in doing so. You can publicly access any piece of evidence cited in this report or that we relied on to write this report. Think critically about our report and do your own homework before making any investment decisions. We are prepared to support everything we say, if necessary, in a court of law.*

*As of the publication date of this report, BOC Texas, LLC (a Texas limited liability company) (along with or through our members, partners, affiliates) have a direct or indirect short position in the stock (and/or possibly other options or instruments) of the company covered herein, and therefore stands to realize significant gains if the price of such instrument declines. Use BOC Texas, LLC's research at your own risk. You should do your own research and due diligence before making any investment decision with respect to the securities covered herein. The opinions expressed in this report are not investment advice nor should they be construed as investment advice or any recommendation of any kind.*

*This report and its contents are not intended to be and do not constitute or contain any financial product advice as defined in the Australian Corporations Act 2001 (Cth). Because this document has been prepared without consideration of any specific clients investment objectives, financial situation or needs, no information in this report should be construed as recommending or suggesting an investment strategy. Investors should seek their own financial, legal and tax advice in respect of any decision regarding any securities discussed herein. At this time, because of ambiguity in Australian law, this report is not available to Australian residents. Australian residents are encouraged to contact their lawmakers to clarify the ambiguity under Australian financial licensing requirements.*

*Following publication of this report, we intend to continue transacting in the securities covered therein, and we may be long, short, or neutral at any time hereafter regardless of our initial opinion. This is not an offer to sell or a solicitation of an offer to buy any security, nor shall any security be offered or sold to any person, in any jurisdiction in which such offer would be unlawful under the securities laws of such jurisdiction. To the best of our ability and belief, all information contained herein is accurate and reliable, and has been obtained from public sources we believe to be accurate and reliable, and who are not insiders or connected persons of the stock covered herein or who may otherwise owe any fiduciary duty or duty of confidentiality to the issuer. As is evident by the contents of our research and analysis, we expend considerable time and attention in an effort to ensure that our research analysis and written materials are complete and accurate. We strive for accuracy and completeness to support our opinions, and we have a good-faith belief in everything we write, however, all such information is presented "as is," without warranty of any kind – whether express or implied.*

*If you are in the United Kingdom, you confirm that you are subscribing and/or accessing BOC Texas, LLC research and materials on behalf of: (A) a high net worth entity (e.g., a company with net assets of GBP 5 million or a high value trust) falling within Article 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "FPO"); or (B) an investment professional (e.g., a financial institution, government or local authority, or international organization) falling within Article 19 of the FPO.*

*This report should only be considered in its entirety. Each section should be read in the context of the entire report, and no section, paragraph, sentence or phrase is intended to stand alone or to be interpreted in isolation without reference to the rest of the report. The section headings contained in this report are for reference purposes only and may only be considered in conjunction with the detailed statements of opinion in their respective sections.*

*BOC Texas, LLC makes no representation, express or implied, as to the accuracy, timeliness, or completeness of any such information or with regard to the results to be obtained from its use. All expressions of opinion are subject to change without notice, and BOC Texas, LLC does not undertake a duty to update or supplement this report or any of the information contained herein. By downloading and opening this report you knowingly and independently agree: (i) that any dispute arising from your use of this report or viewing the material herein shall be governed by the laws of the State of Texas, without regard to any conflict of law provisions; (ii) to submit to the personal and exclusive jurisdiction of the superior courts located within the State of Texas and waive your right to any other jurisdiction or applicable law, given that BOC Texas, LLC is a Texas limited liability company that operates in Texas; and (iii) that regardless of any statute or law to the contrary, any claim or cause of action arising out of or related to use of this website or the material herein must be filed within one (1) year after such claim or cause of action arose or be forever barred. The failure of BOC Texas, LLC to exercise or enforce any right or provision of this disclaimer shall not constitute a waiver of this right or provision. If any provision of this disclaimer is found by a court of competent jurisdiction to be invalid, the parties nevertheless agree that the court should endeavor to give effect to the parties' intentions as reflected in the provision and rule that the other provisions of this disclaimer remain in full force and effect, in particular as to this governing law and jurisdiction provision.*