# Exhibit I

| MINISO Group Holding Limited (MNSO) October 15, 2020 – June 22, 2023 Source: Yahoo! Finance | | |
|---|---|---|
| **Date** | **Closing Price** | **Volume** |
| October 15, 2020 | $20.88 | 21,708,500 |
| October 16, 2020 | $23.18 | 7,596,000 |
| October 19, 2020 | $20.88 | 4,074,200 |
| October 20, 2020 | $20.00 | 2,263,600 |
| October 21, 2020 | $21.05 | 2,718,100 |
| October 22, 2020 | $20.15 | 698,300 |
| October 23, 2020 | $19.42 | 1,367,500 |
| October 26, 2020 | $18.45 | 1,881,600 |
| October 27, 2020 | $19.04 | 850,000 |
| October 28, 2020 | $19.00 | 1,045,000 |
| October 29, 2020 | $19.00 | 893,300 |
| October 30, 2020 | $19.10 | 508,600 |
| November 2, 2020 | $19.30 | 881,500 |
| November 3, 2020 | $20.24 | 552,300 |
| November 4, 2020 | $20.45 | 882,000 |
| November 5, 2020 | $20.39 | 631,300 |
| November 6, 2020 | $20.45 | 449,100 |
| November 9, 2020 | $22.91 | 3,168,800 |
| November 10, 2020 | $21.07 | 1,491,000 |
| November 11, 2020 | $20.72 | 697,600 |
| November 12, 2020 | $20.03 | 934,900 |
| November 13, 2020 | $20.11 | 576,200 |
| November 16, 2020 | $20.46 | 803,200 |
| November 17, 2020 | $20.00 | 414,700 |
| November 18, 2020 | $19.95 | 412,900 |
| November 19, 2020 | $19.73 | 405,000 |
| November 20, 2020 | $19.01 | 592,600 |
| November 23, 2020 | $18.37 | 684,400 |
| November 24, 2020 | $18.02 | 1,022,500 |
| November 25, 2020 | $20.00 | 1,653,200 |
| November 27, 2020 | $20.10 | 1,114,900 |
| November 30, 2020 | $19.94 | 332,400 |
| December 1, 2020 | $20.10 | 580,200 |
| December 2, 2020 | $19.70 | 260,100 |
| December 3, 2020 | $19.94 | 387,600 |
| December 4, 2020 | $21.96 | 878,300 |
| December 7, 2020 | $20.30 | 732,400 |
| December 8, 2020 | $20.79 | 784,800 |

| Date | Closing Price | Volume |
|---|---|---|
| December 9, 2020 | $20.93 | 876,500 |
| December 10, 2020 | $21.94 | 1,758,800 |
| December 11, 2020 | $22.84 | 837,000 |
| December 14, 2020 | $22.17 | 894,800 |
| December 15, 2020 | $23.18 | 1,327,200 |
| December 16, 2020 | $22.99 | 1,380,600 |
| December 17, 2020 | $24.20 | 2,163,000 |
| December 18, 2020 | $23.90 | 2,643,700 |
| December 21, 2020 | $27.85 | 2,623,800 |
| December 22, 2020 | $27.74 | 1,784,900 |
| December 23, 2020 | $29.54 | 1,786,400 |
| December 24, 2020 | $31.04 | 1,001,900 |
| December 28, 2020 | $25.63 | 2,710,100 |
| December 29, 2020 | $26.68 | 937,500 |
| December 30, 2020 | $26.37 | 1,367,900 |
| December 31, 2020 | $26.39 | 679,300 |
| January 4, 2021 | $25.42 | 942,400 |
| January 5, 2021 | $26.74 | 547,500 |
| January 6, 2021 | $29.00 | 1,503,000 |
| January 7, 2021 | $28.50 | 1,907,700 |
| January 8, 2021 | $27.90 | 893,300 |
| January 11, 2021 | $29.05 | 1,218,000 |
| January 12, 2021 | $31.09 | 1,847,200 |
| January 13, 2021 | $30.59 | 1,442,300 |
| January 14, 2021 | $29.48 | 772,900 |
| January 15, 2021 | $28.59 | 757,500 |
| January 19, 2021 | $30.32 | 852,200 |
| January 20, 2021 | $32.14 | 1,326,400 |
| January 21, 2021 | $30.33 | 1,392,300 |
| January 22, 2021 | $30.38 | 1,066,500 |
| January 25, 2021 | $33.99 | 2,351,100 |
| January 26, 2021 | $30.79 | 1,109,000 |
| January 27, 2021 | $29.31 | 1,693,900 |
| January 28, 2021 | $31.02 | 864,200 |
| January 29, 2021 | $31.50 | 489,600 |
| February 1, 2021 | $31.21 | 792,500 |
| February 2, 2021 | $30.04 | 692,200 |
| February 3, 2021 | $31.12 | 663,700 |
| February 4, 2021 | $30.43 | 509,300 |
| February 5, 2021 | $30.30 | 676,900 |

| Date | Closing Price | Volume |
|---|---|---|
| February 8, 2021 | $34.77 | 1,097,400 |
| February 9, 2021 | $34.10 | 712,100 |
| February 10, 2021 | $32.59 | 903,700 |
| February 11, 2021 | $32.25 | 381,100 |
| February 12, 2021 | $33.64 | 264,600 |
| February 16, 2021 | $33.05 | 739,900 |
| February 17, 2021 | $33.39 | 561,400 |
| February 18, 2021 | $31.75 | 843,500 |
| February 19, 2021 | $29.54 | 994,300 |
| February 22, 2021 | $30.37 | 809,900 |
| February 23, 2021 | $29.71 | 890,100 |
| February 24, 2021 | $28.09 | 1,129,600 |
| February 25, 2021 | $27.18 | 1,638,200 |
| February 26, 2021 | $26.67 | 953,200 |
| March 1, 2021 | $28.05 | 1,059,100 |
| March 2, 2021 | $28.59 | 807,500 |
| March 3, 2021 | $29.20 | 1,099,000 |
| March 4, 2021 | $27.88 | 1,890,900 |
| March 5, 2021 | $26.70 | 1,442,700 |
| March 8, 2021 | $22.93 | 1,327,200 |
| March 9, 2021 | $24.59 | 739,200 |
| March 10, 2021 | $24.26 | 767,000 |
| March 11, 2021 | $24.40 | 1,098,300 |
| March 12, 2021 | $25.00 | 492,100 |
| March 15, 2021 | $24.81 | 808,400 |
| March 16, 2021 | $24.31 | 475,000 |
| March 17, 2021 | $24.00 | 664,700 |
| March 18, 2021 | $24.09 | 581,500 |
| March 19, 2021 | $23.67 | 812,500 |
| March 22, 2021 | $22.92 | 774,000 |
| March 23, 2021 | $21.69 | 938,600 |
| March 24, 2021 | $21.20 | 1,245,500 |
| March 25, 2021 | $20.75 | 452,900 |
| March 26, 2021 | $21.53 | 2,871,100 |
| March 29, 2021 | $22.48 | 1,413,300 |
| March 30, 2021 | $22.54 | 1,099,600 |
| March 31, 2021 | $24.02 | 952,300 |
| April 1, 2021 | $24.07 | 506,400 |
| April 5, 2021 | $24.90 | 1,090,500 |
| April 6, 2021 | $24.91 | 1,264,000 |

| Date | Closing Price | Volume |
|---|---|---|
| April 7, 2021 | $25.43 | 422,500 |
| April 8, 2021 | $24.89 | 672,400 |
| April 9, 2021 | $24.69 | 1,169,800 |
| April 12, 2021 | $24.95 | 500,100 |
| April 13, 2021 | $27.36 | 540,600 |
| April 14, 2021 | $27.21 | 514,700 |
| April 15, 2021 | $26.05 | 532,700 |
| April 16, 2021 | $24.84 | 423,700 |
| April 19, 2021 | $24.57 | 197,800 |
| April 20, 2021 | $23.98 | 558,300 |
| April 21, 2021 | $26.08 | 671,600 |
| April 22, 2021 | $26.80 | 311,700 |
| April 23, 2021 | $27.44 | 176,000 |
| April 26, 2021 | $27.39 | 642,500 |
| April 27, 2021 | $27.84 | 179,100 |
| April 28, 2021 | $27.53 | 919,000 |
| April 29, 2021 | $26.44 | 316,700 |
| April 30, 2021 | $26.90 | 158,300 |
| May 3, 2021 | $27.07 | 166,800 |
| May 4, 2021 | $26.43 | 226,400 |
| May 5, 2021 | $25.26 | 273,500 |
| May 6, 2021 | $25.85 | 662,800 |
| May 7, 2021 | $24.68 | 208,200 |
| May 10, 2021 | $22.91 | 2,054,300 |
| May 11, 2021 | $24.01 | 489,900 |
| May 12, 2021 | $23.00 | 364,200 |
| May 13, 2021 | $22.75 | 283,600 |
| May 14, 2021 | $24.26 | 271,000 |
| May 17, 2021 | $23.52 | 164,000 |
| May 18, 2021 | $22.82 | 338,400 |
| May 19, 2021 | $23.50 | 710,800 |
| May 20, 2021 | $23.72 | 184,200 |
| May 21, 2021 | $23.76 | 379,400 |
| May 24, 2021 | $24.99 | 773,600 |
| May 25, 2021 | $23.74 | 627,400 |
| May 26, 2021 | $23.49 | 573,100 |
| May 27, 2021 | $21.86 | 2,799,500 |
| May 28, 2021 | $21.08 | 2,947,000 |
| June 1, 2021 | $22.46 | 3,458,000 |
| June 2, 2021 | $22.40 | 639,700 |

| Date | Closing Price | Volume |
|---|---|---|
| June 3, 2021 | $22.11 | 766,200 |
| June 4, 2021 | $21.94 | 338,100 |
| June 7, 2021 | $21.64 | 219,800 |
| June 8, 2021 | $22.64 | 529,200 |
| June 9, 2021 | $23.37 | 1,212,000 |
| June 10, 2021 | $23.31 | 590,700 |
| June 11, 2021 | $23.51 | 493,400 |
| June 14, 2021 | $23.62 | 416,900 |
| June 15, 2021 | $23.19 | 427,100 |
| June 16, 2021 | $22.96 | 537,400 |
| June 17, 2021 | $22.60 | 433,900 |
| June 18, 2021 | $22.90 | 4,522,600 |
| June 21, 2021 | $22.09 | 311,100 |
| June 22, 2021 | $21.49 | 421,600 |
| June 23, 2021 | $20.91 | 643,700 |
| June 24, 2021 | $21.00 | 986,000 |
| June 25, 2021 | $20.85 | 2,347,600 |
| June 28, 2021 | $21.08 | 1,025,000 |
| June 29, 2021 | $20.43 | 928,000 |
| June 30, 2021 | $20.79 | 507,200 |
| July 1, 2021 | $20.04 | 185,900 |
| July 2, 2021 | $19.43 | 268,000 |
| July 6, 2021 | $19.51 | 416,000 |
| July 7, 2021 | $18.19 | 502,500 |
| July 8, 2021 | $17.56 | 886,200 |
| July 9, 2021 | $18.11 | 426,200 |
| July 12, 2021 | $18.74 | 486,700 |
| July 13, 2021 | $18.92 | 541,800 |
| July 14, 2021 | $18.51 | 796,200 |
| July 15, 2021 | $17.56 | 524,600 |
| July 16, 2021 | $17.35 | 745,400 |
| July 19, 2021 | $17.25 | 602,000 |
| July 20, 2021 | $17.81 | 554,100 |
| July 21, 2021 | $18.23 | 321,800 |
| July 22, 2021 | $17.91 | 213,300 |
| July 23, 2021 | $17.16 | 1,176,200 |
| July 26, 2021 | $16.93 | 1,148,700 |
| July 27, 2021 | $15.01 | 2,368,300 |
| July 28, 2021 | $17.68 | 1,177,700 |
| July 29, 2021 | $16.90 | 672,000 |

| Date | Closing Price | Volume |
|---|---|---|
| July 30, 2021 | $16.89 | 401,800 |
| August 2, 2021 | $16.97 | 332,600 |
| August 3, 2021 | $16.49 | 467,600 |
| August 4, 2021 | $16.45 | 188,800 |
| August 5, 2021 | $15.95 | 225,900 |
| August 6, 2021 | $15.81 | 622,100 |
| August 9, 2021 | $15.36 | 898,300 |
| August 10, 2021 | $15.73 | 647,500 |
| August 11, 2021 | $14.56 | 600,500 |
| August 12, 2021 | $14.10 | 367,100 |
| August 13, 2021 | $13.79 | 221,900 |
| August 16, 2021 | $13.07 | 373,700 |
| August 17, 2021 | $13.03 | 788,300 |
| August 18, 2021 | $13.11 | 1,521,400 |
| August 19, 2021 | $12.96 | 1,678,300 |
| August 20, 2021 | $12.40 | 433,500 |
| August 23, 2021 | $12.85 | 968,400 |
| August 24, 2021 | $13.49 | 808,600 |
| August 25, 2021 | $13.84 | 406,300 |
| August 26, 2021 | $13.35 | 280,400 |
| August 27, 2021 | $13.33 | 481,500 |
| August 30, 2021 | $13.21 | 192,100 |
| August 31, 2021 | $13.52 | 318,800 |
| September 1, 2021 | $14.05 | 383,400 |
| September 2, 2021 | $14.12 | 404,200 |
| September 3, 2021 | $13.42 | 969,400 |
| September 7, 2021 | $13.99 | 252,600 |
| September 8, 2021 | $14.02 | 407,300 |
| September 9, 2021 | $13.89 | 289,000 |
| September 10, 2021 | $13.70 | 179,000 |
| September 13, 2021 | $13.38 | 290,500 |
| September 14, 2021 | $13.11 | 400,400 |
| September 15, 2021 | $13.08 | 579,600 |
| September 16, 2021 | $12.98 | 218,800 |
| September 17, 2021 | $13.13 | 515,000 |
| September 20, 2021 | $13.06 | 342,600 |
| September 21, 2021 | $13.08 | 198,500 |
| September 22, 2021 | $13.72 | 331,300 |
| September 23, 2021 | $13.89 | 419,900 |
| September 24, 2021 | $13.42 | 207,200 |

| Date | Closing Price | Volume |
|---|---|---|
| September 27, 2021 | $14.11 | 328,300 |
| September 28, 2021 | $13.94 | 183,900 |
| September 29, 2021 | $14.57 | 817,800 |
| September 30, 2021 | $15.24 | 769,500 |
| October 1, 2021 | $15.58 | 457,900 |
| October 4, 2021 | $15.69 | 576,700 |
| October 5, 2021 | $15.36 | 465,300 |
| October 6, 2021 | $15.15 | 301,300 |
| October 7, 2021 | $15.99 | 661,600 |
| October 8, 2021 | $16.23 | 609,400 |
| October 11, 2021 | $15.74 | 187,400 |
| October 12, 2021 | $15.11 | 429,700 |
| October 13, 2021 | $16.26 | 281,600 |
| October 14, 2021 | $16.59 | 574,000 |
| October 15, 2021 | $16.27 | 248,000 |
| October 18, 2021 | $15.89 | 253,500 |
| October 19, 2021 | $16.20 | 328,600 |
| October 20, 2021 | $16.33 | 270,300 |
| October 21, 2021 | $16.12 | 159,800 |
| October 22, 2021 | $16.24 | 146,200 |
| October 25, 2021 | $16.63 | 226,900 |
| October 26, 2021 | $15.98 | 361,500 |
| October 27, 2021 | $15.49 | 138,900 |
| October 28, 2021 | $15.56 | 172,100 |
| October 29, 2021 | $15.01 | 166,800 |
| November 1, 2021 | $15.59 | 623,900 |
| November 2, 2021 | $16.03 | 271,300 |
| November 3, 2021 | $16.53 | 368,700 |
| November 4, 2021 | $16.72 | 788,400 |
| November 5, 2021 | $16.42 | 793,300 |
| November 8, 2021 | $16.00 | 271,400 |
| November 9, 2021 | $16.10 | 176,400 |
| November 10, 2021 | $16.14 | 211,900 |
| November 11, 2021 | $16.94 | 307,800 |
| November 12, 2021 | $16.73 | 273,700 |
| November 15, 2021 | $16.50 | 411,400 |
| November 16, 2021 | $16.50 | 545,100 |
| November 17, 2021 | $16.15 | 274,800 |
| November 18, 2021 | $15.85 | 747,000 |
| November 19, 2021 | $14.08 | 1,415,900 |

7

| Date | Closing Price | Volume |
|---|---|---|
| November 22, 2021 | $14.35 | 1,016,700 |
| November 23, 2021 | $13.44 | 397,300 |
| November 24, 2021 | $13.82 | 464,100 |
| November 26, 2021 | $13.02 | 631,200 |
| November 29, 2021 | $13.70 | 772,900 |
| November 30, 2021 | $13.30 | 303,600 |
| December 1, 2021 | $13.05 | 392,900 |
| December 2, 2021 | $11.94 | 809,800 |
| December 3, 2021 | $10.61 | 967,100 |
| December 6, 2021 | $11.26 | 567,900 |
| December 7, 2021 | $11.08 | 677,000 |
| December 8, 2021 | $11.47 | 1,470,500 |
| December 9, 2021 | $10.97 | 645,100 |
| December 10, 2021 | $11.63 | 1,563,100 |
| December 13, 2021 | $10.74 | 749,700 |
| December 14, 2021 | $10.30 | 657,600 |
| December 15, 2021 | $10.32 | 799,300 |
| December 16, 2021 | $10.11 | 1,063,900 |
| December 17, 2021 | $9.88 | 2,940,200 |
| December 20, 2021 | $9.48 | 899,700 |
| December 21, 2021 | $10.32 | 2,056,400 |
| December 22, 2021 | $9.91 | 1,012,200 |
| December 23, 2021 | $10.07 | 2,091,100 |
| December 27, 2021 | $9.88 | 275,000 |
| December 28, 2021 | $9.83 | 2,090,100 |
| December 29, 2021 | $9.32 | 815,200 |
| December 30, 2021 | $10.24 | 783,400 |
| December 31, 2021 | $10.34 | 650,100 |
| January 3, 2022 | $10.31 | 477,300 |
| January 4, 2022 | $10.10 | 308,900 |
| January 5, 2022 | $9.79 | 240,400 |
| January 6, 2022 | $10.09 | 279,600 |
| January 7, 2022 | $10.50 | 1,082,400 |
| January 10, 2022 | $9.99 | 408,900 |
| January 11, 2022 | $10.24 | 322,900 |
| January 12, 2022 | $10.16 | 205,600 |
| January 13, 2022 | $9.55 | 333,300 |
| January 14, 2022 | $9.55 | 321,000 |
| January 18, 2022 | $9.72 | 620,600 |
| January 19, 2022 | $9.66 | 480,800 |

| Date | Closing Price | Volume |
|---|---|---|
| January 20, 2022 | $10.15 | 619,000 |
| January 21, 2022 | $9.83 | 391,500 |
| January 24, 2022 | $10.26 | 635,500 |
| January 25, 2022 | $9.78 | 369,600 |
| January 26, 2022 | $9.07 | 459,400 |
| January 27, 2022 | $9.03 | 320,200 |
| January 28, 2022 | $9.33 | 161,900 |
| January 31, 2022 | $10.15 | 664,000 |
| February 1, 2022 | $9.97 | 122,700 |
| February 2, 2022 | $9.46 | 122,000 |
| February 3, 2022 | $9.21 | 182,300 |
| February 4, 2022 | $9.43 | 226,000 |
| February 7, 2022 | $9.22 | 192,300 |
| February 8, 2022 | $9.50 | 686,100 |
| February 9, 2022 | $9.98 | 201,700 |
| February 10, 2022 | $9.85 | 391,900 |
| February 11, 2022 | $9.71 | 229,700 |
| February 14, 2022 | $9.41 | 1,067,700 |
| February 15, 2022 | $9.86 | 1,179,500 |
| February 16, 2022 | $10.11 | 420,200 |
| February 17, 2022 | $9.92 | 713,300 |
| February 18, 2022 | $10.00 | 191,200 |
| February 22, 2022 | $9.60 | 515,200 |
| February 23, 2022 | $8.08 | 826,000 |
| February 24, 2022 | $8.67 | 633,800 |
| February 25, 2022 | $8.73 | 409,400 |
| February 28, 2022 | $8.73 | 726,000 |
| March 1, 2022 | $8.85 | 857,100 |
| March 2, 2022 | $8.78 | 473,700 |
| March 3, 2022 | $9.96 | 1,057,200 |
| March 4, 2022 | $9.20 | 963,900 |
| March 7, 2022 | $8.75 | 716,600 |
| March 8, 2022 | $8.63 | 955,900 |
| March 9, 2022 | $9.71 | 540,100 |
| March 10, 2022 | $9.30 | 810,600 |
| March 11, 2022 | $7.33 | 1,171,800 |
| March 14, 2022 | $6.48 | 2,567,600 |
| March 15, 2022 | $7.19 | 1,776,900 |
| March 16, 2022 | $7.99 | 976,200 |
| March 17, 2022 | $8.40 | 330,400 |

9

| Date | Closing Price | Volume |
|---|---|---|
| March 18, 2022 | $9.00 | 812,800 |
| March 21, 2022 | $8.32 | 327,500 |
| March 22, 2022 | $8.87 | 353,800 |
| March 23, 2022 | $8.66 | 404,000 |
| March 24, 2022 | $8.36 | 166,600 |
| March 25, 2022 | $8.02 | 175,400 |
| March 28, 2022 | $7.88 | 348,700 |
| March 29, 2022 | $8.69 | 1,214,900 |
| March 30, 2022 | $8.09 | 379,000 |
| March 31, 2022 | $7.80 | 627,000 |
| April 1, 2022 | $8.17 | 525,000 |
| April 4, 2022 | $8.63 | 1,252,500 |
| April 5, 2022 | $8.29 | 1,583,400 |
| April 6, 2022 | $7.86 | 435,000 |
| April 7, 2022 | $7.95 | 904,600 |
| April 8, 2022 | $7.86 | 404,700 |
| April 11, 2022 | $7.66 | 368,000 |
| April 12, 2022 | $7.82 | 385,700 |
| April 13, 2022 | $8.26 | 405,500 |
| April 14, 2022 | $8.10 | 362,800 |
| April 18, 2022 | $7.76 | 494,300 |
| April 19, 2022 | $8.19 | 390,800 |
| April 20, 2022 | $7.98 | 474,800 |
| April 21, 2022 | $7.34 | 985,800 |
| April 22, 2022 | $7.60 | 397,200 |
| April 25, 2022 | $7.35 | 437,900 |
| April 26, 2022 | $7.09 | 301,600 |
| April 27, 2022 | $7.39 | 350,500 |
| April 28, 2022 | $7.44 | 242,900 |
| April 29, 2022 | $7.35 | 633,600 |
| May 2, 2022 | $7.66 | 496,100 |
| May 3, 2022 | $7.54 | 472,000 |
| May 4, 2022 | $7.27 | 541,500 |
| May 5, 2022 | $6.91 | 181,600 |
| May 6, 2022 | $6.04 | 638,000 |
| May 9, 2022 | $5.62 | 441,100 |
| May 10, 2022 | $5.54 | 218,100 |
| May 11, 2022 | $5.31 | 500,000 |
| May 12, 2022 | $5.30 | 270,700 |
| May 13, 2022 | $5.48 | 402,300 |

| Date | Closing Price | Volume |
|---|---|---|
| May 16, 2022 | $5.67 | 1,972,800 |
| May 17, 2022 | $5.75 | 303,200 |
| May 18, 2022 | $5.55 | 326,400 |
| May 19, 2022 | $5.56 | 364,200 |
| May 20, 2022 | $5.25 | 712,400 |
| May 23, 2022 | $5.41 | 404,300 |
| May 24, 2022 | $5.29 | 364,700 |
| May 25, 2022 | $5.31 | 233,900 |
| May 26, 2022 | $5.54 | 1,472,400 |
| May 27, 2022 | $5.73 | 190,300 |
| May 31, 2022 | $5.50 | 1,207,600 |
| June 1, 2022 | $5.17 | 322,000 |
| June 2, 2022 | $5.35 | 472,200 |
| June 3, 2022 | $5.18 | 189,100 |
| June 6, 2022 | $5.41 | 815,000 |
| June 7, 2022 | $5.44 | 1,014,200 |
| June 8, 2022 | $6.90 | 4,066,800 |
| June 9, 2022 | $5.80 | 1,391,500 |
| June 10, 2022 | $5.99 | 1,124,900 |
| June 13, 2022 | $5.64 | 673,100 |
| June 14, 2022 | $6.24 | 1,757,200 |
| June 15, 2022 | $6.42 | 568,800 |
| June 16, 2022 | $6.30 | 254,100 |
| June 17, 2022 | $7.67 | 2,627,300 |
| June 21, 2022 | $8.20 | 1,839,300 |
| June 22, 2022 | $7.94 | 1,595,600 |
| June 23, 2022 | $8.24 | 919,800 |
| June 24, 2022 | $8.77 | 1,960,700 |
| June 27, 2022 | $8.75 | 3,709,700 |
| June 28, 2022 | $8.72 | 1,936,200 |
| June 29, 2022 | $7.79 | 1,545,100 |
| June 30, 2022 | $7.85 | 1,986,200 |
| July 1, 2022 | $7.93 | 723,400 |
| July 5, 2022 | $7.25 | 2,573,300 |
| July 6, 2022 | $7.78 | 2,276,900 |
| July 7, 2022 | $7.50 | 2,101,100 |
| July 8, 2022 | $7.36 | 384,100 |
| July 11, 2022 | $6.87 | 523,400 |
| July 12, 2022 | $6.86 | 1,648,400 |
| July 13, 2022 | $6.65 | 1,349,300 |

11

| Date | Closing Price | Volume |
|---|---|---|
| July 14, 2022 | $6.59 | 912,300 |
| July 15, 2022 | $7.10 | 992,900 |
| July 18, 2022 | $7.22 | 775,700 |
| July 19, 2022 | $7.25 | 712,300 |
| July 20, 2022 | $7.52 | 482,000 |
| July 21, 2022 | $7.40 | 531,900 |
| July 22, 2022 | $7.17 | 545,700 |
| July 25, 2022 | $7.21 | 264,200 |
| July 26, 2022 | $6.13 | 2,964,200 |
| July 27, 2022 | $5.66 | 2,801,000 |
| July 28, 2022 | $5.87 | 2,216,400 |
| July 29, 2022 | $5.87 | 1,125,900 |
| August 1, 2022 | $5.72 | 693,200 |
| August 2, 2022 | $5.96 | 612,600 |
| August 3, 2022 | $6.39 | 864,700 |
| August 4, 2022 | $6.89 | 813,300 |
| August 5, 2022 | $6.76 | 539,900 |
| August 8, 2022 | $6.67 | 621,700 |
| August 9, 2022 | $6.27 | 543,600 |
| August 10, 2022 | $5.98 | 550,400 |
| August 11, 2022 | $5.99 | 294,100 |
| August 12, 2022 | $5.96 | 185,400 |
| August 15, 2022 | $6.11 | 335,400 |
| August 16, 2022 | $6.00 | 502,900 |
| August 17, 2022 | $5.99 | 382,100 |
| August 18, 2022 | $5.97 | 324,300 |
| August 19, 2022 | $5.80 | 391,200 |
| August 22, 2022 | $5.90 | 280,000 |
| August 23, 2022 | $6.00 | 456,500 |
| August 24, 2022 | $6.10 | 875,800 |
| August 25, 2022 | $6.94 | 1,816,200 |
| August 26, 2022 | $6.73 | 1,423,000 |
| August 29, 2022 | $7.01 | 1,284,500 |
| August 30, 2022 | $6.48 | 675,500 |
| August 31, 2022 | $6.60 | 637,000 |
| September 1, 2022 | $6.31 | 839,200 |
| September 2, 2022 | $5.94 | 883,800 |
| September 6, 2022 | $5.50 | 855,400 |
| September 7, 2022 | $5.70 | 730,400 |
| September 8, 2022 | $5.45 | 437,100 |

| Date | Closing Price | Volume |
|---|---|---|
| September 9, 2022 | $5.80 | 501,500 |
| September 12, 2022 | $5.83 | 284,600 |
| September 13, 2022 | $5.50 | 491,100 |
| September 14, 2022 | $5.53 | 453,500 |
| September 15, 2022 | $5.50 | 332,400 |
| September 16, 2022 | $5.30 | 992,400 |
| September 19, 2022 | $5.35 | 461,500 |
| September 20, 2022 | $5.23 | 631,000 |
| September 21, 2022 | $4.99 | 472,800 |
| September 22, 2022 | $4.74 | 363,100 |
| September 23, 2022 | $4.60 | 352,200 |
| September 26, 2022 | $4.66 | 672,500 |
| September 27, 2022 | $4.50 | 706,100 |
| September 28, 2022 | $4.87 | 1,189,600 |
| September 29, 2022 | $4.98 | 710,400 |
| September 30, 2022 | $5.49 | 1,455,200 |
| October 3, 2022 | $5.66 | 2,077,000 |
| October 4, 2022 | $6.07 | 449,100 |
| October 5, 2022 | $6.12 | 281,900 |
| October 6, 2022 | $5.90 | 227,000 |
| October 7, 2022 | $5.76 | 447,200 |
| October 10, 2022 | $5.67 | 366,700 |
| October 11, 2022 | $5.20 | 336,900 |
| October 12, 2022 | $5.16 | 1,102,200 |
| October 13, 2022 | $5.00 | 344,100 |
| October 14, 2022 | $4.80 | 873,200 |
| October 17, 2022 | $4.82 | 269,800 |
| October 18, 2022 | $5.00 | 240,700 |
| October 19, 2022 | $4.90 | 357,900 |
| October 20, 2022 | $4.90 | 232,800 |
| October 21, 2022 | $5.04 | 187,200 |
| October 24, 2022 | $5.01 | 1,042,000 |
| October 25, 2022 | $5.04 | 571,300 |
| October 26, 2022 | $5.59 | 457,500 |
| October 27, 2022 | $5.32 | 482,400 |
| October 28, 2022 | $5.28 | 520,200 |
| October 31, 2022 | $5.10 | 399,500 |
| November 1, 2022 | $5.63 | 934,300 |
| November 2, 2022 | $5.88 | 706,800 |
| November 3, 2022 | $6.35 | 486,800 |

| Date | Closing Price | Volume |
|---|---|---|
| November 4, 2022 | $6.78 | 1,469,800 |
| November 7, 2022 | $6.89 | 719,800 |
| November 8, 2022 | $6.74 | 359,100 |
| November 9, 2022 | $6.42 | 278,400 |
| November 10, 2022 | $6.77 | 500,100 |
| November 11, 2022 | $7.07 | 1,023,900 |
| November 14, 2022 | $9.12 | 4,045,300 |
| November 15, 2022 | $10.94 | 4,397,200 |
| November 16, 2022 | $9.75 | 1,505,800 |
| November 17, 2022 | $10.02 | 1,099,900 |
| November 18, 2022 | $9.76 | 623,400 |
| November 21, 2022 | $9.21 | 854,800 |
| November 22, 2022 | $9.26 | 645,500 |
| November 23, 2022 | $9.64 | 701,200 |
| November 25, 2022 | $9.48 | 304,600 |
| November 28, 2022 | $9.76 | 458,500 |
| November 29, 2022 | $10.52 | 1,307,300 |
| November 30, 2022 | $11.81 | 1,314,000 |
| December 1, 2022 | $11.16 | 970,300 |
| December 2, 2022 | $11.96 | 1,080,300 |
| December 5, 2022 | $11.14 | 2,174,900 |
| December 6, 2022 | $11.55 | 1,268,600 |
| December 7, 2022 | $11.04 | 1,286,100 |
| December 8, 2022 | $12.26 | 928,400 |
| December 9, 2022 | $12.13 | 635,700 |
| December 12, 2022 | $11.15 | 403,500 |
| December 13, 2022 | $11.33 | 1,153,600 |
| December 14, 2022 | $11.39 | 343,700 |
| December 15, 2022 | $10.99 | 486,500 |
| December 16, 2022 | $11.12 | 712,500 |
| December 19, 2022 | $10.60 | 332,600 |
| December 20, 2022 | $11.10 | 510,900 |
| December 21, 2022 | $11.46 | 364,100 |
| December 22, 2022 | $11.60 | 409,700 |
| December 23, 2022 | $11.25 | 294,100 |
| December 27, 2022 | $11.99 | 557,100 |
| December 28, 2022 | $11.41 | 484,500 |
| December 29, 2022 | $10.96 | 540,000 |
| December 30, 2022 | $10.73 | 500,700 |
| January 3, 2023 | $10.75 | 500,100 |

| Date | Closing Price | Volume |
|---|---|---|
| January 4, 2023 | $11.68 | 763,800 |
| January 5, 2023 | $11.77 | 404,100 |
| January 6, 2023 | $12.51 | 796,100 |
| January 9, 2023 | $12.90 | 1,729,600 |
| January 10, 2023 | $13.20 | 1,146,000 |
| January 11, 2023 | $13.20 | 1,266,300 |
| January 12, 2023 | $12.64 | 851,200 |
| January 13, 2023 | $14.40 | 1,951,300 |
| January 17, 2023 | $14.01 | 1,100,100 |
| January 18, 2023 | $13.83 | 1,098,400 |
| January 19, 2023 | $14.62 | 859,700 |
| January 20, 2023 | $15.04 | 1,533,100 |
| January 23, 2023 | $15.16 | 593,200 |
| January 24, 2023 | $15.00 | 582,000 |
| January 25, 2023 | $15.27 | 582,100 |
| January 26, 2023 | $15.29 | 637,300 |
| January 27, 2023 | $15.25 | 542,400 |
| January 30, 2023 | $15.26 | 1,173,600 |
| January 31, 2023 | $15.22 | 1,046,200 |
| February 1, 2023 | $15.25 | 1,151,500 |
| February 2, 2023 | $16.25 | 1,821,500 |
| February 3, 2023 | $15.31 | 1,442,300 |
| February 6, 2023 | $15.03 | 1,178,200 |
| February 7, 2023 | $15.97 | 1,643,000 |
| February 8, 2023 | $15.92 | 1,265,300 |
| February 9, 2023 | $15.97 | 1,595,700 |
| February 10, 2023 | $15.76 | 1,406,300 |
| February 13, 2023 | $16.73 | 2,552,200 |
| February 14, 2023 | $16.72 | 1,467,400 |
| February 15, 2023 | $16.70 | 1,247,400 |
| February 16, 2023 | $17.14 | 2,078,600 |
| February 17, 2023 | $16.21 | 2,702,200 |
| February 21, 2023 | $15.51 | 1,497,000 |
| February 22, 2023 | $16.08 | 1,269,800 |
| February 23, 2023 | $16.42 | 1,879,600 |
| February 24, 2023 | $16.45 | 1,914,100 |
| February 27, 2023 | $16.98 | 2,214,400 |
| February 28, 2023 | $17.90 | 13,542,200 |
| March 1, 2023 | $18.13 | 2,842,600 |
| March 2, 2023 | $18.51 | 1,733,700 |

15

| Date | Closing Price | Volume |
|---|---|---|
| March 3, 2023 | $19.29 | 2,690,500 |
| March 6, 2023 | $18.68 | 1,722,200 |
| March 7, 2023 | $18.61 | 1,902,700 |
| March 8, 2023 | $18.99 | 2,338,400 |
| March 9, 2023 | $18.66 | 1,977,900 |
| March 10, 2023 | $18.44 | 1,399,900 |
| March 13, 2023 | $18.88 | 2,603,000 |
| March 14, 2023 | $19.07 | 1,342,500 |
| March 15, 2023 | $18.58 | 1,533,000 |
| March 16, 2023 | $18.68 | 1,653,300 |
| March 17, 2023 | $17.50 | 2,295,200 |
| March 20, 2023 | $17.81 | 2,244,800 |
| March 21, 2023 | $17.65 | 1,582,500 |
| March 22, 2023 | $17.48 | 2,061,200 |
| March 23, 2023 | $17.49 | 1,774,000 |
| March 24, 2023 | $16.42 | 1,389,000 |
| March 27, 2023 | $16.71 | 1,734,000 |
| March 28, 2023 | $16.77 | 4,221,100 |
| March 29, 2023 | $16.33 | 2,169,600 |
| March 30, 2023 | $17.42 | 2,352,300 |
| March 31, 2023 | $17.74 | 2,060,200 |
| April 3, 2023 | $17.20 | 1,725,200 |
| April 4, 2023 | $17.27 | 746,600 |
| April 5, 2023 | $16.88 | 712,200 |
| April 6, 2023 | $16.71 | 2,124,300 |
| April 10, 2023 | $16.89 | 560,400 |
| April 11, 2023 | $17.45 | 678,100 |
| April 12, 2023 | $16.87 | 1,132,600 |
| April 13, 2023 | $16.88 | 740,600 |
| April 14, 2023 | $16.61 | 729,500 |
| April 17, 2023 | $16.91 | 493,400 |
| April 18, 2023 | $17.16 | 481,400 |
| April 19, 2023 | $17.09 | 332,200 |
| April 20, 2023 | $16.79 | 550,300 |
| April 21, 2023 | $16.39 | 833,900 |
| April 24, 2023 | $16.25 | 605,300 |
| April 25, 2023 | $16.22 | 809,000 |
| April 26, 2023 | $16.57 | 645,900 |
| April 27, 2023 | $17.28 | 890,500 |
| April 28, 2023 | $18.44 | 829,000 |

| Date | Closing Price | Volume |
|---|---|---|
| May 1, 2023 | $17.77 | 422,900 |
| May 2, 2023 | $16.69 | 564,500 |
| May 3, 2023 | $16.34 | 854,500 |
| May 4, 2023 | $16.72 | 1,154,700 |
| May 5, 2023 | $16.73 | 531,700 |
| May 8, 2023 | $16.26 | 1,401,700 |
| May 9, 2023 | $15.78 | 939,200 |
| May 10, 2023 | $16.45 | 735,900 |
| May 11, 2023 | $17.15 | 708,600 |
| May 12, 2023 | $16.59 | 541,700 |
| May 15, 2023 | $17.33 | 980,700 |
| May 16, 2023 | $16.77 | 2,051,700 |
| May 17, 2023 | $17.50 | 1,960,600 |
| May 18, 2023 | $16.00 | 1,388,200 |
| May 19, 2023 | $16.11 | 1,474,700 |
| May 22, 2023 | $16.99 | 1,439,600 |
| May 23, 2023 | $16.57 | 1,703,000 |
| May 24, 2023 | $15.70 | 1,152,400 |
| May 25, 2023 | $14.74 | 1,309,500 |
| May 26, 2023 | $15.05 | 884,700 |
| May 30, 2023 | $14.97 | 1,169,000 |
| May 31, 2023 | $15.20 | 2,512,600 |
| June 1, 2023 | $15.94 | 1,227,000 |
| June 2, 2023 | $16.48 | 1,249,400 |
| June 5, 2023 | $16.38 | 764,500 |
| June 6, 2023 | $17.30 | 1,859,600 |
| June 7, 2023 | $17.43 | 2,299,800 |
| June 8, 2023 | $17.67 | 1,830,800 |
| June 9, 2023 | $17.14 | 736,300 |
| June 12, 2023 | $17.21 | 752,700 |
| June 13, 2023 | $17.45 | 2,040,100 |
| June 14, 2023 | $17.59 | 2,085,100 |
| June 15, 2023 | $17.82 | 2,188,900 |
| June 16, 2023 | $17.55 | 1,000,400 |
| June 20, 2023 | $16.08 | 2,652,400 |
| June 21, 2023 | $15.95 | 1,544,000 |
| June 22, 2023 | $15.75 | 299,300 |