# Exhibit K

U.S. Market 'Big' Part of Miniso's Growth Plan, CFO Says (Video)

# U.S. Market 'Big' Part of Miniso's Growth Plan, CFO Says (Video)

**Published: Fri Oct 16 03:25:22 EDT 2020**

(Bloomberg) --

Source: Bloomberg, 05:36

Saiyin Zhang, chief financial officer of Miniso Group Holding Ltd., discusses the company's listing in the U.S.. He speaks with Tom Mackenzie and David Ingles on "Bloomberg Markets: China Open."

To contact the editor responsible for this story:
Marc Nelkin at mnelkin@bloomberg.net

**Bloomberg Law®**

© 2023 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service