# Exhibit Q

**S&P Global**
Market Intelligence

# MINISO Group Holding Limited
# NYSE:MNSO
# FQ4 2021 Earnings Call Transcripts
## Thursday, August 19, 2021 12:00 PM GMT
## S&P Global Market Intelligence Estimates

| | -FQ4 2021- | | | -FQ1 2022- | -FY 2021- | | | -FY 2022- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| EPS Normalized | 0.38 | 0.48 | ▲26.32 | - | 1.51 | 1.68 | ▲11.26 | 3.56 |
| Revenue (mm) | 2381.65 | 2472.36 | ▲3.81 | 2620.00 | 8985.10 | 9071.66 | ▲0.96 | 12192.91 |

Currency: CNY
Consensus as of  Aug-12-2021 12:22 PM GMT



Stock Price [CNY] vs. Volume [mm] with earnings surprise annotations

**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ1 2021 | - | 0.40 | - |
| FQ2 2021 | - | - | - |
| FQ3 2021 | - | - | - |
| FQ4 2021 | 0.38 | 0.48 | ▲26.32 % |

COPYRIGHT © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ............................................................................... | **3** |
| **Presentation** | ............................................................................... | **4** |
| **Question and Answer** | ............................................................................... | **11** |

COPYRIGHT © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Eason Zhang**
*Director of Investor Relations*

**Guofu Ye**
*Founder, Chairman of the Board of
Directors & CEO*

**Jack Wang**

**Saiyin Zhang**
*CFO, Executive VP & Director*

**ANALYSTS**

**Lucy Yu**
*BofA Securities, Research Division*

**Michelle Cheng**
*Goldman Sachs Group, Inc.,
Research Division*

**Unknown Analyst**

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Ladies and gentlemen, thank you for standing by, and welcome to MINISO Group Holding Limited Earnings Conference Call for the Fourth Quarter of Fiscal Year 2021 ending June 13, 2021. [Operator Instructions]

Please note, this event is being recorded. Now I'd like to hand the conference over to your host speaker today, Mr. Eason Zhang, Director of Investor Relations. Please go ahead, Eason.

**Eason Zhang**
*Director of Investor Relations*

Thank you, Mengru. Hello, everyone, and thank you all for joining us on today's call. The company has announced its quarterly financial results earlier today. An earnings release is now available on our Investor Relations website at ir.miniso.com. Today, you will hear from our Chairman and CEO, Mr. Guofu Ye, who will start the call with an overview of our business. It will be followed by our CFO, Mr. Steven Zhang, who will address our financial results in more detail before we take your questions. Before continuing, I'd like to refer you to the safe harbor statement in our earnings press release, which also applies to this call as we will be making forward-looking statements.

Please also note that we will discuss non-IFRS measures today, which we have explained and reconciled to the most comparable measures reported under the International Financial Reporting Standard in the company's earnings release and filings with the SEC. With that, I will now turn the call over to Mr. Ye. Please go ahead, sir.

**Guofu Ye**
*Founder, Chairman of the Board of Directors & CEO*

[Foreign Language]

**Eason Zhang**
*Director of Investor Relations*

[Interpreted] Hello, everyone. On today's call, I will first give you an update on our operations in June quarter and fiscal year 2021 and then share our development strategy for the full year '22.

**Guofu Ye**
*Founder, Chairman of the Board of Directors & CEO*

[Foreign Language]

**Eason Zhang**
*Director of Investor Relations*

[Interpreted] We closed fiscal year 2021 with a solid fourth quarter. Revenue was CNY 2.47 billion, up 59% year-over-year and within the company's guidance. Adjusted net profit was CNY 145 million up to 142% year-on-year. In terms of regions, domestic revenue was CNY 1.95 billion, up 43% year-on-year. Overseas revenues were CNY 526 million, up 179% year-over-year. In terms of business units, MINISO, our flagship business recorded a revenue of CNY 2.36 billion, up 57% year-over-year, accounting for 95% of our total revenue. Meanwhile, our business recorded a revenue of CNY 110 million up 136% year-over-year.

**Guofu Ye**
*Founder, Chairman of the Board of Directors & CEO*

[Foreign Language]

**Eason Zhang**
*Director of Investor Relations*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

[Interpreted] MINISO faced a tough operating environment in June quarter as the rapid spread of the Delta variant triggered a new round of pandemic in Guangdong province and some of the overseas markets. In China, thanks to the strong measures taken by the government, the spread of the pandemic was effectively limited in Guangdong and completely controlled by early July. As a result, domestic operations of MINISO brand recorded a revenue of CNY 1.83 billion, up 39% year-on-year. Revenue from international operations in the quarter was CNY 526 million, up 179% year-over-year. Although the overall situation was better than that of the same period in 2020 for international operations. Some of our overseas subsidiaries such as those in India experienced a revenue decline sequentially in this quarter due to the impact of delta variant. Our distributor countries, on the other hand, experienced a revenue increase sequentially despite lower than expectation.

**Guofu Ye**
*Founder, Chairman of the Board of Directors & CEO*

[Foreign Language]

**Eason Zhang**
*Director of Investor Relations*

[Interpreted] In China, we added 127 MINISO stores during this quarter compared to a net decrease of 2 stores and a net addition of 38 stores during the same period of 2020 and 2019, respectively. This was an encouraging development for us, and we should give credit to support our retail partners here. By the end of June, we had 820 retail partners, increased by 80 year-over-year, with each partner having 3.5 MINISO stores average flat year-over-year despite resurgences in pandemic in China to bring short-term pressure. However, MINISO's long-term potential in China remains unchanged. For example, as we continue to unlock new opportunities in China [indiscernible] cities, 50% of new stores [indiscernible] this market in this quarter. We have many series in our list to be entered or to further develop.

**Guofu Ye**
*Founder, Chairman of the Board of Directors & CEO*

[Foreign Language]

**Eason Zhang**
*Director of Investor Relations*

[Interpreted] We opened 35 new stores in overseas markets on a net basis this quarter, 40% of which were located in Europe. In Italy, MINISO opened 3 stores consecutively in April, attracting lines of consumers who waited outside the stores for a long time. This is the latest example of MINISO's initial success in European markets as represented by Italy brands and Spain and so on. We look forward to continuing to serve European customers with MINISO's relaxing shopping environment and shopping experience. We also entered 3 upmarkets in this quarter besides Italy, marking our entry into 98 overseas markets.

**Guofu Ye**
*Founder, Chairman of the Board of Directors & CEO*

[Foreign Language]

**Eason Zhang**
*Director of Investor Relations*

[Interpreted] During this quarter, the average number of store suspensions in overseas markets was about 300 compared to 200 in the previous quarter, mainly due to the spread of the delta variant this quarter. On the other hand, suspended stores were at quarterly low of 205 at the end of June, down from 228 a quarter ago. However, the recent resurgences of pandemic since July is expected to continue to impact international operations.

**Guofu Ye**
*Founder, Chairman of the Board of Directors & CEO*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

[Foreign Language]

**Eason Zhang**
*Director of Investor Relations*

[Interpreted] We have adopted several measures to assist our overseas partners in tackling the new challenges caused by the pandemic resurgences. First of all, we have connected them to local channels such as supermarkets and online channels to boost sales, clear inventory and get cash back. For example, in Morocco and Thailand sell in flash stores or in the Philippines recovered with supermarkets. Our specialized team has enabled operations in about 50 overseas markets to move part of their sales online by providing useful suggestions.

Secondly, we launched a new business process management system this quarter, which helps distributors better integrate the whole business process with its standardized and visualized interests. This system has helped improve overall efficiency and satisfaction of distributors, totally by allowing the use of credit tools such as letter of credit for payments to help relieve all our distributors' cash flow pressure. Last but not least, we continue to help distributor partners control their costs in areas such as improving average employee ARPU and negotiating more favorable rent reductions.

**Guofu Ye**
*Founder, Chairman of the Board of Directors & CEO*

[Foreign Language]

**Eason Zhang**
*Director of Investor Relations*

[Interpreted] As we pointed out on our last call, MINISO has collaborated with many strong partners in its overseas markets. We have strength in cash position, shareholder background and bargaining power, now more resilient to the uncertainties caused by pandemic. We remain confident about MINISO's long-term prospects in overseas markets, large trends in supply chain products, written know-how and the business model remains outstanding. We continue to cooperate with overseas partners to overcome the challenges together.

**Guofu Ye**
*Founder, Chairman of the Board of Directors & CEO*

[Foreign Language]

**Eason Zhang**
*Director of Investor Relations*

[Interpreted] Move to our online business. E-commerce revenue was around CNY 200 million, up 136% year-over-year, mainly attributable to the June 18 Mid-Year Shopping Festival. In total, online business including e-commerce and O2O contributed 12% of our total revenue. As of June 30, members who have made at least 1 purchase during the past 12 months were about CNY 33 million up 9% year-over-year and 10% sequentially.

**Guofu Ye**
*Founder, Chairman of the Board of Directors & CEO*

[Foreign Language]

**Eason Zhang**
*Director of Investor Relations*

[Interpreted] We continue to expand our IP library, and this quarter has seen great success in our cooperations with top IPs such as Toy Story, the MBA and Minions with IP sales up 79% and 59% over the same period in 2020 and 2019, separately.

**Guofu Ye**

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Founder, Chairman of the Board of Directors & CEO*

[Foreign Language]

**Eason Zhang**
*Director of Investor Relations*

[Interpreted] In addition, [indiscernible] leverage MINISO's global store network to introduce more popular products such as blind box to overseas markets. As the first step, we have achieved encouraging results in Southeast Asia and Middle East in this quarter. For example, in its first 5 days in Singapore, sales of blind box accounted for more than 20% of total store sales. We will test more markets in Europe and Latin America by this year.

**Guofu Ye**
*Founder, Chairman of the Board of Directors & CEO*

[Foreign Language]

**Eason Zhang**
*Director of Investor Relations*

[Interpreted] Now TOP TOY, first of all channel expansion on track. During this quarter, TOP TOY opened 4 stores, bringing its total store to 33 by the end of June, including 6 DreamWorks stores and 27 collection stores.

**Guofu Ye**
*Founder, Chairman of the Board of Directors & CEO*

[Foreign Language]

**Eason Zhang**
*Director of Investor Relations*

[Interpreted] Just last weekend, our toy museum co-branded by TOP TOY and [indiscernible] celebrated its grand opening, bringing TOP TOY stores to a grand total of 54 and recorded total sales of more than [indiscernible] million in its first day. We're also preparing for TOP TOY's first [indiscernible] exhibition with the China International Comics Festival in Guangzhou in early October. This 10,000 square meter exhibition will include top brands such as Bandai and will be a great opportunity for us to both promote TOP TOY and accumulate the relevant experience.

**Guofu Ye**
*Founder, Chairman of the Board of Directors & CEO*

[Foreign Language]

**Eason Zhang**
*Director of Investor Relations*

[Interpreted] Secondly, TOP TOY's business model is improving with its rapid expansion in this quarter. TOP TOY's revenue increased by more than 180% sequentially. TOP TOY is still in early stage of capacity building and brand promotion and its gross margin level has huge room to improve. Going forward, we expect that TOP TOY's gross margin will improve, while its operating leverage will be gradually released driven by the expansion of its scale and the majority of its proprietary IPs.

**Guofu Ye**
*Founder, Chairman of the Board of Directors & CEO*

[Foreign Language]

**Eason Zhang**
*Director of Investor Relations*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

[Interpreted] Thirdly, we continue to upgrade our product structure as planned. TOP TOY's proprietary products, including 6 of its proprietary IPs now account for more than 5% of its total FPEs with higher gross margin vendors of third-party products. Our proprietary IPs launched just 3 months ago, have gradually caught on in the market. For example, sales of Twinkle and [indiscernible] tumbler have stabilized within our top 10 SKUs and sales of Tammy's [indiscernible] series stabilized within top 20.

**Guofu Ye**
*Founder, Chairman of the Board of Directors & CEO*

[Foreign Language]

**Eason Zhang**
*Director of Investor Relations*

[Interpreted] Move on to fiscal year 2021. Despite the continuous impact on global retail industry caused by the pandemic, we still recorded a positive growth with revenue reached CNY 9.47 billion. Domestic revenue was CNY 7.29 billion, up 21% year-over-year; and overseas revenue was CNY 1.78 billion, down 39% year-over-year. In this year, we continue our overseas expansion, adding an additional 121 stores in overseas market and entering over 98 overseas market despite the great uncertainty caused by the pandemic. We also continue to seize the market potentials in Chinese larger cities with 60% [indiscernible] 406 million stores in China located in this market segment. Additionally, we successfully completed our initial public offering, unveiled our X strategy and launched TOP TOY. We are moving towards our vision of becoming a leading global new retail platform.

**Guofu Ye**
*Founder, Chairman of the Board of Directors & CEO*

[Foreign Language]

**Eason Zhang**
*Director of Investor Relations*

[Interpreted] Looking ahead into the fiscal year 2022, we remain committed to pursuing the following strategies: Firstly, we'll continue to expand and upgrade our store network and [indiscernible] our business model. Secondly, we continue to focus on product and supply chain as well as introduction of more popular product before we leverage our strengths in product design and cost control. We also continue to execute our IP strategy and expand our IP library, fully utilize the brand awareness and [indiscernible] top items.

Thirdly, we'll continue to deepen consumer engagement and drive the omnichannel experience. We also improved our ability to operate private traffic through mini programs, DTC capabilities, launching products, exclusive online and improving our recommendation algorithm. Fourthly, we'll continue to closely monitor the pandemic development and adjust our business plans dynamically. By continuing to cooperate with our overseas partners in various aspects will help them to save energy for future development. Finally, we'll continue to leverage our strengths and core capabilities to explore new business opportunities.

**Guofu Ye**
*Founder, Chairman of the Board of Directors & CEO*

[Foreign Language]

**Eason Zhang**
*Director of Investor Relations*

[Interpreted] This concludes my prepared remarks. I'll now turn the call to our CFO for financial review.

**Saiyin Zhang**
*CFO, Executive VP & Director*

Thank you. I will start my remarks with a review of June quarter financial results and then provide additional color regarding the September quarter. Please note that I will be referring to non-IFRS

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

measures, which have excluded share-based compensation expenses. Revenue was RMB 2.47 billion, increased by 59% year-over-year and 11% quarter-over-quarter and above the midpoint of the company's guidance range of RMB 2.3 billion to RMB 2.5 billion. The year-over-year increase was primarily driven by the growth of the company's domestic operations and the recovery of international operations. Revenue generated from the company's domestic operation was RMB 1.95 billion, increased by 43% year-over-year.

Revenue generated from domestic operation of MINISO brand was RMB 1.83 billion, increased by 39% year-over-year, mainly driven by a year-over-year increase of 14% in average store count and a year-over-year growth of 23% in average revenue per store in China. Revenue generated from company's international operations was RMB 526 million, increased by 179% year-over-year, reflecting the recovery of company's international operations from the same period of 2020.

From a quarter-over-quarter perspective, revenue from company's domestic operations increased by 9%, driven by a sequential growth of 6% in MINISO's off-line sales in China and a sequential growth of 15% in e-commerce business due to June 18 Mid-Year Shopping Festival. Revenue from international operations increased by 19% sequentially. According to National Bureau of Statistics in China, in the first half of 2021, retail sales of supermarket, convenience store, department store and a special store increased by an average of 22% compared to the same period of the 2020 and then 7% compared to the same period of 2019.

Over the same period, MINISO gross sales increased by 54% and 8%, separately, better than the industrial average. And it was achieved against the background of the pandemic resurgence in Guangdong province, which lasted for nearly 50 days. During that day, the estimated loss in GMV was about RMB 50 million.

Gross profit was RMB 639 million increased by 68% year-over-year and 2% quarter-over-quarter. Gross margin was 25.8% as compared to 24.4% a year ago and 28.1% a quarter ago. The year-over-year increase of gross margin was primarily due to an increase in revenue contribution from the company in the international operations, which typically has a higher gross margin than the company's domestic operations. Revenue from international operations account for 21% of the company's total revenue compared to 12% in the same period in 2020.

The quarter-over-quarter decrease was mainly attributed to increased promotion activity during the June 18 Mid-Year Shopping Festival; and second, inventory clearance in certain cities that aimed to tackle the negative impact caused by the reoccurrence of the pandemic in Guangdong province. Selling and distribution expense was RMB 264 million, increased by 15% year-over-year but decreased by 4% quarter-over-quarter. The year-over-year increase was primarily attributable to increased personnel-related expense and the marketing expense as with the year-over-year revenue growth and brand awareness improvement of both MINISO and the TOP TOY.

The quarter-over-quarter decrease was primarily attributed to rental reduction related to COVID-19 in 30 international markets. G&A expense were RMB 188 million, increased by 59% year-over-year and 20% quarter-over-quarter. The year-over-year increase was primarily due to, first, increase in personnel-related expense and IT expense for our new initiatives such as TOP TOY; and second, we took necessary measures to reduce our general and administrative expense to take over the challenge caused by the pandemic during the same period of 2020, resulting in a lower comparison base of all the expenses. The quarter-over-quarter increase was primarily due to increased professional service fees.

Turning to our profitability. Operating profit was RMB 188 million compared to a loss of RMB 30 million in the same period of 2020, and a profit of RMB 161 million in the previous quarter. The year-over-year improvement in operating profit was primarily due to our business recovery both in China and overseas market, while the quarter-over-quarter improvement was due to the reduction in foreign exchange loss and a credit reversal in this quarter.

Adjusted net profit was RMB 145 million, increased by 242% year-over-year and flat quarter-over-quarter. Adjusted net margin was 5.9% compared to about 2.7% a year ago and 6.7% a quarter ago. Adjusted basic and diluted earnings per ADS were both RMB 0.48 in this quarter compared to RMB 0.16 a year ago and RMB 0.52 a quarter ago. Turning to our balance sheet. As of June 30, 2021, the combined balance

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

of the company's cash, cash equivalents, restricted cash and other investments was RMB 6.88 billion compared to RMB 2.86 billion a year ago.

Turning to working capital. Turnover of inventories and the trade receivable remained flat sequentially. The Board of Directors has approved a dividend of about RMB 300 million, and I want to take this chance to share the company's capital allocation strategy here. When deciding the total amount of the dividend, we have considered the level of profitability that we have achieved in fiscal year 2020 and could have achieved in fiscal year 2021 without the pandemic. Our capital allocation strategy is new in the future. We prioritize new growth opportunities such as new strategic initiatives and new store expansion.

We will also remain committed to bring return to shareholder through anticipated dividend payments. Looking ahead into September quarter of 2021, we expect our total revenue to be between RMB 2.45 billion and RMB 2.65 billion, which represents an increase of 18% to 28% year-over-year. The latest resurgence of the pandemic from Nanjing in China has spread to several provinces and is still evolving. The company currently estimates that its sales will continue to be pressured by the linger effect of the pandemic in short time, which will lead to a reduction -- a reduced traffic or even the temporary closure of the company store. We will continue to focus on those elements of the business that are under our control, such as product innovation, inventory management, operating efficiency and omnichannel strategy to drive sales and protect margins. This concludes our prepared remarks for today.
Operator, we are now ready to take questions. Thank you.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Your first question today comes from the line of Michelle Cheng from Goldman Sachs.

**Michelle Cheng**
*Goldman Sachs Group, Inc., Research Division*

[Foreign Language]

So 2 questions for management. One is, can you please share the quarter-to-date trend for both China and a few like important international market situation? And secondly, for TOP TOY, mentioned that the gross margin upside will come from better product mix. So can you share with us the IP development and other product mix enhancement strategies going forward?

**Guofu Ye**
*Founder, Chairman of the Board of Directors & CEO*

[Foreign Language]

**Eason Zhang**
*Director of Investor Relations*

[Interpreted] Okay. Thank you for your question, Michelle. In terms of the pandemic influence on our mass business, so this round of pandemic began at around July 20. Although we have taken active measures such as to increase our online promotions and other strategies to deal with it, it has somehow impacted our business. Based on our track recently, the influence is across the board in the 3 Tier cities. For Tier 1 cities, the estimate loss in GMV for those influenced stores were about 10% of its daily normalized level. And for Tier 2, the impact is estimated to be more than 20%. And for Tier 3, it's below 10%. And we currently estimate that the overall impact for the GMV is about 15% for our domestic business.

And the most -- in terms of province or regions, the most impacted were provinces such as Jiangsu, Henan and Hunan. For these 3 provinces, the estimated GMV loss is about 30% to 40% of its very normalized level. And we currently estimate the impact of the nearly 1 month overall performance is diminishing with now the strict control by the government, and the overall impact is diminishing too as the pandemic is gradually brought under control. And based on the past experience in China, it usually takes about 45 days to control the whole situation. And we believe at this time that it will happen for this round of pandemic too.

**Guofu Ye**
*Founder, Chairman of the Board of Directors & CEO*

[Foreign Language]

**Eason Zhang**
*Director of Investor Relations*

[Interpreted] In terms of the recovery in overseas markets, in June quarter, the overall recovery rate was about 55% vis-Ã -vis same period in '19. And the recovery rate was about 55% in April, 60% in May and [indiscernible] respectively. In terms of region, Asian market, our largest overseas market is about 40% of overseas gross [indiscernible] has lagged behind peers. The overall recovery rate during June quarter was about 35% to 40% of pre-COVID level in the same period in '19. For Latin America, our second largest, so it is about [indiscernible] of our stores there. The recovery rate was about 60%. And on the other hand, we have seen trends in other markets, such as Middle East and North Africa and Europe, too. All Middle East and North Africa, the recovery rate about 70%; and for Europe, it was about 77%. And these 2 areas

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

saw strong growth in GMV. In Middle East and North Africa, it increased about [indiscernible] compared to the same period of '19.

Europe as a whole increased 77%. But at these 2 areas, again, our emerging markets, we temporarily have -- do not have many stores there. And in terms of countries, if we look at the top 10 countries in terms of sales, Mexico recovered to around 70% from the same period in '19.

Well, Asian countries, including our subsidiary countries such as Indonesia and [indiscernible] were about 50% and 75% respectively. [indiscernible] in Middle East countries such as Saudi Arabia, which saw a 64% increase over the same period in '19. Isreal saw 1% increase and Moracco which saw 9% increase due to the increase in the number of stores. But overall, these areas I mentioned just now, the recovery is still well below [indiscernible] [ 18%].

**Guofu Ye**
*Founder, Chairman of the Board of Directors & CEO*

[Foreign Language]

**Eason Zhang**
*Director of Investor Relations*

[Interpreted] For your second question, Michelle, on TOP TOY, in terms of sales per store, our DreamWorks stores, no, we're not talking about 4 stores [indiscernible] in last quarter. We have now beyond that, we have more than 40 collection stores now. So the average performance is quite stable. For DreamWorks monthly sales stabilized at CNY 2 million and for collection stores, it stabilized at CNY 600,000. Overall average sales for TOP TOY stores more than CNY 900,000.

In terms of product, so far, we have [indiscernible] about 200 suppliers and developed more than 3,300 SKUs of popular products, and nearly 500 of them have been sold out. And about 80% of sales of TOP TOY now contributed by top [indiscernible] best sellers. And as we shared before, TOP TOY now has 8 categories and more than 120 subcategories. And in terms of consumption of consumers, let me share a few figures. First is ASP. So average ticket size for TOP TOY is relatively high at about CNY 150. For DreamWorks, can be as high as CNY 200. And the second is TOP TOY like MINISO has strong holiday pack.

And for example, this year, we had 6 public holidays in the first half accounting for 16% of all days, but its revenue contribution during these 6 holidays days was about 30%. And the proprietary IP, now we have 6 SKUs with gross margin of about 60%. And average revenue of our proprietary SKUs is 4x that of TOP TOY's average. And during this quarter, we also launched our [indiscernible] mini program that had huge success. For example, we launched 3 to 4 SKUs every month with each of their sales reported average of TOP TOY, and its turnover is extreme high, extremely fast that can be sold out within 10 minutes of launch.

So all in all, we estimate that our proprietary products, including our proprietary IPs, co-branding IPs and exclusive IPs will account for 22% to 25% of total SKUs in 1 year and 30% to 40% in 2 years. Merchandise gross margin for TOP TOY is now at 43% in [indiscernible] less than 40% 6 months ago, mainly due to increased revenue contribution from proprietary products and our improved bargaining power with suppliers because [indiscernible] all of our third-party products such as [indiscernible] action figures and -- were all purchased in small quantities, but in the second half, this changed. The percentage of the large orders were increased, so will TOP TOY's merchandise gross margin.

**Operator**

The next question comes from the line of Lucy Yu from Bank of America.

**Lucy Yu**
*BofA Securities, Research Division*

[Foreign Language]

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So considering that COVID-19 is going to be lasted for at least relatively longer time, so how should we think about the development in both domestic market as well as overseas market, especially in terms of marketing and channel development? And also in terms of new retail format development, is there any update that could be shared with us? And the second question is on the margins. Margins declined or contracted a little bit on a Q-on-Q basis. So could we break that down into promotion activities and inventory clearance? So how much of the margin contraction is due to each factors? And then going into the next quarter, which is September quarter, how should we think about the margin trend?

**Guofu Ye**
*Founder, Chairman of the Board of Directors & CEO*

[Foreign Language]

**Saiyin Zhang**
*CFO, Executive VP & Director*

Lucy, this is Steven, and I will address your first question on channel expansion. For our online business, we have experienced rapid growth during the past 1, 2 years. And now its revenue contribution is about 12%. But if you look at the past 1 or 2 years, the year-over-year growth rose more than 100%. So as an important part of our omnichannel strategy, we'll definitely invest into online continuously, including our auto business, DTC, e-commerce and so on. The e-commerce ecosystem has changed a little bit -- a lot in the past year or 2, such as live streaming, Douyin and Kuaishou, and we are also actively following up on this trend. But we're not burning cash, high GMV as we shared in our past call. Instead, we will insist on profitable and healthy way to develop our online business. So it has been and so it will be. For example, we are more focused on digitization here to reach active users in a more low cost, but more [indiscernible]

**Jack Wang**

[Foreign Language]

**Eason Zhang**
*Director of Investor Relations*

[Interpreted]

Lucy, this is Jack here. And in terms of your questions about new business, as we shared that our vision is to become a global leading new retail platform. So we definitely have some source and some internal incubation and so on. But we do not think that this is right time to share. And we will definitely share more when we have some major development on this.

**Guofu Ye**
*Founder, Chairman of the Board of Directors & CEO*

[Foreign Language]

**Eason Zhang**
*Director of Investor Relations*

[Interpreted] Lucy, in terms of your questions on GP margin, in this quarter, as we explained that the 2 reasons have resulted a sequential decline versus the -- [indiscernible] we have increased promotions to maintain our market share. And the second is due to the pandemic in Guangdong, we have made some inventory clearance to tackle the challenges.

So overall, these 2 reasons have decreased our GP margin of about 1.5%. And if we look at the next quarter, the September quarter for the e-commerce, we do not see any influence in this side because there were no major investors during this quarter. But for the second, the pandemic, since late July, the pandemic from Nanjing has spread in many provinces in China. So we estimate that based on past experience, it is going to be completely controlled in at least 45 days. And so in short term, we see some gross margin pressure here. And we will continue to do some inventory clearance to tackle this Nanjing pandemic. So we estimate that the GP margin for the September quarter, maybe it will improve

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

sequentially from this quarter. But it will be still lower than our normalized level during the past several quarters.

**Operator**

The next question comes from Jerry Wang from CITIC.

**Unknown Analyst**

[Foreign Language]

I would like to know about the changes in category structure of MINISO since [ January 2021 ]. And with the proportion of each category such as food and branded goods and extra, and which category will be highlighted in the future?

**Jack Wang**

[Foreign Language]

**Eason Zhang**
*Director of Investor Relations*

[Interpreted] Jerry, this is Jack. Thank you for the question. In terms of your question on product, the revenue contribution of our 11 categories are relative -- evenly distributed and relatively stable. During the past 2 years, categories such as toys and snacks have grown rapidly. For example, sales of TOP TOY now account for about 7.9% and sales of snacks account for about 8.9%. Another category personal care was the star of the first half of '21 with its revenue share now reached about 10% compared to 7% in the same period of 2020. If we look at the category structure, the 11 categories, the structure, they are relatively stable.

And we do not see a big change in the future. But we do think that there exists opportunities in some [indiscernible] categories such as our toys and -- such as toys and snacks 1 year ago, in the future, we do not think -- we do think that cultural and creative products will have their markets because young people love it. And this is the same for personal care products. And for IP products, which we are very good at, as we showed earlier in my prepared remarks, sales of IP products increased 59% compared to the same period in 2019 and accounting for 25% of our sales.

**Unknown Analyst**

[Foreign Language]

This is Rebecca from Haitong International. And I just have 1 question about MINISO overseas business. Could you please share the current revenue mix of 3 overseas models, say, directly operated, distribution and [indiscernible] And also, could you please give us more color on the restocking status and the trend of the distributors?

**Saiyin Zhang**
*CFO, Executive VP & Director*

[Foreign Language]

**Eason Zhang**
*Director of Investor Relations*

[Interpreted] Rebecca, thank you for the question. This is Steven. Now in terms of GMV, our distributor markets usually account for 60% to 70%. Similarly share of our overseas stores and subsidiary countries account for another 30% to 40%. And before the COVID-19 such as in the second quarter of 2019, that the GMV in our subsidiary companies, the share was about 30%. But in this quarter, in the June quarter of '21, because of the delta variants, GMV in our subsidiary countries accounted for only [indiscernible].

And in terms of revenue, this quarter, it's 70-30. So the 70% is from distributor country. And in terms of merchandise delivery amount of distributor order in the first 7 months, one, total shipment orders

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

decreased 30% to 40% compared to the same period in '19 and increased about 60% compared to the same period in 2020. And as you mentioned, our overseas distributors as our CEO shared in prepared remarks that we have collaborated with many strong overseas partners in our overseas markets. And if I remember right, the CR 10, that means the concentration rate of our top 10 distributors in our international operations has been stabilized at 60% during the past few years. So these major distributors, they are very -- they have strength. Our cash position in shareholding structure in [indiscernible] power. So we do believe that we are more resilient at all the difficult times during the pandemic. And this is also true that our future market is stable.

[ Okay. Thank you, everyone. Thank you once again for joining our conference call today. So if you have further questions, please do not hesitate to contact MINISO's Investor Relations team, and our contact information can be found on today's press release. So we'll see you next quarter. Have a nice day. Bye-bye. ]

**Operator**

Goodbye.
[Portions of this transcript that are marked [Interpreted] were spoken by an interpreter present on the live call.]

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2022 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2022 S&P Global Market Intelligence.