# Exhibit S

# Miniso 4th quarter revenue reaches 2.47b yuan

By Qiu Quanlin in Guangzhou | chinadaily.com.cn | Updated: 2021-08-24 17:45



A Miniso retail store in Shenzhen, South China's Guangdong province, on July 12, 2019. [Photo/Sipa]

Miniso Group Holding Limited, a fast-growing global value retailer offering a variety of design-led lifestyle products, reported revenue worth 2.47 billion yuan ($382.9 million) in fourth quarter of the fiscal year that ended June 30, according to the company's unaudited financial results.

The revenue represented an increase of 59.2 percent year-on-year and 10.9 percent over the previous quarter, thanks to its store expansion at home and abroad and the introduction of Top Toy, a brand of pop toys launched in December 2020.

Despite the spread of the Delta variant triggering a new round of the COVID-19 epidemic in South China's Guangdong province and some overseas markets, Miniso managed to add 162 stores and 24 Top Toy stores to its global store network during the fourth quarter of the fiscal year 2021, according to Ye Guofu, founder, chairman and chief executive officer of Miniso.

"In the fiscal year 2021, we accomplished our IPO in the New York Stock Exchange, further illustrating our commitment to becoming a global new-retail platform and launching pop toy brand Top Toy," Ye said.

The company, based in Guangzhou, the capital of Guangdong province, announced the listing in the NYSE in October last year, with the ticker symbol MNSO.

As of June 30, Miniso's stores increased to 4,749, of which 2,939 are based in the domestic market and the rest in the overseas market, covering 99 countries and regions.

Revenue generated from the company's international operations was 526.1 million yuan ($81.5 million) in the fourth quarter of the fiscal year, increasing by 179 percent year-on-year, reflecting the recovery of its international operations from the same period in 2020.

According to Ye, the company will remain committed to the pursuit of its strategies in store network expansion, product innovation, omni-channel experience and new initiatives, such as Top Toy.

"We will continue to closely monitor the development of the COVID-19 pandemic and adjust our business plan, continue to cooperate with overseas partners in various aspects, and help them with future development," Ye said.