# Exhibit X

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

# FORM 6-K

**REPORT OF FOREIGN PRIVATE ISSUER**
**PURSUANT TO RULE 13a-16 OR 15d-16 UNDER**
**THE SECURITIES EXCHANGE ACT OF 1934**

For the month of March 2022

Commission File Number: 001-39601

# MINISO Group Holding Limited

25F, Heye Plaza, No. 486, Kangwang Middle Road
Liwan District, Guangzhou 510140, Guangdong Province
The People's Republic of China
(Address of principal executive offices)

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F.

Form 20-F ☒        Form 40-F ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1): ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7): ☐

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**MINISO Group Holding Limited**

| By | : | /s/ Saiyin Zhang |
| --- | --- | --- |
| Name | : | Saiyin Zhang |
| Title | : | Director and Chief Financial Officer |

Date: March 4, 2022

*[Signature Page to Form 6-K]*

Exhibit Index

Exhibit 99.1—Press Release

**Exhibit 99.1**

**MINISO Group Announces December Quarter 2021 Results**

GUANGZHOU, China, March 3, 2022 /PRNewswire/ -- MINISO Group Holding Limited (NYSE: MNSO) ("MINISO", "MINISO Group" or the "Company"), a fast-growing global value retailer offering a variety of design-led lifestyle products, today announced its unaudited financial results for the second quarter of fiscal year 2022 ended December 31, 2021.

**Financial Highlights for the Second Quarter of Fiscal Year 2022 ended December 31, 2021**

· **Revenue** was RMB2,772.8 million (US$435.1 million), exceeding the high end of the Company's guidance range of RMB2,500 million to RMB2,700 million, representing an increase of 20.7% year over year and 4.5% quarter over quarter.

· **Gross profit** was RMB862.9 million (US$135.4 million), representing an increase of 34.2% year over year and 18.5% quarter over quarter. **Gross margin** was 31.1%, compared to 28.0% in the same period of 2020 and 27.4% in the previous quarter.

· **Operating profit** was RMB255.4 million (US$40.1 million), compared to RMB54.3 million in the same period of 2020 and RMB213.5 million in the previous quarter.

· **Profit for the period** was RMB184.1 million (US$28.9 million), compared to RMB20.8 million in the same period of 2020 and RMB154.5 million in the previous quarter.

· **Adjusted net profit**[1] was RMB214.4 million (US$33.6 million), representing an increase of 155.4% year over year and 16.4% quarter over quarter. **Adjusted net margin**[1] was 7.7%, compared to 3.7% in the same period of 2020 and 6.9% in the previous quarter.

**Operational Highlights for the Second Quarter of Fiscal Year 2022 ended December 31, 2021**

· **Number of MINISO stores** increased to 5,045 as of December 31, 2021, representing a quarterly net addition of 174 stores, compared to a quarterly net addition of 184 stores in the same period of 2020 and 122 stores in the previous quarter, respectively.

· **Number of MINISO stores in China** increased to 3,168 as of December 31, 2021, representing a quarterly net addition of 133 stores, compared to a quarterly net addition of 135 stores in the same period of 2020 and 96 stores in the previous quarter, respectively.

· **Number of MINISO stores in overseas markets** increased to 1,877 as of December 31, 2021, representing a quarterly net addition of 41 stores, compared to a quarterly net addition of 49 stores in same period of 2020 and 26 stores in the previous quarter, respectively.

· **Number of TOP TOY's offline stores** increased to 89 as of December 31, 2021, representing a quarterly net addition of 17 stores, compared to a quarterly net addition of 39 stores in the previous quarter.

[1]See the sections titled "Non-IFRS Financial Measures" and "Reconciliation of Non-IFRS Financial Measures" in this press release for more information.

1

The following table provides a breakdown of the number of MINISO and TOPTOY stores as well as their year-over-year and quarter-over-quarter changes of the relevant dates:

| | As of | | | | |
| --- | --- | --- | --- | --- | --- |
| | December 31, 2020 | September 30, 2021 | December 31, 2021 | YoY | QoQ |
| **Number of MINISO stores[2]** | **4,514** | **4,871** | **5,045** | **531** | **174** |
| China | 2,768 | 3,035 | 3,168 | 400 | 133 |
| —Directly operated stores | 5 | 4 | 5 | - | 1 |
| —Third-party stores | 2,763 | 3,031 | 3,163 | 400 | 132 |
| Overseas | 1,746 | 1,836 | 1,877 | 131 | 41 |
| —Directly operated stores | 105 | 108 | 117 | 12 | 9 |
| —Third-party stores | 1,641 | 1,728 | 1,760 | 119 | 32 |
| **Number of TOP TOY stores[3]** | **5** | **72** | **89** | **84** | **17** |
| —Directly operated stores | 1 | 6 | 5 | 4 | (1) |
| —Third-party stores | 4 | 66 | 84 | 80 | 18 |

Mr. Guofu Ye, Founder, Chairman, and Chief Executive Officer of MINISO, commented, "We delivered another solid quarter and strengthened our leading position in industry. During calendar year 2021, we executed our strategy well, adding 615 stores to our global store network and increasing revenue by 34% year over year."

"Looking ahead in the post-pandemic era, we are more capable and highly confident in constantly delivering long-term values to consumers and investors with our constant offering of products that are more appealing, useful and playful." Mr. Ye continued.

Mr. Saiyin Zhang, Chief Financial Officer and Executive Vice President of MINISO, commented, "We are encouraged by our financial performance in both top line and bottom line in December quarter, adjusted net profit of MINISO reached RMB214 million, increased by 155% year over year, adjusted net margin recovered to 7.7%, compared to 3.7% in the same period in 2020."

"The latest waves of the pandemic in China are still evolving. We currently estimate that our sales will continue to be pressured by the lingering effects of the pandemic in the short term. However, we have reasonable faith in the rapid recovery of our business in China and overseas market in the second half of calendar year 2022, we will continue monitoring the pandemic recovery and rapidly adapt our expansion plan as necessary to embrace a full recovery." Mr. Zhang concluded.

**Recent Developments**

*Impact of COVID-19*

The resurgences of the COVID-19 pandemic continued to impact the Company's operations and results in the quarter ended December 31, 2021.

---

[2]"MINISO stores" are any of the stores operated under the "MINISO" brand name, including those directly operated by the Company ("Directly operated stores"), and those operated by third parties under the MINISO Retail Partner model and the distributor model ("Third-party stores").

[3]"TOP TOY stores" are any of the stores operated under the "TOP TOY" brand name, including Directly operated stores and Third-party stores.

2

In China, sales growth continued to be challenged by multiple waves of pandemic from late October across the country. The Company estimates that the GMV loss from those influenced stores was comparable to the loss in the previous quarter. Going into the quarter ending March 31, 2022, the Company currently expects the effects of COVID-19 to persist and local governments' zero-tolerance policy to maintain relative strict public health measures in some cities. In overseas markets, 76 stores had not resumed operations as of December 31, 2021, compared to 157 such stores as of September 30, 2021. Although the Company has been observing marginal sales improvements in overseas markets in the past several quarters, it remains cautious in its outlook in terms of sales and store expansion.

**Unaudited Financial Results for the Second Quarter of Fiscal Year 2022 ended December 31, 2021**

**Revenue** was RMB2,772.8 million (US$435.1 million), representing an increase of 20.7% year over year, primarily driven by the growth of the Company's domestic operations and the recovery of its international operations.

Revenue generated from domestic operations was RMB2,055.5 million (US$322.6 million), increasing by 12.0% year over year. Revenue generated from domestic operations of the MINISO brand was RMB1,876.7 million (US$294.5 million), increasing by 6.4% year over year. Revenue generated from the TOP TOY brand was RMB131.1 million (US$20.6 million), compared to RMB2.6 million in the same period of 2020.

Revenue generated from international operations was RMB717.3 million (US$112.6 million), representing an increase of 54.9% year over year, which reflects an improved recovery of sales in international markets.

Revenue per MINISO store, which is calculated by dividing the revenue of the MINISO brand by the average number of MINISO stores of the relevant period, was RMB523.2 thousand (US$82.1 thousand), representing a year-over-year increase of 3.9%. Revenue per MINISO store for the Company's domestic operations decreased by 7.4% year over year, reflecting the impact of the pandemic and the dilution effect of the newly added stores in lower-tier cities in China in this quarter, while revenue per MINISO store for our international operations increased by 43.7% year over year.

**Cost of sales** was RMB1,909.9 million (US$299.7 million), representing an increase of 15.4% year over year.

**Gross profit** was RMB862.9 million (US$135.4 million), representing an increase of 34.2% year over year.

**Gross margin** was 31.1%, compared to 28.0% in the same period of 2020. The year-over-year increase was primarily due to 1) revenue contribution of international operations increased from 20.1% in the same period of 2020 to 25.9% in this quarter, typically international operations have higher gross margin than domestic operations, and 2) our expanding co-branded IP product offering and its associated higher gross margin in this quarter.

**Other income** was RMB2.5 million (US$0.4 million), compared to RMB7.8 million in the same period of 2020. The year-over-year decrease was primarily due to a decrease in government grants received by the Company in this quarter.

**Selling and distribution expenses** were RMB384.8 million (US$60.4 million), representing an increase of 12.9% year over year. Excluding share-based compensation expenses, selling and distribution expenses were RMB370.7 million (US$58.2 million), representing an increase of 21.0% year over year. The year-over-year increase was primarily attributable to increased personnel-related expenses, licensing expenses and marketing expenses that were in line with the year-over-year revenue growth and brand awareness improvement for both MINISO and TOP TOY.

**General and administrative expenses** were RMB221.4 million (US$34.7 million), representing an increase of 17.1% year over year. Excluding share-based compensation expenses, general and administrative expenses were RMB214.7 million (US$33.7 million), representing an increase of 34.0% year over year. The year-over-year increase was primarily due to increased depreciation and amortization expenses of land use right related to the Company's headquarter building project, and to a lesser extent, increased personnel-related expense and professional service fees.

**Other net income** was RMB12.3 million (US$1.9 million), compared to other net loss of RMB55.1 million in the same period of 2020. The Company recorded other net loss in the same period of 2020 mainly due to an appreciation of Renminbi against U.S. dollar during that period, which resulted in foreign exchange losses. Increase in investment income also contributed to the change from net loss to net income in this quarter ended December 31, 2021.

**Operating profit** was RMB255.4 million (US$40.1 million), compared to RMB54.3 million in the same period of 2020.

**Profit for the period** was RMB184.1 million (US$28.9 million), compared to RMB20.8 million in the same period of 2020.

**Adjusted net profit**, which represents profit for the period excluding (i) equity-settled share-based payment expenses, and (ii) impairment loss on non-current assets, was RMB214.4 million (US$33.6 million), representing an increase of 155.4% year over year.

**Adjusted net margin** was 7.7%, compared to 3.7% in the same period of 2020.

**Basic and diluted earnings per American Depositary Share ("ADS")** were RMB0.60 (US$0.08) in the quarter ended December 31, 2021, compared to basic and diluted earnings per ADS of RMB0.08 in the same period of 2020. Each ADS represents four of the Company's Class A ordinary shares.

**Adjusted basic and diluted earnings per ADS** were RMB0.72 (US$0.12) in the quarter ended December 31, 2021, compared to adjusted basic and diluted earnings per ADS of RMB0.28 in the same period of 2020.

See the sections entitled "Non-IFRS Financial Measures" and "Reconciliation of Non-IFRS Financial Measures" in this press release for more information about adjusted net profit, adjusted net margin, and adjusted basic and diluted earnings per ADS.

As of December 31, 2021, the combined balance of the Company's cash, cash equivalents, restricted cash and other investments amounted to RMB5,367.1 million (US$842.2 million).

**Business Outlook**

For the third quarter of fiscal year 2022 ending March 31, 2022, the Company currently estimates its revenue to be between RMB2,400 million and RMB2,700 million, representing an increase of 7.7% to 21.1% year over year. This estimate represents management's current and preliminary views on the market and operational conditions as of the date of this press release, which does not factor in any of the potential future impacts caused by the COVID-19 pandemic and is subject to change.

4

**Conference Call**

The Company's management will hold an earnings conference call at 7:00 A.M. Eastern Time on Thursday, March 3, 2022 (8:00 P.M. Beijing Time on the same day) to discuss the financial results. The conference call can be accessed via the following zoom link or by dialing the following numbers:

**Access 1**

Zoom link:
https://dooyle.zoom.us/j/84860705976?pwd=ckh3OW1oeXkydzAwaXlHYnVYeEpBZz09
Meeting Number: 848 6070 5976
Meeting Passcode: 888666

**Access 2**

Listeners may access the call by dialing the following numbers with the same meeting number and passcode with Access 1.

| | |
|---|---|
| United States Toll Free: | 833 548 0276 (or 833 548 0282) |
| Mainland China Toll Free: | 400 182 3168 (or 400 616 8835) |
| Hong Kong, China Toll Free: | +852 5803 3730 (or +852 5803 3731) |
| United Kingdom (Charge Fees): | +44 203 901 7895 (or +44 208 080 6591) |
| France (Charge Fees): | +33 1 8699 5831 (or+33 1 7037 2246) |
| Singapore (Charge Fees): | +65 3158 7288 (or +65 3165 1065) |
| Canada (Charge Fees): | +1 613 209 3054 (or +1 647 374 4685) |

**Access 3**

Listeners can also access the meeting through the Company's investor relations website at http://ir.miniso.com/.

A replay will be available approximately two hours after the conclusion of the live event at the Company's investor relations website at http://ir.miniso.com/.

**About MINISO Group**

MINISO Group is a fast-growing global value retailer offering a variety of design-led lifestyle products. The Company serves consumers primarily through its large network of MINISO stores, and promotes a relaxing, treasure-hunting and engaging shopping experience full of delightful surprises that appeals to all demographics. Aesthetically pleasing design, quality and affordability are at the core of every product in MINISO's wide product portfolio, and the Company continually and frequently rolls out products with these qualities. Since the opening of its first store in China in 2013, the Company has built its flagship brand "MINISO" as a globally recognized retail brand and established a massive store network worldwide. For more information, please visit https://ir.miniso.com/.

**Exchange Rate**

The U.S. dollar (US$) amounts disclosed in this press release, except for those transaction amounts that were actually settled in U.S. dollars, are presented solely for the convenience of the readers. The conversion of Renminbi (RMB) into US$ in this press release is based on the exchange rate set forth in the H.10 statistical release of the Board of Governors of the Federal Reserve System as of December 30, 2021, which was RMB6.3726 to US$1.0000. The percentages stated in this press release are calculated based on the RMB amounts.

**Non-IFRS Financial Measures**

In evaluating the business, MINISO considers and uses adjusted net profit, adjusted net margin, adjusted basic and diluted earnings per share and adjusted basic and diluted earnings per ADS as supplemental measures to review and assess its operating performance. The presentation of these non-IFRS financial measures is not intended to be considered in isolation or as a substitute for the financial information prepared and presented in accordance with IFRS. MINISO defines adjusted net profit as profit for the period excluding (i) fair value changes of redeemable shares with other preferential rights, (ii) equity-settled share-based payment expenses, and (iii) impairment loss on non-current assets. MINISO calculates adjusted net margin by dividing adjusted net profit by revenue for the same period. MINISO computes adjusted basic and diluted net earnings per ADS by dividing the adjusted net profit attributable to the equity shareholders of the Company by the number of ADSs represented by the number of ordinary shares used in the basic and diluted earnings per share calculation on an IFRS basis and retrospectively adjusting for the effect of the issuance of Series A preferred shares by the Company that are deemed to have been converted into ordinary shares since July 1, 2019. MINISO computes adjusted basic and diluted net earnings per share in the same way it calculates adjusted basic and diluted net earnings per ADS, except that it uses the number of ordinary shares used in the basic and diluted earnings per share calculation on an IFRS basis as the denominator instead of the number of ADSs represented by these ordinary shares.

MINISO presents these non-IFRS financial measures because they are used by the management to evaluate its operating performance and formulate business plans. These non-IFRS financial measures enable the management to assess its operating results without considering the impacts of the aforementioned non-cash and other adjustment items that MINISO does not consider to be indicative of its operating performance in the future. Accordingly, MINISO believes that the use of these non-IFRS financial measures provides useful information to investors and others in understanding and evaluating its operating results in the same manner as the management and board of directors.

These non-IFRS financial measures are not defined under IFRS and are not presented in accordance with IFRS. These non-IFRS financial measures have limitations as analytical tools. One of the key limitations of using these non-IFRS financial measures is that they do not reflect all items of income and expense that affect MINISO's operations. Further, these non-IFRS financial measures may differ from the non-IFRS information used by other companies, including peer companies, and therefore their comparability may be limited.

These non-IFRS financial measures should not be considered in isolation or construed as alternatives to profit/(loss), net profit/(loss) margin, basic and diluted earnings/(loss) per share and basic and diluted earnings/(loss) per ADS, as applicable, or any other measures of performance or as indicators of MINISO's operating performance. Investors are encouraged to review MINISO's historical non-IFRS financial measures in light of the most directly comparable IFRS measures, as shown below. The non-IFRS financial measures presented here may not be comparable to similarly titled measures presented by other companies. Other companies may calculate similarly titled measures differently, limiting the usefulness of such measures when analyzing MINISO's data comparatively. MINISO encourages you to review its financial information in its entirety and not rely on a single financial measure.

For more information on the non-IFRS financial measures, please see the table captioned "Reconciliation of Non-IFRS Financial Measures" set forth at the end of this press release.

**Safe Harbor Statement**

This announcement contains forward-looking statements. These statements are made under the "safe harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995. These forward-looking statements can be identified by words or phrases such as "may," "will," "expect," "anticipate," "aim," "estimate," "intend," "plan," "believe," "is/are likely to," "potential," "continue" or other similar expressions. Among other things, the guidance for the fiscal year 2022's third quarter ending March 31, 2022 and quotations from management in this announcement, as well as MINISO's strategic and operational plans, contain forward-looking statements. MINISO may also make written or oral forward-looking statements in its periodic reports to the U.S. Securities and Exchange Commission (the "SEC"), in its annual report to shareholders, in press releases and other written materials and in oral statements made by its officers, directors or employees to third parties. Statements that are not historical facts, including statements about MINISO's beliefs and expectations, are forward-looking statements. Forward-looking statements involve inherent risks and uncertainties. A number of factors could cause actual results to differ materially from those contained in any forward-looking statement, including but not limited to the following: MINISO's mission, goals and strategies; future business development, financial conditions and results of operations; the expected growth of the retail market and the market of branded variety retail of lifestyle products in China and globally; expectations regarding demand for and market acceptance of MINISO's products; expectations regarding MINISO's relationships with consumers, suppliers, MINISO Retail Partners, local distributors, and other business partners; competition in the industry; proposed use of proceeds; and relevant government policies and regulations relating to MINISO's business and the industry. Further information regarding these and other risks is included in MINISO's filings with the SEC. All information provided in this press release and in the attachments is as of the date of this press release, and MINISO undertakes no obligation to update any forward-looking statement, except as required under applicable law.

**Investor Relations Contact:**

Raine Hu, Mengru Wang
MINISO Group Holding Limited
Email: ir@miniso.com
Phone: +86 (20) 36228788 Ext.8039

7

**MINISO GROUP HOLDING LIMITED**

**UNAUDITED CONDENSED CONSOLIDATED STATEMENTS OF FINANCIAL POSITION**

*(Expressed in thousands)*

| | As at June 30, 2021 (Audited) | As at December 31, 2021 (Unaudited) | |
| --- | --- | --- | --- |
| | **RMB'000** | **RMB'000** | **US$'000** |
| **ASSETS** | | | |
| **Non-current assets** | | | |
| Property, plant and equipment | 76,316 | 376,021 | 59,006 |
| Right-of-use assets | 689,887 | 2,391,803 | 375,326 |
| Intangible assets | 61,005 | 53,319 | 8,367 |
| Goodwill | 19,640 | 19,640 | 3,082 |
| Deferred tax assets | 168,552 | 161,018 | 25,267 |
| Prepayments | 138,481 | 203,390 | 31,916 |
| Interest in an equity-accounted investee | 352,062 | - | - |
| | | | |
| | **1,505,943** | **3,205,191** | **502,964** |
| | | | |
| **Current assets** | | | |
| Other investments | 102,968 | 208,289 | 32,685 |
| Inventories | 1,496,061 | 1,360,994 | 213,570 |
| Trade and other receivables | 824,725 | 1,113,506 | 174,733 |
| Cash and cash equivalents | 6,771,653 | 5,151,456 | 808,376 |
| Restricted cash | 3,680 | 7,347 | 1,153 |
| | | | |
| | **9,199,087** | **7,841,592** | **1,230,517** |
| | | | |
| **Total assets** | **10,705,030** | **11,046,783** | **1,733,481** |
| | | | |
| **EQUITY** | | | |
| Share capital | 92 | 92 | 14 |
| Additional paid-in capital | 8,289,160 | 7,982,522 | 1,252,632 |
| Other reserves | 928,005 | 999,697 | 156,874 |
| Accumulated losses | (2,558,291) | (2,245,972) | (352,442) |
| | | | |
| Equity attributable to equity holders of the Company | 6,658,966 | 6,736,339 | 1,057,078 |
| Non-controlling interests | (6,812) | (4,562) | (716) |
| | | | |
| **Total equity** | **6,652,154** | **6,731,777** | **1,056,362** |

8

**MINISO GROUP HOLDING LIMITED**

**UNAUDITED CONDENSED CONSOLIDATED STATEMENTS OF FINANCIAL POSITION**

*(Expressed in thousands)*

| | As at June 30, 2021 (Audited) | As at December 31, 2021 (Unaudited) | |
|---|---|---|---|
| | **RMB'000** | **RMB'000** | **US$'000** |
| **LIABILITIES** | | | |
| **Non-current liabilities** | | | |
| Contract liabilities | 59,947 | 53,572 | 8,407 |
| Loans and borrowings | 6,925 | 6,369 | 999 |
| Lease liabilities | 483,144 | 411,304 | 64,543 |
| Deferred income | 20,005 | 16,729 | 2,625 |
| | | | |
| | **570,021** | **487,974** | **76,574** |
| | | | |
| **Current liabilities** | | | |
| Loans and borrowings | 13,669 | 5,182 | 813 |
| Trade and other payables | 2,809,182 | 3,189,086 | 500,437 |
| Contract liabilities | 266,919 | 276,537 | 43,395 |
| Lease liabilities | 321,268 | 268,425 | 42,122 |
| Deferred income | 6,060 | 5,980 | 938 |
| Current taxation | 65,757 | 81,822 | 12,840 |
| | | | |
| | **3,482,855** | **3,827,032** | **600,545** |
| | | | |
| **Total liabilities** | **4,052,876** | **4,315,006** | **677,119** |
| | | | |
| **Total equity and liabilities** | **10,705,030** | **11,046,783** | **1,733,481** |

9

**MINISO GROUP HOLDING LIMITED**
**UNAUDITED CONDENSED CONSOLIDATED STATEMENTS OF PROFIT OR LOSS**
*(Expressed in thousands, except for per share and per ADS data)*

| | Three months ended December 31 | | | Six months ended December 31 | | |
|---|---|---|---|---|---|---|
| | 2020 (Unaudited) | 2021 (Unaudited) | | 2020 (Unaudited) | 2021 (Unaudited) | |
| | RMB'000 | RMB'000 | US$ '000 | RMB'000 | RMB'000 | US$ '000 |
| **Continuing operations** | | | | | | |
| **Revenue** | **2,297,721** | **2,772,793** | **435,112** | **4,369,860** | **5,426,908** | **851,600** |
| Cost of sales | (1,654,953) | (1,909,893) | (299,704) | (3,204,716) | (3,835,566) | (601,884) |
| | | | | | | |
| **Gross profit** | **642,768** | **862,900** | **135,408** | **1,165,144** | **1,591,342** | **249,716** |
| Other income | 7,811 | 2,510 | 394 | 43,804 | 18,586 | 2,917 |
| Selling and distribution expenses | (340,751) | (384,813) | (60,386) | (627,492) | (725,622) | (113,866) |
| General and administrative expenses | (189,032) | (221,421) | (34,746) | (441,163) | (432,696) | (67,899) |
| Other net (loss)/income | (55,084) | 12,337 | 1,936 | (70,755) | 45,964 | 7,213 |
| Credit loss on trade and other receivables | (11,419) | (6,544) | (1,027) | (17,387) | (19,091) | (2,996) |
| Impairment loss on non-current assets | - | (9,536) | (1,496) | - | (9,536) | (1,496) |
| | | | | | | |
| **Operating profit** | **54,293** | **255,433** | **40,083** | **52,151** | **468,947** | **73,589** |
| Finance income | 13,874 | 13,380 | 2,100 | 23,044 | 26,437 | 4,149 |
| Finance costs | (6,760) | (8,457) | (1,327) | (13,860) | (17,266) | (2,709) |
| | | | | | | |
| Net finance income | 7,114 | 4,923 | 773 | 9,184 | 9,171 | 1,440 |
| Fair value changes redeemable shares with other preferential rights | - | - | - | (1,625,287) | - | - |
| Share of (loss)/profit of equity-accounted investee, net of tax | - | (270) | (42) | - | (8,162) | (1,281) |
| | | | | | | |
| Profit/(loss) before taxation | 61,407 | 260,086 | 40,814 | (1,563,952) | 469,956 | 73,748 |
| Income tax expense | (40,639) | (75,996) | (11,925) | (91,615) | (131,338) | (20,610) |
| | | | | | | |
| **Profit/(loss) for the period** | **20,768** | **184,090** | **28,889** | **(1,655,567)** | **338,618** | **53,138** |
| | | | | | | |
| **Attributable to:** | | | | | | |
| Equity shareholders of the Company | 20,762 | 184,741 | 28,991 | (1,651,857) | 336,779 | 52,848 |
| Non-controlling interests | 6 | (651) | (102) | (3,710) | 1,839 | 290 |
| | | | | | | |
| **Earnings/(loss) per share for ordinary shares** | | | | | | |
|   -Basic | 0.02 | 0.15 | 0.02 | (1.52) | 0.28 | 0.04 |
|   -Diluted | 0.02 | 0.15 | 0.02 | (1.52) | 0.28 | 0.04 |
| | | | | | | |
| **Earnings/(loss) per ADS** **(Each ADS represents 4 Class A ordinary shares)** | | | | | | |
|   -Basic | 0.08 | 0.60 | 0.08 | (6.08) | 1.12 | 0.16 |
|   -Diluted | 0.08 | 0.60 | 0.08 | (6.08) | 1.12 | 0.16 |

**MINISO GROUP HOLDING LIMITED**
**UNAUDITED CONDENSED CONSOLIDATED STATEMENTS OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME**
*(Expressed in thousands, except for per share data)*

| | Three months ended December 31 | | | Six months ended December 31 | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 2020 (Unaudited) | 2021 (Unaudited) | | 2020 (Unaudited) | 2021 (Unaudited) | |
| | RMB'000 | RMB'000 | US$ '000 | RMB'000 | RMB'000 | US$ '000 |
| **Profit/(loss) for the period** | **20,768** | **184,090** | **28,889** | **(1,655,567)** | **338,618** | **53,138** |
| | | | | | | |
| Items that may be reclassified subsequently to profit or loss: | | | | | | |
| Exchange differences on translation of financial statements of foreign operations | (12,031) | 1,459 | 229 | (47,773) | 9,177 | 1,440 |
| | | | | | | |
| **Other comprehensive (loss)/income for the period** | **(12,031)** | **1,459** | **229** | **(47,773)** | **9,177** | **1,440** |
| | | | | | | |
| **Total comprehensive income/(loss) for the period** | **8,737** | **185,549** | **29,118** | **(1,703,340)** | **347,795** | **54,578** |
| | | | | | | |
| **Attributable to:** | | | | | | |
| Equity shareholders of the Company | 8,199 | 185,845 | 29,164 | (1,698,955) | 345,545 | 54,224 |
| Non-controlling interests | 538 | (296) | (46) | (4,385) | 2,250 | 354 |

11

**MINISO GROUP HOLDING LIMITED**
**RECONCILIATION OF NON-IFRS FINANCIAL MEASURE**
*(Expressed in thousands, except for per share and per ADS data)*

| | Three months ended December 31 | | | Six months ended December 31 | | |
|---|---|---|---|---|---|---|
| | 2020 (Unaudited) | 2021 (Unaudited) | | 2020 (Unaudited) | 2021 (Unaudited) | |
| | RMB'000 | RMB'000 | US$'000 | RMB'000 | RMB'000 | US$'000 |
| Reconciliation of profit/(loss) for the period to adjusted net profit: | | | | | | |
| **Profit/(loss) for the period** | **20,768** | **184,090** | **28,889** | **(1,655,567)** | **338,618** | **53,138** |
| Add back: | | | | | | |
| Fair value changes of redeemable shares with other preferential rights | - | - | - | 1,625,287 | - | - |
| Equity-settled share-based payment expenses | 63,189 | 20,759 | 3,258 | 216,379 | 50,400 | 7,909 |
| Impairment loss on non-current assets | - | 9,536 | 1,496 | - | 9,536 | 1,496 |
| | | | | | | |
| **Adjusted net profit** | **83,957** | **214,385** | **33,643** | **186,099** | **398,554** | **62,543** |
| | | | | | | |
| **Attributable to:** | | | | | | |
| Equity shareholders of the Company | 83,951 | 215,036 | 33,745 | 189,809 | 396,715 | 62,254 |
| Non-controlling interests | 6 | (651) | (102) | (3,710) | 1,839 | 289 |
| | | | | | | |
| **Adjusted net earnings per share for ordinary shares[4]** | | | | | | |
| -Basic | 0.07 | 0.18 | 0.03 | 0.17 | 0.33 | 0.05 |
| -Diluted | 0.07 | 0.18 | 0.03 | 0.17 | 0.32 | 0.05 |
| | | | | | | |
| **Adjusted net earnings per ADS (Each ADS represents 4 Class A ordinary shares)** | | | | | | |
| -Basic | 0.28 | 0.72 | 0.12 | 0.68 | 1.32 | 0.20 |
| -Diluted | 0.28 | 0.72 | 0.12 | 0.68 | 1.28 | 0.20 |

---

4 The adjusted basic and diluted net earnings per share are computed using adjusted net profit attributable to the equity shareholders of the Company, and the number of ordinary shares used in GAAP basic and diluted earnings per share calculation after retrospectively adjusting for the effect of Series A preferred shares issued by the Company that are deemed to have been converted into ordinary shares since July 1, 2019.

**MINISO GROUP HOLDING LIMITED**
**UNAUDITED ADDITIONAL INFORMATION**
*(Expressed in millions, except percentages)*

| | Three months ended December 31 | | | | Six months ended December 31 | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2020 (Unaudited) RMB | 2021 (Unaudited) RMB | 2021 (Unaudited) US$ | YOY | 2020 (Unaudited) RMB | 2021 (Unaudited) RMB | 2021 (Unaudited) US$ | YOY |
| **Revenue** | | | | | | | | |
| **Domestic Operations** | **1,835** | **2,056** | **323** | **12%** | **3,557** | **4,086** | **641** | **15%** |
| -MINISO Brand | 1,764 | 1,877 | 294 | 6% | 3,424 | 3,750 | 588 | 10% |
| -TOP TOY Brand | 3 | 131 | 21 | 4,267% | 3 | 240 | 38 | 7,900% |
| -Others | 68 | 48 | 8 | (29%) | 130 | 96 | 15 | (26%) |
| **International Operations** | **463** | **717** | **113** | **55%** | **813** | **1,341** | **210** | **65%** |
| | **2,298** | **2,773** | **436** | **21%** | **4,370** | **5,427** | **851** | **24%** |

13