# Exhibit BB

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

# FORM 6-K

**REPORT OF FOREIGN PRIVATE ISSUER**
**PURSUANT TO RULE 13a-16 OR 15d-16 UNDER**
**THE SECURITIES EXCHANGE ACT OF 1934**

For the month of June 2022

Commission File Number: 001-39601

## MINISO Group Holding Limited

25F, Heye Plaza, No.486, Kangwang Middle Road
Liwan District, Guangzhou 510140, Guangdong Province
The People's Republic of China
(Address of principal executive offices)

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F.

Form 20-F ☒ Form 40-F ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1): ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7): ☐

Exhibit Index

Exhibit 99.1—Press Release

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**MINISO Group Holding Limited**

By      :   /s/ Saiyin Zhang

Name  :   Saiyin Zhang

Title    :   Director and Chief Financial Officer

Date: June 7, 2022

**Exhibit 99.1**

**MINISO Group to Hold Annual General Meeting on July 11, 2022**

GUANGZHOU, China, June 6, 2022 /PRNewswire/ -- MINISO Group Holding Limited (NYSE: MNSO) ("MINISO", "MINISO Group" or the "Company"), a global retailer offering a variety of design-led lifestyle products, today announced that it has called an annual general meeting (the "AGM") of shareholders to be held on July 11, 2022 at 9 a.m. (local time) at 16F, Building A, M Plaza, No. 109, Pazhou Avenue, Haizhu District, Guangzhou 510000, Guangdong Province, the People's Republic of China, for the purpose of considering and, if thought fit, passing the proposal(s) to be set out in the notice of the AGM (the "AGM Notice"), including a proposal to amend and restate the Company's memorandum and articles of association in connection with the Company's proposed dual primary listing on The Stock Exchange of Hong Kong Limited (the "HKEx") to (a) remove articles relating to the Company's weighted voting rights structure and (b) comply with the applicable listing rules of the HKEx. The amended and restated memorandum and articles of association will take effect upon the consummation of the proposed listing on the HKEx.

The detailed proposal(s) and additional information regarding the AGM will be included in the AGM Notice, to which a form of proxy for the AGM will be attached and made a part. The AGM Notice and form of proxy for the AGM will become available on the Company's website at https://ir.miniso.com/ once ready.

The Board of Directors of the Company has fixed the close of business on June 16, 2022 (New York time) as the record date (the "Record Date") for determining the shareholders entitled to receive the notice of the AGM or any adjournment or postponement thereof. Holders of record of the Company's ordinary shares at the close of business on the Record Date are entitled to attend and vote at the AGM and any adjournment or postponement thereof. Holders of the American depositary shares ("ADSs") representing the Company's Class A ordinary shares at the close of business on the Record Date who wish to exercise their voting rights for the underlying Class A ordinary shares must act through the depositary of the Company's ADS program, The Bank of New York Mellon.

MINISO Group has filed its annual report on Form 20-F, including its audited financial statements, for the fiscal year ended June 30, 2021, with the U.S. Securities and Exchange Commission. MINISO Group's Form 20-F can be accessed on the Company's website at https://ir.miniso.com/, as well as on the SEC's website at http://www.sec.gov.

**About MINISO Group**

MINISO is a global retailer offering a variety of design-led lifestyle products. The Company serves consumers primarily through its large network of MINISO stores, and promotes a relaxing, treasure-hunting and engaging shopping experience full of delightful surprises that appeals to all demographics. Aesthetically pleasing design, quality and affordability are at the core of every product in MINISO's wide product portfolio, and the Company continually and frequently rolls out products with these qualities. Since the opening of its first store in China in 2013, the Company has built its flagship brand "MINISO" as a globally recognized retail brand and established a massive store network worldwide. For more information, please visit https://ir.miniso.com/.

**Investor Relations Contact**

Raine Hu, Mengru Wang
MINISO Group Holding Limited
Email: ir@miniso.com
Phone: +86 (20) 36228788 Ext.8039