

**MEMO ENDORSED**       **Matthew L. Tuccillo**
                                          Partner

<u>VIA ECF</u>                                        August 16, 2023

Hon. Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> Plaintiff's request to file a single forty (40) page brief in
> opposition to both Defendants' motion to dismiss filings is
> granted.  SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: August 17, 2023
> New York, New York

Re:    *In re MINISO Group Holding Limited Securities Litigation*, (1:22-cv-09864-ER)

Dear Judge Ramos:

I write as counsel for Lead Plaintiff The Nova Scotia Health Employees' Pension Plan and additional named Plaintiff Adeel Ashraf ("Plaintiffs") and Court-appointed Lead Counsel in the above-captioned securities class action matter.  Mirroring their approach to the pre-motion letter briefs (ECFs 50, 51), Defendants have made two separate motion filings seeking dismissal of the Plaintiffs' 255-page Second Amended Class Action Complaint (ECF 60).  *See* ECFs 61, 64.

While permitted to file separate oppositions of up to 25 pages each (50 pages total), Plaintiffs believe that a more coherent presentation can be made in a single opposition brief of up to 40 pages (20% less).  As such, pursuant to the Local C.R. 7.1(d) and Rule 1.A of Your Honor's Individual Practices, Plaintiffs respectfully request that the Court grant them leave to exceed the 25-page limit set forth in Rule 2.B.i. of Your Honor's Individual Rules by 20 pages for <u>one</u> consolidated brief of up to 40 pages in opposition to <u>both</u> Defendant filings, ECFs 61 and 64.

Plaintiffs believe a single 40-page brief, instead of 50 pages in two separate briefs, will permit a more efficient response to the complex securities law arguments presented in both Defendant briefs (ECFs 62, 65), supported by 31 Defendant-introduced exhibits (ECFs 63-1 through 63-31).  If this relief is granted, Plaintiffs proactively consent to any defense request for a single, overlength reply brief of up to 18 pages (10% less than two separate 10-page replies).

Defendants take no position on Plaintiffs' requested relief and reserve all rights to seek an enlargement of their reply or replies once they see Plaintiffs' opposition brief.

For these reasons, Plaintiffs respectfully request that the Court permit them leave to file a single 40-page brief responding to Defendants' two Rule 12(b)(6) filings in ECFs 61 and 64.

Respectfully submitted,

Matthew L. Tuccillo

600 Third Avenue, New York, NY 10016 • 212.661.1100 • mltuccillo@pomlaw.com

NEW YORK • CHICAGO • LOS ANGELES • LONDON • PARIS • TEL AVIV