# POMERANTZLLP

## MEMO ENDORSED

**Matthew L. Tuccillo**
Partner

<u>**Via ECF**</u>

August 21, 2023

Hon. Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> Plaintiffs' request is granted.  Plaintiffs' response to the two motions to dismiss shall be filed by August 28, 2023.  Defendants' reply shall be filed by September 28, 2023.  SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: August 21, 2023
> New York, New York

Re:   *In re MINISO Group Holding Limited Securities Litigation* (1:22-cv-09864-ER)

Dear Judge Ramos:

I write as counsel for Lead Plaintiff The Nova Scotia Health Employees' Pension Plan and additional named Plaintiff Adeel Ashraf ("Plaintiffs") and Court-appointed Lead Counsel in the above-captioned securities class action matter.  Pursuant to the Local Civ. R. 7.1(d) and Your Honor's Individual Practice 1.E., Plaintiffs respectfully request a short extension of Lead Plaintiff's time to respond to Defendants' Rule 12(b)(6) motion filings (ECFs 61, 64).

Lead Plaintiff respectfully requests a short extension of the deadline to respond to both filings, moving it from August 22, 2023 to August 28, 2023, and a corresponding extension of Defendants' deadline to reply from September 21, 2023 to September 28, 2023.  This request is our second seeking an extension of time during this litigation, the first being a 2-week extension of the response deadline for the pre-motion letters in March 2023.  The impact to the case schedule is minimal, as the only scheduled dates are for briefing on the Rule 12(b)(6) motions.  *See* ECF 59.  No hearing date was set.

Lead Counsel respectfully requests the extension due to an ongoing family medical issue.  Lead Counsel confirmed that Defendants graciously consented to this extension request.  Lead Counsel proactively agreed to Defendants' request for a comparable extension on Defendants' reply brief(s), so that their briefing time is not impacted.

Accordingly, Plaintiffs hereby respectfully request that their time to respond to Defendants' Rule 12(b)(6) motion filings (ECFs 61, 64) be extended to August 28, 2023, and Defendants' time to reply be extended to September 28, 2023.

Respectfully submitted,

Matthew L. Tuccillo

Counsel of record (via ECF)