UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE MINISO GROUP HOLDING LIMITED SECURITIES LITIGATION | Case No.  1:22-cv-09864-ER<br><br>CLASS ACTION |

**DECLARATION OF MATTHEW L. TUCCILLO, ESQ.**

Pursuant to 28 U.S.C. § 1746, I, MATTHEW L. TUCCILLO, declare as follows:

1.    I am over twenty-one years of age and I am fully competent to make this Declaration.  I have personal knowledge of the facts set forth in this Declaration.

2.    I am a Partner at the law firm of Pomerantz LLP, Counsel for Lead Plaintiff the Nova Scotia Health Employees' Pension Plan and Lead Counsel for Plaintiffs and the Class ("Plaintiffs").  My office is located at 600 Third Avenue, New York, NY 10016.

3.    I am a member in good standing of the Bars of the State of New York, the State of Connecticut, and the Commonwealth of Massachusetts.  I am also a member in good standing of the Bars of the Supreme Court of the United States, the Second and Ninth Circuit Courts of Appeal, and the United States District Courts for the Southern and Eastern Districts of New York, the District of Connecticut, the District of Massachusetts, the Northern District of Illinois, the Eastern District of Wisconsin, and the Southern District of Texas.

4.    I make this Declaration in support of Plaintiffs' Memorandum in Opposition to MINISO's and the Puglisi Defendants' Motion to Dismiss (ECF 61) and the Underwriters' Joinder (ECF 64).  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

5.    Attached hereto as Exhibit 1 are true and correct excerpts from a Form 20-F filed by MINISO Group Holding Limited with the Securities and Exchange Commission on October

1

19, 2022.

6.      Attached hereto as Exhibit 2 are true and correct excerpts from a Form 6-K filed by MINISO Group Holding Limited with the Securities and Exchange Commission on October 19, 2022.

7.      Attached hereto as Exhibit 3 are true and correct excerpts from a Form 6-K filed by MINISO Group Holding Limited with the Securities and Exchange Commission on March 21, 2023.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  August 28, 2023.

> */s/  Matthew L. Tuccillo*
> MATTHEW L. TUCCILLO, ESQ.
> POMERANTZ LLP
> 600 Third Avenue
> New York, NY  10016
> Tel: (212) 661-1100
> Fax: (917) 463-1044

2

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 28, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Matthew L. Tuccillo*
Matthew L. Tuccillo