SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK, NY 10001

———

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
(212) 735-3902
DIRECT FAX
(917) 777-3902
EMAIL ADDRESS
ROBERT.FUMERTON@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

**MEMO ENDORSED**

September 26, 2023

**VIA ECF**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> The Defendants' request for a combined reply brief of no more than 18 pages is granted. SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: September 27, 2023
> New York, New York

RE:    *In re MINISO Group Holding Ltd. Securities Litigation*, 22-cv-9864 (ER)

Dear Judge Ramos:

On behalf of Defendants, we respectfully write pursuant to Rules 1(A) and 2(B) of the Court's Individual Practices to request permission for Defendants to submit a single combined reply brief of up to 18 pages in support of their pending motions to dismiss.

On June 23, 2023, Defendants MINISO Group Holding Ltd., Donald J. Puglisi and Puglisi & Associates moved to dismiss the Second Amended Complaint in its entirety for failure to state a claim. (ECF No. 61.) The same day, Defendants Goldman Sachs (Asia) L.L.C. and BofA Securities, Inc. filed a joinder in that motion. (ECF No. 64.) Plaintiffs subsequently requested, and were granted, permission to file an omnibus Opposition of up to 40 pages. (ECF No. 69.) In that request, Plaintiffs "proactively consent[ed] to any defense request for a single, overlength reply brief of up to 18 pages." (*Id.* at 2.) On August 28, 2023, Plaintiffs filed their 40-page Opposition brief. (ECF No. 73.) Any replies are due September 28, 2023. (ECF No. 71.)

Defendants believe they can more efficiently present their arguments in a combined reply brief, rather than two separate 10-page reply briefs. Accordingly, Defendants respectfully request, with Plaintiffs' consent, permission to file a combined reply brief of up to 18 pages.

Respectfully submitted,

/s/ Robert A. Fumerton

Robert A. Fumerton

cc: All counsel of record (via ECF).