# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK, NY 10001

———

TEL: (212) 735-3000

FAX: (212) 735-2000

**www.skadden.com**

DIRECT DIAL
(212) 735-3902
DIRECT FAX
(917) 777-3902
EMAIL ADDRESS
ROBERT.FUMERTON@SKADDEN.COM

FIRM/AFFILIATE OFFICES
----------
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
----------
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

January 26, 2024

**VIA ECF**

Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> RE:    *In re MINISO Group Holding Ltd. Securities Litigation*, 22-cv-9864 (ER)

Dear Judge Ramos:

We respectfully write on behalf of Defendants Guofu Ye, Saiyin Zhang and Minxin Li (the "Individual Defendants") to notify the Court that they were recently served in China through the Hague Convention and hereby join in Defendant MINISO's pending motion to dismiss the Second Amended Complaint.  (ECF No. 61.)  Mr. Ye is MINISO's Chief Executive Officer and Chairman of its Board of Directors.  Mr. Zhang was MINISO's Chief Financial Officer and a member of its Board until January 2023.  Mr. Li was a member of MINISO's Board until May 2023.  The Second Amended Complaint fails to state a claim against the Individual Defendants for the same reasons it fails to state a claim against MINISO.  (*See* ECF Nos. 62, 81.)

Additionally, the Individual Defendants' appearance in this Action definitively refutes Plaintiffs' argument that the Individual Defendants are dodging service and that this supports an inference of scienter.[1]  These accusations were always meritless.  Plaintiffs admitted that the Individual Defendants had not been served (and thus had no obligation to appear) because Plaintiffs used the wrong address when they submitted their Hague service request.  (ECF No. 88-1 at ¶ 21.)  Now that Plaintiffs have corrected their own error and properly effectuated service under the Hague Convention, the Individual Defendants have promptly retained counsel and

---

[1]    *See, e.g.*, ECF No. 73 (MTD Opp.) at 1 n.2 ("Defendants Ye, Zhang, and Li *continue to dodge service* and have not responded to the SAC."); *id.* at 3 ("The *avoidance is intentional*[.]"); *id.* ("Ye, Zhang, and Li *evade service* in China, neither appearing nor responding to the SAC."); *id.* at 9 ("[Ye, Zhang, and Li] *have failed to appear*, despite MINISO's being represented by U.S. counsel in this lawsuit and Ye's prior travels to the U.S. as MINISO's CEO / Chairman."); *id.* at 37 ("Defendants have *continued to evade service*, *refusing to appear* or to answer for their actions before this Court," which "reinforces the scienter inference") (all emphasis added).

Hon. Edgardo Ramos                                                                                      Page 2
January 26, 2024

appeared.  This moots any suggestion that they were evading service or refusing to appear and further undermines any purported inference of scienter.

      For these reasons and those demonstrated in MINISO's motion to dismiss briefing (ECF Nos. 62, 81), the Individual Defendants respectfully request that the Second Amended Complaint be dismissed with prejudice.

Respectfully submitted,

/s/ Robert A. Fumerton

Robert A. Fumerton

cc: All counsel of record (via ECF).