UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  | Case No.  1:22-cv-09864-ER |
|---|---|
| IN RE MINISO GROUP HOLDING LIMITED SECURITIES LITIGATION | CLASS ACTION |

**NOTICE OF PLAINTIFFS' MOTION FOR RECONSIDERATION
OF THE COURT'S OPINION AND ORDER (ECF 95)**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, and upon all prior papers and proceedings herein, Lead Plaintiff the Nova Scotia Health Employees' Pension Plan and non-lead Plaintiff Adeel Ashraf ("Plaintiffs") will move the Court, before the Honorable Edgardo Ramos, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time designated by the Court, for reconsideration and revision of the Court's Opinion and Order dated February 23, 2024 (ECF No. 95), pursuant to Federal Rule of Civil Procedure 54(b) and Local Civil Rule 6.3.

For the reasons set forth in the accompanying Memorandum of Law, Plaintiffs respectfully request that their motion be granted, the Order be reconsidered, and upon reconsideration, Defendants' motions to dismiss (ECFs 61, 64, 93) be denied.

Dated: March 22, 2024

Respectfully Submitted,

**POMERANTZ LLP**

*/s/ Matthew L. Tuccillo*
Jeremy A. Lieberman
Matthew L. Tuccillo
J. Alexander Hood II
Jennifer Banner Sobers
Zachary Denver
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
mltuccillo@pomlaw.com
ahood@pomlaw.com
jsobers@pomlaw.com
zdenver@pomlaw.com

*Counsel for Lead Plaintiff the Nova Scotia Health Employees' Pension Plan and Lead Counsel for Plaintiffs and the Class*

**THE ROSEN LAW FIRM, P.A.**

Laurence M. Rosen
Phillip Kim
275 Madison Avenue
40th Floor
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
lrosen@rosenlegal.com
pkim@rosenlegal.com

*Additional Counsel for Plaintiff Adeel Ashraf*

2