

**Matthew L. Tuccillo**
Partner

**MEMO ENDORSED**
at 2

<u>Via ECF</u>                                                April 2, 2024

Hon. Edgardo Ramos
U.S. District Judge
U.S. District Court, Southern District of New York
40 Foley Square
New York, NY 10007

  *Re:* *In re MINISO Group Holding Limited Securities Litigation* (1:22-cv-09864-ER)

Dear Judge Ramos:

  I write on behalf of Lead Plaintiff The Nova Scotia Health Employees' Pension Plan and named Plaintiff Adeel Ashraf ("Plaintiffs") and as Lead Counsel in the above-captioned matter. Pursuant to Local Civ. R. 7.1(d) and Your Honor's Individual Practice 1.E., Plaintiffs respectfully request an extension of the deadlines (1) for Plaintiffs to serve their reply memorandum of law in further support of Plaintiffs' Motion for Reconsideration dated March 22, 2024 (ECF 101) ("Motion") from April 22, 2024 to April 29, 2024, and (2) for Plaintiffs to further amend the complaint, from April 10, 2024 to fourteen days after the Court decides the Motion.

  This is our fourth such request, after seeking a 2-week extension for pre-motion letter responses in March 2023, a 6-day extension to respond to Defendants' motion to dismiss filings in August 2023, and a combined request for a 14-day extension to file the Motion and a 26-day extension to amend the complaint. All prior requests were granted. There would be no impact to the case schedule. Defendants agreed to consent to this request on the condition that Plaintiffs do not seek any further extension for the third amended complaint deadline. Barring an emergency, Plaintiffs so agreed not to seek any further extension for the third amened complaint deadline.

  Plaintiffs respectfully seek an extension of time to serve their reply in further support of the Motion to accommodate a long-scheduled, international family vacation from April 13 – April 21, 2024, during my community's scholastic spring break. I will be completely unavailable during that trip and respectfully request the accommodation of an extra week to reply. Had the Motion briefing proceeded under the Local Rule 6.1(b) timeframe, Defendants' response would have been due April 5, 2024, and our reply deadline would have been due April 12, 2024. However, with the Court's ordering Defendants' response to be filed by April 15, 2024 (ECF 103), during the time I am away, our reply date moved under Local Rule 6.1(b) to April 22, 2024, the day after my return. Under these circumstances, Plaintiffs respectfully request the benefit of an additional week, to set the reply deadline at April 29, 2024.

  Plaintiffs also respectfully seek an extension of time to further amend the complaint until two weeks after this Court decides the Motion. That motion identified instances of what Plaintiffs argue are errors that justify reconsideration of the Court's Order and Opinion dated February 23, 2024 (the "Order" ECF 95), which dismissed the Second Amended Complaint. If the Court reconsiders and revises the Order, in whole or in part, its rulings would undoubtedly impact any

600 Third Avenue, New York, NY 10016 • 212.661.1100 • mltuccillo@pomlaw.com

NEW YORK • CHICAGO • LOS ANGELES • LONDON • PARIS • TEL AVIV

Hon. Edgardo Ramos                                                      April 2, 2024
Page 2

further amendment, either by eliminating the need to amend altogether or by informing the content / approach of any amendment. Thus, Plaintiffs respectfully submit that the interest of judicial economy is served by allowing Plaintiffs the benefit of Your Honor's decision on the Motion before filing any amended complaint, if one remains necessary.

I can be available to answer the Court's questions and appreciate its time and attention.

Respectfully submitted,

Matthew L. Tuccillo

Counsel of record (via ECF)

Plaintiffs' request for an extension of time for their reply in support of the motion for reconsideration, until April 29, 2024, is granted. Plaintiffs' request for the deadline for them to further amend the complaint to be within 14 days after the Court issues its opinion on the motion for reconsideration is also granted. SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated:    4/4/24
New York, New York