UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                           :
                                           :

IN RE MINISO GROUP HOLDING LIMITED    :   22-CV-9864 (ER)
SECURITIES LITIGATION                                :
                                           :
                                           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### DECLARATION OF MICHAEL C. GRIFFIN IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS THE THIRD AMENDED COMPLAINT

I, Michael C. Griffin, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a member of the bar of this Court and of the firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants MINISO Group Holding Limited, Minxin Li, Guofu Ye, Saiyin Zhang, Donald J. Puglisi, and Puglisi & Associates.

2.      I respectfully submit this declaration in support of Defendants' Joint Motion to Dismiss the Third Amended Complaint and to transmit true and correct copies of the following documents:

Exhibit A ....................MINISO Initial Public Offering Third Amended Registration Statement filed on Form F-1/A (October 14, 2020)

Exhibit B ....................MINISO Initial Public Offering Prospectus filed on Form 424(b)(4) (October 15, 2020)

Exhibit C ....................MINISO Press Release filed on Form 6-K (December 11, 2020)

Exhibit D ....................MINISO Press Release Announcing Q1 2021 Financial Results filed on Form 6-K (December 18, 2020)

Exhibit E ....................MINISO Press Release Announcing Q2 2021 Financial Results filed on Form 6-K (February 25, 2021)

Exhibit F ....................MINISO Press Release Announcing Q3 2021 Financial Results filed on Form 6-K (May 20, 2021)

Exhibit G....................MINISO Press Release Announcing Q4 and FY 2021 Financial Results filed on Form 6-K (August 19, 2021)

Exhibit H....................MINISO Q4 and FY 2021 Earnings Call Transcript (August 19, 2021)

Exhibit I .....................MINISO Annual Report for the Fiscal Year Ended June 30, 2021, filed on Form 20-F (September 17, 2021)

Exhibit J .....................MINISO Press Release filed on Form 6-K (September 27, 2021)

Exhibit K....................MINISO Press Release Announcing Q1 2022 Financial Results filed on Form 6-K (November 19, 2021)

Exhibit L ....................MINISO Press Release Announcing Q2 2022 Financial Results filed on Form 6-K (March 4, 2022)

Exhibit M ...................MINISO First Supplemental and Updated Disclosures to 2021 Form 20-F filed on Form 6-K (March 31, 2022)

Exhibit N....................MINISO Press Release Announcing Q3 2022 Financial Results filed on Form 6-K (May 26, 2022)

Exhibit O....................MINISO Second Supplemental and Updated Disclosures to 2021 Form 20-F (June 27, 2022)

Exhibit P....................MINISO Press Release filed on Form 6-K (July 27, 2022)

Exhibit Q....................MINISO Press Release filed on Form 6-K (July 28, 2022)

Exhibit R ....................MINISO Press Release filed on Form 6-K (September 15, 2022)

Exhibit S....................MINISO Equity Transfer Agreement, filed as Exhibit 4.6 to MINISO's Annual Report for the Fiscal Year Ended June 30, 2022, filed on Form 20-F (October 19, 2022)

Exhibit T ....................MINISO Historical Stock Prices (October 15, 2020–June 27, 2025)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 30, 2025, in New York, New York.


/s/  Michael C. Griffin
Michael C. Griffin