# Exhibit N

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

# FORM 6-K

**REPORT OF FOREIGN PRIVATE ISSUER**
**PURSUANT TO RULE 13a-16 OR 15d-16 UNDER**
**THE SECURITIES EXCHANGE ACT OF 1934**

For the month of May 2022

Commission File Number: 001-39601

# MINISO Group Holding Limited

25F, Heye Plaza, No.486, Kangwang Middle Road
Liwan District, Guangzhou 510140, Guangdong Province
The People's Republic of China
(Address of principal executive offices)

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F.

Form 20-F ☒ Form 40-F ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1): ☐
Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7): ☐

Exhibit Index

Exhibit 99.1-Press Release

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**MINISO Group Holding Limited**
By      :   /s/ Saiyin Zhang
Name  :   Saiyin Zhang
Title    :   Director and Chief Financial Officer

Date: May 26, 2022

**Exhibit 99.1**

**MINISO Group Announces March Quarter 2022 Results**

GUANGZHOU, China, May 26, 2022 /PRNewswire/ -- MINISO Group Holding Limited (NYSE: MNSO) ("MINISO", "MINISO Group" or the "Company"), a global retailer offering a variety of design-led lifestyle products, today announced its unaudited financial results for the third quarter of fiscal year 2022 ended March 31, 2022.

**Financial Highlights for the Third Quarter of Fiscal Year 2022 ended March 31, 2022**

- **Revenue** was RMB2,341.0 million (US$369.3 million), representing an increase of 5.0% year over year, compared to RMB2,772.8 million in the previous quarter.
- **Gross profit** was RMB706.5 million (US$111.5 million), representing an increase of 12.8% year over year, compared to RMB862.9 million in the previous quarter.
- **Gross margin** was 30.2%, compared to 28.1% in the same period of 2021 and 31.1% in the previous quarter.
- **Operating profit** was RMB141.0 million (US$22.2 million), compared to RMB161.1 million in the same period of 2021 and RMB255.4 million in the previous quarter.
- **Profit for the period** was RMB92.7 million (US$14.6 million), compared to RMB115.0 million in the same period of 2021 and RMB184.1 million in the previous quarter.
- **Adjusted net profit**[1] was RMB110.7 million (US$17.5 million), compared to RMB149.0 million in the same period of 2021 and RMB204.8 million in the previous quarter.
- **Adjusted net margin**[1] was 4.7%, compared to 6.7% in the same period of 2021 and 7.4% in the previous quarter.

**Operational Highlights for the Third Quarter of Fiscal Year 2022 ended March 31, 2022**

- **Number of MINISO stores** was 5,113 as of March 31, 2022, increasing by 526 stores year over year and 68 stores quarter over quarter, respectively.
- **Number of MINISO stores in China** was 3,197 as of March 31, 2022, increasing by 385 stores year over year and 29 stores quarter over quarter, respectively.
- **Number of MINISO stores in overseas markets** was 1,916 as of March 31, 2022, increasing by 141 stores year over year and 39 stores quarter over quarter, respectively.
- **Number of TOP TOY stores** was 92 as of March 31, 2022, increasing by 83 stores year over year and 3 stores quarter over quarter, respectively.

The following table provides a breakdown of the number of MINISO and TOP TOY stores as well as their year-over-year and quarter-over-quarter changes of the relevant dates:

| | As of | | | | |
| --- | --- | --- | --- | --- | --- |
| | March 31, 2021 | December 31, 2021 | March 31, 2022 | YoY | QoQ |
| **Number of MINISO stores**[2] | **4,587** | **5,045** | **5,113** | **526** | **68** |
| China | 2,812 | 3,168 | 3,197 | 385 | 29 |
| —Directly operated stores | 5 | 5 | 11 | 6 | 6 |
| —Third-party stores | 2,807 | 3,163 | 3,186 | 379 | 23 |
| Overseas | 1,775 | 1,877 | 1,916 | 141 | 39 |
| —Directly operated stores[3] | 130 | 136 | 136 | 6 | - |
| —Third-party stores | 1,645 | 1,741 | 1,780 | 135 | 39 |
| **Number of TOP TOY stores**[4] | **9** | **89** | **92** | **83** | **3** |
| —Directly operated stores | 2 | 5 | 4 | 2 | (1) |
| —Third-party stores | 7 | 84 | 88 | 81 | 4 |

[1] See the sections titled "Non-IFRS Financial Measures" and "Reconciliation of Non-IFRS Financial Measures" in this press release for more information.

[2] "MINISO stores" are any of the offline stores operated under the "MINISO" brand name, including those directly operated by the Company ("Directly operated stores"), and those operated by third parties under the MINISO Retail Partner model and the distributor model ("Third-party stores").

[3] In March 2021, the Company acquired 70% of the equity stake in MINISO SG Pte. Ltd ("MINISO SG"), which acted as our exclusive local distributor in Singapore before the acquisition. As a result of the acquisition, the MINISO stores operated by MINISO SG, which were categorized as third-party stores before the acquisition, are reclassified as our directly-operated stores. Such reclassification is reflected in the overseas store numbers presented in this press release and the overseas store numbers as of June 30, 2021 and December 31, 2021 included in Exhibit 99.1 to our current report on Form 6-K furnished to the U.S. Securities and Exchange Commission on March 31, 2022 (please refer to: https://www.sec.gov/Archives/edgar/data/1815846/000110465922040561/tm2210726d3_ex99-1.htm)

[4] "TOP TOY stores" are any of the offline stores operated under the "TOP TOY" brand name, including those directly operated by the Company ("Directly operated stores"), and those operated by third parties under the MINISO Retail Partner model ("Third-party stores").

1

Mr. Guofu Ye, Founder, Chairman, and Chief Executive Officer of MINISO, commented, "Despite the ongoing challenges of the pandemic, we delivered another solid quarter, with revenue reaching RMB2.34 billion, up 5% year over year. TOP TOY's revenue increased by nearly four times year over year, and MINISO's offline business delivered positive growth, which again demonstrated the resilience of our business model. In addition, MINISO's overseas business continued to recover in the March quarter. We believe our globalized operation will provide us with more space and flexibility of growth in the near future."

"Global retailers are also challenged by cost pressures as we enter one of the highest inflation in four decades. History repeatedly reminded us that consumers tend to look for value in a high-inflation environment, and it is a good opportunity for us. We will leverage MINISO's core capabilities to strengthen our value proposition globally." Mr. Ye continued.

Mr. Saiyin Zhang, Chief Financial Officer and Executive Vice President of MINISO, commented, "Gross margin for the March quarter reached 30.2%, up 210 bps year over year, and we are pleased to see that this trend continued in April, thanks to our flexible pricing strategy and strong bargaining power."

"Although the challenges we are facing are unprecedented, we are confident with our competitive advantages and optimistic about our growth potential in inflation times. The fundamentals of our business remain strong, and we will continue to focus on those elements of the business that

are under our control to drive growth and maintain a healthy level of margins. We have taken necessary actions such as controlling operational overheads, reducing personnel-related expenses and adjusting marketing plans, in order to ease the short-term impact from the challenges we face on our bottom line." Mr. Zhang concluded.

**Recent Developments**

*Impact of COVID-19*

The recent outbreak of the Omicron variants of COVID-19 has severely impacted our domestic operations and a part of our overseas operations in the quarter ended March 31, 2022.

In China, the outbreaks of the COVID-19 pandemic during this quarter, including those in Shenzhen and Shanghai, led to the most stringent restrictive measures taken by local governments since 2020, including the full or partial lock-down of many cities. These measures reduced traffic to shopping malls where MINISO and TOP TOY stores are located and even caused the suspension of operations of some of these stores. In March, the average number of stores that were temporarily closed was more than 300 for MINISO and about 11 for TOP TOY. The Company estimates that the GMV loss from such impact amounted to approximately RMB300 million in March. Going into the quarter ending June 30, 2022, the Company currently expects the impact of COVID-19 to persist and that many local governments will maintain strict control measures.

2

In overseas markets, 74 stores or 4% of our total overseas stores had not resumed operations as of March 31, 2022, compared to 76 such stores as of December 31, 2021. The majority of such stores were concentrated in Asian countries excluding China, and Latin America. In addition, the outbreak of the Omicron variant has caused disruptions to the operation of our logistics and transportation service providers, which has negatively impacted our product shipment and delivery. As a result, delivery of products from China to overseas markets was slightly delayed.

**Unaudited Financial Results for the third quarter of fiscal year 2022 ended March 31, 2022**

**Revenue** was RMB2,341.0 million (US$369.3 million), representing an increase of 5.0% year over year, primarily driven by the recovery of our international operations.

Revenue generated from domestic operations was RMB1,823.0 million (US$287.6 million), increasing by 1.9% year over year. The year-over-year increase was primarily (i) driven by a fast increase of 377.3% in TOP TOY's revenue to RMB111.2 million (US$17.5 million), which was in turn a result of the fast increase of TOP TOY store counts, and (ii) partially offset by a slightly decrease of 1.7% in revenue from MINISO brand, among which revenue from MINISO's offline stores maintained a positive year-over-year growth. For more information of the composition and year-over-year change of revenue, please refer to the "Unaudited additional information" in this press release.

Revenue generated from international operations was RMB518.0 million (US$81.7 million), representing an increase of 17.4% year over year, which reflects an improved recovery of sales in international markets.

**Cost of sales** was RMB1,634.5 million (US$257.8 million), representing an increase of 2% year over year.

**Gross profit** was RMB706.5 million (US$111.5 million), representing an increase of 12.8% year over year.

**Gross margin** was 30.2%, compared to 28.1% in the same period of 2021. The year-over-year increase was primarily due to (i) revenue contribution of international operations increased from 19.8% in the same period of 2021 to 22.1% in this quarter, typically international operations have higher gross margin than domestic operations, and (ii) higher gross margin contributed by newly launched products in relation to our execution of strategic brand upgrade of MINISO in China.

**Other income** was RMB2.3 million (US$0.4 million), compared to RMB4.3 million in the same period of 2021.

**Selling and distribution expenses** were RMB362.0 million (US$57.1 million), representing an increase of 22.1% year over year. Excluding share-based compensation expenses, selling and distribution expenses were RMB351.5 million (US$55.4 million), representing an increase of 27.8% year over year. The year-over-year increase was primarily attributable to (i) increased personnel-related expenses, (ii) increased licensing expenses in relation to our newly launched IP products, and (iii) increased promotion and advertising expenses, partially offset by decreased logistics expenses.

3

**General and administrative expenses** were RMB198.7 million (US$31.3 million), representing an increase of 17.2% year over year. Excluding share-based compensation expenses, general and administrative expenses were RMB191.2 million (US$30.2 million), representing an increase of 21.8% year over year. The year-over-year increase was primarily due to (i) increased depreciation and amortization expenses in relation to the land use right of the Company's headquarter building project, and (ii) increased personnel-related expenses and tax and surcharges.

**Other net income** was RMB0.5 million (US$0.1 million), compared to RMB8.4 million in the same period of 2021. Other net income mainly consists of net foreign exchange loss, investment income from certain financial assets the Company invested in and others. The year-over-year decrease was mainly attributable to decreased investment income from wealth management products caused by our reduced investment principal in such products.

**Operating profit** was RMB141.0 million (US$22.2 million), compared to RMB161.1 million in the same period of 2021.

**Profit for the period** was RMB92.7 million (US$14.6 million), compared to RMB115.0 million in the same period of 2021.

**Adjusted net profit**, which represents profit for the period excluding equity-settled share-based payment expenses, was RMB110.7 million (US$17.5 million), compared to RMB149.0 million in the same period of 2021.

**Adjusted net margin** was 4.7%, compared to 6.7% in the same period of 2021.

**Basic and diluted earnings per American Depositary Share ("ADS")** were RMB0.32 (US$0.05) in this quarter, compared to basic and diluted earnings per ADS of RMB0.40 in the same period of 2021. Each ADS represents four of the Company's Class A ordinary shares.

**Adjusted basic and diluted earnings per ADS** were RMB0.36 (US$0.06) in the quarter ended March 31, 2022, compared to adjusted basic and diluted earnings per ADS of RMB0.52 in the same period of 2021.

See the sections entitled "Non-IFRS Financial Measures" and "Reconciliation of Non-IFRS Financial Measures" in this press release for more information about adjusted net profit, adjusted net margin, and adjusted basic and diluted earnings per ADS.

As of March 31, 2022, the combined balance of the Company's cash, cash equivalents, restricted cash and other investments amounted to RMB5,486.3 million (US$865.4 million).

4

**Business Outlook**

For the fourth quarter of fiscal year 2022 ending June 30, 2022, the Company currently estimates its revenue to be between RMB2,100 million and RMB2,400 million, the middle point of which represents a decrease of 9.0% year over year. This estimate represents management's current and preliminary views on the market and operational conditions as of the date of this press release, which is subject to change.

**Conference Call**

The Company's management will hold an earnings conference call at 8:00 A.M. Eastern Time on Thursday, May 26, 2022 (8:00 P.M. Beijing Time on the same day) to discuss the financial results. The conference call can be accessed via the following zoom link or by dialing the following numbers:

**Access 1**

Zoom link:

https://dooyle.zoom.us/j/86584019613?pwd=SUUrak9EZEpCOEpiZE92aVdjMGJRdz09

Meeting Number: 865 8401 9613

Meeting Passcode: 888666

**Access 2**

Listeners may access the call by dialing the following numbers with the same meeting number and passcode with Access 1.

| | |
|---|---|
| United States Toll Free: | 833 548 0276 (or +1 646 518 9805) |
| Mainland China Toll Free: | 400 182 3168 (or 400 616 8835) |
| Hong Kong, China Toll Free: | +852 5803 3730 (or +852 5803 3731) |
| United Kingdom (Charge Fees): | +44 203 481 5237 (or +44 131 460 1196) |
| France (Charge Fees): | +33 1 7037 9729 (or +33 1 7037 2246) |
| Singapore (Charge Fees): | +65 3158 7288 (or +65 3165 1065) |
| Canada (Charge Fees): | +1 438 809 7799 (or +1 204 272 7920) |

**Access 3**

Listeners can also access the meeting through the Company's investor relations website at http://ir.miniso.com/.

A replay will be available approximately two hours after the conclusion of the live event at the Company's investor relations website at http://ir.miniso.com/.

**About MINISO Group**

MINISO is a global retailer offering a variety of design-led lifestyle products. The Company serves consumers primarily through its large network of MINISO stores, and promotes a relaxing, treasure-hunting and engaging shopping experience full of delightful surprises that appeals to all demographics. Aesthetically pleasing design, quality and affordability are at the core of every product in MINISO's wide product portfolio, and the Company continually and frequently rolls out products with these qualities. Since the opening of its first store in China in 2013, the Company has built its flagship brand "MINISO" as a globally recognized retail brand and established a massive store network worldwide. For more information, please visit https://ir.miniso.com/.

**Exchange Rate**

The U.S. dollar (US$) amounts disclosed in this press release, except for those transaction amounts that were actually settled in U.S. dollars, are presented solely for the convenience of the readers. The conversion of Renminbi (RMB) into US$ in this press release is based on the exchange rate set forth in the H.10 statistical release of the Board of Governors of the Federal Reserve System as of March 31, 2022, which was RMB6.3393 to US$1.0000. The percentages stated in this press release are calculated based on the RMB amounts.

**Non-IFRS Financial Measures**

In evaluating the business, MINISO considers and uses adjusted net profit, adjusted net margin, adjusted basic and diluted earnings per share and adjusted basic and diluted earnings per ADS as supplemental measures to review and assess its operating performance. The presentation of these non-IFRS financial measures is not intended to be considered in isolation or as a substitute for the financial information prepared and presented in accordance with IFRS. MINISO defines adjusted net profit as profit for the period excluding (i) fair value changes of redeemable shares with other preferential rights and (ii) equity-settled share-based payment expenses. MINISO calculates adjusted net margin by dividing adjusted net profit by revenue for the same period. MINISO computes adjusted basic and diluted net earnings per ADS by dividing the adjusted net profit attributable to the equity shareholders of the Company by the number of ADSs represented by the number of ordinary shares used in the basic and diluted earnings per share calculation on an IFRS basis and retrospectively adjusting for the effect of the issuance of Series A preferred shares by the Company that are deemed to have been converted into ordinary shares since July 1, 2019. MINISO computes adjusted basic and diluted net earnings per share in the same way it calculates adjusted basic and diluted net earnings per ADS, except that it uses the number of ordinary shares used in the basic and diluted earnings per share calculation on an IFRS basis as the denominator instead of the number of ADSs represented by these ordinary shares.

MINISO presents these non-IFRS financial measures because they are used by the management to evaluate its operating performance and formulate business plans. These non-IFRS financial measures enable the management to assess its operating results without considering the impacts of the aforementioned non-cash and other adjustment items that MINISO does not consider to be indicative of its operating performance in the future. Accordingly, MINISO believes that the use of these non-IFRS financial measures provides useful information to investors and others in understanding and evaluating its operating results in the same manner as the management and board of directors.

These non-IFRS financial measures are not defined under IFRS and are not presented in accordance with IFRS. These non-IFRS financial measures have limitations as analytical tools. One of the key limitations of using these non-IFRS financial measures is that they do not reflect all items of income and expense that affect MINISO's operations. Further, these non-IFRS financial measures may differ from the non-IFRS information used by other companies, including peer companies, and therefore their comparability may be limited.

These non-IFRS financial measures should not be considered in isolation or construed as alternatives to profit/(loss), net profit/(loss) margin, basic and diluted earnings/(loss) per share and basic and diluted earnings/(loss) per ADS, as applicable, or any other measures of performance or as indicators of MINISO's operating performance. Investors are encouraged to review MINISO's historical non-IFRS financial measures in light of the most directly comparable IFRS measures, as shown below. The non-IFRS financial measures presented here may not be comparable to similarly titled measures presented by other companies. Other companies may calculate similarly titled measures differently, limiting the usefulness of such measures when analyzing MINISO's data comparatively. MINISO encourages you to review its financial information in its entirety and not rely on a single financial measure.

For more information on the non-IFRS financial measures, please see the table captioned "Reconciliation of Non-IFRS Financial Measures" set forth at the end of this press release.

**Safe Harbor Statement**

This announcement contains forward-looking statements. These statements are made under the "safe harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995. These forward-looking statements can be identified by words or phrases such as "may," "will," "expect," "anticipate," "aim," "estimate," "intend," "plan," "believe," "is/are likely to," "potential," "continue" or other similar expressions. Among other

things, the guidance for the fiscal year 2022's fourth quarter ending June 30, 2022 and quotations from management in this announcement, as well as MINISO's strategic and operational plans, contain forward-looking statements. MINISO may also make written or oral forward-looking statements in its periodic reports to the U.S. Securities and Exchange Commission (the "SEC"), in its annual report to shareholders, in press releases and other written materials and in oral statements made by its officers, directors or employees to third parties. Statements that are not historical facts, including statements about MINISO's beliefs and expectations, are forward-looking statements. Forward-looking statements involve inherent risks and uncertainties. A number of factors could cause actual results to differ materially from those contained in any forward-looking statement, including but not limited to the following: MINISO's mission, goals and strategies; future business development, financial conditions and results of operations; the expected growth of the retail market and the market of branded variety retail of lifestyle products in China and globally; expectations regarding demand for and market acceptance of MINISO's products; expectations regarding MINISO's relationships with consumers, suppliers, MINISO Retail Partners, local distributors, and other business partners; competition in the industry; proposed use of proceeds; and relevant government policies and regulations relating to MINISO's business and the industry. Further information regarding these and other risks is included in MINISO's filings with the SEC. All information provided in this press release and in the attachments is as of the date of this press release, and MINISO undertakes no obligation to update any forward-looking statement, except as required under applicable law.

**Investor Relations Contact:**
Raine Hu, Mengru Wang
MINISO Group Holding Limited
Email: ir@miniso.com
Phone: +86 (20) 36228788 Ext.8039

7

**MINISO GROUP HOLDING LIMITED**
**UNAUDITED CONDENSED CONSOLIDATED STATEMENTS OF FINANCIAL POSITION**
*(Expressed in thousands)*

| | As at June 30, 2021 (Audited) | As at March 31, 2022 (Unaudited) | |
| --- | --- | --- | --- |
| | RMB'000 | RMB'000 | US$'000 |
| **ASSETS** | | | |
| **Non-current assets** | | | |
| Property, plant and equipment | 76,316 | 399,053 | 62,949 |
| Right-of-use assets | 689,887 | 2,348,776 | 370,510 |
| Intangible assets | 61,005 | 47,958 | 7,565 |
| Goodwill | 19,640 | 18,890 | 2,980 |
| Deferred tax assets | 168,552 | 162,561 | 25,643 |
| Prepayments | 138,481 | 201,958 | 31,858 |
| Other receivables | - | 10,000 | 1,578 |
| Interest in an equity-accounted investee | 352,062 | - | - |
| | 1,505,943 | 3,189,196 | 503,083 |
| **Current assets** | | | |
| Other investments | 102,968 | 206,526 | 32,579 |
| Inventories | 1,496,061 | 1,163,040 | 183,465 |
| Trade and other receivables | 824,725 | 1,060,564 | 167,300 |
| Cash and cash equivalents | 6,771,653 | 5,269,882 | 831,303 |
| Restricted cash | 3,680 | 9,925 | 1,566 |
| | 9,199,087 | 7,709,937 | 1,216,213 |
| **Total assets** | **10,705,030** | **10,899,133** | **1,719,296** |
| **EQUITY** | | | |
| Share capital | 92 | 92 | 15 |
| Additional paid-in capital | 8,289,160 | 7,982,717 | 1,259,243 |
| Other reserves | 928,005 | 963,033 | 151,915 |
| Accumulated losses | (2,558,291) | (2,149,418) | (339,062) |
| Equity attributable to equity holders of the Company | 6,658,966 | 6,796,424 | 1,072,111 |
| Non-controlling interests | (6,812) | (6,992) | (1,103) |
| **Total equity** | **6,652,154** | **6,789,432** | **1,071,008** |
| **LIABILITIES** | | | |
| **Non-current liabilities** | | | |
| Contract liabilities | 59,947 | 51,317 | 8,095 |
| Loans and borrowings | 6,925 | 6,336 | 999 |
| Lease liabilities | 483,144 | 385,882 | 60,871 |
| Deferred income | 20,005 | 15,188 | 2,396 |
| | 570,021 | 458,723 | 72,361 |
| **Current liabilities** | | | |
| Loans and borrowings | 13,669 | 5,142 | 811 |
| Trade and other payables | 2,809,182 | 2,979,846 | 470,059 |
| Contract liabilities | 266,919 | 328,001 | 51,741 |
| Lease liabilities | 321,268 | 260,613 | 41,111 |
| Deferred income | 6,060 | 5,955 | 939 |
| Current taxation | 65,757 | 71,421 | 11,266 |
| | 3,482,855 | 3,650,978 | 575,927 |
| **Total liabilities** | **4,052,876** | **4,109,701** | **648,288** |

| Total equity and liabilities | | 10,705,030 | 10,899,133 | 1,719,296 |
|---|---|---|---|---|

8

### MINISO GROUP HOLDING LIMITED
### UNAUDITED CONDENSED CONSOLIDATED STATEMENTS OF PROFIT OR LOSS
*(Expressed in thousands, except for per share and per ADS data)*

| | Three months ended March 31, | | | Nine months ended March 31, | | |
|---|---|---|---|---|---|---|
| | 2021 (Unaudited) | 2022 (Unaudited) | | 2021 (Unaudited) | 2022 (Unaudited) | |
| | RMB'000 | RMB'000 | US$ '000 | RMB'000 | RMB'000 | US$ '000 |
| **Continuing operations** | | | | | | |
| **Revenue** | **2,229,444** | **2,341,035** | **369,289** | **6,599,304** | **7,767,943** | **1,225,363** |
| Cost of sales | (1,602,975) | (1,634,519) | (257,839) | (4,807,691) | (5,470,085) | (862,885) |
| **Gross profit** | **626,469** | **706,516** | **111,450** | **1,791,613** | **2,297,858** | **362,478** |
| Other income | 4,284 | 2,296 | 362 | 48,088 | 20,882 | 3,294 |
| Selling and distribution expenses | (296,466) | (362,000) | (57,104) | (923,958) | (1,087,622) | (171,568) |
| General and administrative expenses | (169,531) | (198,722) | (31,348) | (610,694) | (631,418) | (99,604) |
| Other net income / (loss) | 8,426 | 499 | 79 | (62,329) | 46,463 | 7,329 |
| Credit loss on trade and other receivables | (12,123) | (5,671) | (895) | (29,510) | (24,762) | (3,906) |
| Impairment loss on non-current assets | - | (1,931) | (305) | - | (11,467) | (1,809) |
| **Operating profit** | **161,059** | **140,987** | **22,239** | **213,210** | **609,934** | **96,214** |
| Finance income | 8,646 | 12,744 | 2,010 | 31,690 | 39,181 | 6,181 |
| Finance costs | (6,407) | (8,141) | (1,284) | (20,267) | (25,407) | (4,008) |
| Net finance income | 2,239 | 4,603 | 726 | 11,423 | 13,774 | 2,173 |
| Fair value changes of redeemable shares with other preferential rights | - | - | - | (1,625,287) | - | - |
| Share of loss of equity-accounted investee, net of tax | (825) | - | - | (825) | (8,162) | (1,287) |
| Profit/(loss) before taxation | 162,473 | 145,590 | 22,965 | (1,401,479) | 615,546 | 97,100 |
| Income tax expense | (47,503) | (52,918) | (8,348) | (139,118) | (184,256) | (29,066) |
| **Profit/(loss) for the period** | **114,970** | **92,672** | **14,617** | **(1,540,597)** | **431,290** | **68,034** |
| **Attributable to:** | | | | | | |
| Equity shareholders of the Company | 121,860 | 96,554 | 15,229 | (1,529,997) | 433,333 | 68,356 |
| Non-controlling interests | (6,890) | (3,882) | (612) | (10,600) | (2,043) | (322) |
| **Earnings/(loss) per share for ordinary shares** | | | | | | |
| -Basic | 0.10 | 0.08 | 0.01 | (1.32) | 0.36 | 0.06 |
| -Diluted | 0.10 | 0.08 | 0.01 | (1.32) | 0.36 | 0.06 |
| **Earnings/(loss) per ADS** | | | | | | |
| **(Each ADS represents 4 Class A ordinary shares)** | | | | | | |
| -Basic | 0.40 | 0.32 | 0.05 | (5.28) | 1.44 | 0.23 |
| -Diluted | 0.40 | 0.32 | 0.05 | (5.28) | 1.44 | 0.23 |

9

### MINISO GROUP HOLDING LIMITED
### UNAUDITED CONDENSED CONSOLIDATED STATEMENTS OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME
*(Expressed in thousands)*

| | Three months ended March 31, | | | Nine months ended March 31, | | |
|---|---|---|---|---|---|---|
| | 2021 (Unaudited) | 2022 (Unaudited) | | 2021 (Unaudited) | 2022 (Unaudited) | |
| | RMB'000 | RMB'000 | US$ '000 | RMB'000 | RMB'000 | US$ '000 |
| **Profit/(loss) for the period** | **114,970** | **92,672** | **14,617** | **(1,540,597)** | **431,290** | **68,034** |
| Items that may be reclassified subsequently to profit or loss: | | | | | | |
| Exchange differences on translation of financial statements of foreign operations | 7,684 | (11,139) | (1,757) | (40,089) | (1,962) | (309) |
| **Other comprehensive income / (loss) for the period** | **7,684** | **(11,139)** | **(1,757)** | **(40,089)** | **(1,962)** | **(309)** |
| **Total comprehensive income/(loss) for the period** | **122,654** | **81,533** | **12,860** | **(1,580,686)** | **429,328** | **67,725** |
| **Attributable to:** | | | | | | |
| Equity shareholders of the Company | 130,401 | 83,963 | 13,244 | (1,568,554) | 429,508 | 67,753 |
| Non-controlling interests | (7,747) | (2,430) | (384) | (12,132) | (180) | (28) |

10

### MINISO GROUP HOLDING LIMITED
### RECONCILIATION OF NON-IFRS FINANCIAL MEASURES
*(Expressed in thousands, except for per share and per ADS data)*

| | Three months ended March 31, | | Nine months ended March 31, | |
|---|---|---|---|---|
| | 2021 (Unaudited) | 2022 (Unaudited) | 2021 (Unaudited) | 2022 (Unaudited) |

| | RMB'000 | RMB'000 | US$'000 | RMB'000 | RMB'000 | US$'000 |
|---|---|---|---|---|---|---|
| **Reconciliation of profit/(loss) for the period to adjusted net profit[5]:** | | | | | | |
| **Profit/(loss) for the period** | **114,970** | **92,672** | **14,617** | **(1,540,597)** | **431,290** | **68,034** |
| Add back: | | | | | | |
| Fair value changes of redeemable shares with other preferential rights | - | - | - | 1,625,287 | - | - |
| Equity-settled share-based payment expenses | 33,983 | 18,027 | 2,845 | 250,362 | 68,427 | 10,794 |
| **Adjusted net profit** | **148,953** | **110,699** | **17,462** | **335,052** | **499,717** | **78,828** |
| **Attributable to:** | | | | | | |
| Equity shareholders of the Company | 155,843 | 114,581 | 18,074 | 345,652 | 501,760 | 79,150 |
| Non-controlling interests | (6,890) | (3,882) | (612) | (10,600) | (2,043) | (322) |
| **Adjusted net earnings per share for ordinary shares[6]** | | | | | | |
| -Basic | 0.13 | 0.09 | 0.01 | 0.30 | 0.42 | 0.07 |
| -Diluted | 0.13 | 0.09 | 0.01 | 0.30 | 0.41 | 0.06 |
| **Adjusted net earnings per ADS** | | | | | | |
| **(Each ADS represents 4 Class A ordinary shares)** | | | | | | |
| -Basic | 0.52 | 0.36 | 0.06 | 1.20 | 1.68 | 0.27 |
| -Diluted | 0.52 | 0.36 | 0.06 | 1.20 | 1.64 | 0.26 |

[5] After reviewing its Non-IFRS Financial Measures and their reconciliation items, the Company has determined that impairment loss on non-current assets, which was a reconciliation item for the calculation of the non-IFRS financial measures, should henceforth be excluded as a reconciliation item, given that (i) the Company now considers it to be of recurring nature as the Company expects to continue to record such expenses in the foreseeable future, and (ii) the Company has determined that it directly correlates with the underlying performance of its business operations. Based on this review, the Company has modified the definition of its adjusted net profit to exclude impairment loss on non-current assets as a reconciliation item starting from this quarter.

[6] The adjusted basic and diluted net earnings per share are computed using adjusted net profit attributable to the equity shareholders of the Company, and the number of ordinary shares used in GAAP basic and diluted earnings per share calculation after retrospectively adjusting for the effect of Series A preferred shares issued by the Company that are deemed to have been converted into ordinary shares since July 1, 2020.

11

**MINISO GROUP HOLDING LIMITED**
**UNAUDITED ADDITIONAL INFORMATION**
*(Expressed in millions, except percentages)*

| | Three months ended March 31, | | | | Nine months ended March 31, | | | |
|---|---|---|---|---|---|---|---|---|
| | 2021 (Unaudited) | 2022 (Unaudited) | | YOY | 2021 (Unaudited) | 2022 (Unaudited) | | YOY |
| | RMB | RMB | US$ | | RMB | RMB | US$ | |
| **Revenue** | | | | | | | | |
| Domestic Operations | 1,788 | 1,823 | 288 | 2% | 5,345 | 5,909 | 932 | 11% |
| -MINISO Brand | 1,715 | 1,686 | 266 | -2% | 5,140 | 5,436 | 857 | 6% |
| -TOP TOY Brand | 23 | 111 | 18 | 377% | 26 | 352 | 56 | 1254% |
| -Others | 50 | 26 | 4 | -48% | 179 | 121 | 19 | -32% |
| International Operations | 441 | 518 | 81 | 17% | 1,254 | 1,859 | 293 | 48% |
| | 2,229 | 2,341 | 369 | 5% | 6,599 | 7,768 | 1,225 | 18% |

12