

**Matthew L. Tuccillo**
Partner

**Via ECF**

August 28, 2025

**MEMO ENDORSED**
at page 2

Hon. Edgardo Ramos
U.S. District Judge
U.S. District Court, Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    <u>In re MINISO Group Holding Limited Securities Litigation</u> (1:22-cv-09864-ER)

Dear Judge Ramos:

    I write on behalf of Lead Plaintiff Nova Scotia Health Employees' Pension Plan and named Plaintiff Adeel Ashraf ("Plaintiffs") and as Lead Counsel in the above-captioned matter. Pursuant to Local Civ. R. 7.1(e) and Your Honor's Individual Practice 1.E., Plaintiffs respectfully request an extension of the deadline to file an opposition to Defendants' motion to dismiss, which is scheduled for August 29, 2025 (ECF 111). Plaintiffs respectfully request that this deadline be extended by 18 days, to September 16, 2025, for the following reasons.

    Previously, I wrote the Court to request an extension in April 2025, due to a family medical emergency involving my mother, which included emergency, major surgery. ECF 110. She requires a second, follow up surgery, originally scheduled for September 16, 2025, with another hospitalization. Recently, that surgery was unexpectedly moved up to September 4, 2025, with no other available date before November. The life partner of the caregiver I had pre-arranged also has surgery on September 4, 2025, so she cancelled for me. The foregoing circumstances have necessitated considerable additional efforts on my part to both rearrange work and personal commitments while attempting to secure replacement services and navigating insurance coverage, hospital logistics, etc. earlier than anticipated. I also have competing work deadlines including a court hearing on September 3, 2025 and an appellate brief due on September 10, 2025.

    I contacted defense counsel to propose the 18-day extension of our opposition to September 16, 2025 with a corresponding 18-day extension of their reply deadline (the only other deadline in the Court's calendar in this matter), from September 29, 2025 to October 17, 2025. They graciously responded that they take no position and wished me well.

    This is our 6th request in three years: a 14-day extension to respond to Defendants' pre-motion to dismiss letters in February 2023 (ECF 54); a 6-day extension to respond to motion to dismiss filings in August 2023 (ECF 70); a 14-day extension to seek reconsideration with a 26-day extension to amend in March 2024 (ECF 98); an April 2024 request to modify that deadline to 2 weeks after the court's ruling (ECF 104); and the 16-day extension for the medical emergency in April 2025 (ECF 110). The Court granted these requests. ECFs 55, 71, 100, 105, 111.

    I can be available to answer the Court's questions and appreciate its time and attention.

600 Third Avenue, New York, NY 10016 • 212.661.1100 • mltuccillo@pomlaw.com

NEW YORK   CHICAGO   LOS ANGELES   LONDON   PARIS   TEL AVIV

Hon. Edgardo Ramos  August 28, 2025
Page 2

                    Respectfully submitted,

                    */s/ Matthew L. Tuccillo*

                    Matthew L. Tuccillo

Counsel of record (via ECF)

> Plaintiff's request is granted. The Court sets the following updated briefing schedule: (1) opposition due September 16, 2025; and (2) reply due October 17, 2025.
>
> SO ORDERED.
>
> _/s/ Edgardo Ramos_
> Edgardo Ramos, U.S.D.J.
> Dated: August 28, 2025
> New York, New York