# POMERANTZLLP

**Matthew L. Tuccillo**
Partner

**VIA ECF**

September 10, 2025

Hon. Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> ## MEMO ENDORSED
>
> Plaintiffs' request is granted. Plaintiffs are permitted to file to file an opposition not to exceed 13,125 words and 37.5 pages.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: September 11, 2025
> New York, New York

Re:    *In re MINISO Group Holding Limited Securities Litigation*, (1:22-cv-09864-ER)

Dear Judge Ramos:

I write as counsel for Lead Plaintiff Nova Scotia Health Employees' Pension Plan and additional named Plaintiff Adeel Ashraf ("Plaintiffs") and Court-appointed Lead Counsel in the above-captioned securities class action matter.

Pursuant to Local C.R. 7.1(e) and Rule 1.A of Your Honor's Individual Practices, Plaintiffs respectfully ask the Court's leave to exceed by 50% both the 25-page limit set by Rule 2.B.i. of Your Honor's Individual Rules and the 8,750-word limit set by Local C.R. 7.1(c). If granted, this relief would permit Plaintiffs to file an opposition not to exceed 13,125 words and 37.5 pages.

Defendants' motion, supported by a 25-page memorandum of law and 20 exhibits, seeks dismissal of Plaintiffs' 136-page Third Amended Complaint (ECF 112) ("TAC"), which appended nearly two dozen exhibits and appendices and was filed after the Court's rulings in its prior dismissal Order (ECF 95) and reconsideration Order (ECF 109). Plaintiffs believe the extra text is needed for their opposition to detail the TAC's allegations and case theories, explain how the TAC differs from its dismissed predecessor, and address Defendants' dismissal arguments in this complex securities fraud class action lawsuit.[1] Plaintiffs also note that their prior motion to dismiss opposition (ECF 73) was, with the Court's leave, 40 pages long.

Before filing this letter, I conferred over email with Defendants' counsel, who said they oppose the relief requested. In doing so, I proposed that Defendants could receive a corresponding 50% extension, permitting them to file a reply not to exceed 5,250 words and 15 pages. If Plaintiffs' request is granted, Plaintiffs agree in advance to such extensions.

Respectfully submitted,

Matthew L. Tuccillo

Cc:    All counsel of record (via ECF)

---

[1]    Even Defendants' brief observed that the TAC was 100 pages shorter than the SAC and substantially reorganized, such that a "summary of changes" would be beneficial to assist review. *See* ECF 116 at 1, 3 n.2.