**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
In re:

IN RE MINISO GROUP HOLDING
LIMITED SECURITIES LITIGATION

22 **CIVIL** 9864 (ER)

## JUDGMENT

-------------------------------------------------------------------X

    It is, **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the

Court's Opinion and Order dated March 31, 2026, the Defendants' motion to dismiss is

GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
       March 31, 2026

                             **TAMMI M. HELLWIG**
                             _____
                                 **Clerk of Court**

                    **BY:**  _____
                                 **Deputy Clerk**