**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE MINISO GROUP HOLDING LIMITED SECURITIES LITIGATION | Case No.  1:22-cv-09864-ER <br><br> <u>CLASS ACTION</u> |

**<u>NOTICE OF APPEAL</u>**

PLEASE TAKE NOTICE that Lead Plaintiff Nova Scotia Health Employees' Pension Plan and non-lead Plaintiff Adeel Ashraf in the above-captioned matter hereby appeal to the United States Court of Appeals for the Second Circuit from the Court's Opinion and Order (ECF No. 124) entered in this action on March 31, 2026 and the Judgment (ECF No. 125) entered in this action also on March 31, 2026 granting Defendants' Joint Motion to Dismiss the Third Amended Complaint (ECF No. 115).

Dated: April 29, 2026

Respectfully Submitted,

**POMERANTZ LLP**

/s/ *Matthew L. Tuccillo*

Jeremy A. Lieberman
Matthew L. Tuccillo
Zachary Denver
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
mltuccillo@pomlaw.com
zdenver@pomlaw.com

*Counsel for Lead Plaintiff Nova Scotia Health Employees' Pension Plan and Lead Counsel for Plaintiffs and the Class*

**THE ROSEN LAW FIRM, P.A.**

Laurence M. Rosen
Phillip Kim
275 Madison Avenue 40th Floor
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
lrosen@rosenlegal.com
pkim@rosenlegal.com

*Additional Counsel for Plaintiff Adeel Ashraf*